**RECORD NO. 14-7079**

ORAL ARGUMENT HAS NOT YET BEEN SCHEDULED

## In The

# United States Court of Appeals

### For The District of Columbia Circuit

## KATHY RADTKE; CARMEN CUNNINGHAM,

*Plaintiffs – Appellees,*

**v.**

## MARIA CASCHETTA,

*Defendant– Appellee.*

**and**

## LIFECARE MANAGEMENT PARTNERS; ADVANTA MEDICAL SOLUTIONS, LLC,

*Defendants – Appellants.*

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

———————————

### JOINT APPENDIX

———————————

Alan Lescht
ALAN LESCHT & ASSOCIATES, PC
1050 17th Street, NW, Suite 220
Washington, DC  20036
(202) 463-6036

*Counsel for Appellants*

S. Micah Salb
LIPPMAN SEMSKER & SALB, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland  20814
(301) 656-6905

*Counsel for Appellees*

## TABLE OF CONTENTS

**Appendix Page**

**Docket Entries**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **1**

**Excerpts of Transcript of Hearing before**
**The Honorable John M. Facciola**
       **on January 13, 2014**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **39**

    **Testimony of Joseph C. Molina:**

    **Direct Examination by Mr. Salb**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **42**
    **Cross Examination by Mr. Lescht**  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **47**
    **Redirect Examination by Mr. Salb** . . . . . . . . . . . . . . . . . . . . . . . . . . .  **51**
    **Recross Examination by Mr. Lesht**  . . . . . . . . . . . . . . . . . . . . . . . . . . .  **52**

    **Testimony of Maria Caschetta:**

    **Direct Examination by Mr. Lescht**  . . . . . . . . . . . . . . . . . . . . . . . . . . .  **53**

**Excerpts of Transcript of Hearing before**
**The Honorable John M. Facciola**
       **on January 14, 2014**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **58**

    **Testimony of Joseph C. Molina:**

    **Direct Examination by Mr. Salb**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **61**

    **Testimony of Maria Caschetta:**

    **Direct Examination by Mr. Lescht**  . . . . . . . . . . . . . . . . . . . . . . . . . . .  **72**
    **Redirect Examination by Mr. Lescht** . . . . . . . . . . . . . . . . . . . . . . . . . . .  **75**

    **Testimony of Kathy Radtke Ferrara:**

    **Direct Examination by Mr. Lescht**  . . . . . . . . . . . . . . . . . . . . . . . . . . .  **83**

Excerpts of Transcript of Hearing before
The Honorable John M. Facciola
      on January 15, 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

    <u>Testimony of Kathy Radtke Ferrara</u>:

    Direct Examination by Mr. Lescht . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

Excerpt of Transcript of Hearing before
The Honorable John M. Facciola
      on January 16, 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98

    <u>Defendants' Exhibits</u>:

    6.     **Plaintiff Cunningham's Resume**
            undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 100

    7.     **Plaintiff's Cunningham's Resume**
            undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

    8.     **Plaintiff Cunningham's Resume**
            undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

    11.    **Plaintiff Radtke's Resume**
            undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 107

    13.    **Questionnaire for Non-sensitive Positions**
            dated December 7, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . 110

    23.    **Email between**
            **Defendant Caschetta, Plaintiff Radtke and**
            **Warren Kwan**
                dated March 22, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

**Joint Exhibits:**

1.    Letter to
      Medcom Contracting Center from
      Christopher M. Mendez
      Re:  Agreeing with Terms of Contract
              dated May 16, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 117

2.    Lifecare Response to Invitation to Bix
              dated May 16, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 122

3.    Lifecare Contract for Inhouse
      Medical Coding at Walter Reed
              dated May 16, 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 139

5.    Email to
      Defendant Caschetta and Eileen Wyant from
      Pamela Mizrahi
      Re:  Carmen Cunningham
              dated April 4, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164

6.    Collected Emails to Defendant Caschetta
      Re:  Carmen Cunningham
              dated April 4, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166

7.    Plaintiff Radtke Time Records
              various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253

**Plaintiffs' Exhibits:**

6.    Plaintiff Cunningham's Bio Listing Certification
              undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 301

8.    Email to
      Warren Kwan from
      Defendant Caschetta
      Re:  Reminder-Appt for Tomorrow Sat. at Noon
              dated September 28, 2002 . . . . . . . . . . . . . . . . . . . . . . . 303

<u>**Plaintiffs' Exhibits,**</u> **continued:**

9.      **Email to**
       **Eileen Wyant from**
       **Defendant Caschett**
            **dated August 31, 2004** . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **305**

13.    **Email to**
       **Warren Kwan from**
       **Plaintiff Radtke**
       **Re:  Notice**
            **dated December 28, 2005** . . . . . . . . . . . . . . . . . . . . . . . .  **307**

14.    **Email to**
       **Warren Kwan from**
       **Plaintiff Radtke**
       **Re:  Question**
            **dated June 17, 2005** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **310**

18.    **Email to**
       **Warren Kwan from**
       **Kathy Radtke**
       **Re:  Updated**
            **dated May 3, 2005** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **313**

19.    **Consulting Agreement,**
       **With Exhibits,**
            **dated October 16, 2003** . . . . . . . . . . . . . . . . . . . . . . . . .  **316**

21.    **Email to**
       **Lisa Plank from**
       **Pamela Mizrahi**
       **Re:  Letter of Resignation**
            **dated April 8, 2005** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **323**

22.    **Collected Email Correspondence**
       **Re:  Plaintiff Cunningham Timesheet**
            **various dates** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **326**

<u>Plaintiffs' Exhibits</u>, continued:

23.    Collected Email Correspondence
       Re:  Plaintiff Radtke's Work at Kaiser
              various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 335

27.    Email to
       Plaintiff Cunningham from
       Defendant Caschetta
       Re:  Kaiser
              dated March 4, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 344

29.    Plaintiff Cunningham's Time Records
              various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 346

32.    Emails between
       Plaintiff Cunningham and
       Defendant Caschetta
       Re:  Attendance,
       With Exhibits,
              dated March 10, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 389

Memorandum Opinion and Order of
The Honorable John M. Facciola
       filed May 14, 2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 395

APPEAL,JURY,STAYED,TYPE-K

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-02031-JMF

RADTKE et al v. CASCHETTA et al
Assigned to: Magistrate Judge John M. Facciola
Case in other court: 14-07079
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/29/2006
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**KATHY RADTKE**          represented by    **Micah Salb**
LIPPMAN, SEMSKER & SALB, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, MD 20814-6204
301-656-6905
Fax: 301-656-6906
Email: msalb@lsslawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gwenlynn Whittle D'Souza**
GWEN W. D'SOUZA, ESQ.
7979 Old Georgetown Road
Suite 1100
Bethesda, MD 20814
(301) 452-1888
Fax: (301) 656-6905
Email: gwenwdsouza@yahoo.com
*TERMINATED: 08/26/2008*

**Mary E. Kuntz**
LIPPMAN SEMSKER & SALB, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, MD 20814
(301) 656-6905
Fax: (301) 656-6906
Email: mkuntz@lsslawyers.com
*TERMINATED: 11/06/2014*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARMEN CUNNINGHAM**       represented by    **Micah Salb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

USCA Case #14-7079     Document #1529317          Filed: 12/29/2014     Page 8 of 423

**Gwenlynn Whittle D'Souza**
(See above for address)
*TERMINATED: 08/26/2008*

**Mary E. Kuntz**
(See above for address)
*TERMINATED: 11/06/2014*
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**MARIA CASCHETTA**                    represented by   **Alan Lescht**
ALAN LESCHT & ASSOCIATES
1050 17th Street, NW
Suite 400
Washington, DC 20036
(202) 463-6036
Fax: (202) 463-6067
Email: alan.lescht@leschtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
ALAN LESCHT & ASSOCIATES
1050 17th Street, NW
Suite 400
Washington, DC 20036
(202) 463-6036
Fax: (202) 463-6067
Email: susan.kruger@leschtlaw.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**LIFECARE MANAGEMENT
PARTNERS**                            represented by   **Alan Lescht**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**ADVANTA MEDICAL SOLUTIONS,
LLC**                                 represented by   **Alan Lescht**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**MARIA CASCHETTA**                    represented by  **Alan Lescht**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Susan Laiken Kruger**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**LIFECARE MANAGEMENT
PARTNERS**                             represented by  **Alan Lescht**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Susan Laiken Kruger**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ADVANTA MEDICAL SOLUTIONS,
LLC**                                  represented by  **Alan Lescht**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Susan Laiken Kruger**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**CARMEN CUNNINGHAM**                  represented by  **Micah Salb**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Gwenlynn Whittle D'Souza**
                                                       (See above for address)
                                                       *TERMINATED: 08/26/2008*

**Counter Claimant**

**MARIA CASCHETTA**                    represented by  **Alan Lescht**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**LIFECARE MANAGEMENT PARTNERS**                    represented by    **Alan Lescht**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ADVANTA MEDICAL SOLUTIONS, LLC**                    represented by    **Alan Lescht**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**CARMEN CUNNINGHAM**                    represented by    **Micah Salb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gwenlynn Whittle D'Souza**
(See above for address)
*TERMINATED: 08/26/2008*

**Counter Claimant**

**LIFECARE MANAGEMENT PARTNERS**                    represented by    **Alan Lescht**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan Laiken Kruger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**ADVANTA MEDICAL SOLUTIONS, LLC**                    represented by    **Alan Lescht**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | Susan Laiken Kruger<br>*(See above for address)*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**MARIA CASCHETTA**     represented by   **Alan Lescht**<br>*(See above for address)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*

       **Susan Laiken Kruger**<br>*(See above for address)*<br>*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**KATHY RADTKE**     represented by   **Micah Salb**<br>*(See above for address)*<br>*LEAD ATTORNEY*

       **Gwenlynn Whittle D'Souza**<br>*(See above for address)*<br>*TERMINATED: 08/26/2008*

**Counter Defendant**

**CARMEN CUNNINGHAM**     represented by   **Micah Salb**<br>*(See above for address)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*

       **Gwenlynn Whittle D'Souza**<br>*(See above for address)*<br>*TERMINATED: 08/26/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2006 | 1 [RECAP] | COMPLAINT against MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC ( Filing fee $ 350 receipt number 4616000511.)filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 12/04/2006) |
| 11/29/2006 |  | SUMMONS Not Issued as to MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (jf, ) (Entered: 12/04/2006) |
| 12/07/2006 |  | Summons (3) Issued as to MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (jf, ) (Entered: 12/07/2006) |

| 01/22/2007 | 2 [RECAP] | MOTION to Change Venue by MARIA CASCHETTA, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Lescht, Alan) (Entered: 01/22/2007) |
| 01/22/2007 | 3 [RECAP] | MOTION to Dismiss for Lack of Jurisdiction by MARIA CASCHETTA, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Lescht, Alan) (Entered: 01/22/2007) |
| 01/22/2007 | 4 [RECAP] | MOTION to Sever by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Lescht, Alan) (Entered: 01/22/2007) |
| 01/22/2007 | 5 [RECAP] | MOTION for More Definite Statement by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order)(Lescht, Alan) (Entered: 01/22/2007) |
| 01/22/2007 | 6 [RECAP] | MOTION to Stay re 1 [RECAP] Complaint *and compel arbitration of claims of cunningham* by MARIA CASCHETTA, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Lescht, Alan) (Entered: 01/22/2007) |
| 02/09/2007 | 7 [RECAP] | Memorandum in opposition to re 2 [RECAP] MOTION to Change Venue, 5 [RECAP] MOTION for More Definite Statement, 3 [RECAP] MOTION to Dismiss for Lack of Jurisdiction, 4 [RECAP] MOTION to Sever, 6 [RECAP] MOTION to Stay re 1 [RECAP] Complaint *and compel arbitration of claims of cunningham* filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Salb, Micah) (Entered: 02/09/2007) |
| 02/16/2007 | 8 [RECAP] | REPLY to opposition to motion re 2 [RECAP] MOTION to Change Venue, 5 [RECAP] MOTION for More Definite Statement, 3 [RECAP] MOTION to Dismiss for Lack of Jurisdiction, 4 [RECAP] MOTION to Sever, 6 [RECAP] MOTION to Stay re 1 [RECAP] Complaint *and compel arbitration of claims of cunningham* filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit)(Kruger, Susan) (Entered: 02/16/2007) |
| 02/20/2007 | 9 [RECAP] | MOTION for Extension of Time to File Response/Reply as to 2 [RECAP] MOTION to Change Venue, 5 [RECAP] MOTION for More Definite Statement, 3 [RECAP] MOTION to Dismiss for Lack of Jurisdiction, 4 [RECAP] MOTION to Sever, 6 [RECAP] MOTION to Stay re 1 [RECAP] Complaint *and compel arbitration of claims of cunningham Nunc Pro Tunc* by KATHY RADTKE, CARMEN CUNNINGHAM. (Salb, Micah) (Entered: 02/20/2007) |
| 02/22/2007 |  | MINUTE ORDER granting 9 [RECAP] Plaintiff's Motion for Extension of Time to File Response because the parties are not prejudiced by the delay. The deadline for plaintiff's opposition to defendant's motions is extended nunc pro tunc to February 9, 2007. Signed by Judge Emmet G. Sullivan on February 22, 2007. (lcegs1) (Entered: 02/22/2007) |

| 04/18/2007 | 10 [RECAP] | NOTICE of Appearance by Gwenlynn Whittle D'Souza on behalf of KATHY RADTKE, CARMEN CUNNINGHAM (D'Souza, Gwenlynn) (Entered: 04/18/2007) |
| 05/15/2007 | 11 [RECAP] | ORDER granting 4 [RECAP] Defendants' Motion to Sever; severing claims of plaintiffs; denying 5 [RECAP] Defendants' Motion for More Definite Statement; denying without prejudice 6 [RECAP] Defendants' Motion to Compel Arbitration; and directing parties to file supplemental memoranda by no later than June 1, 2007; responses, if any, are due no later than June 8, 2007. See accompanying Memorandum Opinion. Signed by Judge Emmet G. Sullivan on May 15, 2007. (lcegs1) (Entered: 05/15/2007) |
| 05/15/2007 | 12 [RECAP] | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on May 15, 2007. (lcegs1) (Entered: 05/15/2007) |
| 05/15/2007 | | Set/Reset Deadlines: Supplemental Memoranda concerning the proper remedy for defendants' motions to dismiss due by 6/1/2007; Responses, if any, due by 6/8/2007. (mm) (Entered: 05/16/2007) |
| 05/24/2007 | 13 [RECAP] | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against CARMEN CUNNINGHAM by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. Related document: 1 [RECAP] Complaint filed by KATHY RADTKE, CARMEN CUNNINGHAM.(Lescht, Alan) (Entered: 05/24/2007) |
| 05/24/2007 | 14 [RECAP] | MOTION for Extension of Time to File Answer re 1 [RECAP] Complaint *of Radtke* by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Lescht, Alan) (Entered: 05/24/2007) |
| 05/30/2007 | 15 [RECAP] | MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Supplement Memorandum of Points and Authorities# 2 Exhibit Advanta Webpage# 3 Exhibit GAO Decision# 4 Exhibit Radtke Affidavit# 5 Exhibit Cunningham Affidavit (D'Souza, Gwenlynn) Modified on 6/4/2007 (lc, ). (Entered: 05/30/2007) |
| 06/01/2007 | 16 [RECAP] | MEMORANDUM re 11 [RECAP] Order on Motion to Sever,, Order on Motion for More Definite Statement,, Order on Motion to Stay, by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Lescht, Alan) (Entered: 06/01/2007) |
| 06/01/2007 | 17 [RECAP] | ANSWER to Complaint with Jury Demand, Amended COUNTERCLAIM against CARMEN CUNNINGHAM by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. Related document: 1 [RECAP] Complaint filed by KATHY RADTKE, CARMEN CUNNINGHAM.(Lescht, Alan) (Entered: 06/01/2007) |
| 06/01/2007 | 18 [RECAP] | MOTION for Extension of Time to File *Supplemental Memorandum* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 06/01/2007) |
| 06/04/2007 | 19 [RECAP] | ERRATA by KATHY RADTKE, CARMEN CUNNINGHAM 15 [RECAP] MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion |

| | | |
|---|---|---|
| | | MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 06/04/2007) |
| 06/11/2007 | 20 [RECAP] | Memorandum in opposition to re 15 [RECAP] MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Text of Proposed Order) (Lescht, Alan) (Entered: 06/11/2007) |
| 06/12/2007 | 21 [RECAP] | ANSWER to Counterclaim, ANSWER to Counterclaim by CARMEN CUNNINGHAM. Related document: 17 [RECAP] Answer to Complaint,, Counterclaim, filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, 13 [RECAP] Answer to Complaint, Counterclaim filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS.(D'Souza, Gwenlynn) (Entered: 06/12/2007) |
| 06/18/2007 | | MINUTE ORDER granting 14 [RECAP] Defendants' Motion for Extension of Time to Answer because an answer for Radtke's claims is premature now in light of the Court's May 2007 opinion and order. Signed by Judge Emmet G. Sullivan on June 18, 2007. (lcegs1) (Entered: 06/18/2007) |
| 06/18/2007 | | MINUTE ORDER denying 18 [RECAP] Plaintiffs' Motion for Extension of Time to File Supplemental Memorandum required by 11 [RECAP] the Court's Order. Plaintiffs' supplemental memorandum is due no later than June 22, 2007. Signed by Judge Emmet G. Sullivan on June 18, 2007. (lcegs1) (Entered: 06/18/2007) |
| 06/18/2007 | 22 [RECAP] | REPLY to opposition to motion re 15 [RECAP] MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion MOTION for Reconsideration re 12 [RECAP] Memorandum & Opinion filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Salb, Micah) (Entered: 06/18/2007) |
| 06/19/2007 | | Set/Reset Deadlines: Supplemental Memorandum due by 6/22/2007. (clv, ) (Entered: 06/19/2007) |
| 06/22/2007 | 23 [RECAP] | NOTICE OF SUPPLEMENTAL AUTHORITY by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Supplement Supplemental Memorandum# 2 Text of Proposed Order Proposed Order)(D'Souza, Gwenlynn) (Entered: 06/22/2007) |
| 07/17/2007 | 24 [RECAP] | ORDER granting 15 [RECAP] Plaintiffs' Motion for Reconsideration; vacating 11 [RECAP] the Courts May 2007 order with regard to 4 [RECAP] Defendants' motion to sever; denying 4 [RECAP] Defendants' Motion to Sever; denying 2 [RECAP] Defendants' Motion to Change Venue; denying 3 [RECAP] Defendants' Motion to Dismiss for Lack of Jurisdiction; setting forth additional instructions to the parties. See accompanying Memorandum Opinion. Signed by Judge Emmet G. Sullivan on July 17, 2007. (lcegs1) (Entered: 07/17/2007) |

USCA Case #14-7079      Document #1529317      Filed: 12/29/2014      Page 15 of 423

| | | |
|---|---|---|
| 07/17/2007 | 25 [RECAP] | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on July 17, 2007. (lcegs1) (Entered: 07/17/2007) |
| 07/18/2007 | | Set/Reset Deadlines: Amended Pleadings due by 8/3/2007.,Responses due by 8/17/2007 (clv, ) (Entered: 07/18/2007) |
| 08/02/2007 | 26 [RECAP] | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against all plaintiffs by LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA. Related document: 1 [RECAP] Complaint filed by KATHY RADTKE, CARMEN CUNNINGHAM.(Lescht, Alan) (Entered: 08/02/2007) |
| 08/31/2007 | 27 [RECAP] | SCHEDULING ORDER. Attorney Meet and Confer Conference due by September 28, 2007; Meet & Confer Statement due by October 5, 2007. Signed by Judge Emmet G. Sullivan on August 31, 2007. (lcegs1) (Entered: 08/31/2007) |
| 08/31/2007 | | Set/Reset Deadlines: Attorney Meet and Confer Conference due by 9/28/2007. Meet & Confer Statement due by 10/5/2007. (dot, ) (Entered: 08/31/2007) |
| 10/05/2007 | 28 [RECAP] | MEET AND CONFER STATEMENT. (Salb, Micah) (Entered: 10/05/2007) |
| 10/09/2007 | 29 [RECAP] | SCHEDULING ORDER: Amended Pleadings due by 12/10/2007. Joinder of Parties due by 12/10/2007. Discovery due by 4/7/2008. Both parties' Rule 26a1 initial disclosures due by 10/19/2007. Both parties' Rule 26a2 expert disclosures due by 2/7/2008. Status Conference set for 4/23/2008 at 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. Case referred to Magistrate Judge John Facciola for settlement purposes only. Order sets forth further instruction to counsel. Signed by Judge Emmet G. Sullivan on October 9, 2007. (lcegs1) (Entered: 10/09/2007) |
| 10/09/2007 | | CASE REFERRED to Magistrate Judge John M. Facciola for settlement. (jeb, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Set Deadlines/Hearings: Amended Pleadings due by 12/10/2007.,Discovery due by 4/7/2008.,Joinder of Parties due by 12/10/2007.,Plaintiff Rule 26a1 due by 10/19/2007.,Defendant Rule 26a1 due by 10/19/2007.,Plaintiff Rule 26a2 due by 2/7/2008.,Defendant Rule 26a2 due by 2/7/2008.,Status Conference set for 4/23/2008 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 10/10/2007) |
| 10/12/2007 | 30 [RECAP] | ORDER re referral to Judge Facciola for settlement. Signed by Magistrate Judge John M. Facciola on 10/12/07. (SP, ) (Entered: 10/12/2007) |
| 10/12/2007 | | Set/Reset Hearings: Settlement Conference set for 11/13/2007 at 02:00 PM in Chambers before Magistrate Judge John M. Facciola. (SP, ) (Entered: 10/12/2007) |
| 10/16/2007 | | Set/Reset Hearings: Settlement Conference set for 11/13/2007 at 2:00 PM is hereby RESCHEDULED, and is now set for 12/3/07 at 3:30 PM in Chambers before Magistrate Judge John M. Facciola. (lcjmf1) (Entered: 10/16/2007) |

| 12/04/2007 | | Set/Reset Hearings: Settlement Conference set for 12/13/2007 at 10:30 AM in Chambers before Magistrate Judge John M. Facciola. (SP, ) (Entered: 12/04/2007) |
|---|---|---|
| 12/14/2007 | | Minute Entry. Proceedings held before Magistrate Judge John M. Facciola : Settlement Conference held on 12/13/2007. (lcjmf1) (Entered: 12/14/2007) |
| 03/03/2008 | 31 [RECAP] | Consent MOTION for Extension of Time to *file rebuttal expert reoprts* by MARIA CASCHETTA, ADVANTA MEDICAL SOLUTIONS, LLC (Lescht, Alan) (Entered: 03/03/2008) |
| 03/04/2008 | | MINUTE ORDER granting in part 31 [RECAP] defendants' Consent Motion to Enlarge Time for Defendants to Make Rebuttal Expert Disclosures and amending 29 [RECAP] scheduling order as follows: plaintiffs' 26(a)(2) expert report shall be filed by no later than April 7, 2008; defendants' rebuttal expert report, if any, shall by filed by no later than May 7, 2008; the status hearing scheduled for April 23, 2008 is VACATED and rescheduled for May 29, 2008 at 12:30 p.m. Signed by Judge Emmet G. Sullivan on March 4, 2008. (lcegs1) (Entered: 03/04/2008) |
| 03/04/2008 | | Set/Reset Deadlines/Hearings: Plaintiff Rule 26a2 due by 4/7/2008. Defendant Rule 26a2 due by 5/7/2008. Status Conference set for 5/29/2008 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 03/04/2008) |
| 03/11/2008 | | MINUTE ORDER. Counsel for the parties are directed to jointly telephone the Court at 354-3260 at 4:30 p.m. on Tuesday, March 18, 2008. Parties are requested to articulate their positions in pleadings of not more than three pages each by no later than Friday, March 14, 2008. Signed by Judge Emmet G. Sullivan on March 11, 2008. (lcegs1) (Entered: 03/11/2008) |
| 03/11/2008 | | Set/Reset Hearings: Telephone Conference set for 3/18/2008 04:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 03/11/2008) |
| 03/14/2008 | 32 [RECAP] | MEMORANDUM re Order, by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Lescht, Alan) (Entered: 03/14/2008) |
| 03/14/2008 | 33 [RECAP] | MEMORANDUM re 32 [RECAP] Memorandum filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, Set/Reset Hearings, Order, by KATHY RADTKE, CARMEN CUNNINGHAM. (Attachments: # 1 Exhibit 1)(Salb, Micah) (Entered: 03/14/2008) |
| 03/25/2008 | | VACATED PURSUANT TO THE MINUTE ORDER FILED 4/3/08 MINUTE ORDER. Upon consideration of 32 [RECAP] , 33 [RECAP] the parties' respective memorandum regarding the confidentiality order, it is hereby ordered that in addition to the parties producing unredacted versions of confidential documents to be shared with the agreed upon individuals, the parties shall also produce redacted versions of confidential documents to be shared with potential witnesses. Further, the parties shall submit, via electronic filing, a Protective Order containing the approved language for the Courts signature by no later than April 4, 2008. Signed by Judge Emmet |

| | | |
|---|---|---|
| | | G. Sullivan on March 25, 2008. (lcegs1) Modified on 4/4/2008 (clv, ). (Entered: 03/25/2008) |
| 03/25/2008 | | Set/Reset Deadlines: Protective Order due by 4/4/2008. (clv, ) (Entered: 03/25/2008) |
| 03/31/2008 | | Set/Reset Deadlines: protective order due by 4/4/2008. (clv, ) (Entered: 03/31/2008) |
| 04/02/2008 | 34 [RECAP] | RESPONSE TO ORDER OF THE COURT re Order,, filed by ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit proposed agreement)(Lescht, Alan) (Entered: 04/02/2008) |
| 04/02/2008 | 35 [RECAP] | MEMORANDUM by KATHY RADTKE. (Attachments: # 1 Text of Proposed Order)(Salb, Micah) (Entered: 04/02/2008) |
| 04/03/2008 | | MINUTE ORDER. Upon further consideration of the parties' positions, the Court vacates its March 25, 2008 Order. The disputed language in the proposed confidentiality order, section 5(a), shall read as follows: "and any deponent, witness or potential witness, provided that any disclosure to such person is essential to that person's testimony and such person is advised of the terms of this Confidentiality Order and agrees in writing to be bound by it." Signed by Judge Emmet G. Sullivan on April 3, 2008. (lcegs1) (Entered: 04/03/2008) |
| 04/04/2008 | 36 [RECAP] | Joint MOTION for Extension of Time to Complete Discovery, Joint MOTION for Extension of Time to *Designate Expert* by KATHY RADTKE, CARMEN CUNNINGHAM (D'Souza, Gwenlynn) (Entered: 04/04/2008) |
| 04/07/2008 | | MINUTE ORDER granting 36 [RECAP] Joint Motion to Enlarge the Scheduling Order. Discovery shall close by no later than June 6, 2008; plaintiffs' Rule 26(a)(2) expert disclosures are due by no later than April 23, 2008; defendants' Rule 26(a)(2) expert disclosures are due by no later than May 23, 2008. The status conference scheduled for May 29, 2008 is VACATED and rescheduled for June 19, 2008 at 11:00 a.m. Signed by Judge Emmet G. Sullivan on April 7, 2008. (lcegs1) (Entered: 04/07/2008) |
| 04/07/2008 | | Set/Reset Deadlines/Hearings: Plaintiff Rule 26a2 due by 4/23/2008. Defendant Rule 26a2 due by 5/23/2008. Discovery due by 6/6/2008. Status Conference set for 6/19/2008 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 04/07/2008) |
| 04/22/2008 | 37 [RECAP] | Consent MOTION for Extension of Time to Complete Discovery, Consent MOTION for Extension of Time to File *Expert Report* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 04/22/2008) |
| 04/23/2008 | | MINUTE ORDER granting 37 [RECAP] Consent Motion to Enlarge the Scheduling Order and amending the scheduling order as follows: discovery shall close by no later than July 7, 2008; plaintiffs' Rule 26(a)(2) expert disclosures are due by no later than May 30, 2008; defendants' Rule 26(a)(2) expert disclosures are due by no later than June 30, 2008. The status conference scheduled for June 19, 2008 is CANCELLED and |

| | | |
|---|---|---|
| | | rescheduled for July 24, 2008 at 12:00 p.m. Signed by Judge Emmet G. Sullivan on April 23, 2008. (lcegs1) (Entered: 04/23/2008) |
| 04/23/2008 | | Set/Reset Deadlines/Hearings: Plaintiff Rule 26a2 due by 5/30/2008. Defendant Rule 26a2 due by 6/30/2008. Discovery due by 7/7/2008. Status Conference set for 7/24/2008 12:00 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 04/23/2008) |
| 05/05/2008 | 38 [RECAP] | MOTION to Continue *Reset Status Conference* by CARMEN CUNNINGHAM, KATHY RADTKE (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 05/05/2008) |
| 05/06/2008 | | MINUTE ORDER denying without prejudice 38 [RECAP] plaintiffs' Motion to Reset Status Conference for failure to comply with LCvR 7(m). Signed by Judge Emmet G. Sullivan on May 6, 2008. (lcegs1) (Entered: 05/06/2008) |
| 05/14/2008 | 39 [RECAP] | MOTION to Continue *Reset Status Conference* by CARMEN CUNNINGHAM, KATHY RADTKE (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 05/14/2008) |
| 05/14/2008 | | MINUTE ORDER granting 39 [RECAP] plaintiffs' Motion to Continue the Status Conference. The status conference scheduled for July 24, 2008 is cancelled and rescheduled for July 31, 2008 at 12:30 p.m. Signed by Judge Emmet G. Sullivan on May 14, 2008. (lcegs1) (Entered: 05/14/2008) |
| 05/15/2008 | | Set/Reset Hearings: Status Conference set for 7/31/2008 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 05/15/2008) |
| 06/02/2008 | 40 [RECAP] | MOTION for Protective Order *for Entry of Order Governing Confidential Material* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 06/02/2008) |
| 06/09/2008 | 41 [RECAP] | Memorandum in opposition to re 40 [RECAP] MOTION for Protective Order *for Entry of Order Governing Confidential Material* filed by ADVANTA MEDICAL SOLUTIONS, LLC. (Lescht, Alan) (Entered: 06/09/2008) |
| 06/09/2008 | | MINUTE ORDER. Pursuant to the parties' joint request for a conference call with the Court to discuss unresolved discovery disputes, the parties are directed to file one pleading, not to exceed four pages, by no later than Tuesday, June 10, 2008 at 5:00 p.m. that frames the discovery issues and outlines the parties' respective arguments and points and authorities of law. Signed by Judge Emmet G. Sullivan on June 9, 2008. (lcegs1) (Entered: 06/09/2008) |
| 06/10/2008 | | Set/Reset Deadlines: Status Report due by 6/10/2008 (clv, ) (Entered: 06/10/2008) |
| 06/10/2008 | 42 [RECAP] | STATUS REPORT *for Discovery* by KATHY RADTKE, CARMEN CUNNINGHAM. (D'Souza, Gwenlynn) (Entered: 06/10/2008) |
| 06/10/2008 | 43 [RECAP] | RESPONSE TO ORDER TO SHOW CAUSE by ADVANTA MEDICAL SOLUTIONS, LLC re Order, *issued by court*. (Lescht, Alan) (Entered: |

| | | 06/10/2008) |
|---|---|---|
| 06/23/2008 | 44 [RECAP] | Joint MOTION for Extension of Time to Complete Discovery by ADVANTA MEDICAL SOLUTIONS, LLC (Attachments: # 1 Text of Proposed Order)(Kruger, Susan) (Entered: 06/23/2008) |
| 07/01/2008 | 45 [RECAP] | MOTION for Leave to File *Amended Complaint* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Amended Complaint, # 2 Text of Proposed Order)(D'Souza, Gwenlynn) (Entered: 07/01/2008) |
| 07/01/2008 | 46 [RECAP] | MOTION for Summary Judgment *and Motion to Seal Exhibits* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Motion to File Exhibits 1, 2, 5, and 6 Under Seal, # 2 Exhibit 3 - GAO Report, # 3 Exhibit 4 - Radtke's Answers to Interrogatories, # 4 Exhibit 7 - Cunningham's Answers to Interrogatories)(D'Souza, Gwenlynn) (Entered: 07/01/2008) |
| 07/07/2008 | 47 [RECAP] | Memorandum in opposition to re 45 [RECAP] MOTION for Leave to File *Amended Complaint* filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit relevant pages of decision cited in memo, # 2 Text of Proposed Order)(Lescht, Alan) (Entered: 07/07/2008) |
| 07/07/2008 | | Minute Order granting 44 [RECAP] Joint Motion to Enlarge the Scheduling Order. Discovery shall close by no later than September 19, 2008. Further, 46 [RECAP] Plaintiff/Counterclaim Defendant's Motion for Summary Judgment is denied without prejudice to refile pursuant to a briefing schedule entered by the Court at the close of discovery. Signed by Judge Emmet G. Sullivan on July 7, 2008. (lcegs1) (Entered: 07/07/2008) |
| 07/07/2008 | | Set/Reset Deadlines: Discovery due by 9/19/2008. (clv, ) (Entered: 07/07/2008) |
| 07/18/2008 | 48 [RECAP] | REPLY to opposition to motion re 45 [RECAP] MOTION for Leave to File *Amended Complaint* filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Attachments: # 1 Amended Complaint Revised)(D'Souza, Gwenlynn) (Entered: 07/18/2008) |
| 07/30/2008 | | MINUTE ORDER. The status conference scheduled for July 31, 2008 is cancelled. The Court regrets any inconvenience to the parties. Signed by Judge Emmet G. Sullivan on July 30, 2008. (lcegs1) (Entered: 07/30/2008) |
| 07/30/2008 | | MINUTE ORDER. Upon consideration of 45 [RECAP] plaintiffs' first Motion for Leave to File Amended Complaint, and the response and reply thereto, plaintiffs' motion is GRANTED. "In the absence of any apparent or declared reason - such as such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. - the leave sought should, as the rules require, be freely given." Foman v. Davis, 371 U.S. 178, 182 (1962)(internal quotations omitted). On July 7, 2008, the Court granted the parties' joint request to extend discovery until September 19, 2008. As plaintiffs' revised proposed amendment is not without merit, nor would any delay caused by amending the complaint prejudice the defendant, the Court shall grant plaintiff leave to amend the complaint. See |

| | | |
|---|---|---|
| | | Harrison v. Rubin, 174 F.3d 249, 252 (D.C. Cir. 1999). The amended complaint shall be filed by no later than August 7, 2008, and shall relate back to November 29, 2006, the date the original complaint was filed. Signed by Judge Emmet G. Sullivan on July 30, 2008. (lcegs1) (Entered: 07/30/2008) |
| 07/31/2008 | | Set/Reset Deadlines: Amended Pleadings due by 8/7/2008. (clv, ) (Entered: 07/31/2008) |
| 07/31/2008 | 49 [RECAP] | ORDER granting in part and denying in part 40 [RECAP] Motion for Protective Order. Signed by Judge Emmet G. Sullivan on July 31, 2008. (lcegs2) (Entered: 07/31/2008) |
| 08/06/2008 | 50 [RECAP] | AMENDED COMPLAINT against MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC filed by KATHY RADTKE, CARMEN CUNNINGHAM.(nmw, ) (Entered: 08/06/2008) |
| 08/20/2008 | 51 [RECAP] | MOTION for Reconsideration re Order on Motion for Leave to File,,,, by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Attachments: # 1 Exhibit) (Lescht, Alan) (Entered: 08/20/2008) |
| 08/20/2008 | 52 [RECAP] | Consent MOTION for Extension of Time to File Response/Reply *to amended complaint* by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Lescht, Alan) (Entered: 08/20/2008) |
| 08/25/2008 | 53 [RECAP] | MOTION to Withdraw as Attorney by CARMEN CUNNINGHAM, KATHY RADTKE (D'Souza, Gwenlynn) (Entered: 08/25/2008) |
| 08/26/2008 | | MINUTE ORDER granting 53 [RECAP] Motion to Withdraw as Attorney. Attorney Gwenlynn Whittle D'Souza shall be terminated as counsel for the plaintiffs. Signed by Judge Emmet G. Sullivan on August 26, 2008. (lcegs1) (Entered: 08/26/2008) |
| 08/28/2008 | | MINUTE ORDER denying 51 [RECAP] defendants' Motion for Reconsideration and granting 52 [RECAP] defendants' Consent Motion for an Extension of Time to File Response to Amended Complaint. Defendants previously argued in their Opposition to plaintiffs' Motion to Amend that plaintiffs' reasons for delay in seeking leave to amend the complaint are unjustified. Defendants repeat this argument in their motion for reconsideration. A motion for reconsideration "should be granted only if the Court finds that there is an intervening change of controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice," and not "if a part is simply attempting to reargue factual or legal arguments that it asserted in its original briefs." Pearson v. Thompson, 141 F. Supp. 2d 105, 107 (D.D.C. 2001). As the Court has previously considered and rejected defendants' argument, defendants' Motion for Reconsideration is denied. Defendants shall file their answer, or otherwise respond to the complaint, by no later than September 4, 2008. Signed by Judge Emmet G. Sullivan on August 28, 2008. (lcegs1) (Entered: 08/28/2008) |

| | | |
|---|---|---|
| 08/28/2008 | | Set/Reset Deadlines: Answer due by 9/4/2008. (dot, ) (Entered: 08/28/2008) |
| 08/28/2008 | | Set/Reset Deadlines: Answer due by 9/4/2008, (clv, ) (Entered: 08/28/2008) |
| 09/04/2008 | 54 [RECAP] | MOTION to Dismiss *cunningham's md claims* by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Lescht, Alan) (Entered: 09/04/2008) |
| 09/04/2008 | 55 [RECAP] | ANSWER to 50 [RECAP] Amended Complaint by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. Related document: 50 [RECAP] Amended Complaint filed by KATHY RADTKE, CARMEN CUNNINGHAM.(Lescht, Alan) (Entered: 09/04/2008) |
| 09/05/2008 | 56 [RECAP] | Joint MOTION for Extension of Time to Complete Discovery by KATHY RADTKE, CARMEN CUNNINGHAM (Salb, Micah) (Entered: 09/05/2008) |
| 09/08/2008 | | MINUTE ORDER granting 56 [RECAP] Motion for Extension of Time to Complete Discovery. Discovery will close November 18, 2008. The parties shall submit a joint proposal for further proceedings no later than December 4, 2008. A status hearing is scheduled for December 17, 2008 at 12:30 p.m. Signed by Judge Emmet G. Sullivan on September 8, 2008. (lcegs1) (Entered: 09/08/2008) |
| 09/08/2008 | | Set/Reset Deadlines/Hearings: Discovery due by 11/18/2008. Status Report due by 12/4/2008 Status Conference set for 12/17/2008 12:30 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 09/08/2008) |
| 09/15/2008 | 57 | Memorandum in opposition to re 54 [RECAP] MOTION to Dismiss *cunningham's md claims* filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Text of Proposed Order)(Salb, Micah) (Entered: 09/15/2008) |
| 09/22/2008 | 58 | REPLY to opposition to motion re 54 [RECAP] MOTION to Dismiss *cunningham's md claims* filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Lescht, Alan) (Entered: 09/22/2008) |
| 10/23/2008 | 59 | Joint MOTION for Extension of Time to Complete Discovery by CARMEN CUNNINGHAM, KATHY RADTKE (Salb, Micah) (Entered: 10/23/2008) |
| 10/24/2008 | | MINUTE ORDER granting 59 parties Joint Motion for Extension of Time to Complete Discovery. Discovery shall close on February 18, 2009. The parties shall submit a joint porposal for further proceedings no later than March 4, 2009. Signed by Judge Emmet G. Sullivan on October 24, 2008. (lcegs1) (Entered: 10/24/2008) |
| 10/26/2008 | | Set/Reset Deadlines: Status Report due by 3/4/2009 (clv, ) (Entered: 10/26/2008) |
| 12/16/2008 | | MINUTE ORDER. In view of the extension of Discovery, the Status Hearing scheduled for December 17, 2009 is continued until March 19, 2009 at 12 noon. Signed by Judge Emmet G. Sullivan on December 17, |

| | | 2008. (lcegs1) (Entered: 12/16/2008) |
|---|---|---|
| 01/21/2009 | | MINUTE ORDER Due to previously unforeseen circumstances, the status hearing scheduled for 3/19/2009 is rescheduled for 3/18/2009 at 2 p.m. Signed by Judge Emmet G. Sullivan on January 21, 2009. (lcegs1) (Entered: 01/21/2009) |
| 01/22/2009 | | Set/Reset Hearings: Status Conference set for 3/18/2009 02:00 PM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 01/22/2009) |
| 02/18/2009 | 60 | Joint MOTION for Mediation *and Appointment of Magistrate Judge Facciola*, Joint MOTION to Stay *Discovery* by KATHY RADTKE, CARMEN CUNNINGHAM (Salb, Micah) (Entered: 02/18/2009) |
| 02/19/2009 | | MINUTE ORDER granting 60 Joint Motion for Mediation; granting 60 Joint Motion to Stay Discovery. This case is referred to Judge Facciola for settlement and mediation purposes. Discovery in the case is stayed. The status hearing scheduled for 3/18/09 is vacated. The parties are directed to file a status report by 4/6/09. Signed by Judge Emmet G. Sullivan on February 19, 2009. (lcegs1) (Entered: 02/19/2009) |
| 02/19/2009 | 61 | CASE REFERRED to Magistrate Judge John M. Facciola for settlement purpose. (ls, ) (Entered: 02/24/2009) |
| 02/23/2009 | | Set/Reset Deadlines: Status Report due by 4/6/2009 (clv, ) (Entered: 02/23/2009) |
| 02/26/2009 | | Set/Reset Deadlines: Status Report due by 4/6/2009 (clv, ) (Entered: 02/26/2009) |
| 03/02/2009 | | Set/Reset Hearings: Settlement Conference set for 3/18/2009 at 3:30 PM in Chambers before Magistrate Judge John M. Facciola. (lcjmf1) (Entered: 03/02/2009) |
| 03/18/2009 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Settlement Conference held on 3/18/2009. (lcjmf1) (Entered: 03/18/2009) |
| 04/06/2009 | 62 | STATUS REPORT by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Kruger, Susan) (Entered: 04/06/2009) |
| 04/06/2009 | 63 | STATUS REPORT by KATHY RADTKE, CARMEN CUNNINGHAM. (Salb, Micah) (Entered: 04/06/2009) |
| 04/07/2009 | 64 | MOTION for Sanctions by KATHY RADTKE, CARMEN CUNNINGHAM (Salb, Micah) (Entered: 04/07/2009) |
| 04/14/2009 | | MINUTE ORDER. At both parties' request for an extension of Discovery, Discovery has been extended until 07/24/2009. Plaintiffs are directed to file a Motion for an Amended Complaint after the close of Discovery by 08/07/2009. The 54 [RECAP] Motion to Dismiss is denied without prejudice. Signed by Judge Emmet G. Sullivan on April 14, 2009. (lcegs1) (Entered: 04/14/2009) |

| | | |
|---|---|---|
| 04/15/2009 | | Set/Reset Deadlines: Discovery due by 7/24/2009. Motions due by 8/7/2009. (clv, ) (Entered: 04/15/2009) |
| 04/20/2009 | 65 | Memorandum in opposition to re 64 MOTION for Sanctions filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Kruger, Susan) (Entered: 04/20/2009) |
| 04/27/2009 | 66 | REPLY to opposition to motion re 64 MOTION for Sanctions filed by KATHY RADTKE, CARMEN CUNNINGHAM. (Salb, Micah) (Entered: 04/27/2009) |
| 04/28/2009 | | MINUTE ORDER denying 64 Plaintiffs' Motion for Sanctions. Substantially for the reasons outlined by defendants in their opposition to the motion for sanctions, this motion is DENIED. Signed by Judge Emmet G. Sullivan on April 28, 2009. (lcegs1) (Entered: 04/28/2009) |
| 07/08/2009 | 67 | MOTION for Extension of Time to Complete Discovery by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit)(Kruger, Susan) (Entered: 07/08/2009) |
| 07/09/2009 | | MINUTE ORDER granting in part and denying in part 67 defendants' Motion for Extension of Time to Complete Discovery. Discovery shall close on September 30, 2009. The parties shall submit a joint proposal for further proceedings no later than October 14, 2009. Any future requests to extend the time to complete discovery will be viewed by the Court with disfavor. Signed by Judge Emmet G. Sullivan on July 9, 2009. (lcegs1) (Entered: 07/09/2009) |
| 07/14/2009 | | Set/Reset Deadlines: Discovery due by 9/30/2009. Status Report due by 10/14/2009 (clv, ) (Entered: 07/14/2009) |
| 09/16/2009 | 68 | Consent MOTION for Extension of Time to Complete Discovery by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Exhibit 1)(Salb, Micah) (Entered: 09/16/2009) |
| 09/16/2009 | 69 | RESPONSE re 68 Consent MOTION for Extension of Time to Complete Discovery filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Kruger, Susan) (Entered: 09/16/2009) |
| 09/17/2009 | | MINUTE ORDER. Upon consideration of the 68 consent motion for extension of time to complete discovery and 69 the response thereto, the Court hereby GRANTS the motion. Discovery shall close on October 30, 2009. A status hearing is scheduled for November 16, 2009 at 11:15 a.m. in Courtroom 24A. Signed by Judge Emmet G. Sullivan on September 17, 2009. (lcegs1) (Entered: 09/17/2009) |
| 09/18/2009 | | Set/Reset Deadlines/Hearings: Discovery due by 10/30/2009. Status Conference set for 11/16/2009 11:15 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 09/18/2009) |

| | | |
|---|---|---|
| 10/12/2009 | 70 | Consent MOTION for Extension of Time to Complete Discovery by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Kruger, Susan) (Entered: 10/12/2009) |
| 10/13/2009 | | MINUTE ORDER granting 70 defendants' consent motion for extension of time to complete discovery. Discovery shall close by no later than November 30, 2009. The status conference scheduled for November 16, 2009 is vacated and rescheduled for December 9, 2009 at 11:00 a.m. in Courtroom 24A. Signed by Judge Emmet G. Sullivan on October 13, 2009. (lcegs1) (Entered: 10/13/2009) |
| 10/13/2009 | | Set/Reset Deadlines/Hearings: Discovery due by 11/30/2009. Status Conference set for 12/9/2009 11:00 AM in Courtroom 24A before Judge Emmet G. Sullivan. (clv, ) (Entered: 10/13/2009) |
| 10/16/2009 | 71 | MOTION for Protective Order *and for Sanctions* by KATHY RADTKE, CARMEN CUNNINGHAM (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Salb, Micah) (Entered: 10/16/2009) |
| 10/19/2009 | | MINUTE ORDER. Defendants are directed to respond to 71 Plaintiffs' Motion for Protective Order and for Sanctions by no later than October 20, 2009 at 12:00 p.m. Plaintiffs shall file their reply by no later than 12:00 p.m. on October 21, 2009. No surreplies may be filed without invitation of the Court. Signed by Judge Emmet G. Sullivan on October 19, 2009. (lcegs1) (Entered: 10/19/2009) |
| 10/19/2009 | | Set/Reset Deadlines: Responses due by 10/20/2009 Replies due by 10/21/2009. (clv, ) (Entered: 10/19/2009) |
| 10/20/2009 | 72 | Memorandum in opposition to re 71 MOTION for Protective Order *and for Sanctions* filed by MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Kruger, Susan) (Entered: 10/20/2009) |
| 10/20/2009 | 73 | REPLY to opposition to motion re 71 MOTION for Protective Order *and for Sanctions* filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Exhibit 1)(Salb, Micah) (Entered: 10/20/2009) |
| 10/22/2009 | | MINUTE ORDER. Upon consideration of 71 plaintiffs' motion for protective order and for sanctions, and the response and reply thereto, the Court amends its October 13, 2009 Minute Order as follows: discovery shall close by no later than November 4, 2009, with the exception of the deposition of Joe Molina. The deposition of Joe Molina shall take place by no later than November 30, 2009. All other outstanding discovery matters, including the deposition of plaintiff Carmen Cunningham, shall be completed by no later than November 4, 2009. Plaintiffs' request for sanctions is DENIED. In view of the Court's scarce judicial resources, any requests to modify these discovery deadlines will be viewed by the Court with disfavor. Signed by Judge Emmet G. Sullivan on October 22, 2009. (lcegs1) (Entered: 10/22/2009) |

| | | |
|---|---|---|
| 10/22/2009 | | Set/Reset Deadlines: Discovery to close by 11/4/2009 with the exception of the deposition of Joe Molina. (mm, ) (Entered: 10/23/2009) |
| 12/09/2009 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan: Status Conference held on 12/9/2009. Order to be Presented. (Court Reporter CATALINA KERR.) (clv, ) (Entered: 12/09/2009) |
| 12/09/2009 | | MINUTE ORDER. The parties are directed to comply with the following briefing schedule for potentially dispositive motions: plaintiffs' motion for summary judgement shall be filed no later than January 8, 2010. Defendants' opposition shall be filed no later than January 29, 2010. If defendants choose to file a cross-motion, it shall be combined with the opposition and filed on the same date. Plaintiffs' reply and, if applicable, combined opposition shall be filed no later than February 12, 2010. Defendants' reply, if applicable, shall be filed no later than February 26, 2010. Signed by Judge Emmet G. Sullivan on December 9, 2009. (lcegs1) (Entered: 12/09/2009) |
| 12/10/2009 | | Set/Reset Deadlines: Summary Judgment motions due by 1/8/10; response and Cross Motions due by 1/29/2010. Response and replies to Cross Motions due by 2/12/2010. Reply to Cross Motions due by 2/26/2010. (clv, ) (Entered: 12/10/2009) |
| 01/08/2010 | 74 [RECAP] | MOTION for Summary Judgment by CARMEN CUNNINGHAM, KATHY RADTKE (Attachments: # 1 Exhibit 31, # 2 Exhibit 33, # 3 Exhibit 35, # 4 Exhibit Table of Exhibits)(Salb, Micah) (Entered: 01/08/2010) |
| 01/13/2010 | 75 | MOTION exhibits be filed under seal re 74 [RECAP] MOTION for Summary Judgment by CARMEN CUNNINGHAM, KATHY RADTKE (Attachments: # 1 Errata Notice of Documents Lodged Under Seal, # 2 Text of Proposed Order)(Salb, Micah) (Entered: 01/13/2010) |
| 01/19/2010 | | MINUTE ORDER granting in part and denying in part 75 Plaintiffs' Motion to File Exhibits Under Seal. Given the strong presumption in favor of public access to judicial records, see, e.g., Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 ("It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents."), and the ease with which confidential and potentially confidential information may be redacted from documents before they are filed publicly, the Court concludes that this case can and should be open to the public to the greatest extent possible. Accordingly, paragraph 6 of the parties' Stipulation and Order Regarding Confidential Material must be amended to comport with the following procedure: "(1) All documents of any nature - including motions, briefs, and exhibits - that contain confidential material a party proposes to keep under seal shall be filed with the Court under seal in an envelope or other container marked with the title of the action, the title of the court filing which contains the confidential material, and the statement 'FILED UNDER SEAL' below the Court; (2) Within five business days a party filing such documents with the Court shall also file on the public record a copy of the documents in which the confidential material is redacted. Alternatively, if - and only if - the redactions are so extensive as to render the documents useless to the reader, the party shall file on the public record a notice of the filing of the documents under seal in their entirety; (3) Redactions to public copies of |

| | | |
|---|---|---|
| | | documents shall be made solely to the extent necessary to preserve the confidentiality of the relevant information." Accordingly, pursuant to this Order, plaintiffs are directed to file redacted copies of the 52 exhibits filed under seal within five business days. All future filings by either party must comport with this Order. Signed by Judge Emmet G. Sullivan on January 19, 2010. (lcegs1) (Entered: 01/19/2010) |
| 01/19/2010 | 77 | SEALED EXHIBITS re 74 [RECAP] MOTION for Summary Judgment filed by KATHY RADTKE, CARMEN CUNNINGHAM. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 2)(zjf, ) (Entered: 01/25/2010) |
| 01/22/2010 | 76 | MOTION to Stay *Plaintiffs' Response to Court Order dated January 19, 2010* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Kruger, Susan) (Entered: 01/22/2010) |
| 01/25/2010 | | MINUTE ORDER. Upon consideration of 76 Defendants' Motion for Stay of Plaintiffs' Response to Court Order Dated January 19, 2010, the Court GRANTS defendants' request for additional time to coordinate with plaintiffs' counsel in order to redact confidential information from plaintiffs' exhibits. Plaintiffs may file redacted copies of the exhibits filed under seal in support of their motion for summary judgment by no later than February 12, 2010. Both parties are cautioned, however, that only those materials that an attorney believes in good faith contain "sensitive personal information, trade secrets, or other confidential research, development, or commercial information" may be redacted as confidential, see Stipulation and Order Regarding Confidential Material at 1, and sanctions may be imposed on any party that abuses the redaction process. Signed by Judge Emmet G. Sullivan on January 25, 2010. (lcegs1) (Entered: 01/25/2010) |
| 01/25/2010 | | Set/Reset Deadlines: plaintiff's may file redacted copies of the exhibits filed under seal in support of their motion for summary judgment by 2/12/2010. (clv, ) (Entered: 01/25/2010) |
| 01/29/2010 | 78 | Cross MOTION for Summary Judgment by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Response to Statement of Facts, # 2 Declaration Susan L. Kruger, # 3 Table of Exhibits, # 4 Text of Proposed Order)(Kruger, Susan) (Entered: 01/29/2010) |
| 01/29/2010 | 79 | Memorandum in opposition to re 74 [RECAP] MOTION for Summary Judgment filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (See Docket Entry 78 to view document) (jf, ) (Entered: 02/01/2010) |
| 02/02/2010 | 80 | SEALED EXHIBITS re 79 Memorandum in Opposition filed & 78 Cross MOTION for Summary Judgment filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (This document is SEALED and only available to authorized persons.)(zjf, ) (Entered: 02/02/2010) |

| | | |
|---|---|---|
| 02/09/2010 | 81 | Consent MOTION for Extension of Time to *file redacted copies of exhibits* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Text of Proposed Order)(Kruger, Susan) (Entered: 02/09/2010) |
| 02/09/2010 | | MINUTE ORDER granting 81 defendants' consent motion for extension of time. The parties shall have until February 19, 2010 to file redacted copies of their exhibits. Signed by Judge Emmet G. Sullivan on February 9, 2010. (lcegs1) (Entered: 02/09/2010) |
| 02/09/2010 | | Set/Reset Deadlines: parties redacted copies of exhibits due by 2/19/2010. (clv, ) (Entered: 02/09/2010) |
| 02/12/2010 | 82 | Joint MOTION for Extension of Time to *file redacted copies of exhibits and for plaintiffs to file opposition/reply brief* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Text of Proposed Order) (Entered: 02/12/2010) |
| 02/12/2010 | | MINUTE ORDER granting 82 joint motion for extension of time. The parties shall have until February 26, 2010 to file redacted copies of their exhibits. In addition, plaintiffs' reply and combined opposition brief shall be filed no later than February 19, 2010. Defendants' reply brief shall be filed no later than March 5, 2010. Future requests for extension of time will be viewed with disfavor. Signed by Judge Emmet G. Sullivan on February 12, 2010. (lcegs1) (Entered: 02/12/2010) |
| 02/12/2010 | | Set/Reset Deadlines: redacted copies of exhibits due by 2/26/2010. plaintiff's reply and combined opposition brief due by 2/19/2010; defendant's Reply due by 3/5/2010. (clv, ) (Entered: 02/12/2010) |
| 02/19/2010 | 83 | Memorandum in opposition to re 74 [RECAP] MOTION for Summary Judgment, 78 Cross MOTION for Summary Judgment *and Reply to Cross-Motion* filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Statement of Facts Response to Defendants' SMF, # 2 Exhibit Exhibit 4, # 3 Exhibit Exhibit 5, # 4 Exhibit Exhibit 6, # 5 Exhibit Exhibit 7)(Salb, Micah) (Entered: 02/19/2010) |
| 02/23/2010 | 84 | Memorandum in opposition to re 74 [RECAP] MOTION for Summary Judgment, 78 Cross MOTION for Summary Judgment *and Reply to Cross-Motion CORRECTED* filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Statement of Facts Response to Defendants' SMF, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7)(Salb, Micah) (Entered: 02/23/2010) |
| 02/23/2010 | 85 | REPLY to opposition to motion re 74 [RECAP] MOTION for Summary Judgment filed by CARMEN CUNNINGHAM, KATHY RADTKE. (See Docket Entry 84 to view document. Counsel is reminded to file the reply as a separate docket entry in future). (znmw, ) (Entered: 02/24/2010) |
| 02/26/2010 | 86 | NOTICE OF FILING REDACTED DOCUMENT to Order on Motion for Miscellaneous Relief,,,,,,,, by CARMEN CUNNINGHAM, KATHY RADTKE (The original PDF Document contained privacy information and was restricted pursuant to the E-Government Act.) (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 32, # 4 Exhibit 45, # 5 Exhibit 47, # 6 Exhibit 50)(Salb, Micah) (Entered: 02/26/2010) |
| 02/26/2010 | 87 | NOTICE OF FILING REDACTED DOCUMENT to 80 Sealed Document, by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (The original PDF Document contained privacy information and was restricted pursuant to the E-Government Act.) (Attachments: # 1 Exhibit redacted exhibit 1, # 2 Exhibit redacted exhibit 2a, # 3 Exhibit redacted exhibit 2b, # 4 Exhibit redacted exhibit 3, # 5 Exhibit redacted exhibit 4, # 6 Exhibit redacted exhibit 6, # 7 Exhibit redacted exhibit 8a, # 8 Exhibit redacted exhibit 8b, # 9 Exhibit redacted exhibit 9, # 10 Exhibit redacted exhibit 10, # 11 Exhibit redacted exhibit 11, # 12 Exhibit redacted exhibit 12a, # 13 Exhibit redacted exhibit 12b, # 14 Exhibit redacted exhibit 13, # 15 Exhibit redacted exhibit 14a, # 16 Exhibit redacted exhibit 14b, # 17 Exhibit redacted exhibit 15, # 18 Exhibit redacted exhibit 16, # 19 Exhibit redacted exhibit 17, # 20 Exhibit redacted exhibit 18a, # 21 Exhibit redacted exhibit 18b, # 22 Exhibit redacted exhibit 19, # 23 Exhibit redacted exhibit 20, # 24 Exhibit redacted exhibit 21, # 25 Exhibit redacted exhibit 22, # 26 Exhibit redacted exhibit 23a, # 27 Exhibit redacted exhibit 23b, # 28 Exhibit redacted exhibit 23c, # 29 Exhibit redacted exhibit 23d, # 30 Exhibit redacted exhibit 24)(Kruger, Susan) (Entered: 02/26/2010) |
| 03/05/2010 | 88 | NOTICE OF FILING REDACTED DOCUMENT to 84 Memorandum in Opposition, by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (The original PDF Document contained privacy information and was restricted pursuant to the E-Government Act.) (Attachments: # 1 Reply to Opposition to Cross Motion for Summary Judgment, # 2 Exhibit 2, # 3 Exhibit 3)(Kruger, Susan) (Entered: 03/05/2010) |
| 03/08/2010 | 89 | NOTICE OF FILING REDACTED DOCUMENT to 88 NOTICE OF FILING REDACTED DOCUMENT, by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (The original PDF Document contained privacy information and was restricted pursuant to the E-Government Act.) (Attachments: # 1 Exhibit redacted exhibit 1)(Kruger, Susan) (Entered: 03/08/2010) |
| 03/08/2010 | 90 | SEALED DOCUMENT re 88 NOTICE OF FILING REDACTED DOCUMENT, filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration, # 2 Exhibit)(zdr) (Entered: 03/09/2010) |
| 12/10/2010 | | MINUTE ORDER. Pursuant to Local Civil Rule 72.3(a)(3), the Court hereby refers the parties' pending cross-motions for summary judgment to a magistrate judge for a report and recommendation. All proceedings before the Honorable Emmet G. Sullivan are hereby STAYED pending receipt of a report and recommendation. Signed by Judge Emmet G. Sullivan on December 10, 2010. (lcegs1) (Entered: 12/10/2010) |
| 12/10/2010 | | Case Stayed (clv, ) (Entered: 12/10/2010) |

| | | |
|---|---|---|
| 12/10/2010 | 91 | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Report and Recommendation. (ls, ) (Entered: 12/15/2010) |
| 12/15/2010 | | Status Conference set for Thursday, 1/20/2011 @ 11:00 AM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 12/15/2010) |
| 01/18/2011 | 92 | Consent MOTION to Continue *status conference to Jan 27* by ADVANTA MEDICAL SOLUTIONS, LLC (Lescht, Alan) (Entered: 01/18/2011) |
| 01/18/2011 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 1/18/11 granting 92 Consent Motion to Continue Status Conference; Status Conference reset for 1/27/2011 @ 03:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 01/18/2011) |
| 01/26/2011 | | Set/Reset Hearing: Status Conference reset for Friday, 2/4/2011 @ 02:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 01/26/2011) |
| 02/04/2011 | | MINUTE ENTRY for proceedings before Magistrate Judge Deborah A. Robinson on February 4, 2011: Status Conference conducted; no later than February 11, 2011, counsel shall advise the court, by a jointly filed status report, of the significance, if any, of a case now pending in the United States Supreme Court. (Court Reporter Bowles.) (EW) (Entered: 02/11/2011) |
| 02/09/2011 | 93 | STATUS REPORT *Joint* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 02/09/2011) |
| 06/15/2011 | | MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 06/15/2011: Parties shall appear for a status conference at 4:00 p.m. on Thursday, June 16, 2011 in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar3) (Entered: 06/15/2011) |
| 06/15/2011 | | Set/Reset Hearings: Status Conference set for 6/16/2011 04:00 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar3) (Entered: 06/15/2011) |
| 06/15/2011 | | Set/Reset Hearings: Status Conference set for 6/16/2011 09:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lcdar3) (Entered: 06/15/2011) |
| 06/16/2011 | | MINUTE ORDER: by Magistrate Judge Deborah A. Robinson on 6/16/11; Counsel were advised on the record that several of the exhibits offered in support of and in opposition to the pending cross-motions for summary judgment, both of which are actively under advisement, appear to be either incomplete or inaccurately numbered. Off the record, counsel met and conferred regarding how best to address the incomplete and inaccurately numbered exhibits. For the reasons set forth on the record, and with the consent of the parties, it is ORDERED that no later than June 28, 2011, counsel for each side shall (1) re-file the exhibits which now are incomplete or inaccurately numbered, and (2) to the extent necessary by reason of the re-filing of exhibits which now are inaccurately numbered, file corrected memoranda and Local Civil Rule 7(h) statements. No later than the same |

| | | |
|---|---|---|
| | | date, counsel for the parties, for the reasons set forth on the record, shall advise the court whether the parties consent to proceed before a United States Magistrate Judge for all purposes. (lm ) (Entered: 06/16/2011) |
| 06/28/2011 | 94 | STATUS REPORT *in response to Order* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 06/28/2011) |
| 06/28/2011 | 95 | ERRATA re 78 Cross MOTION for Summary Judgment , 79 Memorandum in opposition to re 74 [RECAP] MOTION for Summary Judgment by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS Order,,,,. (Attachments: # 1 Defendants' corrected cross motion for summary judgment and opposition to plaintiff's motion for summary judgment, # 2 Exhibit Additional pages for Exhibit 2 and Exhibit 8)(Kruger, Susan) Modified on 6/29/2011 to add docket link (jf, ). (Additional attachment(s) added on 7/1/2011: # 3 Sealed Pages of Exhibits 2 & 8) (jf, ). (Entered: 06/28/2011) |
| 06/28/2011 | 96 | RESPONSE TO ORDER OF THE COURT re Order,,,, filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Memorandum in Support Pl MSJ, # 2 Statement of Facts TOC to Pl SMJ, # 3 Exhibit Exhibit 1 (Corr.), # 4 Exhibit Exhibit 2 (Corr.), # 5 Exhibit Exhibit 23 (Corr.), # 6 Exhibit Exhibit 27 (Corr.), # 7 Exhibit Exhibit 35 (Corr.), # 8 Exhibit Exhibit 53 (Corr.), # 9 Statement of Facts Pl SMF to Def MSJ)(Salb, Micah) (Entered: 06/28/2011) |
| 08/12/2011 | 97 | REPORT AND RECOMMENDATION denying Plaintiffs' Motion for Summary Judgment (Document No. 74 [RECAP] ) and denying Defendants' Cross Motion for Summary Judgment (Document No. 78 ). Signed by Magistrate Judge Deborah A. Robinson on 08/12/2011. (lcdar3) (Entered: 08/12/2011) |
| 11/01/2011 | 98 | ORDER accepting the findings and adopting the recommendations of 97 the Report and Recommendation of Magistrate Judge Robinson; denying 74 [RECAP] Plaintiffs' Motion for Summary Judgment; and denying 78 Defendants' Cross-Motion for Summary Judgment. It is FURTHER ORDERED that the parties shall file a joint status report, including a recommendation for further proceedings, by no later than November 22, 2011. If the parties cannot agree on a joint recommendation, each party shall file an individual recommendation by that time. In addition, if at any point in time the parties desire to have a mediator from the District Court's mediation program appointed, the parties shall notify the Court by electronically filing a motion captioned "Joint Motion for Appointment of a Mediator." The Court hereby schedules a status conference for December 2, 2011 at 1:00 p.m. Signed by Judge Emmet G. Sullivan on November 1, 2011. (lcegs6) (Entered: 11/01/2011) |
| 11/02/2011 | | Set/Reset Deadlines/Hearings: Status Report due by 11/22/2011; Status Conference set for 12/2/2011 01:00 PM in Courtroom 23A before Judge Emmet G. Sullivan. (clv, ) (Entered: 11/02/2011) |
| 11/18/2011 | | MINUTE ORDER: Due to the Court's calendar it is necessary to vacate the Status Hearing date of 12/2/11. Status Conference is now set for 12/1/2011 |

| | | |
|---|---|---|
| | | at 01:00 PM in Courtroom 24A before Judge Emmet G. Sullivan. The Court regrets any inconvenience to the parties.. Signed by Judge Emmet G. Sullivan on 11/18/11. (clv, ) (Entered: 11/18/2011) |
| 11/20/2011 | 99 | STATUS REPORT *Joint* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 11/20/2011) |
| 12/01/2011 | | MINUTE ORDER. Pursuant to the status conference held December 1, 2011, counsel are requested to inform the Court by no later than December 5, 2011, via a joint telephone conference to the chambers of the undersigned, whether the parties object to trial before a Magistrate Judge. Signed by Judge Emmet G. Sullivan on December 1, 2011. (lcegs6) (Entered: 12/01/2011) |
| 12/01/2011 | | Minute Entry for proceedings held before Judge Emmet G. Sullivan: Status Conference held on 12/1/2011. Order to be presented. (Court Reporter CATALINA KERR.) (clv, ) (Entered: 12/01/2011) |
| 12/01/2011 | | Set/Reset Deadlines: counsel are to inform the Court by 12/5/2011 via a telephone conference to chambers whether the parties object to a trial before a Magistrate Judge. (clv, ) (Entered: 12/01/2011) |
| 12/08/2011 | 100 | Consent to Proceed before US Magistrate Judge for All Purposes by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA. Signed by Judge Emmet G. Sullivan on 12/7/11.. (clv, ) (Entered: 12/08/2011) |
| 08/27/2013 | 101 | Case Reassigned to Magistrate Judge John M. Facciola for all purposes. Judge Emmet G. Sullivan no longer assigned to the case. (kb) (Entered: 09/03/2013) |
| 09/04/2013 | 102 | ORDER re referral to Judge Facciola for all purposes. Signed by Magistrate Judge John M. Facciola on 9/4/13. (SP, ) (Entered: 09/04/2013) |
| 09/04/2013 | | Set/Reset Hearings: Scheduling Conference set for 9/12/2013 at 03:30 PM in Courtroom 6 before Magistrate Judge John M. Facciola. (SP, ) (Entered: 09/04/2013) |
| 09/12/2013 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Scheduling Conference held on 9/12/2013. Jury Trial set for 10/28/2013 - 10/30/13 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. Pretrial Conference set for 10/14/2013 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. Order to be prepared by the Court. (Court Reporter Bowles Reporting Services.) (ldc, ) Modified on 9/13/2013 (ldc, ). (Entered: 09/12/2013) |
| 09/18/2013 | | Set/Reset Hearings: The Pretrial Conference previously set for 10/14/2013 is RESET for 12/3/2013 at 10:00 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (lcjmf1, ) (Entered: 09/18/2013) |
| 09/18/2013 | | Set/Reset Hearings: The Jury Trial previously set to begin on 10/28/13 is RESET for 1/13/2014 - 1/15/2014 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (lcjmf1, ) (Entered: 09/18/2013) |

| | | |
|---|---|---|
| 09/19/2013 | 103 | SCHEDULING ORDER: Per the docket entry dated 9/18/13, a Pretrial Conference is set for 12/3/2013 at a 10:00 AM in Courtroom 6 before Magistrate Judge John M. Facciola and a Jury Trial is set to begin on 1/13/2014 at 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 9/19/13. (lcjmf1, ) (Entered: 09/19/2013) |
| 09/19/2013 | 104 | MINUTE ORDER: Counsel is directed to refer to the attached PRETRIAL PROCEDURES ORDER and carefully follow its instructions. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 9/19/13. (lcjmf1, ) (Entered: 09/19/2013) |
| 11/18/2013 | 105 | MOTION in Limine *to Bar Evidence and Argument Regarding Perjury* by CARMEN CUNNINGHAM, KATHY RADTKE (Salb, Micah) (Entered: 11/18/2013) |
| 11/20/2013 | | Set/Reset Hearings: Pretrial Conference previously set for 12/3/2013 is RESET for 12/17/2013 at 10:00 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (lcjmf1, ) (Entered: 11/20/2013) |
| 12/02/2013 | 106 | MOTION in Limine *to Exclude Certain Evidence* by KATHY RADTKE (Salb, Micah) (Entered: 12/02/2013) |
| 12/04/2013 | 107 | MOTION for Extension of Time to *submit pretrial statement and objections* by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Lescht, Alan) (Entered: 12/04/2013) |
| 12/05/2013 | 108 | TRIAL BRIEF by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 12/05/2013) |
| 12/05/2013 | 109 | Proposed Jury Instructions by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 12/05/2013) |
| 12/06/2013 | 110 | RESPONSE re 105 MOTION in Limine *to Bar Evidence and Argument Regarding Perjury* filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Text of Proposed Order)(Kruger, Susan) (Entered: 12/06/2013) |
| 12/06/2013 | 111 | RESPONSE re 106 MOTION in Limine *to Exclude Certain Evidence* filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Kruger, Susan) (Entered: 12/06/2013) |
| 12/06/2013 | 112 | PRETRIAL STATEMENT by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 12/06/2013) |
| 12/11/2013 | 113 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Mary E. Kuntz, :Firm- Lippman, Semsker & Salb, LLC, :Address- 7979 Old Georgetown Road, Suite 1100, Bethesda, MD 20814. Phone No. - |

| | | |
|---|---|---|
| | | 301-656-6905. Fax No. - 301-656-6906 by KATHY RADTKE (Salb, Micah) (Entered: 12/11/2013) |
| 12/11/2013 | | MINUTE ORDER: In light of the conference call on 12/4/13 regarding the inability of the parties to file a joint pretrial statement, the parties are instructed to file responses to each other's pretrial statement no later than 12/20/13. Because the Court will attempt to resolve outstanding disputes at the 12/17/13 Pretrial Conference, the parties should refrain from finalizing their responses until after the Pretrial Conference. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 12/11/13.(lcjmf1, ) (Entered: 12/11/2013) |
| 12/11/2013 | | MINUTE ORDER granting 113 Motion for Mary E. Kuntz to Appear Pro Hac Vice. SO ORDERED. Signed by Magistrate Judge John M. Facciola. 12/11/13. (lcjmf1,) (Entered: 12/11/2013) |
| 12/13/2013 | 114 | REPLY to opposition to motion re 105 MOTION in Limine *to Bar Evidence and Argument Regarding Perjury* filed by KATHY RADTKE. (Salb, Micah) (Entered: 12/13/2013) |
| 12/13/2013 | 115 | REPLY to opposition to motion re 106 MOTION in Limine *to Exclude Certain Evidence Regarding Accuracy of Pay and Time Records* filed by KATHY RADTKE. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Salb, Micah) (Entered: 12/13/2013) |
| 12/17/2013 | 116 | ORDER pursuant to Pretrial Conference. Signed by Judge Facciola on 12/17/2013.(lcjmf1, ) (Entered: 12/17/2013) |
| 12/17/2013 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Initial Pretrial Conference held on 12/17/2013. Order to be prepared by the Court. (Court Reporter: Bowles Reporting Services, LLC.) (ldc, ) (Entered: 12/17/2013) |
| 12/17/2013 | | Set/Reset Deadlines: Parties to Jointly Confer and Indicate to the Court by 12/20/2013. Defendants objections to plaintiffs' damage calculations due by 12/20/2013. Plaintiffs Proposed Jury form due by 12/20/2013. Plaintiffs Proposed Voir Dire Questions due by 12/20/2013. (ldc, ) (Entered: 12/17/2013) |
| 12/18/2013 | | MINUTE ORDER: Plaintiffs are instructed to show cause by 3:00 PM today why they have still failed to file their damage calculations on ECF despite: 1) representing at the pretrial conference that they thought they had already done so as part of their pretrial statement; 2) indicating at the pretrial conference that they would correct their mistake by filing it; and 3) the Courts Order 116 , posted on ECF before 1:00 PM yesterday, which ordered plaintiffs to file their damage calculations forthwith. Lest there be any misunderstanding, plaintiffs must immediately file their damage calculations on ECF. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 12/18/2013.(lcjmf1, ) (Entered: 12/18/2013) |
| 12/18/2013 | | Set/Reset Deadlines: Plaintiffs Response to Show Cause due by 3:00 PM on 12/18/2013. (ldc, ) (Entered: 12/18/2013) |

| Date | Doc # | Description |
|---|---|---|
| 12/18/2013 | 117 [RECAP] | PRETRIAL STATEMENT by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Exhibit 1-Radtke Damages Calc, # 2 Exhibit 2-Cunningham Damages Calc)(Salb, Micah) (Main Document 117 replaced on 12/19/2013) (td, ). (Entered: 12/18/2013) |
| 12/18/2013 | 118 | RESPONSE TO ORDER TO SHOW CAUSE by CARMEN CUNNINGHAM, KATHY RADTKE re Order,, . (Salb, Micah) (Main Document 118 replaced on 12/19/2013) (td, ). (Entered: 12/18/2013) |
| 12/20/2013 | 119 | PRETRIAL STATEMENT by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 12/20/2013) |
| 12/20/2013 | 120 | RESPONSE TO ORDER OF THE COURT re Order,, *Defendants' Objections to Plaintiffs' Jury Instructions* filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Lescht, Alan) (Entered: 12/20/2013) |
| 12/20/2013 | 121 | RESPONSE TO ORDER OF THE COURT re Order,, *Defendants' Objections to Plaintiffs' Damages Calculations* filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Lescht, Alan) (Entered: 12/20/2013) |
| 12/20/2013 | | MINUTE ORDER: The parties are instructed to brief, no later than January 6, 2014, what effect, if any, Medina v. District of Columbia, 643 F.3d 323 (D.C. Cir. 2011) has on plaintiffs ability to obtain judgments and recover under each of the four counts pled by plaintiffs. SO ORDERED. Signed by Magistrate Judge John M. Facciola 12/20/2013. (lcjmf1, ) (Entered: 12/20/2013) |
| 12/20/2013 | | Set/Reset Deadlines: Parties Brief due by 1/6/2014. (ldc, ) (Entered: 12/20/2013) |
| 12/22/2013 | 122 | TRIAL BRIEF *Regarding Medina* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 12/22/2013) |
| 12/24/2013 | 123 | ORDER granting in part and denying in part 105 and 106 Motions in Limine. SO ORDERED. Signed by Magistrate Judge John M. Facciola 12/24/2013.(lcjmf1, ) (Entered: 12/24/2013) |
| 12/24/2013 | 124 | NOTICE by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS re 119 Pretrial Statement (Kruger, Susan) (Entered: 12/24/2013) |
| 01/02/2014 | 125 | RESPONSE TO ORDER OF THE COURT re Order, filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 01/02/2014) |
| 01/06/2014 | | MINUTE ORDER: It is inconceivable to the Court that the parties cannot agree on an appropriate damages calculation based on the time records that were maintained by the defendants since the calculation is a matter of arithmetic. The parties are instructed to confer and, without defendants conceding any payments owed to the plaintiffs, produce if possible one, agreed upon damages calculation sheet no later than 5:00 on Wednesday, January 8, which shall be promptly filed on ECF. Regardless of whether the parties are successful, a final pretrial conference shall then be held on |

| | | |
|---|---|---|
| | | Thursday, January 9 at 1:00 in Courtroom 6 where the Court will settle any remaining disagreements over damage calculations and other outstanding issues, including whether to bifurcate the trial proceedings. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 1/6/2014.(lcjmf1, ) (Entered: 01/06/2014) |
| 01/06/2014 | | Set/Reset Hearings: Pretrial Conference set for 1/9/2014 at 01:00 PM in Courtroom 6 before Magistrate Judge John M. Facciola. (lcjmf1, ) (Entered: 01/06/2014) |
| 01/06/2014 | 126 | Amended PRETRIAL STATEMENT by CARMEN CUNNINGHAM, KATHY RADTKE. "Let this be filed". by Magistrate Judge John M. Facciola(rdj) (Entered: 01/07/2014) |
| 01/07/2014 | | Set/Reset Deadlines: Damages Calculation Sheet due by 1/8/2014. (ldc, ) (Entered: 01/07/2014) |
| 01/08/2014 | 127 [RECAP] | PRETRIAL STATEMENT by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Exhibit Radtke damages and cover letter, # 2 Errata Cunningham damages sheet, # 3 Exhibit Salb letter re General Objections, # 4 Exhibit Kruger email and Salb response)(Salb, Micah) (Entered: 01/08/2014) |
| 01/09/2014 | | MINUTE ORDER: Plaintiffs latest filing contains two errors that must be immediately corrected. Pages 19-36 of Errata Cunningham damages sheet ECF 127-2 are blank. Furthermore, the interest calculations on page 37 run from January 2000 through October 2008 (not May 2005 through February 2014), and several months (such as October 2007) are repeated. These errors must be immediately corrected and the corrected damages calculation must be filed on ECF prior to the start of the pretrial conference at 1:00 today. SO ORDERED. Signed by Magistrate Judge John M. Facciola 1/9/2014.(lcjmf1, ) (Entered: 01/09/2014) |
| 01/09/2014 | | Set/Reset Deadlines: Corrected Damages Calculation due before 1:00 PM by 1/9/2014. (ldc, ) (Entered: 01/09/2014) |
| 01/09/2014 | 128 | PRETRIAL STATEMENT by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/09/2014) |
| 01/09/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Final Pretrial Conference held on 1/9/2014. (Court Reporter: Bowles Reporting Services, LLC.) (ldc, ) (Entered: 01/09/2014) |
| 01/09/2014 | 129 | TRIAL BRIEF *REGARDING PERSONAL LIABILITY* by KATHY RADTKE. (Salb, Micah) (Entered: 01/09/2014) |
| 01/10/2014 | 130 | PRETRIAL ORDER pursuant to final pretrial conference. Signed by Magistrate Judge John M. Facciola on 1/10/2013. (lcjmf1, ) (Entered: 01/10/2014) |
| 01/10/2014 | 131 | AMENDED PRETRIAL ORDER: Due to an error involving incorrect rulings on plaintiffs objections to defendants Exhibits 14 and 15, the Pretrial Order 130 is hereby VACATED. This Amended Pretrial Order reflects the corrected rulings on those exhibits. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 1/10/2014. (lcjmf1, ) (Entered: 01/10/2014) |

| | | |
|---|---|---|
| 01/10/2014 | | MINUTE ORDER: At the pretrial conference yesterday, the defendants indicated that they were still in the process of reviewing the plaintiffs revised damages calculations and would attempt to work out any remaining objections with the plaintiffs before filing on ECF a list of remaining objections. Because this process has still not concluded, the Court is unaware of how many objections may remain. If the parties are unable to come to an agreement with respect to the damages calculations prior to the scheduled start of the trial at 9:30 on Monday morning, the Court will be forced to postpone the start of the trial until it rules on each of the objections relating to damages. The parties are to still be prepared in the courtroom at 9:30 and the trial will start as soon as the adjudication on the objections relating to damages is complete. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 1/10/2014. (lcjmf1, ) (Entered: 01/10/2014) |
| 01/10/2014 | 132 | TRIAL BRIEF *REGARDING JOINT EMPLOYERS* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/10/2014) |
| 01/13/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Jury Trial held and resumed on 1/13/2014. Voir Dire held and concluded. Jury of 8 selected. Jury Trial continued to 1/14/2014 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (Court Reporter Lisa Foradori.) (ldc, ) (Entered: 01/13/2014) |
| 01/13/2014 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Magistrate Judge John M. Facciola on 01/13/14. (ldc, ) (Entered: 01/17/2014) |
| 01/14/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Jury Trial held and resumed on 1/14/2014. Same Jury of 8. Jury Trial continued to 1/15/2014 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (Court Reporter Lisa Foradori.) (ldc, ) (Entered: 01/14/2014) |
| 01/15/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Jury Trial held and concluded on 1/15/2014. Jury of same 8. Jury deliberations begun and held. Jury verdict for the plaintiffs. Jury Deliberation on damages continued to 1/16/2014 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (Court Reporter Lisa Foradori.) (ldc, ) (Entered: 01/15/2014) |
| 01/15/2014 | 133 | Jury Notes. (ldc, ) (Entered: 01/15/2014) |
| 01/15/2014 | 134 | Exhibit List by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (ldc, ) (Entered: 01/15/2014) |
| 01/15/2014 | 135 | Exhibit List by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (ldc, ) (Entered: 01/15/2014) |

| 01/15/2014 | 136 | Plaintiffs and Defendants Exhibit List by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, CARMEN CUNNINGHAM, LIFECARE MANAGEMENT PARTNERS, KATHY RADTKE. (ldc, ) (Entered: 01/15/2014) |
|---|---|---|
| 01/15/2014 | 141 | Verdict Form for Plaintiff Kathy Radtke. (ldc, ) Modified on 1/16/2014 (ldc, ). (Entered: 01/16/2014) |
| 01/15/2014 | 142 | Verdict Form for Plaintiff Carmen Cunningham. (ldc, ) Modified on 1/16/2014 (ldc, ). (Entered: 01/16/2014) |
| 01/15/2014 | 143 | **Signature Page of Foreperson** <br><br> in Jury Verdict for Kathy Radtke. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Main Document 143 replaced on 1/17/2014) (ldc, ). (Entered: 01/17/2014) |
| 01/15/2014 | 144 | **Signature Page of Foreperson** <br><br> in Jury Verdict for Carmen Cunningham. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Main Document 144 replaced on 1/17/2014) (ldc, ). (Entered: 01/17/2014) |
| 01/15/2014 | 145 | **Signature Page of Foreperson** <br><br> in Jury Note. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/16/2014 | 137 | TRIAL BRIEF *REGARDING TRAVEL TIME* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/16/2014) |
| 01/16/2014 | 138 | TRIAL BRIEF *REGARDING DAMAGES* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/16/2014) |
| 01/16/2014 | 139 | TRIAL BRIEF *REGARDING JOINT EMPLOYERS* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/16/2014) |
| 01/16/2014 | 140 | JURY INSTRUCTIONS: The Court apologizes for not giving counsel a final copy of the instruction with respect to plaintiff Radtke's travel from the Pentagon to Kaiser Permanente. As a result, the complete jury instructions are attached for review ahead of closing arguments tomorrow morning. (lcjmf1, ) (Entered: 01/16/2014) |
| 01/16/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Jury Deliberation on Damages held and resumed on 1/16/2014. Same Jury of 8. Jury Deliberation on Damages continue to 1/17/2014 09:30 AM in Courtroom 6 before Magistrate Judge John M. Facciola. (Court Reporter Lisa Foradori.) (ldc, ) (Entered: 01/16/2014) |
| 01/17/2014 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola: Jury Deliberation on Damages held and concluded on 1/17/2014. Same Jury of 8. Verdict reached for plaintiff and defendant. (Court |

| | | |
|---|---|---|
| | | Reporter: Crystal Pilgrim -AM, Patty Gels - PM.) (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 146 | Jury Notes (1). (ldc, ) (Main Document 146 replaced on 1/17/2014) (ldc, ). (Entered: 01/17/2014) |
| 01/17/2014 | 147 | **Signature Page of Foreperson** in Jury Note (1). (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 148 | Jury Notes (2). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 149 | **Signature Page of Foreperson** in Jury Note (2). (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 150 | Jury Notes (3). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 151 | **Signature Page of Foreperson** in Jury Note (3). (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 152 | Verdict Form for Kathy Radtke. (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 153 | **Signature Page of Foreperson** in Jury Verdict for Kathy Radtke. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 154 | Verdict Form for Carmen Cunningham. (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 155 | **Signature Page of Foreperson** in Jury Verdict for Carmen Cunningham. (Access to the PDF Document is restricted pursuant to the E-Government Act. Access is limited to Counsel of Record and the Court.). (ldc, ) (Entered: 01/17/2014) |
| 01/17/2014 | 156 | AMENDED Exhibit List by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, CARMEN CUNNINGHAM, LIFECARE MANAGEMENT PARTNERS, KATHY RADTKE. (ldc, ) (Entered: 01/17/2014) |
| 01/21/2014 | 157 | TRIAL BRIEF *REGARDING DAMAGES CALCULATIONS* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 01/21/2014) |
| 01/27/2014 | 158 | RESPONSE re 157 Trial Brief filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Attachments: # 1 Required damage calculations)(Kruger, Susan) (Entered: 01/27/2014) |

| | | |
|---|---|---|
| 02/07/2014 | 159 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 01/17/14; Page Numbers: 1-81. Date of Issuance:02/07/14. Court Reporter/Transcriber Crystal M. Pilgrim, Telephone number 202.354.3127, Court Reporter Email Address : crystalpilgrim@aol.com. <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov. <br><br> Redaction Request due 2/28/2014. Redacted Transcript Deadline set for 3/10/2014. Release of Transcript Restriction set for 5/8/2014.(Pilgrim, Crystal) (Entered: 02/07/2014) |
| 02/07/2014 | 160 | ORDER Pursuant to the terms of the attached Order, the parties are to file a joint statement by February 14, 2014, specifying the overtime due to each plaintiff in each applicable year. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 2/7/14. (lcjmf1, ) (Entered: 02/07/2014) |
| 02/10/2014 | | Set/Reset Deadlines: Parties Joint Statement due by 2/14/2014. (ldc, ) (Entered: 02/10/2014) |
| 02/12/2014 | 161 | STATUS REPORT *REGARDING DAMAGES* by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 02/12/2014) |
| 02/18/2014 | 162 | ORDER awarding prejudgment interest. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 2/18/2014. (lcjmf1, ) (Entered: 02/18/2014) |
| 02/18/2014 | 163 | CLERK'S JUDGMENT in favor of Plaintiffs, Kathy Radtke, Carmen Cunningham against Defendants Advanta Medical Solutions, LLC, Lifecare Management Partners. (See Judgment). Signed by Lynn D. Coln, Deputy Clerk on 02/18/14. (ldc, ) (Entered: 02/18/2014) |
| 02/19/2014 | 164 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 1/17/14; Date of Issuance:2/19/14. Court Reporter/Transcriber Patty Gels, Telephone number 202-354-3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the |

| | | |
|---|---|---|
| | | court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 3/12/2014. Redacted Transcript Deadline set for 3/22/2014. Release of Transcript Restriction set for 5/20/2014.(Gels, Patty) (Entered: 02/19/2014) |
| 02/19/2014 | 165 | BILL OF COSTS by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Supplement)(Salb, Micah) (Entered: 02/19/2014) |
| 02/27/2014 | 166 | RESPONSE re 165 Bill of Costs filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Lescht, Alan) (Entered: 02/27/2014) |
| 03/05/2014 | 167 | MOTION for Attorney Fees by CARMEN CUNNINGHAM, KATHY RADTKE (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Salb, Micah) (Entered: 03/05/2014) |
| 03/07/2014 | 168 | MOTION to Strike 167 MOTION for Attorney Fees by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Lescht, Alan) (Entered: 03/07/2014) |
| 03/07/2014 | 169 | MOTION for Leave to File *Fee Petition Nunc Pro Tunc to March 4, 2014* by CARMEN CUNNINGHAM, KATHY RADTKE (Salb, Micah) (Entered: 03/07/2014) |
| 03/07/2014 | | MINUTE ORDER denying 168 Motion to Strike ; finding as moot 169 Motion for Leave to File. Judgment in this matter was entered on February 18, 2014. Per Fed. R. Civ. P. 54(d)(2)(B), a motion for attorneys fees must be filed within fourteen days after entry of the judgment. However, Fed. R. Civ. P. 6 controls how to calculate this time. Under that Rule, the period to file excludes the day of the event that triggers the period. Thus, the first day was February 19 and the fourteenth day was March 5. Plaintiffs Motion for Attorneys Fees 167 was therefore timely. Defendants Motion to Strike 167 is DENIED and Plaintiffs Motion for Leave to File Fee Petition Nunc Pro Tunc 169 is moot. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 3/7/2014. (lcjmf1, ) (Entered: 03/07/2014) |
| 03/07/2014 | 170 | MOTION for Reconsideration re Order on Motion to Strike, Order on Motion for Leave to File,,,,,, by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Lescht, Alan) (Entered: 03/07/2014) |
| 03/10/2014 | | MINUTE ORDER denying 170 Motion for Reconsideration. The Courts calculation in its March 7, 2014, Minute Order of when fourteen days had passed was incorrect. However, Fed. R. Civ. P. 6(d) provides that three days are added after the period would otherwise expire when service occurs by electronic means under Fed. R. Civ. P. 5(b)(2)(E). This provision applies to orders and judgments entered by the Court. See Serna v. Law Office of Joseph Onwuteaka, P.C., 732 F.3d 440, 449 (5th Cir. 2013); see also Sembler v. Advanta Bank Corp., 7-CV-2493, 2008 WL 2965661, at *1 |

| | | |
|---|---|---|
| | | (E.D.Ny. Aug. 1, 2008). Thus, plaintiffs Motion for Attorney Fees [167] was timely and the Motion for Reconsideration is DENIED. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 3/10/2014. (lcjmf1, ) (Entered: 03/10/2014) |
| 03/11/2014 | 171 | MOTION for Reconsideration re Order on Motion for Reconsideration,,, by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Lescht, Alan) (Entered: 03/11/2014) |
| 03/11/2014 | 172 | BILL OF COSTS by MARIA CASCHETTA. (Lescht, Alan) (Entered: 03/11/2014) |
| 03/11/2014 | 173 | Memorandum in opposition to re 171 MOTION for Reconsideration re Order on Motion for Reconsideration,,, filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 03/11/2014) |
| 03/11/2014 | 174 | Memorandum in opposition to re 169 MOTION for Leave to File *Fee Petition Nunc Pro Tunc to March 4, 2014* filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Lescht, Alan) (Entered: 03/11/2014) |
| 03/11/2014 | 175 | REPLY to opposition to motion re 169 MOTION for Leave to File *Fee Petition Nunc Pro Tunc to March 4, 2014* filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 03/11/2014) |
| 03/18/2014 | 176 | MOTION for Judgment as a Matter of Law , MOTION for New Trial , MOTION to Alter Judgment by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Lescht, Alan) (Entered: 03/18/2014) |
| 03/21/2014 | 177 | Memorandum in opposition to re 167 MOTION for Attorney Fees filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Attachments: # 1 Exhibit A)(Lescht, Alan) (Entered: 03/21/2014) |
| 03/27/2014 | 178 | Memorandum in opposition to re 176 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Alter Judgment filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Salb, Micah) (Entered: 03/27/2014) |
| 03/28/2014 | 179 | REPLY to opposition to motion re 171 MOTION for Reconsideration re Order on Motion for Reconsideration,,, filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Exhibit)(Salb, Micah) (Entered: 03/28/2014) |
| 04/02/2014 | 180 | REPLY to opposition to motion re 176 MOTION for Judgment as a Matter of Law MOTION for New Trial MOTION to Alter Judgment filed by ADVANTA MEDICAL SOLUTIONS, LLC, MARIA CASCHETTA, LIFECARE MANAGEMENT PARTNERS. (Kruger, Susan) (Entered: 04/02/2014) |
| 04/30/2014 | | MINUTE ORDER: In consideration of plaintiffs Motion for Attorneys Fees 167 , the Court requires additional information. Specifically, three additional |

| | | |
|---|---|---|
| | | columns on the attorneys fees spreadsheet attached to the reply [179-1] are required: 1) the number of years of experience for each individual at the time each entry is made; 2) the rate requested for each entry; and 3) the total amount billed for that entry (the amount of time multiplied by the rate). Plaintiffs should provide this revised spreadsheet by May 7, 2014. Plaintiffs are also instructed to contact chambers and provide a Microsoft Excel compatible spreadsheet by May 7, 2014. SO ORDERED. Signed by Magistrate Judge John M. Facciola on 4/30/2014. (lcjmf1, ) (Entered: 04/30/2014) |
| 04/30/2014 | 181 | SUPPLEMENTAL MEMORANDUM to re Order,, filed by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Exhibit Revised Fee Spreadsheet)(Salb, Micah) (Entered: 04/30/2014) |
| 05/01/2014 | | Set/Reset Deadlines: Plaintiffs Revised Spreadsheet due by 5/7/2014. (ldc, ) (Entered: 05/01/2014) |
| 05/14/2014 | 182 | MEMORANDUM OPINION AND ORDER denying 176 Motion for Judgment as a Matter of Law; denying 176 Motion for New Trial; granting 176 Motion to Alter Judgment. Signed by Magistrate Judge John M. Facciola on 5/14/14. (SP, ) (Entered: 05/14/2014) |
| 05/15/2014 | 183 | CLERK'S AMENDED JUDGMENT. Signed by Lynn D. Coln, Deputy Clerk on 05/15/14. (See Judgment for details) (ldc, ) (Entered: 05/15/2014) |
| 05/30/2014 | 184 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 182 Order on Motion for Judgment as a Matter of Law, Order on Motion for New Trial, Order on Motion to Alter Judgment, 183 Clerk's Judgment by LIFECARE MANAGEMENT PARTNERS, ADVANTA MEDICAL SOLUTIONS, LLC. Filing fee $ 505, receipt number 0090-3732458. Fee Status: Fee Paid. Parties have been notified. (Kruger, Susan) (Entered: 05/30/2014) |
| 05/30/2014 | 185 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 184 Notice of Appeal to DC Circuit Court. (rdj) (Entered: 05/30/2014) |
| 06/02/2014 | 186 | ORDER re 167 . Signed by Magistrate Judge John M. Facciola on 6/2/14. (SP, ) (Entered: 06/02/2014) |
| 06/05/2014 | 187 | BILL OF COSTS by LIFECARE MANAGEMENT PARTNERS. (Lescht, Alan) (Entered: 06/05/2014) |
| 06/06/2014 | 188 | MOTION for Extension of Time to *File Supplemental Affidavit* by CARMEN CUNNINGHAM, KATHY RADTKE (Salb, Micah) (Entered: 06/06/2014) |
| 06/09/2014 | 189 | MEMORANDUM re 186 Order by CARMEN CUNNINGHAM, KATHY RADTKE. (Attachments: # 1 Affidavit)(Salb, Micah) (Entered: 06/09/2014) |
| 06/19/2014 | | MINUTE ORDER granting as unopposed 188 Motion for Extension of Time. Signed by Magistrate Judge John M. Facciola on 6/19/14. (SP, ) (Entered: 06/19/2014) |
| 07/14/2014 | | USCA Case Number 14-7079 for 184 Notice of Appeal to DC Circuit Court, filed by ADVANTA MEDICAL SOLUTIONS, LLC, LIFECARE |

| | | MANAGEMENT PARTNERS. (erd) (Entered: 07/14/2014) |
|---|---|---|
| 08/04/2014 | 190 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 1-13-14; Page Numbers: 1-220. Date of Issuance:8-4-14. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202-354-3269, Court Reporter Email Address : L4dori@hotmail.com. <P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 8/25/2014. Redacted Transcript Deadline set for 9/4/2014. Release of Transcript Restriction set for 11/2/2014.(Foradori, Lisa) (Entered: 08/04/2014) |
| 08/04/2014 | 191 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 1-14-14; Page Numbers: 1-247. Date of Issuance:8-4-14. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202-354-3269, Court Reporter Email Address : L4dori@hotmail.com. <P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 8/25/2014. Redacted Transcript Deadline set for 9/4/2014. Release of Transcript Restriction set for 11/2/2014.(Foradori, Lisa) (Entered: 08/04/2014) |
| 08/04/2014 | 192 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 1-15-14; Page Numbers: 1-133. Date of Issuance:8-4-14. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202-354-3269, Court Reporter Email Address : L4dori@hotmail.com. <P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made |

| | | |
|---|---|---|
| | | available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 8/25/2014. Redacted Transcript Deadline set for 9/4/2014. Release of Transcript Restriction set for 11/2/2014.(Foradori, Lisa) (Entered: 08/04/2014) |
| 08/04/2014 | 193 | TRANSCRIPT OF PROCEEDINGS before Magistrate Judge John M. Facciola held on 1-16-14; Page Numbers: 1-192. Date of Issuance:8-4-14. Court Reporter/Transcriber Lisa M. Foradori, Telephone number 202-354-3269, Court Reporter Email Address : L4dori@hotmail.com. <P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 8/25/2014. Redacted Transcript Deadline set for 9/4/2014. Release of Transcript Restriction set for 11/2/2014.(Foradori, Lisa) (Entered: 08/04/2014) |
| 11/06/2014 | 194 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KATHY RADTKE. Attorney Mary E. Kuntz terminated. (Kuntz, Mary) (Entered: 11/06/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/16/2014 10:42:50 | | | |
| PACER Login: | tl0027:2646207:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-02031-JMF |
| Billable Pages: | 28 | Cost: | 2.80 |

# TR. DAY 1

1    overtime.

2           As a matter of law, which you'll hear from the
3    judge, you have to conclude that they broke the law, that they
4    violated the law unless they can prove by clear and convincing
5    evidence that they are entitled to the exemption or an
6    exemption.  They have the burden.  That is why they are going
7    first.

8           Now, as is I think pretty obvious, I am shockingly
9    brilliant and beautiful, right?  Stop laughing.  It's not
10   enough for me or for my colleagues to tell you how
11   extraordinary my clients are, and I certainly would agree with
12   the assessment.  I think the testimony you'll hear will
13   support that assessment.  What is important is what the facts
14   are that are presented to you by the witnesses and by the
15   documents.  And what is important is the law.

16          We heard an awful lot about what the evidence will
17   show that's not tethered to the law.  So I think it's
18   important, even though it might put you to sleep, especially
19   after lunch, to tell you a little bit about the law that
20   governs this so that you'll be able to filter what you hear
21   from the witnesses by an understanding of the law.

22          So the first of the exemptions that they claim is
23   what we call the administrative exemption.  To qualify for the
24   administrative exemption an employee's primary duty must
25   include the exercise of discretion and independent judgment

1   years before this contract -- the United States government
2   military hospitals had made a decision that they were going to
3   completely revamp the way that they were doing coding and
4   information management within the military hospitals.  And
5   this process had just started.  That is, the Walter Reed Army
6   Medical Center was doing their coding, was doing their
7   processing completely different than any other commercial or
8   private organization, and that included Medicare, in the
9   country.  Their system was completely different because they
10  were the government and they didn't have to submit a bill to
11  any third party.  So they had never in the history of Walter
12  Reed done this kind of coding work.

13          And we were asked to go in and to give a proposal
14  to reengineer, to redesign the entire process that Walter Reed
15  was doing.  And we're not -- we're talking about many
16  different departments.  So there is a lot of different kinds
17  of things that we were supposed to do.  But a critical
18  component of that wasn't just to go in and open a book and
19  say, oh, this is what you should do.  We had to look at what
20  they were doing first of all.  We had to meet with the
21  physicians and start to train them as to how coding with
22  Medicare or in the private industry existed, not the way that
23  they had been doing it for the last -- since Walter Reed was
24  organized when we started there almost a hundred years.

25          So Walter Reed -- and we started in the

1   inpatient.  Those were the first employees hired.  And then

2   Ms. Cunningham was part of the second group which basically

3   was dealing with outpatient and surgical procedures, again

4   very different.

5       Q.   Mr. Molina, can you give a description of the type of

6   work that Ms. Cunningham did at Walter Reed after she was

7   hired?

8       A.   Ms. Cunningham, as the senior person on that job, the

9   first person hired for the outpatient coding, was responsible

10  for reengineering everything that was occurring in the

11  outpatient setting.  And in the outpatient setting the very

12  first thing is, is that everything had been captured as a

13  single visit.  Every process/procedure that occurred at Walter

14  Reed at that particular moment in time had been captured as a

15  single visit versus what in private industry and what Medicare

16  said that there had to be a complete breakdown, a, a line item

17  breakdown of every single procedure that occurred on that

18  visit.  It didn't exist at Walter Reed at that time.

19           And Mrs. Cunningham did a brilliant job because

20  of her experience and background and the years of training of

21  reengineering that process over a two year period.

22           Now, Mrs. Cunningham, when we bid this we

23  recognized that it wasn't going to be a person that could open

24  up a book and point their finger to something and say that's

25  it.  We needed a person that had the experience and the

- 42 -

1   across the country were moving towards doing.  And they had to
2   completely reengineer the way that they were processing, they
3   were coding.  And that also took a tremendous amount of time
4   in order to educate the doctors and the nurses, and it wasn't
5   simply a question that a doctor put something down and you put
6   it down.  If they were wrong, you have to go back to the
7   doctor, you had to explain why they were wrong, and why the
8   coding was incorrect, and why it wouldn't be acceptable in
9   private industry.

10  Q.   Why were the coding decisions that Ms. Cunningham
11  arrived at important in the context of Walter Reed's business?
12  A.   It was important in terms of Walter Reed's business
13  because Walter Reed not only was trying to improve the quality
14  of health care through more accurate information, but
15  financially they were now trying to move to bill third party
16  companies outside of the government for services that were
17  being rendered to military families and military personnel.
18  So that meant that they were going to be submitting, just
19  like, you know, a bill is submitted to Medicare, they had to
20  submit the bill in exactly the same kind of format that the
21  insurance companies were used to, which was a line item
22  billing versus oh, we had a person here, he came in for, you
23  know, a heart surgery, $92,000.  You know, they had to break
24  down the procedure in great detail which they had never done
25  before.

1    Q.    Did Ms. Cunningham work on her own?

2    A.    Yes, she did.  She was very independent.  I know that

3    -- you know, I have gone back and reviewed records.  Now

4    toward the end, you know, I could see sometimes she came in at

5    8:00 o'clock in the morning, sometimes she came in at 1:00

6    o'clock in the afternoon.  Sometimes they came in on a Sunday

7    and worked for four hours.  And so her hours were very

8    flexible.  And the trick was to get the job done.  And more

9    importantly, you know, we were getting feedback from all the

10   people that she was interacting with.  If they were unhappy,

11   believe me, people at Walter Reed, you know, make it very

12   quickly known that they are unhappy.  But they weren't

13   unhappy.  They were getting -- she was getting the job done.

14   They felt that they were getting what they needed in order to

15   do this massive transition from where they had been for 95

16   years, you know, to where a normal commercial hospital was

17   today.

18   Q.    Now, Mr. Molina, what type of duties did Ms. Cunningham

19   perform on-site at Walter Reed?

20   A.    Well, Ms. Cunningham went -- the first thing she had to

21   do was when she walked into that department she had to make an

22   evaluation of what were they doing, how were they doing what

23   they were doing that particular moment in time.  She then had

24   to evaluate what is it going do take in order to move them

25   from what they were doing to what the commercial industry

1    practice was at that particular point of time.

2              She had to deal with, you know, the coding that

3    they were now doing there and start to transition that over to

4    the kind of coding that was going to make sense in the

5    commercial world.  She had to provide a lot of training and a

6    lot of education, you know, in order to -- plus she was also

7    reviewing, you know, what the doctors were doing, I mean, what

8    kind of code.

9              When you -- you know, my experience with coding,

10   and I am not a coder, is that it's more than just opening a

11   book.  You have to look at the medical records behind what the

12   doctors say.  Is it really a stage one or, you know, pneumonia

13   or is it really a stage three pneumonia?  You're looking at

14   medical records.  You have to have that kind of background and

15   experience, not just looking at a number in a book.

16   Q.    Can you explain how the medical coding functions that

17   Ms. Cunningham was performing impacted the budget of Walter

18   Reed year over year?

19   A.    The very first clear thing, if Walter Reed is now able

20   to properly create a bill to a third party, they are now going

21   to start to generate revenue that they had never seen before,

22   you know.  So that's a big impact.

23             The second impact really, as I said, coding is

24   much more than just billing.  Coding is intended to give a

25   hospital some sense of where they stand in terms of health

- 45 -

1    care, whether they are doing a good job, you know, how many

2    cases of this are they getting, what kinds of outcomes are

3    coming out of it.  So coding is very important.  If you don't

4    have a proper code you're going to get an improper answer, and

5    it's also going to impact their internal budget as to where

6    they are going to spend money, you know, what areas are they

7    going to use their money to improve the services to military

8    people, personnel, and families that are coming through Walter

9    Reed.

10   Q.   Mr. Molina, let's talk a little bit about how Ms.

11   Cunningham was paid and how she kept track of her time.

12   A.   Ms. Cunningham was paid, as I said, a biweekly salary.

13   You know, I'm going to use the term she was a salaried

14   employee.  I went back and I looked at her W-2s for 2004

15   and -- 2003 and 2004.  And basically we reported to the

16   government that we had paid her in excess of $60,000 a year in

17   compensation.

18            Ms. Cunningham, as a salaried employee, was on

19   the medical benefit program, the 401(k) program she was

20   eligible for from the company.  She basically filled out time

21   sheets on her own.  There was no clock there.  She was a

22   professional, you know.  When she said she was there and she

23   put her hours down, and at the end of the two week period she

24   submitted the time sheets, the time sheets went to two

25   different organizations.  They went to my payroll department

- 46 -

1    that.  Strike that question.

2           So one of the factors that you talked about a
3    little bit earlier when your lawyer was asking you questions
4    was the fact that Carmen Cunningham did not have a time clock,
5    she was not supervised as a it related to her keeping her
6    time, right?

7    A.    She was not supervised in her day-to-day work.  In
8    terms of her time, for the most important she was not -- she
9    was recording the time down.  Now as things went on, at one
10   particular point toward the end of the contract we started to
11   ask all the employees to give us an e-mail telling us, you
12   know, when they arrived and when they left, only because, you
13   know, we were trying to figure out, you know, where these
14   individuals were and what their schedule was.

15   Q.    Sir, you testified earlier that she had to report to
16   nobody.

17   A.    I said that --

18   Q.    -- nobody as to when she comes in and when she departs.
19   Isn't that what you testified earlier?

20   A.    If you'd like to read it back to me, I'd be more than
21   happy to hear it.

22   Q.    Take a look, please, at Exhibit 6 in that book.

23   A.    Okay.  In this book?

24   Q.    Yes.

25           THE COURT:  Which is my book, the red book.

- 47 -

1    this question was being used was to deal with these

2    individuals, you know.  It wasn't my judgment to go and to

3    question whether or not something was done right or wrong and

4    whether it had to be changed.  Ms. Cunningham was making those

5    judgments and those decisions, you know, on a day-to-day

6    basis.  It was her judgment and decision whether additional

7    training needed to be done, it wasn't my judgment.  I didn't

8    say oh, my gosh, we need to have more training of these

9    individuals.  It was her judgment that was making those

10   decisions.

11          So yes, I think that in this particular arena

12   there was a lot of things above and beyond what I have just

13   described to you that Ms. Cunningham was doing, and I'm sure

14   that other people that were there with her or were closer to

15   what the work was will be able to explain that to you in

16   greater detail than.

17   Q.   Well, you're the one who made the decision.  So I want

18   to know what your understanding is.  So what was the exercise

19   of discretion?  You're familiar with the phrase "consistent

20   exercise of discretion," correct?

21   A.   Uh-huh.  You've mentioned it numerous times.

22   Q.   Okay.  So maybe before today you hadn't heard that

23   phrase, but --

24   A.   I've heard it.

25   Q.   As you sit here now, can you tell me what tasks she had

1    to do as a medical records coder that showed a consistent

2    exercise of discretion?

3        A.    I think I've just described to you those factors.

4        Q.    And you said the judgment that she had to show was

5    deciding whether somebody needed some additional training,

6    right?

7        A.    No.  I said that the judgment issues she was looking

8    at, she was reviewing these coding decisions, she was making

9    judgments as to whether they are right or wrong, she was

10    making judgments as to what had to be changed in going back to

11    the physicians and the doctors.  It was her judgment when she

12    was looking at medical records as to what was right and what

13    was wrong, what was missing, what would be needed in order to

14    complete the record.

15        Q.    That's it?

16        A.    That's it.

17        Q.    What specialized advanced academic degree is required

18    to be a medical records coder?

19        A.    Ms. Cunningham had three years of education as a nurse,

20    trained to be a nurse, she had an Associate Degree, she had a

21    Bachelor's degree, and she had, you know, years of experience

22    as well as certifications.  So I would say that's exactly the

23    kind of training that you need in order to have this

24    specialized --

25        Q.    Well, let me repeat my question because I think you

1   might not have heard it.  Forgive me.  My question is what

2   specialized advanced academic degree is required to be a

3   medical records coder.

4     A.   What was required in order to be an exempt individual

5   for this job was exactly the education level and exactly the

6   experience level that Ms. Cunningham had.  Because each

7   individual that we employed had different skills and had

8   different education levels and had different training.

9     Q.   What do you contend to have been Ms. Cunningham's

10  primary duty?

11    A.   She was heading up, and the only person heading up

12  initially the outpatient coding program at Walter Reed Army

13  Medical.  She started in the surgical and then was expanded to

14  other departments.  She was the one responsible in essence for

15  starting the transition from Walter Reed to -- the way they

16  had been doing business to the new way that business was going

17  to be conducted.  When I say business, it's not only financial

18  but, you know, how health care records were going to be

19  properly categorized and analyzed.

20    Q.   That is your belief as to what Ms. Cunningham's primary

21  duty was, correct?

22    A.   Yes, that is my belief, and it's also --

23    Q.   Sir, it's a yes or no question.

24    A.   Yes.

25    Q.   Thank you.  Forgive me.  I know it is sounds rude.  I'm

1    put in place the new system.

2      Q.   Did she formulate any management policies?  I'm not

3    asking about procedures for coding, I'm talking about

4    management policies.

5      A.   The management policies -- I regrettably have to say I

6    think that that is part of management.  I think that whether

7    it's the management -- we had a responsibility -- Walter Reed

8    was relying on us in order to help them redefine, redevelop,

9    reengineer their business processes, and that is management.

10   We were in essence acting as Walter Reed in making those

11   decisions as management.

12            MR. SALB:  The Court's indulgence.

13   BY MR. SALB:

14     Q.   Now you indicated -- you know, what, I'm not going to

15   -- just to avoid any confusion --

16     A.   Go through the other nine?

17     Q.   I'm not going to go through the other nine.  I don't

18   think that's going to be helpful.

19     A.   For who?  For our case?

20            THE COURT:  That's enough.

21            MR. SALB:  We can do it if you like, sir.

22            THE COURT:  All right, cut the banter.  Let's go.

23   BY MR. SALB:

24     Q.   What major assignments in conducting the operation of

25   the business did Ms. Cunningham do?

1    statute that we're dealing with, the FLSA.  And in regards to

2    the element of discretion necessary on this job, what do you

3    think about her supervision?

4    A.    Tremendous amount of discretion.  I mean, who she's

5    talking to, who she's dealing with, but more importantly it's

6    also, you know, she's making the decisions as to what part of

7    the problem, of this octopus problem is she going to tackle

8    first.  It wasn't me saying oh, do this work, this should be

9    the priority.  She was making decisions about what to

10   prioritize in order to make the changes effected.  It was her

11   decision, it wasn't our decisions.

12   Q.    What about like here in Defendant's Exhibit 6?  It

13   says, the last bullet point is provide assessments and audits

14   for specialty clinics.

15   A.    You know, she was constantly and in fact the whole

16   team, that was a major part of giving feedback back to Walter

17   Reed as to what had to be changed, what kind of things that

18   had to be put in place.  But, again, you know, I think that

19   there were other people that were there on a day-to-day basis

20   who were doing other work there that can give you a better

21   idea about all the things that we were trying to do.

22            MR. LESCHT:  Thank you.  I have no further

23   questions.

24            THE COURT:  Thank you, Mr. Molina.  You may stand

25   down.

1    affecting Medicare and Medicaid population.

2              We also did work for the Department of Veterans

3    Affairs where we did studies for them and their coding and

4    third party -- the processes and procedures that they were

5    considering to put into place to perform coding services and

6    professional practice coding.

7              And then we were also doing coding and training

8    for hospitals and health systems at that time.

9    Q.   So let's turn our attention to the Walter Reed Army

10   Medical Center contract.  Can you tell us what was Advanta's

11   involvement in that contract?

12   A.   Well, Walter Reed, we found out through a colleague of

13   ours who attended a professional meeting that Walter Reed was

14   seeking a new contractor for clinical coding services

15   primarily because they had to get off the ground a major

16   initiative to implement a large scale physician practice

17   coding and third party billing operation.

18   Q.   Let me just stop you there because we've heard a lot of

19   descriptions about this.  What exactly does that mean?  What

20   did they want to get off the ground, this third party billing

21   and physician -- what does that mean in plain English?

22   A.   Okay.  In plain English it means that they had no

23   systems in place whatsoever to capture the specific medical

24   services and diagnoses of patients who were being treated by

25   physicians in the outpatient and emergency department areas of

1   the clinics that they were supporting.  Prior to implementing

2   such a program they relied on workload reports that physicians

3   reported on terms of their time that they were spending on

4   doing various things, but there was very limited capture of

5   the specific diagnoses and procedures that they were actually

6   delivering.

7   Q.   And what would the change -- what would be the

8   consequence of the change that they wanted to put in place?

9   A.   They needed to have a mechanism by which they could

10  determine budgets.  They were under -- the government, the

11  military medical health system was under a great deal of

12  pressure to conform to civilian standards for determining its

13  workload and its budget allegation.  So they risked not

14  getting federal funding in sufficient dollars to support the

15  direct care system as opposed to the tri-care system where

16  individuals could get their health care in the civilian

17  sector.

18                   So there were political pressures at bay that

19  wanted to have more care outsourced to the private sector, and

20  then there were internal to the system that wanted to support

21  the direct care system especially so that they would be

22  prepared in times of war.  And in fact we were there at a time

23  when there was a major war that had occurred, and all havoc

24  broke loose at Walter Reed, and fortunately we were there to

25  help them get them through that time period when they needed a

1         We had another consultant with us conducting

2 assessments, and we said we really need to bring a person

3 onboard full time who can assist in this whole process,

4 launching this, getting it off the ground and kind of taking

5 care and coordinating in these areas.  So Carmen came to the

6 table, and she was the first person hired full time in that --

7 to my recollection, she was the first person hired full time

8 to handle those functions.  And she joined the team that we

9 already had there.  One of the principal players was a Diana

10 Brown.  She was handling more or less the inpatient area and

11 was coordinating with some of the senior executives at Walter

12 Reed.

13   Q.  Let me ask you what was it about Ms. Cunningham that

14 made her an attractive candidate for you to bring in?

15   A.  She had a background that was rich in reimbursement,

16 reimbursement methodologies and systems, and it covered

17 Medicare, Medicaid, third party insurance.  She also had --

18 she also had the coding background on the professional

19 practice side, but she also had an understanding of facility

20 level coding and documentation as well.  So she could bridge a

21 gap.  She also --

22   Q.  What do you mean by that?

23   A.  Well, you know, we were there starting out to do

24 facility coding.  When we would transition into professional

25 practice coding there is an element of that where you are

1    involved in the coding area, and she had the certifications

2    that would be required to do coding.  Her certification level

3    was actually at a higher level than what a professional

4    practice coder would normally have.  She was a registered

5    health information technologist.

6    Q.   What does that mean?

7    A.   A registered health information technologist goes

8    through a course of study that consists of two years at the AA

9    level.  And then also has a clinical practicum associated with

10   it where you go through various rotations, and you're

11   primarily trained upon conclusion of that to be a supervisor

12   or a manager in a health information management department.

13           So generally RHITs had both technical training so

14   that they could perform all levels of technical functions in a

15   medical record department, but they were trained specifically

16   to be in a supervisory or management position.

17           The next level up from that is a registered

18   health information administrator, and those individuals are

19   trained to run the entire department right from graduation

20   from school.  She had the additional training or the

21   additional education at the baccalaureate level to sit for

22   that exam and she had not yet sat for the exam, but in fact

23   she had been in practice for many years doing various

24   functions that would normally be considered associated with

25   that level of person.

- 56 -

1   what they need on-site do. You have to be someone who can

2   prepare briefings on-site a military officer in such a way

3   that he can grasp what the issues are immediately and take

4   action. And you have to be able on-site get, you know,

5   on-site pull people together on-site solve problems.

6           And Carmen was very good at interacting with the

7   master sergeants, with the light colonels who were there, and

8   the colonel. They trusted her, they relied on her, and there

9   were times when she would call me and I would come up

10  specifically to follow up on something that she had initiated.

11          So overall I saw Carmen in a senior role. I

12  mean, that's what I perceived that she was doing there. She

13  pretty much carved out what her job functions were going to

14  be. And then toward the latter, I'd say latter six months or

15  so, maybe even longer, prior on-site her leaving Lifecare, she

16  went over to the third party billing and collections area

17  because they were having serious issues there with collections

18  and with denials, claim denials. And while she was there she

19  was helping them improve their processes and procedures. She

20  was looking over complex cases. She was auditing the work

21  that was coming into third party billing before it went out

22  the door, and then she was making the corrections so they

23  could refile things for reimbursement. So she was performing

24  an administrative function, and it was a senior level

25  administrative function.

# TR. DAY 2

1                      P R O C E E D I N G S

2            THE COURT:  There's a matter you wish me to

3    consider?

4            MR. LESCHT:  Yes, Judge.  Yesterday on several

5    occasions, plaintiffs' counsel referenced that our burden of

6    proof in this case on the exemption --

7            THE COURT:  -- clear and convincing evidence.

8    That's incorrect; it's by a preponderance of the evidence.

9            MR. LESCHT:  That's right.  Beyond that, Judge, I

10   went back to look at plaintiffs' proposed jury instructions.

11   Now, the proposed jury instructions were submitted to this

12   court in accordance with Rule 11.  And the proposed jury

13   instruction plaintiffs' counsel submitted states exactly,

14   quote:  The employer has the burden of establishing by a

15   preponderance of the evidence that it is entitled to the

16   benefit of an exemption under the FLSA.  End quote.

17           That's contrary to what Mr. Salb stated on several

18   occasions yesterday.  This is the second time that he's tried

19   to either relieve himself or change a judicial filing that

20   he's made with this Court.  I think it's left the jury with

21   the misunderstanding of what our burden of proof is and I ask

22   for appropriate relief.

23           THE COURT:  Do you ask for a mistrial?

24           MR. LESCHT:  I don't want a mistrial.  I'd ask for

25   sanctions or some finding or a curative instruction or civil

1    responsibility, contract monitoring responsibility.  There was

2    the chief of medical records, who was the department head, who

3    she interacted with occasionally.  And then there were master

4    sergeants, like colonels, and colonels who she interacted with

5    on a more regular basis.

6            She also coordinated and met with the chief of

7    the department of surgery who would have been a physician at

8    that -- a physician, as well as the administration, like the

9    practice administration staff in the clinics.  I was not there

10   on a daily basis.  For the most part, Ms. Cunningham had to

11   work independently to pull together what the processes and

12   procedures would be in the areas where she was directly

13   providing support, and then provide assistance to those people

14   who were supporting other clinical areas.

15           And that range or responsibility changed over

16   time.  They would wax and wane depending on what clinics were

17   in play, you know, to have coverage, what new areas were going

18   to require coverage.  For example, there was a point in time

19   when the facility asked us if we could provide somebody in the

20   radiology area, and she gave me a heads-up that we were going

21   to need people in that area.

22           So, we had a variety of different people in

23   different specialty areas.  Radiation/oncology, all types of

24   clinical specialties that were covered.  And each time we

25   brought in a specialist in those areas, they knew the

1    specialty generally inside and out and could help support the

2    implementation of the processes and procedures that would have

3    to occur in that area, plus provide the advice and

4    recommendations to the physicians in those areas so they would

5    know what they were looking for in the documentation, and what

6    would ultimately have to go out in the billing.

7              Ms. Cunningham -- when you say discretion, she

8    had to look over the work of other staff, she had to check

9    behind them when things were going out -- they were going to

10   go out for billing.  She may have to make corrections.  She

11   would have to provide them with feedback so they could change

12   their performance.  She would provide feedback -- she would

13   provide feedback to the doctors all the time.  That was a

14   fundamental part of the quote, unquote, medical coding

15   function.

16   Q.    What does that mean to provide feedback to doctors?

17   A.    Well, if you're reviewing the clinical documentation,

18   you might find information that is ambiguously recorded, but

19   you can kind of tell what the physician might have meant.  So,

20   you have to interpret that data and then go back to the

21   doctor, and say, you're missing certain pieces of information

22   here.

23              If you want to support a particular level of

24   evaluation and management service, you would need to

25   explicitly denote these areas of the review or systems; you

1    priority to the military benefits that they had.  So, if they

2    have this other insurance, the military was allowed to bill it

3    to get the reimbursement from them, even though they treated

4    them in the direct care system.

5        Q.   Let me interrupt for a second.  Now, Ms. Cunningham

6    says that she oversaw this, which suggests that she was in

7    charge of this.  What was she doing to oversee it?

8        A.   Well, there were two different things -- multiple

9    things that she did.  One is that she took -- she took the

10   various areas -- she had reports generated that showed which

11   types of services were delivered in a prior or recent prior

12   period, maybe the day before, the week before, et cetera, and

13   these things were eligible to be coded.  She would have those

14   reports generated.  She would distribute the reports among the

15   various parties that needed to perform the coding, and then

16   she would go over to the -- she may go over to the third-party

17   collections area and actually review claims that had been

18   denied, or she would look at the work those people were doing

19   and providing them feedback on things that they were missing.

20           But to oversee the coding for OIB reimbursement,

21   those were the fraction of the claims that dealt with

22   third-party reimbursement.

23       Q.   Okay.  What about -- she says monitor CHI claims.  What

24   is that?

25       A.   I think that's OHI.

- 62 -

1    community college, and I actually trained a lot of these

2    people before they were put into the profession and then

3    worked out with GW the progression programs for these staff.

4              So, if you look at the tenets of the professional

5    societies, they deem them to be professionals, and we felt

6    that they were truly professionals.  But the fact that they

7    were professionals and had education and training and

8    certification was less of an issue for us than the fact that

9    they were doing independent administrative work, and that they

10   were providing consulting services as well as guidance and

11   advice and operating to perform training and education

12   functions, to the fact of developing the training and

13   educational aspects of these things for physician providers

14   and other midlevel providers.

15   Q.    During the time that Ms. Cunningham worked on the

16   Walter Reed contact, was she on Lifecare's payroll?

17   A.    Yes, she was.  Let me caveat that.  I would say that

18   99 percent of the time she worked on the Walter Reed contract,

19   she was an employee of Lifecare.  When she resigned from

20   Lifecare, we discussed whether she would be available to

21   provide any additional assistance until we got another

22   full-time replacement there who would be suitably

23   knowledgeable to take on everything.

24              And she said at that time she was starting a new

25   position where she was going to be the manager of -- I think

- 63 -

1    looking for someone who had a lot of clinical experience.  She

2    had over 15 years of directly relevant experience, and it was

3    clinical experience -- teaching clinical and medical

4    administrative staff, as well as teaching courses, developing

5    course curriculum.

6              So, we were looking for someone who had those

7    knowledge skills and capabilities to handle this type of a

8    role.  So, not only was it important that she had the

9    acknowledge and understanding of third-party billing and

10   insurance requirements across the entire insurance industry,

11   okay, and Medicare and Medicaid, and how to apply it, but also

12   the ability to teach people how to do that.

13             The position at the Pentagon required the

14   individual who was going to be there to do complex cases -- to

15   code the complex cases on behalf of the providers.  But to

16   teach the providers how to do this for themselves.  That was

17   the primary job of that position.  So, when you see that she

18   did do those things, we were really looking very strongly for

19   the management and supervisory skills and the ability to deal

20   with professional staff at their level, okay, so that they

21   would take that person seriously in changing their behavior.

22   Q.   So, you mention the Pentagon.  Is the Pentagon the

23   location that you assigned Ms. Radtke to work at?

24   A.   I believe it was a clinic at the Pentagon location.

25   Q.   And were you present on a day-to-day basis at the

1  Pentagon?

2     A.   I was never at that location while Ms. Radtke was

3  there.

4     Q.   Did Ms. Radtke work independently?

5     A.   Yes.

6     Q.   In what way?

7     A.   She showed up every day there.  She interacted with the

8  Government officials there.  She decided what to do every day

9  that she got there and what needed to be completed.  She

10 determined the training and education schedules.  And when she

11 had a question about something that she wanted to bounce off

12 of another professional member, she would call Erica Kryenbuhl

13 and run things by her to see what her thoughts were.

14          But for the most part -- I mean, for the entire

15 time that she was there, no one else went there from the

16 office.  It was she operating there by herself.  And when she

17 first started there, there was a person, Sandy Tokarcik, who

18 had shown her the systems there, explained to her what she had

19 been doing there.  And that was the level of orientation that

20 she gave her for a couple of weeks.  She went through things

21 so she would know what system -- like information systems they

22 were using, how they were using them, waiting for her to get

23 her clearances so she could get on the systems, the passwords,

24 et cetera, and then Ms. Tokarcik left the project and took a

25 coding -- an interim coding assignment -- coding management

1    assignment from us at another facility.

2    Q.   Did she exercise discretion in the job responsibilities

3    that she performed at the Pentagon?

4    A.   Yes.

5    Q.   In what way?

6    A.   Okay.  She exercised discretion in that she had to

7    determine what cases needed to be reviewed by her versus by

8    the doctors.  She had to determine what areas they required

9    education and training.  She had to determine how to go about

10   capturing the information that was necessary, and when and how

11   to communicate with the administrative officials at that

12   institution.

13   Q.   Okay.

14   A.   And she had to develop her own training and education

15   materials for the physician providers.

16   Q.   I draw your attention to what I've put on the board

17   here.  This talks about her professional experience.  Is this

18   a description of what she did over at the Pentagon?

19   A.   Only part of it.  Sir, she's combined -- she did not

20   put the -- and in this resume version that I'm seeing, she did

21   not list the employers for whom she worked.  Therefore, this

22   is an amalgam of what she may have done for us at Advanta

23   Medical Solutions, what she may have done for other companies

24   after she was employed by us.

25              So, I would say that it's true that while she was

1    physicians were just really learning how to reflect the levels

2    of services they were providing with the coding system as

3    opposed to just putting their time down in a record of how

4    much effort they were putting to a particular case.  So, this

5    was very important for them.

6           And if any of these things would ultimately lead

7    to third-party reimbursement when those physicians -- then it

8    was even that much more important.  The fundamental use of

9    their data when they would be able to code properly, would be

10   that the military would know the level of effort -- more

11   accurately would understand the level of effort required to

12   handle the patient population at the clinic and allocate the

13   appropriate resources to staff that clinic, the physician and

14   midlevel provider resources in that area.

15   Q.    Now, the type of teaching that Ms. Radtke says she was

16   performing, is that the type of teaching that some fresh,

17   young, inexperienced coder could perform?

18   A.    No.

19   Q.    So, on the front page -- on the front page she states

20   that there's -- the next meeting with the doctors this

21   Thursday.   She sees improvement in their E&M coding, but they

22   have a way to go.   What does E&M coding stand for?

23   A.    That is an Evaluation and Management Service in coding.

24   Q.    What is does that mean?

25   A.    When a physician sees a patient and their primary --

- 67 -

1    the primary objective of that visit is to diagnose and/or

2    treat the patient for a clinical condition, it's reflected in

3    a code that's called an Evaluation and Management Service

4    Code.  So, it reflects the level of service that that

5    physician is giving to that patient.

6              And that level is determined, one, by the setting

7    of care.  Is the patient going to be -- is the patient being

8    seen in the outpatient versus inpatient versus emergency

9    department or observation or nursing home setting.  So, you

10   first have to determine what setting of care that the patient

11   is in.  Then you have to determine the level of care.  Is it

12   critical care?  Is it office visit care?  Is it emergency

13   care?  So, you get the level of care.

14             And then once you achieve the level of care, you

15   determine what the chief complaint is of the visit.  From the

16   chief complaint, then you look at the review of the past

17   family and social history.  You look at the review.

18   Q.    Let me stop you there.

19   A.    Go ahead.

20   Q.    I'm interested in knowing, what is it that Ms. Radtke

21   was doing to make sure that these doctors did it right?

22   A.    She was explaining to them the classification system

23   and then how to take what they were doing and where they were

24   doing that service.  And then to be able to determine what

25   level of clinical documentation needed to be present in order

1    to support codes that would be at various levels of resource

2    allocation and reimbursement.

3    Q.    So, if the doctors made mistakes on the E&M coding,

4    what would be the impact to the institution?

5    A.    They would not get the proper resource allocation, so

6    they wouldn't get enough help.  Or what their resources were

7    might be overstated and then some other place in the military

8    would not get sufficient help and they would get too much.

9    And then they would be subject to congressional oversight,

10   complaining that dollars -- taxpayer dollars are not being

11   utilized appropriately.  And if it was for third-party

12   reimbursement, that they would have a false bill if -- you

13   know, going to an insurer.

14   Q.    In the next paragraph, Ms. Radtke wrote that she was

15   working on a new Superbill for them.  What does that mean?

16   A.    Okay.  A Superbill is a document where you try to

17   codify the most typical diagnoses and procedures that that

18   practitioner -- that specific practitioner is handling, and

19   what -- or that group of practitioners, if they're all doing

20   comparable things.

21          And then the coding expert will sit there and

22   they'll go through the types of things that they're seeing

23   either in their data or what they've observed or what they can

24   analyze from the information that they've gathered.  And

25   they'll say, okay, here appears to be the top types of

- 69 -

1    conditions that you're treating.  Here appears to be all the

2    services that you might encompass.  And then they document

3    them on the Superbill so that that provider can easily find

4    the code without having to go through the complexity of

5    utilizing a one-to-three volume set of documents to try to

6    figure out what code to select.

7        Q.   So, essentially she's trying to make the doctor's job

8    easier?

9        A.   That is correct.

10       Q.   Now, Ms. Caschetta, at some point did you discuss with

11   Ms. Radtke the possibility of her working in a location other

12   than the Pentagon?

13       A.   Yes.

14       Q.   Can you explain to the jury what happened?

15       A.   Well, at one point there was interest -- Kaiser

16   Permanente had a need right in the Rockville office for

17   additional services, and Ms. Radtke lived minutes away from

18   this location.  And I had recalled her expressing to Warren

19   Kwan earlier on when he was recruiting her that if we had ever

20   had any extra work to let her know because she'd be interested

21   in doing that if it was convenient.

22             So, I just thought to reach out to her since it

23   was right near her location, would she want to go over there?

24   And she did.  She expressed that she did.  She could just do

25   it after she was at the Pentagon when she came back.  And so

1    A.    Yes.

2    Q.    Why?

3    A.    Because she exercised discretion in the work that

4    needed to be done.  She was performing the services that would

5    otherwise have to be performed by the institution itself to

6    continue its ongoing business operations.  And she was

7    exercising discretion in achieving that particular position,

8    and she was providing advice and recommendations to clients.

9    Q.    Does your answer apply both to Kaiser and to the

10   Pentagon?

11   A.    It applies to both, yes, sir.  I mean, may I point out

12   that the Kaiser-type of work does not fall under the Service

13   Contract Act either.

14   Q.    Okay.  Now, yesterday we heard from Mr. Molina about

15   the request for waiver of the Service Contract Act?

16   A.    Uh-huh.

17   Q.    I'm going to refer you to Joint Exhibit 2, the second

18   to the last page.  I put a tab here.

19   A.    Okay.

20   Q.    Tell the jury what that document is.

21   A.    This is a document from the contract that was awarded

22   in 2002, and the contracting officer had incorporated on this

23   page the Clause 52.222-48, Exemption from Application of the

24   Service Contract Act Provisions.  They also included, as

25   prescribed in 22.1006(e) -- I don't know if that's an L or a

1    describe the work that Ms. Cunningham did, other than the
2    resumes that you've talked about, right?

3    A.    Okay.  Other than the resumes that she wrote about the
4    work that she had done.

5    Q.    Other than the resumes, you're not aware of any
6    documents, right?

7    A.    Yeah.

8    Q.    To describe the work that she did?

9    A.    That she specifically did?  No, I am not aware of that.

10   Q.    Okay.  But you would agree that doing coding-related
11   tasks accounted for three-quarters or more of Ms. Cunningham's
12   job responsibilities, right?

13   A.    What was put into that classification category, yes.
14   I mean, but there were a number of different functions that
15   were characterized under the rubric of coding.

16   Q.    So, if we -- and you may remember at your deposition I
17   asked --

18   A.    I'm so sorry, but I need to use the restroom.  Would
19   that be possible?

20          THE COURT:  Yes.  Go ahead.  There's one right in
21   the jury room.  We'll wait for you.

22          THE WITNESS:  I'll be right back.

23   OFF THE RECORD

24          THE COURT:  Thank you very much.  Resume your
25   examination, Counsel.

 1              THE WITNESS:  Which are you referring to?

 2    BY MR. LESCHT:

 3      Q.    Defendants' Exhibit 7.

 4      A.    7?

 5              THE COURT:  7.

 6              THE WITNESS:  Yes, I have it.

 7    BY MR. LESCHT:

 8      Q.    And is this your resume?

 9      A.    This appears to be a resume of mine.

10      Q.    Did you graduate from Columbia Union College with a

11    Bachelor of Science in Healthcare Administration?

12      A.    Yes, I did.

13      Q.    Before that did you go to Prince George's County

14    Community College and receive an Associate's degree in Health

15    Information Technology?

16      A.    Yes, I did.

17      Q.    Are you a Registered Health Information Technician?

18      A.    Yes, I am.

19      Q.    And what is required to attain that title?

20      A.    To attain an Associate's degrees program and you'll be

21    eligible to sit for the exam.

22      Q.    And are you required to sit for the exam every couple

23    of years?

24      A.    No.  You sit for the exam once and you are required to

25    get continuing education credits to maintain your credentials.

1    Q.    How many continuing education credits are you required
2    to get?

3    A.    Twenty on a two-year span.

4    Q.    Have you maintained that certification?

5    A.    I have.

6    Q.    And do you have a Certificate in Physician Office
7    Medical Billing?

8    A.    I received that in 1999 after completing my Associate's
9    degree.

10   Q.    And it states here that you're eligible for Certified
11   Coding Specialist and Registered Health Information
12   Administration exams; is that right?

13   A.    Say that again.

14   Q.    If you follow along with me on the top of your resume,
15   the next item underneath Certificate in Physician Office
16   Medical Billing says, eligible for Certified Coding
17   Specialist?

18   A.    Yes.

19   Q.    Did you take those exams?

20   A.    I took the Registered Health Information Administration
21   exam.

22   Q.    So, are you now a Registered Health Information
23   Administrator?

24   A.    No, I'm not.

25   Q.    And below that it says that you went to nursing school

1    for two years; is that right?

2    A.    It is.

3    Q.    Okay.  Now, moving down, from December of 2001 to

4    November 2002, did you work at Howard University Hospital?

5    A.    Yes.

6    Q.    And did you work in the business operations as a

7    financial specialist?

8    A.    Yes.

9    Q.    It states here you were responsible for coding and

10   reviewing documentation of inpatient/outpatient and clinic

11   medical records; is that right?

12   A.    Yes.

13   Q.    And it says here also that you audited claims for

14   correct usage of various acronyms and codes; is that right?

15   A.    Yes.

16   Q.    And you analyzed patient accounts for proper charge

17   entry and account balance; is that right?

18   A.    Yes.

19   Q.    And is everything under your description here for

20   Howard University Hospital, correct?

21   A.    Correct.

22   Q.    And before Howard, it says here you worked for

23   Professional Billing International, Inc., as a compliance

24   officer/health data coder; is that right?

25   A.    Yes.

 1   determine from the provider's information what the diagnosis

 2   is.  Code that record with one of our books.  Data enter that

 3   information into the information system and move on to the

 4   next.

 5   Q.   Okay.  But how about if I ask about the provider coding

 6   support.  Is that straightforward coding?

 7   A.   That's straight -- I provided coding support for that

 8   clinic, general surgery, breast care, OHI.

 9   Q.   And the training and teaching, was that typical of all

10   coders or was that you peculiarly?

11   A.   No, absolutely all coders, it was part of our

12   description to give feedback, as they say, when you had

13   information that was considered ambiguous that you needed

14   clarification on.  It's called a query of the provider.

15   Q.   And those coders that you mentored also provided this

16   training and teaching?

17   A.   Absolutely, we all had to do it.

18                MS. KUNTZ:  Okay.  Thank you.  That's all, Your

19   Honor.

20                THE COURT:  Redirect?

21                MR. LESCHT:  Yes.

22                       REDIRECT EXAMINATION

23   BY MR. LESCHT:

24   Q.   All right.  Ms. Cunningham, it sounds to me like you

25   would be okay with these resumes, in particular the

1   description of what you did for Lifecare, as long as we take

2   out the line that says "Supervisor," right?  Here it says:

3   Supervised a staff of nine coders.  I'm not going to ask you

4   those questions, we've been through this already.

5           It sounds like from what I'm hearing on your

6   answers to your lawyer's questions is that everything else is

7   right except for the supervisor; is that right?

8           MS. KUNTZ:  Objection.  Mischaracterizes the

9   testimony.

10          THE COURT:  Overruled, it's cross-examination.

11  BY MR. LESCHT:

12  Q.   Is that right, Ms. Cunningham?

13  A.   Is what right?

14  Q.   Let's look at this resume here.  All three of the

15  resumes say that you're a supervisor.  And in answering your

16  lawyer's questions, it sounds to me like everything you're

17  saying here is accurate, except for the fact of what you've

18  written down here that you were a supervisor; is that right?

19  A.   The word "supervisor," again, I was will say is used

20  broadly.

21  Q.   Well, you said -- you've testified that it's

22  inaccurate; is it right?

23  A.   I didn't --

24          MS. KUNTZ:  Objection; mischaracterizes.

25          THE COURT:  Overruled.

1           THE WITNESS:  I didn't testify that it was

2    inaccurate.  I testified saying that I was told by

3    Ms. Caschetta that I will supervisor -- I believed that when

4    she told me -- when she verbally told me this was an offer she

5    was presenting me with.  I believed her when she said these

6    would be my duties and my responsibilities.  I added these to

7    my resume thinking that these were the duties and things that

8    I was going to be required to do.

9           As time went on, I realized that was not the case,

10   that Ms. Caschetta misled me by saying these will be some of

11   the duties and requirements that I would do.  I felt, however,

12   I had already put this on my resume.  I felt that I had the

13   privilege to use this information since I was told these were

14   my duties.  When it --

15   BY MR. LESCHT:

16   Q.    Let me stop you there.

17   A.    Okay.

18   Q.    So, you're saying that you wrote down that you're a

19   supervisor because Ms. Caschetta misled you to believe that

20   you would be a supervisor; is that what you're saying?

21   A.    Ms. Caschetta gave me duties, gave me tasks to perform

22   that lead me to believe that this is what I was doing.

23   Q.    So, you got three resumes, each of which say that you

24   supervised?

25   A.    Yes.

1    Q.   This one -- it says you supervised 22 people.  And now

2    you're saying that you didn't supervise 22 people.  Is that

3    what you're saying?

4    A.   What I'm saying to you is this is probably latter of

5    the contract, these people probably came on-site.  She said to

6    me:  You will be responsible to supervise these coders once

7    they come on-site.  I was to supervise, as she said, and I

8    believed that is what I was doing when these coders came

9    on-site.  Once I realized that that wasn't the case because

10   these coders didn't come to me for me to supervise them.

11   Diana Brown was the person of contact and was able --

12            MR. LESCHT:  Your Honor --

13            THE COURT:  Shh, Shh, let her finish.

14            THE WITNESS:  Diana Brown was the point of contact

15   and was the one who put these people in clinics, gave them

16   direction of what they needed to do, how they were to do it.

17   They may have come to me for direction, and I probably have --

18   I gave them some direction as far as mentoring them.  But I

19   had, actually, no power, per se, to make any judgment calls on

20   these coders that were on-site.

21   BY MR. LESCHT:

22   Q.   So, what you're saying, if I understand you correctly,

23   is that it says here that you're a supervisor, but you really

24   weren't a supervisor?

25   A.   I was a supervisor in title only.

1    Q.   And here is another resume that you prepared that says

2    that you were a supervisor, and here in court you're saying

3    that you weren't a supervisor, only in title only?

4    A.   In title only.

5    Q.   And here again is another resume that you put seeking

6    another job.  And you're saying, again, that you supervised

7    and you were responsible for the whole work being done, but

8    you really weren't a supervisor, you're just a supervisor in

9    name only?

10   A.   The work was being done.

11   Q.   But you're saying that you didn't supervise anyone?

12   A.   I done the work.

13   Q.   I understand that.  And then I guess -- let's address

14   this federal application that you put in.

15   A.   Uh-huh.

16   Q.   This one says that if you don't tell the truth you can

17   be subject to crime and imprisonment?

18   A.   Uh-huh.

19   Q.   In here you wrote down:  Coding supervisor?

20   A.   Uh-huh.

21   Q.   Did you lie about that?

22   A.   No.

23   Q.   Isn't it a fact that you changed your story here in

24   trial today because you want to backtrack from being a

25   supervisor because that is inconsistent with the contention

1    you're making in this lawsuit.  Because if you are in fact a

2    supervisor exercising discretion, you're not entitled to

3    overtime.

4              MR. SALB:  Objection.

5              THE COURT:  Overruled.

6              MR. SALB:  That's not a statement of the law, Your

7    Honor.

8              THE COURT:  I don't care if it's a statement of

9    law; it's cross-examination.  Please be seated.

10             THE WITNESS:  No.  Like I said, I was offered a

11   position from Ms. Caschetta.  I believed her when she told me:

12   I will make you a supervisor.  These are your

13   responsibilities.  I had revised my resume to reflect the

14   position that I thought I was going to actually work in the

15   capacity of, instead, I did the work.  She never gave me my

16   offer letter.  She never gave me the compensation for it.

17             When I questioned her about it, it became -- the

18   Government is still working it out, and as soon as we get it

19   worked out I will compensate you for it.  At that point I felt

20   it was in my best interest to resign from the company because

21   I felt that I was being misled on taking on a role and the

22   title and the responsibility and was not being compensated for

23   it.

24   BY MR. LESCHT:

25   Q.   And you resigned from the company in April of '05; is

1   that right?

2      A.    Correct.

3      Q.    And another interesting fact -- turn to the last page,

4   Ms. Cunningham, of this federal application that you swore to

5   tell the truth on?

6      A.    Uh-huh.  Wait a second, let me find it.  Okay.

7      Q.    Dated November 7th of 2005.  So, that was some -- I

8   don't know, what -- eight months after you left the employment

9   of Lifecare, you're saying that you decide to lie on this

10  document after you left because Ms. Caschetta told you --

11              MS. KUNTZ:  Objection.

12              THE COURT:  Overruled.

13  BY MR. LESCHT:

14     Q.    -- that you were going to be a supervisor?  Is that why

15  you lied on this document?

16     A.    It's not a lie.

17     Q.    It's not a lie?

18     A.    Ms. Caschetta -- as I said, I was lead to believe that

19  was my title.  I used that title because Ms. Caschetta said

20  that I will be compensated for that.  And as time went on, I

21  was not, therefore, I chose to resign from the company because

22  I was being misled by Ms. Caschetta.

23     Q.    Okay.  So, today I guess in court you're telling us

24  that you included this title on all of these resumes, on this

25  federal application, because Ms. Caschetta told you that you

1    were going to be a supervisor?  This is your testimony?

2       A.    She verbally -- yes.

3       Q.    Yes.  Do you remember swearing to tell the truth at the

4    deposition that I took, I asked you certain questions?

5       A.    Yes.

6       Q.    And I presented you with this very resume that we had

7    obtained, and I asked you a question on Page 74, Line 6.  I

8    presented this resume to you, just like today --

9       A.    Is it in this book?

10      Q.    No, this is a deposition.  I'm going to read you the

11   question and answer.  Line 6.  Question:  Did you supervise a

12   staff of nine coders?  Answer:  No.  So, I asked you:  Why

13   does it say that?  Your answer, quote, your answer:  That's a

14   good question.  I don't know.  End quote.

15              Nothing in here about Maria Caschetta telling you

16   that you would be a supervisor in name only.  In fact, there's

17   not a reference to that in this entire deposition transcript

18   that you gave.  The only reference to that -- to that

19   explanation is here in court being presented with these

20   resumes and this federal application that you swore to tell

21   the truth about.

22              I believed that you were a supervisor.  Isn't it

23   a fact, Ms. Cunningham, that you're changing your tune here in

24   court because you know if the jury finds that you're a

25   supervisor, as you've written down here, you're not entitled

1    to any overtime?

2    A.   No.

3              MR. LESCHT:  I have no further questions.

4              THE COURT:  All right.  You may stand down,

5    Ms. Cunningham.  You may call your next witness.

6              MR. LESCHT:  We call Ms. Radtke.

7              THE COURT:  Ms. Radtke.

8    Thereupon,

9                   KATHY RADTKE FERRARA,

10   the witness, having been first duly sworn, was examined and

11   testified as follows:

12                   DIRECT EXAMINATION

13   BY MR. LESCHT:

14   Q.   Ms. Radtke, do you refer Ferrara or Radtke?

15   A.   Ferrara.

16   Q.   Miss or Mrs.?

17   A.   Mrs.

18   Q.   Mrs. Ferrara, state your name and home address.

19   A.   Kathy Ferrara, 11226 Troy Road, Rockville, Maryland

20   20852.

21   Q.   Mrs. Ferrara, I'm going to show you what is marked as

22   Defendants' Exhibit 11.

23   A.   Okay.

24   Q.   I'll hand you a copy.

25   A.   Thank you.

1    Q.   This is a resume of yours; is that right?

2    A.   Yes, it is.

3         MR. LESCHT:  Judge, I'll move for entry into

4    evidence of Defense Exhibit 11.

5         THE COURT:  It will be admitted.

6         MR. LESCHT:  Thank you.

7    BY MR. LESCHT:

8    Q.   Mrs. Ferrara, can you take us through -- what is your

9    educational background and certifications?

10   A.   At the present time or the time when I was working for

11   Mrs. Caschetta?

12   Q.   If it's updated from what's written down here, it's on

13   the last page.  You can go through what's updated so that we

14   can get an accurate description.  I've got down here:

15   Education.  That you went to medic school in Towson, Maryland?

16   A.   That's correct.

17   Q.   And you got a certificate as a medical assistant?

18   A.   That's correct.

19   Q.   That is in 1980?

20   A.   Yes.

21   Q.   Then below that it says:  AAPC-ISP Pro-Fee Coding

22   Certificate 2004?

23   A.   That is correct.

24   Q.   What does that mean?

25   A.   That means that I completed an independent study

- 84 -

1    program for the American Academy of Professional Coders, what

2    they call the organization, and I completed that program and

3    then I took -- sat for the exam -- the CPC exam.

4        Q.   Now, medic school, how long did you go there for?

5        A.   It was a six-month program.

6        Q.   You got a certificate as a medical assistant?

7        A.   Yes, I did.

8        Q.   And it says, also, that you went to Stevens College in

9    Columbia, Missouri?

10       A.   Yes, I did.

11       Q.   Did you graduate with a degree?

12       A.   Yes, I did.

13       Q.   What was your degree?

14       A.   I have a Bachelor of Science degree in Health

15   Information Management.

16       Q.   That's related to medical coding services?

17       A.   It is, yes.

18       Q.   Now, under professional education and affiliations,

19   right above there, you've got that you are a Certified Medical

20   Assistant, and you got that certificate in 1996; is that

21   right?

22       A.   Yes.  I have let that lapse since.  I have not done

23   that work in quite a number of years.

24       Q.   And then below it that says that you're certified in

25   CPR?

- 85 -

1    A.   Yes, I used to be.  I haven't been in awhile.

2    Q.   And American Association of Professional Coders.  Is

3    that a professional association for coding?

4    A.   It's just an association for coding.  They hold the

5    credentials.  That's what they call it.

6    Q.   And then below that it says AHIMA; what is that?

7    A.   Yes, that's the American Health Information Management

8    Association.

9    Q.   And then looks like your first job that you have listed

10   here -- you worked for Doctors Health in Baltimore, Maryland,

11   for a little over two years; is that right?

12   A.   Yes.

13   Q.   And you were an intake coordinator for Care Management

14   Utilization Review responsible for processing calls from

15   physician offices, insurance companies -- oh, I'm sorry --

16   below that you were at Doctors Health Account Representative

17   for two years?

18   A.   Yes.

19   Q.   You did both jobs?

20   A.   I did.  I transferred from one job to the other.

21   Q.   So what kind of work did you do?

22   A.   I was a payment poster for them.  I posted payments

23   that came in from the insurance companies.  And then I went

24   from that function to medical billing.  And I was the sole

25   biller for a cardiology practice.  And then after that I

1    A.   I didn't code for them.

2    Q.   I'm saying, the skills that you gained, though, didn't

3    you learn about medical terminology at all of these jobs?

4    A.   I learned medical terminology when I was a medical

5    assistant.

6    Q.   So, then the next job you had was as a medical biller

7    for Cardiac Associates?

8    A.   That's correct.

9    Q.   And here you followed up on claims and procedures -- I

10   guess you were responsible for the medical billing for this

11   practice in Rockville?

12   A.   There was many of us.  It was a huge practice and there

13   were quite a few in the billing department.

14   Q.   Okay.  Then you left there and went to Capital Medical

15   Group?

16   A.   Yes.

17   Q.   It looks like you were there for about a year and a

18   half as medical billing manager?

19   A.   Yes, I was.

20   Q.   Now, as manager, does that mean you were in charge of

21   medical billing?

22   A.   I had three employees -- if you want to call it that.

23   And I was just responsible for making sure that all of the

24   follow-up was done on the claims, and any appeals that needed

25   to be made into the insurance companies, I was responsible for

1    that and I was responsible for doing the month-end closing of

2    the computer system and that sort of thing.

3        Q.    So, you were still working with doctors, and here it

4    says that you were responsible for coding and documentation

5    review; is that right?

6        A.    Yes, I was.

7        Q.    So, you got back into the coding.

8        A.    Uh-huh.

9        Q.    After you left that job, you went to Maxum Staffing, it

10   looks like for about seven months as a medical billing temp;

11   is that right?

12       A.    Yeah, I decided I wanted to go back to college, and so

13   I had to circle over.  And so when I went back to college, I

14   decided to do something temporary for awhile until I got my

15   feet wet back in school again and back into that rhythm.

16       Q.    So, the college degree that you got in Health

17   Information Administration, is that where -- did you learn

18   about coding professional services there?

19       A.    It was a part of it, yes.

20       Q.    It was.  Okay.

21       A.    A very small part, yes.

22       Q.    But up to this point in time, you had a number of years

23   of practical experience in medical officers, both in claims

24   and billing --

25       A.    Off and on.

1   affiliation that I belonged to at the time offered.

2   Q.   So, here where it says contract coder, is this -- at

3   least for a portion of this -- is this the work that you did

4   for Advanta?

5   A.   Yes.

6   Q.   It says that your duties include, but not limited to

7   E&M coding for active-duty military clinic at the Pentagon?

8   A.   Yes.

9   Q.   That is when you were working for Advanta?

10  A.   Yes.

11  Q.   And could you give me a description of what would be

12  entailed for an E&M coding for an active duty military clinic?

13  A.   Well, in my particular situation with the Pentagon, I

14  would receive a cartload of charts every day, and within those

15  charts were the encounters.  There was one encounter for a

16  visit, just like Ms. Cunningham explained.  That each

17  individual day is a different encounter.

18          So, I would take those records and I would look

19  up that encounter in the computer system.  It had already been

20  coded by the physician, so again, I had to match that with the

21  information in the book and make sure that the documentation

22  that the doctor had written actually matched everything in the

23  system, in accordance to our book.

24  Q.   And if the doctor's coding was inaccurate, you were

25  responsible for catching that and changing it, correct?

1    A.    I was responsible for changing it, yes.

2    Q.    And surely there were occasions when you found

3    mistakes, right?

4    A.    Yes.

5    Q.    And it says here, the second line says that you were

6    responsible for educating physicians and other clinicians and

7    proper coding of visits, procedures and diagnoses.  Is that

8    correct?

9    A.    Yes.  And the only education that I really provided

10   there was like maybe two times that I may have spoken with the

11   physicians to help them, because they were concerned that they

12   weren't receiving the RVUs.  As it was explained before, that

13   the RVUs had gone down based on what we were finding in the

14   medical record or what I was finding in the medical record.

15   And so I would actually explain to them why I found what I

16   found and how I found it and how I went about -- how I went

17   about finding that.

18   Q.    So, did you have classes set up for the doctors?

19   A.    I had -- it was like a meeting; I was told I had to do

20   that.  Maria asked me to do that for the providers, and so --

21   or Mrs. Caschetta, I'm sorry -- and asked me to do that for

22   the providers.  And I just -- I would ask for them to come and

23   meet me and I might get one.  You know, they weren't as

24   responsive as -- there were a few that were really interested

25   in learning that, but then there were a few that really --

1    it money or reimbursement or RVUs or however you want to look

2    at it.

3              You know, they didn't -- they would look at it as

4    though -- well, I spent all day with that patient, when in

5    fact that is not really a part of what goes into it according

6    to the books.  So, we follow the guidelines in the books, and

7    even though they may feel that they spent a lot of time with

8    that particular patient, and indeed they may have, but if

9    their documentation doesn't reflect that -- if the written

10   record didn't reflect that then we had to make changes and

11   informed them of those changes.

12   Q.   If you look at the last paragraph, though, you wrote

13   down here, quote:  Any down time I have is spent on the

14   physician's record card and the agenda for the training.

15              Do you see that?

16   A.   We had a report card that we were required to, at the

17   Pentagon, to give them, to let them know if they were

18   improving in their RVUs.  So, that is basically what it was.

19   Q.   You wrote here:  Any down time you have is spent on

20   training, so obviously training the physicians was an

21   important factor of what you were doing at the --

22   A.   Actually, not training necessarily the physicians.  I

23   had training I had to do as well.  So, it wasn't always

24   training just for the physicians.  And as I said, you know,

25   you could try to ask them to meet you or come to your cubicle

1     A.    She was partly -- and then I would call the office,

2     too, if I had questions.

3     Q.    And you considered her, Major Franklin, to be your

4     supervisor?

5     A.    She was there on-site.  It was Major Franklin and the

6     colonel and lieutenant colonel and everybody that was above

7     me, you know, in that particular area, because they all made

8     decisions and --

9     Q.    But you were the senior-most person in regards to

10    medical coding services in this department, weren't you?

11    A.    I was the only person, so that was it.

12    Q.    You were the person that Advanta determined was

13    skilled, educated and trained enough to be able to work on

14    their own in the medical setting interacting with doctors in

15    the military?

16    A.    Well, I've interacted with doctors since 1980.

17    Q.    And that's exactly why they selected you for this job

18    because of your experience and background?

19    A.    Well, I don't know about that, because my experience in

20    the medical -- as a medical assistant, certainly is not going

21    to help me as a coder as far as -- because being in the back

22    office, we never cared about the codes really.  But the

23    medical terminology piece is probably what helped me more than

24    anything, but everybody has to learn that if they want to

25    code.

1     A.    -- it's nice to be able to work close to home -- I'm

2  sorry.  Go ahead.

3     Q.    All right.  So then at some point you decided to work

4  mornings at the Pentagon and afternoons at Kaiser; is that

5  right?

6     A.    That was decided for me; I didn't get to decide that.

7     Q.    But you did?

8     A.    Yes, but I did.

9     Q.    All right.  Now, the work that you did at Kaiser was

10  medical coding for a variety of their clinics under

11  multi-specialties; is that right?

12     A.    No.  What I did was I worked with the motor vehicle

13  accidents and some workmen's compensation, and it was mostly

14  physical therapy claims that I worked on.

15     Q.    And like your job at the Pentagon, you were working at

16  Kaiser -- you were placed -- you were like embedded in their

17  offices working alongside the Kaiser people, right?

18     A.    I was working with the Kaiser people.  There were some

19  other Advanta people there too.

20     Q.    And then in the job at Kaiser like the job at the

21  Pentagon, you reported, for want of a better word, to somebody

22  that worked for Kaiser?

23     A.    Yes, I did.

24     Q.    Helene Lamana?

25     A.    Helene Lamana.

- 93 -

# TR. DAY 3

```
 1    Q.   Okay.  And would you take any time out for lunch?

 2    A.   Just half hour, enough to run and get my lunch and go

 3   to Kaiser.

 4    Q.   And did you eat at your desk while working?

 5    A.   Yes.  Yes, I did.

 6    Q.   Now did there come a time when you worked at Walter

 .7   Reed after you had left the employment of Advanta?

 8    A.   Yes.  Yes.

 9    Q.   Who were you working for?

10    A.   A & T Systems.  They were a subcontractor of Wright

11   Solutions who was awarded the contract.

12              MR. LESCHT:  Objection.  Move to strike.

13              THE COURT:  Well, lay a foundation.  I'm not sure I

14   understand the relevance of this, counsel.  This is after her

15   employment by these Defendants.

16              MS. KUNTZ:  Yes, it is.

17              THE COURT:  And by a different employer.

18              MS. KUNTZ:  It is, Your Honor.

19              THE COURT:  Could you tie it up for me?  What does

20   it have to do with this case?

21              MS. KUNTZ:  What it has to do with this case is

22   that --

23              THE COURT:  Lay your foundation through your

24   witness, though, okay.  I don't quite see the connection.

25   Perhaps this witness can explain what the connection is.
```

1 | BY MS. KUNTZ:

2 | Q.    Were you doing medical coding work there?

3 | A.    Yes, I was.

4 | Q.    And were you exempt or nonexempt?

5 |           MR. LESCHT:  Objection.

6 |           THE COURT:  That is sustained.

7 |           THE WITNESS:  Nonexempt.

8 |           THE COURT:  That is sustained.

9 |           THE WITNESS:  Oh, sorry.  I didn't know the

10 | difference.

11 |           MR. LESCHT:  Your Honor.  Your Honor, may I

12 | approach?

13 |           THE COURT:  I'm striking the answer.  Ladies and

14 | gentlemen, this deals, apparently from what we are being told,

15 | with circumstances after the employment by these Defendants

16 | ended.  So I've stricken the answer.  Please disregard it.  As

17 | you will learn when I give you my final instruction, if there

18 | is an objection and I sustain the objection and the witness

19 | nevertheless answers the question, the answer is stricken and

20 | you must disregard it.

21 |           MR. LESCHT:  Your Honor, I have a motion to make.

22 | Could you --

23 |           THE COURT:  Surely.  Come up.

24 | SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

25 |           MR. LESCHT:  Judge, I move for judgment as matter

1    either the administrative exemption or the professional

2    exemption, or both, apply to the Plaintiffs thereby exempting

3    them from overtime pay.  These exemptions are to be narrowly

4    construed and their application is limited to those employees

5    plainly and unmistakably within their terms and spirit.

6          In order for you to determine whether the

7    Plaintiffs fall under the administrative exemption, you must

8    first determine whether their primary duty was nonmanual work

9    directly related to the management or general business

10   operations of the employer or the employer's customers.

11         This primary duty must include the exercise of

12   discretion and independent judgment with respect to matters of

13   significance.  Thus you must answer three questions to

14   determine whether this exemption applies:  What were the

15   Plaintiffs' primary duties?  Was this primary duty nonmanual

16   work directly related to the management or general business

17   operations of the employer or employer's customers?  And,

18   three, did the Plaintiffs exercise discretion and independent

19   judgment with respect to matters of significance when they

20   were engaged in their primary duty?

21         The term "primary duty" means the principal, main,

22   major, or most important duty that the employee performs.  In

23   determining what the primary duty was of each Plaintiff you

24   must consider all of the factors surrounding the Plaintiff's

25   employment.  No one factor is dispositive, and thus the

1    interpreted only by those with advanced or specialized

2    knowledge or skills can still allow an employee to exercise

3    discretion and independent judgment with respect to matters of

4    significance if they provide guidance in addressing difficult

5    or novel circumstances.

6         However, if the employees apply well established

7    techniques or procedures described in manuals or other sources

8    within closely prescribed limits to determine the correct

9    response to an inquiry or set of circumstances, then they are

10   not exercising discretion and independent judgment with

11   respect to matters of significance.  Only if Defendants have

12   proved by a preponderance of the evidence that the Plaintiff's

13   job duties satisfied all three of these prongs are the

14   Plaintiffs exempt from the protections of the Fair Labor

15   Standards Act due to the administrative exemption.

16        In order for you to determine whether the

17   Plaintiffs fall under the professional exemption you must

18   determine whether the Plaintiffs' primary duties were the

19   performance of work requiring advanced knowledge in a field of

20   science or learning customarily acquired by a prolonged course

21   of specialized intellectual instruction.  Thus you must answer

22   four questions to determine whether the professional exemption

23   applies.  What were the Plaintiffs' primary duties?  Did their

24   work require advanced knowledge?  Was their work in a field of

25   science or learning?  And, four, is that knowledge customarily

1  acquired by a prolonged course of specialized intellectual
2  instruction?

3       The term "primary duty" has the same meaning as for
4  the administrative exemption.  For your convenience, that
5  definition is reproduced here.  It means the principal, main,
6  major, or most important duty that the employee performs.  In
7  determining what the primary duty was of each Plaintiff you
8  must consider all factors surrounding the Plaintiff's
9  employment.

10      No one factor is dispositive and this, the
11 following list, is not exhaustive:  The relative importance of
12 the exempt duties as compared with other types of duties; the
13 amount of time spent performing exempt work; the employee's
14 relative freedom from direct supervision; and the relationship
15 between the employees's salary and the wages paid to other
16 employees for the kind of nonexempt work performed by the
17 employee.

18      The amount of time spent performing exempt work
19 can be a useful guide in determining whether exempt work is
20 the primary duty of an employee.  Thus employees who spend
21 more than 50 percent of their time performing exempt work will
22 generally satisfy the primary duty requirement.  Time alone,
23 however, is not the sole test and an employee can still be
24 exempt even if she does not spend more than 50 percent of her
25 time performing exempt work.

# TR. DAY 4

1   rather than two years.  Whether the damage should be doubled

2   as liquidated damages will be resolved by the Court.

3            Bona fide.  As noted on the hearing on the motions,

4   the Maryland law lacks a dispositive interpretation of whether

5   the employee has an obligation to dispute the amount of wages

6   paid.  Subject to post-trial briefing, if necessary, the Court

7   will submit the question to the jury.

8            Joint employment.  There is no evidence that

9   Lifecare employed the Plaintiff Radtke/Ferrara, and the motion

10  to enter judgment as a matter of law on that issue for

11  Lifecare is granted.

12           Employment.  Under the broad definition of employer

13  under Maryland law and the Fair Labor Standards Act there is

14  evidence permitting the conclusions that, one, Advanta,

15  Lifecare, and Caschetta were joint employers of Cunningham and

16  that, two, Advanta and Caschetta were joint employees of

17  Radtke/Ferrara.  Therefore, the motion is denied except as

18  indicated with reference to being granted in Lifecare's behalf

19  as against the claim made against it by Mrs. Ferrara.

20           The Defendant has the case.

21           MR. LESCHT:  We call Joe -- well, we're going to

22  call two witnesses.  We'll wait for the jury.

23           THE COURT:  It would be nice to have the jury

24  first.

25           Please have the jury come in.

13069 Scalp Duck Court
Upper Marlboro, MD 20774
301-218-2861
Carmen.Cunningham@NA.AMEDD.ARMY.MIL

# Carmen Cunningham BS, RHIT

**Objective**

To provide my expertise in Healthcare Administration and Medical Coding in a learning environment.

**Experience**

2002–Present                Walter Reed Medical Center        Washington, DC
Senior Coder/Supervisor

- Supervise a staff of 9 coders.
- Perform data quality reviews on outpatient encounters.
- Oversee the coding for OIS reimbursement claims.
- Monitor OHI claims for reimbursement.
- Provide training and teaching to physicians on proper documentation for Evaluation and Management coding.
- Provide coding support for several multi-specialty providers.
- Provide assessments and audits for specialty clinics.

2001–2002                Howard University Hospital        Washington, DC
APC Coordinator/Business Operations Financial Specialist

- Performed data quality reviews on outpatient encounters to: validate the ICD-9-CM, CPT, and HCPCS Level II code assignments, modifiers, APC groupings, missed secondary diagnoses and procedures, and also to ensure compliance with MMS's Diagnostic Coding Guidelines for hospital-base outpatient services.
- Evaluated the quality of documentation to identify incomplete or inconsistent documentation in the outpatient services.
- Provide training to health care professionals in ICD-9-CM, CPT, and HCPCS Level II coding guidelines.
- Performed random UB-92 reviews to ensure all assigned codes were accurate.
- Provide educational tools to appropriate hospital staff on changes to the APC payment system, including annual ICD-9-Cm, CPT and HCPCS level II code changes.
- Monitor outpatient unbilled accounts reports for outstanding and uncoded outpatient encounters that needs to be completed.
- Review the Medicare Outpatient Code Editor and make recommendations on corrective measures for submitting a clean bill.
- Compile financial data of all denied claims to track and provide a report on quantitative losses.
- Provided recommendations and revisions on Charge Description Master and physician's charge tickets.



**EXHIBIT**

D 6

tabbies

- 100 -

1999–2002      Professional Billing International      Waldorf, MD
**Compliance Officer/Health Data Coder**

- Reviewed, analyzed, audited medical records and provide a written report of internal audit
- Trained medical personnel on proper medical and chart documentation.
- Provided written guidelines on proper documentation according to Medicare, Medicaid and Commercial Insurance.
- Analyzed and evaluated cases for quantitative and qualitative measures.
- Provided follow-up written reports for short and long terms goals.

1998–2000      Ebbs & Associates      Washington, DC
**Office Manager/Benefits Coordinator**

- Supervised a staff eleven.
- Managed daily business operations.
- Verified insurance eligibility.
- Prepared insurances forms for reimbursement for third party and fee-for-service clients.
- Maintained payment ledgers, accounts receivable and payable.
- Developed a Manual Recall system for tracking follow-up visits.

**Education**

2000–2001      Columbia Union College      Takoma Park, MD
- B.S., Health Care Administration.

1997-1999      Prince George's Community College      Largo, MD
- A.A.S., Health Information Technology
- Certificate in Medical Billing

1994-1996      Maria College      Albany, NY
- Nursing

**Computer Skills**

Microsoft Applications, Excel, 3M Health Information System, Shared Medical Systems, Soft-Dent and Coding and Reimbursement Systems

**Membership**

American Health Information Management Association

CARMEN CUNNINGHAM, RHIT

**Educational Background:**

Columbia Union College, Takoma Park Maryland
Bachelor in Science, May, 2002
Health Care Administration

Prince George's Community College, Largo, Maryland
Associate of Applied Science, May, 1999
Major in Health Information Technology

Registered Health Information Technician (RHIT), November, 1999

Certificate in Physician Office Medical Billing, May, 1999

Eligible for Certified Coding Specialist (CCS) and Registered Health Information Administrator (RHIA) Examinations

Maria College, Albany, New York
Nursing, September, 1994 to December, 1996

**Employment History:**

| | |
|---|---|
| 11/02<br>to<br>Present | Lifecare Management Partners (partnered with Advanta Medical Solutions, LLC)<br>**Senior Coder**<br>Responsible for outpatient clinic professional services coding, auditing of clinical documentation, auditing of coding performed by providers, training of providers and coding staff, and coordinating with clinical and reimbursement staff to minimize denials of claims and work through effective processes for appealing payment denial decisions. Work requires providing ongoing feedback to physician providers on areas for improvement with regard to documentation & coding. Serve as lead coder to a team of the company's coding specialists assigned to support various clinics at a large, tertiary care, teaching facility. Work requires knowledge of civilian, military, Medicare, and third-party payer billing requirements. |
| 12/01<br>to<br>11/02 | Howard University Hospital, Washington, DC<br>**Business Operations Financial Specialist**<br>Responsible for coding and reviewing documentation of inpatient, outpatient and clinic medical records. Audit claims for correct usage of ICD-9-CM, CPT-4, HCPCS and Revenue codes on the UB-92. Analyze patient accounts for proper charge entry and account balance. Review the Medicare Outpatient Code Editor and made recommendations on corrective measures for submitting a clean bill. Compile financial data of all denied claims to track and provide a report on quantitative losses. Monitor, track and revise problems with CDM, APC's and physician charge tickets. |
| 11/99<br>to<br>1/02 | Professional Billing International Inc., Waldorf, MD<br>**Compliance Officer/ Health Data Coder**<br>Reviewed, analyzed, audited, and reported findings of an internal audit. Prepared verbal and written reports for medical personnel on audits. Trained medical personnel on proper medical and chart documentation. Reviewed physician's documentation for compliance according to Medicare, Medicaid and Commercial Insurance guidelines. Analyzed and evaluated cases for quantitative and qualitative measures. Provided follow-up written reports for short and long term goals as needed. Coded health data |

EXHIBIT

D 7

tabbies

- 102 -

| | |
|---|---|
| | charts for several multi-functional physicians using ICD-9-CM, CPT-4 and HCPCS level II codes. |
| 03/98 to 06/00 | Dr. William Ebbs, Washington, DC<br>**Office Manager/Benefits Coordinator**<br>Supervised a support staff of eight and three multi-specialty dentists. Responsible for scheduling appointments, verifying insurance eligibility and preparing claim forms for reimbursement by third parties and fee for services. Maintained payment ledgers, accounts receivable and payable. Developed a Manual Recall System for tracking patient visits. Computed and prepared bi-weekly payroll system and reduced outstanding collections by 30%. |
| 11/98 to 6/99 | Institutional Dental Care, Washington, DC<br>**Clinical and Dental Billing Coordinator**<br>Responsible for dental record management, generating treatment plans and processing of insurance claims for reimbursement by the District of Columbia Medicaid program. Maintained account ledgers for private/fee-for services nursing facilities and private pay clients. |
| 9/97 to Present | At Your Service, Bowie, MD<br>**Medical Billing Coordinator**<br>Responsible for third party billing, claims submission electronically and manually. Verify the proper uses of ICD-9 and CPT-4 codes. Payments posting of benefits to the client's account. |
| 1/96 to 7/97 | Madison Dental Associate, Albany, New York<br>**Assistant Office Manager/Dental Assistant**<br>Managed dental records for small dental practice. Submitted claim forms. Payment posting to client's account ledger. Created a system too track delinquent claims. Chair-sided assisted. |

Internships:

| | |
|---|---|
| Spring 99 | Montgomery General Hospital, Olney, MD, Tumor Registry. |
| | Civista Medical Center, Laplanta, MD, Quality Assessment and Performance Improvement. |
| | Methodist Home, Washington, DC, Long Term Care |
| Fall 98 | George Washington University Hospital, Washington DC, ICM-9-CM and CPT 4 Coding Clinic in emergency room, inpatient, outpatient and ambulatory surgery and Tumor Board Conferences. |
| | Washington Hospital Center- Physician Office Building, Washington, DC, Physician Medical Billing. |
| Spring 98 | Shady Grove Adventist Hospital, Rockville, MD, Medical Records, QA/QI |
| Fall 95 | St. Peter's Hospital, Albany, New York, Medical-Surgical Nursing hospital base. |
| Spring 95 | Capital District Psychiatric Center, Albany, New York, Psychiatric Nursing. |
| Fall 96 | Mercy Life Center, Albany, New York, Long Term Care Geriatric Nursing. |
| Membership: | American Health Information Management Association |

**CARMEN CUNNINGHAM**
13009 Scalp Duck Court
Upper Marlboro, MD 20774
(301) 218-2861

**Objective:**

To obtain a senior level position in Health Care Management.

**Summary of Qualifications:**

- ♦ Solid academic foundation and sound practical experience in medical records management.
- ♦ Demonstrated ability to manage multiple tasks simultaneously and bring each to a successful completion on schedule.
- ♦ Very well organized, detail-oriented and self motivated.
- ♦ Dependable, hard working with good interpersonal skills.

**Educational Background:**

Columbia Union College, Takoma Park Maryland
Bachelor in Science, May, 2002
Health Care Administration

Prince George's Community College, Largo, Maryland
Associate of Applied Science, May, 1999
Major in Health Information Technology

Registered Health Information Technician (RHIT), November, 1999

Certificate in Physician Office Medical Billing, May, 1999
Eligible for CCS Examination

Maria College, Albany, New York
Nursing, September, 1994 to December, 1996

**Employment History:**

04/05-Present   The Washington Dental Studio, Washington, DC

Office Manager
- ❉ Manage two (2) offices, HMO/PPO
- ❉ Responsible for staff of 5 providers, 4 support staff members, a ho ... Howard University Dental Residents and ACT intern and extern students.
- ❉ Manage Accounts Payable, Receivable and payroll.
- ❉ Submit electronic claim for billing and post account ledger.
- ❉ Manage claim appeals.
- ❉ Maintain electronic recall system.
- ❉ Provide practice analysis and day reports for all providers.
- ❉ Track and maintain providers credentialing status.
- ❉ Provide providers with current information for continuing education credits.

**EXHIBIT**
D 8

11/02-04/05    Walter Reed Medical Center, Washington, DC

Senior Coding Supervisor
- Supervised a staff of 22 coders.
- Performed data quality reviews on outpatient encounter for 3rd party insurance.
- Audited 3rd party reimbursement claims.
- Provided training to providers on proper documentation/coding guidelines.
- Provided coding support for multi-specialty providers.
- Maintained excel spreadsheet to track denials and rejected claims.
- Provided weekly report.

12/01-11/02    Howard University Hospital, Washington, DC

Medical Coder/Business Operations
- Performed data quality reviews on outpatient encounters to validate ICD-9-CM, CPT and HCPCS Level II code assignments, modifiers, APC groupings, missed secondary diagnoses and procedures.
- Evaluated the quality of documentation to identify incomplete or inconsistent documentation in the outpatient services.
- Provided training to healthcare providers in ICD-9-CM, CPT, HCPCS Level II coding guidelines.
- Monitor outpatient unbilled accounts reports for outstanding outpatient encounters.
- Performed random UB-92 reviews to ensure all assigned codes were accurate.
- Provided educational material and updates for ICD-9, CPT and APC payment system.
- Monitor Medicare Outpatient Code Editor and provided recommendations for corrective measures.
- Compiled financial data of all denied claims to provide report on quantitative losses.
- Provided recommendation and revisions on Charge Description Master and super bills.

11/99-01/03    Professional Billing International Inc., Waldorf, MD

Compliance Officer/Case Management/ Health Data Coder
- Responsible for reviewing, analyzing, auditing and reporting the findings of an internal audit.
- Prepared verbal or written reports for the director and/or physician(s).
- Reviewed client's documentation for compliance under Medicare, Medicaid and Commercial Insurance Company's guidelines.
- Analysis and evaluate cases for quantitative and qualitative requirements.
- Provided follow-up written reports for the clients and re-evaluate short and long-term goals as needed.  Code emergency room records using ICD-9-CM and CPT-4 codes.

03/99-06/00    Dr. William Ebbs, Washington, DC

Office Manager/Benefits Coordinator
- Managed front office in private practice, schedule appointments, verify insurance coverage and prepared fee tickets for reimbursement.
- Responsible for accounts receivable accounts payable and posting.
- Handle 3rd party billing, manual claims submission and appeal process.

**Internships:**

| | |
|---|---|
| Spring 99 | Montgomery General Hospital, Olney, MD, Tumor Registry. |
| | Civista Medical Center, Laplanta, MD, Quality Assessment and Performance Improvement. |
| | Methodist Home, Washington, DC, Long Term Care |
| Fall 98 | George Washington University Hospital, Washington DC, ICM-9-CM and CPT 4 Coding Clinic in emergency room, inpatient, outpatient and ambulatory surgery and Tumor Board Conferences. |
| | Washington Hospital Center- Physician Office Building, Washington, DC, Physician Medical Billing. |
| Spring 93 | Shady Grove Adventist Hospital, Rockville, MD, Medical Records, QA/QI |
| Fall 95 | St. Peter's Hospital, Albany, New York, Medical-Surgical Nursing hospital base. |
| Spring 96 | Capital District Psychiatric Center, Albany, New York, Psychiatric Nursing. |
| Fall 96 | Mercy Life Center, Albany, New York, Long Term Care Geriatric Nursing. |

**Computer Skills:**

Microsoft Applications, Shared Medical Systems, 3M Health Information System, Soft-Dent, Easy Dental, Coding and Reimbursement System

**Membership:**

American Health Information Management Association

**KATHY L. RADTKE, CPC**
**11226 TROY ROAD**
**ROCKVILLE, MARYLAND 20852**
**(301) 770-9019**

## PROFESSIONAL ACCOMPLISHMENTS and QUALIFICATIONS:

- Strong working knowledge of current Third Party payer billing and insurance collections procedures, utilizing CADO, IDX, SDM, Medical Automation and CBSI systems and MISYS Tiger billing software, CHCS, ICDB, Pgui and AHLTA systems for government contracts and coding Software through 3M and CCE for the Department of Defense.

- Solid knowledge of utilization review policies, ICD-9, HCPCS and CPT coding, information management services, provider relations, financial analysis and general accounting. Experience with writing executive summaries for month end procedures. Auditing physicians for coding compliance.

- Negotiated and successfully closed sizable contracts specific to the Healthcare industry.

- Fifteen years clinical experience including teaching of Clinical and Medical Administrative Assistant courses, and assisted with education curriculum in accordance with DACUM standards.

- Developed testing system for Medical Assistants and billers specific to temporary placement.

- Strong liaison experience with patients, physicians, insurance carriers and vendors.

- CPR certified through the American Heart Association.

- Organized, professional and productive.

- CPC Certification 9/2004

- Management and supervisory skills

- Inpatient and Outpatient Coding with CCE/3M Coding and Abstracting Software

## PROFESSIONAL EXPERIENCE:

### CONTRACT CODER

11/04 to 06/07
Medical Coder / Inpatient / Outpatient
Duties include but not limited to E&M coding for Active Duty Military Clinic at the Pentagon. Educating physicians and other clinicians on proper coding of visits, procedures and diagnoses in accordance with DoD guidelines as well as federal guidelines. Compliance audit project for DME equipment and supplies. Kaiser Premenente/ Outpatient coding that includes but is not limited to PT, Labs, Radiology,


**EXHIBIT**
D 11

- 107 -

USCA Case #14-7079        Document #1529317            Filed: 12/29/2014       Page 117 of 423

E&M, Ophthalmology, Outpatient surgeries and pharmacy services. Inpatient Coding at Walter Reed Army Medical Center for A&T Systems.

**MAXIM STAFFING**
04/04 to 11/04
Medical Billing Temporary
Current Assignment- Data Entry for United Health Group until 9/04. Patient Accounts Team Leader for Prince Georges Hospital Center until 11/04 when assignment ended.

**CAPITOL MEDICAL GROUP, Chevy Chase, MD**
08/02 to 03/04
Medical Billing Manager
Duties include but are not limited to supervision of a staff of 3; claims follow up, coding and documentation review, posting of charges and payments as necessary. Performed all of month end procedures and reporting for office manager and practitioners. Responsible for self pay collections and supervision of A/R follow up for all insurance carriers. Prepares checks for deposit. Supervision of appeals for denied claims. Responsible for close contact of insurance plan representatives for reimbursement and fee schedule changes. Also responsible for proper coding of medical services when necessary.

**CARDIAC ASSOCIATES, Rockville, MD**
1/01 to 8/02
Medical Biller
Duties include but are not limited to follow up on claims, insurance verification, obtaining authorizations for surgeries and procedures. Performed front office duties when necessary and responsible for posting of large sums of money, for this eight-physician practice.

**SINAI OBGYN ASSOCIATES, Baltimore, MD**
9/99 to 1/01
Financial Coordinator
Duties include but not limited to supervision of the front desk staff and their specific procedures, insurance verification, surgery and outpatient authorizations, charge entry, collection of data for monthly reports, liaison with regard to solving patient billing inquires, reconciliation of charges, coding and billing of surgeries and other tasks as needed.

**MARYLAND GENERAL HOSPITAL PRACTICE MANAGEMENT, Baltimore, MD** 3/99 to 9/99
Senior Account Representative
Primary responsibilities included batch control audits and staff training specific to coding and billing procedures. Compiled information for the audits highlighting errors in registration, coding and /or billing. Noted same on spread sheet (Excel). Handled correspondence and Accounts Receivable for Pediatric and OB/GYN practices. Responsible for monthly training of care center staff (rotating to each center).

**BALTIMORE HEART ASSOCIATES, Baltimore, MD**
10/98 to 3/99
Patient Account Representative
Responsibilities included verification of insurances, confirmation of appointments, charge entry and completion of treatment plans for this large cardiology group.

**DOCTORS HEALTH, Baltimore, MD**                    7/96 to 9/98
Intake Coordinator for Care Management/Utilization Review 3/98 to 9/98
Responsible for processing incoming calls from physician offices and insurance companies specific to In-patient and Outpatient authorizations, DME and Home Health.

Doctors Health Account Representative, 7/96 to 3/98
Responsible for maintaining a $700,000 Accounts Receivable for specialty practices including Cardiology and Internal Medicine. Hands-on resolution of Medical Assistance and Medicare denials. Follow-up and correspondence specific to getting claims paid. Trained co-workers in regard to sharing knowledge of a specific billing process, in a team-oriented environment. Identify and act on industry trends (develop systems and processes specific to those trends).

**PROFESSIONAL EDUCATION AND AFFILIATIONS:**
Certified Medical Assistant, Maryland – Jan. 1996
American Heart Association, CPR – Nov 2004
American Association of Professional Coders – Jan. 2002
AHIMA – July 2004
AAPC Montgomery County Chapter – Secretary 2005
Exam Supervisor for ETS Proctoring for Praxis and SAT Exams

EDUCATION:
Medix School, Towson, MD
Medical Assistant – Certificate -- 1980
AAPC ISP Pro-fee Coding Certificate – 2004
Stephens College Columbia Missouri
Currently Enrolled Earning BS in Health Information Administration
CCS-P and CCS Eligible

References Available Upon Request

- 109 -

12/09/2005  13:39    3014992962                WORKFORCE SERVICES                    PAGE  12

Standard Form 85 (EG)
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731 and 736

**QUESTIONNAIRE FOR
NON-SENSITIVE POSITIONS**

Form approved:
OMB No. 3206-0005
NSN 7540-00-634-4035
85-111

| OPM USE ONLY | | Codes | | Case Number | |

**Agency Use Only (Complete items A through K using instructions provided by USOPM)**

| A  Type of Investigation | B  Extra Coverage | | C  Nature of Action Code | | D  Date of Action | Month | Day | Year |
| E  Geographic Location | F  Position Title | | | | G  SON | | H  SOI | |
| I  OPAC-ALC Number | J  Accounting Data and/or Agency Case Number | | | | | | | |
| K  Requesting Name and Title Official | | | Signature | | | Telephone Number (  ) | | Date |

**Persons completing this form should begin with the questions below.**

**1 FULL NAME**
- If you have only initials in your name, use them and state (IO).
- If you have no middle name, enter "NMN".
- If you are a "Jr.," "Sr.," "II," etc., enter this in the box after your middle name.

Last Name: Cunningham   First Name: Carmen   Middle Name: Montia
Jr., II, etc.

**2 DATE OF BIRTH**
Month 04  Day 15  Year 66

**3 PLACE OF BIRTH** - Use the two letter code for the State.
City: Albany   County: Albany   State: NY   Country (if not in the United States):

**4 SOCIAL SECURITY**
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

**5 OTHER NAMES USED**
Give other names you used and the period of time you used them (for example: your maiden name, name(s) by a former marriage, former name(s), alias(es), or nickname(s)). If the other name is your maiden name, put "nee" in front of it.

| Name #1 | Month/Year  To  Month/Year | Name #3 | Month/Year  To  Month/Year |
| Name #2 | Month/Year  To  Month/Year | Name #4 | Month/Year  To  Month/Year |

**6 SEX** (Mark one box)   Female ✓   Male

**7 CITIZENSHIP**

**a** Mark the box at the right that reflects your current citizenship status, and follow its instructions.

✓ I am a U.S. citizen or national by birth in the U.S. or U.S. territory/possession. (Answer items b and d)

I am a U.S. citizen, but I was NOT born in the U.S. (Answer items b, c and d)

I am not a U.S. citizen. (Answer items b and e)

**b** Your Mother's Maiden Name: Russell

**c** UNITED STATES CITIZENSHIP   If you are a U.S. citizen, but were not born in the U.S., provide information about one or more of the following proofs of your citizenship.

Naturalization Certificate (Where were you naturalized?)
| Court | City | State | Certificate Number | Month/Day/Year Issued |

Citizenship Certificate (Where was the certificate issued?)
| City | | State | Certificate Number | Month/Day/Year Issued |

State Department Form 240 - Report of Birth Abroad of a Citizen of the United States
Give the date the form was prepared and give an explanation if needed
| Month/Day/Year | Explanation |

U.S. Passport
This may be either a current or previous U.S. Passport.
| | Passport Number | Month/Day/Year Issued |

**d** DUAL CITIZENSHIP   If you are (or were) a dual citizen of the United States and another country, provide the name of that country in the space to the right.
Country:

**e** ALIEN   If you are an alien, provide the following information:
| Place You Entered the United States: | City | State | Date You Entered U.S. Month  Day  Year | Alien Registration Number | Country(ies) of Citizenship |

Exception to SF85, SF85P, SF85P-S, SF86, and SF86A approved by GSA September, 1995.
Designed using Perform Pro, WHS/DIOR, Sep 93

Page 1

EXHIBIT
D 13
tabbies

12/09/2005  13:39    3014992962                    WORKFORCE SERVICES                    PAGE   13

**8** **WHERE YOU HAVE LIVED**

List the places where you have lived, beginning with the most recent (#1) and working back 5 years. All periods must be accounted for in your list. Be sure to indicate the actual physical location of your residence: do not use a post office box as an address, do not list a permanent address when you were actually living at a school address, etc. Be sure to specify your location as closely as possible: for example, do not list only your base or ship, list your barracks number or home port. You may omit temporary military duty locations under 90 days (list your permanent address instead), and you should use your APO/FPO address if you lived overseas.

For any address in the last 3 years, list a person who knew you at that address, and who preferably still lives in that area (do not list people for residences completely outside this 3-year period, and do not list your spouse, former spouses, or other relatives).

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | State | ZIP Code |
|---|---|---|---|---|---|
| #1 6/98  To   Present | 13009 Scalp Duck Ct | | Upper Marlboro | MD | 20774 |
| Name of Person Who Knows You | Street Address | Apt. # | City (Country) | State | ZIP Code |
| #2 Month/Year   Month/Year  To | Street Address | Apt. # | City (Country) | State | ZIP Code |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State | ZIP Code |
| #3 Month/Year   Month/Year  To | Street Address | Apt. # | City (Country) | State | ZIP Code |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State | ZIP Code |
| #4 Month/Year   Month/Year  To | Street Address | Apt. # | City (Country) | State | ZIP Code |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State | ZIP Code |
| #5 Month/Year   Month/Year  To | Street Address | Apt. # | City (Country) | State | ZIP Code |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State | ZIP Code |

**9** **WHERE YOU WENT TO SCHOOL**

List the schools you have attended, beyond Junior High School, beginning with the most recent (#1) and working back 5 years. List all College or University degrees and the dates they were received. If all of your education occurred more than 5 years ago, list your most recent education beyond high school, no matter when that education occurred.

- Use one of the following codes in the "Code" block:

    **1** - High School            **2** - College/University/Military College            **3** - Vocational/Technical/Trade School

- For correspondence schools and extension classes, provide the address where the records are maintained.

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| #1 8/00  To 5/02 | 2 | Columbia Union | BS | | 5/2002 |
| Street Address and City (Country) of School | | Bulev St., Takoma Park | | State MD | ZIP Code |

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| #2 9/97  To 6/99 | 2 | PG Community College | AS | | 6/99 |
| Street Address and City (Country) of School | | 505 Largo Rd, Largo MD | | State MD | ZIP Code 20774 |

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| #3 8/80  To 6/83 | 1 | Albany High School | Diploma | | 6/83 |
| Street Address and City (Country) of School | | 100 Washington Ave   Albany, NY 12210 | | State NY | ZIP Code 12210 |

Enter your Social Security Number before going to the next page—————— 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

Page 2

- 111 -

12/09/2005  13:39    3014992962          WORKFORCE SERVICES          PAGE  14

## 10 YOUR EMPLOYMENT ACTIVITIES

List your employment activities, beginning with the present (#1) and working back 5 years. You should list all full-time work, part-time work, military service, temporary military duty locations over 90 days, self-employment, other paid work, and all periods of unemployment. The entire 5-year period must be accounted for without breaks, but you need not list employments before your 18th birthday.

● **Code.** Use one of the codes listed below to identify the type of employment:

1 - Active military duty stations
2 - National Guard/Reserve
3 - U.S.P.H.S. Commissioned Corps
4 - Other Federal employment

5 - State Government (Non-Federal employment)
6 - Self-employment (Include business name and/or name of person who can verify)

7 - Unemployment (Include name of person who can verify)
8 - Federal Contractor (List Contractor, not Federal agency)

9 - Other

● **Employer/Verifier Name.** List the business name of your employer or the name of the person who can verify your self-employment or unemployment in this block. If military service is being listed, include your duty location or home port here as well as your branch of service. You should provide separate listings to reflect changes in your military duty locations or home ports.

● **Previous Periods of Activity.** Complete these lines if you worked for an employer on more than one occasion at the same location. After entering the most recent period of employment in the initial numbered block, provide previous periods of employment at the same location on the additional lines provided. For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of time, you would enter dates and information concerning the most recent period of employment first, and provide dates, position titles, and supervisors for the two previous periods of employment on the lines below that information.

| | Month/Year | Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | | |
|---|---|---|---|---|---|---|---|---|---|
| #1 | 04 05 To | Present | P | Washington Dental Studio | | | Manager | | |
| Employer's/Verifier's Street Address | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| 2221 9th St Suite 1D | | | | | Washington | | DC | 20036 | (202) 23280 64 |
| Street Address of Job Location (if different than Employer's Address) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| | | | | | | | | | ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| Kelly Hawkins 8921 Town Center Circle | | | | | Fargo | | MD | 20774 | (240) 601~1049 |
| | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| PREVIOUS | | To | | | | | | | |
| PERIODS | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| OF | | To | | | | | | | |
| ACTIVITY | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| (Block #1) | | To | | | | | | | |

| | Month/Year | Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | | |
|---|---|---|---|---|---|---|---|---|---|
| #2 | 11 02 To 04 05 | | 8 | Walter Reed Army Medical Center | | | Coding Supervisor | | |
| Employer's/Verifier's Street Address | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| 800 Georgia Ave | | | | | Washington | | DC | | ( ) |
| Street Address of Job Location (if different than Employer's Address) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| | | | | | | | | | ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| Dana Arcamo Poa | | | | | | | | | (801) 728-3701 |
| | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| PREVIOUS | | To | | | | | | | |
| PERIODS | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| OF | | To | | | | | | | |
| ACTIVITY | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| (Block #2) | | To | | | | | | | |

| | Month/Year | Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | | |
|---|---|---|---|---|---|---|---|---|---|
| #3 | 12 01 To 11 02 | | 9 | Howard University Hospital | | | Coder Business Financ. | | |
| Employer's/Verifier's Street Address | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| 2041 Georgia Ave | | | | | Washington | | DC | | ( ) Unknown |
| Street Address of Job Location (if different than Employer's Address) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| | | | | | | | | | ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | | | | | City (Country) | | State | ZIP Code | Telephone Number |
| Chris McCrew | | | | | | | | | ( ) |
| | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| PREVIOUS | | To | | | | | | | |
| PERIODS | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| OF | | To | | | | | | | |
| ACTIVITY | Month/Year | Month/Year | Position Title | | | | Supervisor | | |
| (Block #3) | | To | | | | | | | |

Enter your Social Security Number before going to the next page ————————→  070 54 1636

Page 3

12/09/2005  13:39    3014992962          WORKFORCE SERVICES                PAGE 15

**YOUR EMPLOYMENT ACTIVITIES** *(CONTINUED)*

| #4 | Month/Year | Month/Year | Code | Employer/Verifier Name/Military Duty Location | | Your Position Title/Military Rank | |
|---|---|---|---|---|---|---|---|

#4 | 11 99 | To 01 08 | 9 | Professional Billing Intern | | Employment Officer | Coder

Employer's/Verifier's Street Address: St Patrick Dr — City (Country): Waldorf — State: MD — ZIP Code: 20603 — Telephone Number: ( ) Unknown

Street Address of Job Location (if different than Employer's Address) — City (Country) — State — ZIP Code — Telephone Number: ( ) Unknown

Supervisor's Name & Street Address (if different than Job Location): Phil Coppan — City (Country) — State — ZIP Code — Telephone Number: ( ) Unknown

**PREVIOUS PERIODS OF ACTIVITY** *(Block #4)*

| | Month/Year To | Month/Year | Position Title | Supervisor |
|---|---|---|---|---|
| | To | | | |
| | To | | | |

| #5 | Month/Year To | Month/Year | Code | Employer/Verifier Name/Military Duty Location | Your Position Title/Military Rank |
|---|---|---|---|---|---|

Employer's/Verifier's Street Address — City (Country) — State — ZIP Code — Telephone Number: ( )

Street Address of Job Location (if different than Employer's Address) — City (Country) — State — ZIP Code — Telephone Number: ( )

Supervisor's Name & Street Address (if different than Job Location) — City (Country) — State — ZIP Code — Telephone Number: ( )

**PREVIOUS PERIODS OF ACTIVITY** *(Block #5)*

| | Month/Year To | Month/Year | Position Title | Supervisor |
|---|---|---|---|---|
| | To | | | |
| | To | | | |

| #6 | Month/Year To | Month/Year | Code | Employer/Verifier Name/Military Duty Location | Your Position Title/Military Rank |
|---|---|---|---|---|---|

Employer's/Verifier's Street Address — City (Country) — State — ZIP Code — Telephone Number: ( )

Street Address of Job Location (if different than Employer's Address) — City (Country) — State — ZIP Code — Telephone Number: ( )

Supervisor's Name & Street Address (if different than Job Location) — City (Country) — State — ZIP Code — Telephone Number: ( )

**PREVIOUS PERIODS OF ACTIVITY** *(Block #6)*

| | Month/Year To | Month/Year | Position Title | Supervisor |
|---|---|---|---|---|
| | To | | | |
| | To | | | |

**11 PEOPLE WHO KNOW YOU WELL**

List three people who know you well and live in the United States. They should be good friends, peers, colleagues, college roommates, etc., whose combined association with you covers as well as possible the last 5 years. Do not list your spouse, former spouses, or other relatives, and try not to list anyone who is listed elsewhere on this form.

Name #1: Ebony Carebock
Home or Work Address: 10012 Ashford Circle
Dates Known: 8/96 To Present — City (Country): Waldorf — State: MD — ZIP Code: 20603
Telephone Number: ☐ Day ☑ Night (301) 254-1817

Name #2: Melanie Kynch
Home or Work Address: 1703 Bentridge Dr.
Dates Known: 4/81 To Present — City (Country): Kennesaw — State: GA — ZIP Code: 30144
Telephone Number: ☑ Day ☐ Night (678) 355-0201

Name #3: Veranda Russell
Home or Work Address: Thurmont Ct #8
Dates Known: Childhood To Present — City (Country): Baltimore — State: MD — ZIP Code: 21236
Telephone Number: ☐ Day ☐ Night ( )

Enter your Social Security Number before going to the next page ➜ 070544836

Page 4

- 113 -

12/09/2005   13:39    3014992962                    WORKFORCE SERVICES                    PAGE   16

**12  YOUR SELECTIVE SERVICE RECORD**

| | Yes | No |
|---|---|---|
| a. Are you a male born after December 31, 1959? If "No," go to 13. If "Yes," go to b. | | ✓ |
| b. Have you registered with the Selective Service System? If "Yes," provide your registration number. If "No," show the reason for your legal exemption below. | | |

| Registration Number | Legal Exemption Explanation |
|---|---|
| | |

**13  YOUR MILITARY HISTORY**

| | Yes | No |
|---|---|---|
| a. Have you served in the United States military? | | ✓ |
| b. Have you served in the United States Merchant Marine? | | ✓ |

List all of your military service below, including service in Reserve, National Guard, and U.S. Merchant Marine. Start with the most recent period of service (#1) and work backward. If you had a break in service, each separate period should be listed.

Code. Use one of the codes listed below to identify your branch of service:

1 - Air Force    2 - Army    3 - Navy    4 - Marine Corps    5 - Coast Guard    6 - Merchant Marine    7 - National Guard

O/E. Mark "O" block for Officer or "E" block for Enlisted.

Status. "X" the appropriate block for the status of your service during the time that you served. If your service was in the National Guard, do not use an "X"; use the two-letter code for the state to mark the block.

Country. If your service was with other than the U.S. Armed Forces, identify the country for which you served.

| Month/Year | Month/Year | Code | Service/Certificate # | O | E | Status | | | | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Active | Active Reserve | Inactive Reserve | National Guard (State) | |
| | To | | | | | | | | | |
| | To | | | | | | | | | |

**14  ILLEGAL DRUGS**

| | Yes | No |
|---|---|---|
| In the last year, have you used, possessed, supplied, or manufactured illegal drugs? When used without a prescription, illegal drugs include marijuana, cocaine, hashish, narcotics (opium, morphine, codeine, heroin, etc.), stimulants (cocaine, amphetamines, etc.), depressants (barbiturates, methaqualone, tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.). (NOTE: Neither your truthful response nor information derived from your response will be used as evidence against you in any subsequent criminal proceeding.) | | ✓ |

If you answered "Yes," provide information relating to the types of substance(s), the nature of the activity, and any other details relating to your involvement with illegal drugs. Include any treatment or counseling received.

| Month/Year | Month/Year | Type of Substance | Explanation |
|---|---|---|---|
| | To | | |
| | To | | |
| | To | | |

**Continuation Space**

Use the continuation sheet(s) (SF86A) for additional answers to items 8, 9, and 10. Use the space below to continue answers to all other items and any information you would like to add. If more space is needed than is provided below, use a blank sheet(s) of paper. Start each sheet with your name and Social Security number. Before each answer, identify the number of the item.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

After completing this form you should review your answers to all questions to make sure the form is complete and accurate, and then sign and date the following certification and sign and date the release on Page 6.

**Certification That My Answers Are True**

My statements on this form, and any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See section 1001 of title 18, United States Code).

| Signature (Sign in ink) | Date |
|---|---|
| *[signature]* | Dec. 7, 2005 |

Enter your Social Security Number before going to the next page  ➝   020 52 1636

Page 5

- 114 -

## Warren Kwan

| | |
|---|---|
| From: | Maria Caschetta [caschettam@advantamedicalsolutions.com] |
| Sent: | Tuesday, March 22, 2005 6:40 PM |
| To: | 'Radtke, Kathy L CIV DTHC-Pentagon' |
| Cc: | 'Warren Kwan' |
| Subject: | RE: Improvement |

*Please let Regina know about your progress at the Pentagon. Do not include the sentence about Sandy. You are doing a great job and we are very pleased with your performance. Thanks.*

Maria M. Caschetta
President
Advanta Medical Solutions, LLC
240-554-1200 office
240-554-1211 fax
410-960-0287 cell

-----Original Message-----
From: Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
Sent: Tuesday, March 22, 2005 1:24 PM
To: Maria Caschetta
Subject: Improvement

Good Afternoon Maria,

I wanted to let you know that the next meeting with the Doctors it this Thursday at 1:00PM. I see an improvement in their E&M coding. They have a way to go but they are appearing to be getting better.

I am working on a new super bill for them and have asked them which diagnoses they need to see on the form so they can be incorporated onto the template. Dr Perry had a template for the form and so graciously forwarded it onto me. So in Thursday's meeting I hope to have a list of codes that they would like to see on the super bill so that they can be added. Then the young lady who does data quality is going to update their pick list from the form.

Hopefully they will be in better shape for Sandy's return. I love it here but I will go where ever the greatest need is for me as you already know.

Have a great afternoon and I will keep you posted on the doctors' progress.

Sincerely,

Kathy Radtke, CPC



EXHIBIT
D 23

**CONFIDENTIAL**

7/19/2007

**0257**

Warren Kwan

From:    Radtke, Kathy L CIV DTHC-Pentagon [Kathy.Radtke@na.amedd.army.mil]
Sent:    Wednesday, January 12, 2005 1:19 PM
To:      Warren Kwan
Subject: RE: G Codes

Everything is going really well. I have gotten positive response from the physicians, in fact Col Block wanted to know if he was "screwing up" he is too funny! Anyway, I am hoping to get a class off the ground for them soon. I am working on something for them and I have also emailed Maria so that she can go over my agenda with me before I present my class. I just want her professional opinion and input. I have the issues isolated and will approach it from that way as well as giving them an overview of how they should be doing some things. They aren't terrible but there are a few learning curve issues. It is like a math problem that you don't know how to solve. Until you learn how to solve it, it will make you frustrated. They are very busy and I will try to help them make a better use of their time for coding. I really like them and they seem to like and me too and they appreciate my input and help. I have checked with Capt Franklin about getting coffee coupons or something like that for their participation in the class, answering questions correctly and so forth. I went to a seminar once where the instructor did that and it kept everyone's attention and we learned a lot and had a good time too. So as you can see the old wheels are turning. Also with more docs coming in, it is an ongoing process and they really seem to want to learn because sometimes they just slap any old thing together and you know that is not the way to do things. So I am really looking forward to it and Capt Franklin is just tickled with the idea. She is very supportive and helpful.

The amount of charts I get daily varies but I think the most I have coded is some where around 175 – 180. It is not too hard to do. Medical records, brings me charts 3 times a day and it keeps me busy. Any down time I may have is spent on the physicians "report cards" and the agenda for the training. I feel like I have always been here and I know why Sandy likes it so much. It is a very pleasant place to work and everyone makes you feel welcome.

So in a nut shell, I love it!!

Thanks

Kathy

---

From: Warren Kwan [mailto:warrenk@advantamedicalsolutions.com]
Sent: Wednesday, January 12, 2005 12:04 PM
To: Radtke, Kathy L CIV DTHC-Pentagon
Cc: 'Erica Kreyenbuhl'
Subject: RE: G Codes

Thanks Kathy.

How is everything going at the Pentagon otherwise?

Warren Kwan
Director Federal Operations
Advanta Medical Solutions, LLC
240-554-1200 (phone)
240-554-1211 (fax)
warrenk@advantamedicalsolutions.com
        -----Original Message-----
        From: Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
        Sent: Wednesday, January 12, 2005 11:49 AM

JEX 1

# LIFECARE

May 16, 2002                                                    **CONFIDENTIAL**

MEDCOM CONTRACTING CENTER – NA
Attn: MCAA-NA
BLDG T-20, 1st Floor, Room 2
6900 Georgia Avenue
Washington, DC 20307-5001

> RE: Solicitation Number: DADA15-02-R-0006
> Solicitation Issue Date: May 15, 2002
> Offer Due Date: 11:00 AM May 16, 2002

Dear Sir or Madam:

We are pleased to submit this offer for the above referenced solicitation to provide certified medical coding services. With the exceptions as noted below, we agree with the terms, conditions and provisions included in the solicitation. We agree to hold our prices in this offer firm for 30 calendar days from the date specified for receipt of offers.

As provided in FAR 52.222-48 we request exemption from the Service Contract Act of 1965 (see attached). Our full time coding and training personnel are salaried professionals (i.e., certified coders who work independently at contractor sites) and are treated as exempt personnel. However, we do recognize that if we utilize professional coders and trainers in an employment status and on an hourly basis, that the hourly health and welfare, pro-rated hourly and vacation benefits do apply. Please note that our personnel are paid above the hourly rate the government has designated for medical record technician.

With regard to Section A-5, 5.1, please clarify what is meant by second and third sentences. It was our understanding that our organization and the government would agree on the number of full time coding personnel to place at WRAMC (this is aside from any increments of part time personnel who may also provide services). We were under the impression from previous discussions that initially, we were to provide three full time equivalents. When full time personnel are to be utilized, they work in increments of 8-hour days (or in accordance with a schedule mutually agreed upon with the government). If there were workload fluctuations such that work is available only for four hours a day, a full time contractor person would have to perform other tasks such as record assembly and analysis. It is not our understanding that full time staff assigned to work at WRAMC may be relieved of work hours thereby rendering a full time person non-billable for a portion of a day or an entire day or group of days. Therefore, if workload is insufficient due to fluctuations, full time coding staff may be utilized to assemble and analyze medical records. If these personnel will not perform these tasks then the government has no obligation to pay for the hourly wages associated with their down time. However, if the government has no work for these individuals to do and the

6601 Little River Turnpike, Suite 300 • Alexandria, Virginia 22312
(703) 914-8925 • FAX (703) 941-9420
E-Mail cmendez@lifecare-usa.com

 **L I F E C A R E**    CONFIDENTIAL

personnel are at the site, the government would be required to pay for an eight-hour day's worth of work.

With regard to Section 5.3, depending on the extent to which coding personnel get involved in reviewing and recommending changes in accordance with Sections 5.2.3.1.1 and 5.2.3.1.2 as well as other non-coding specific duties (such as those described in Section 5.2.7.1), the standards specified in Section 5.3 may not be achievable. Our we correct to assume that the government has inserted Section 5.3 as guidance regarding expectations when the contractor staff is strictly performing coding and assembly/analysis tasks?

Also, we are concerned about a 97% accuracy requirement as defined in this solicitation as well as the methodology for determining whether an individual should be removed from performing services (e.g., a review of 10 records shows two errors). The basis for concern deals with statistical significance of sample size before action is taken, the unit of measurement, the approach for conducting measurement, and the state of the art for coding (and underlying documentation) which may make this performance criterion unattainable (depending on how the measurement is applied). For example, in any 10 record samples there could be disagreement on the assigned DRG for one record – even one variance would result in missing the performance criterion of 97%. With regard to outpatient coding, according to the definition of what constitutes an error (Section A-2, 2.2.2) and how coding will be assessed (Section A-2, 2.2.3), any one coding variance in diagnosis or CPT code would be counted as an error for a record and any errors found in two out of 10 records could result in removing a person from a contract. We are concerned that no one would be able to achieve these standards (especially with respect to state of the art for evaluation and management coding). We trust there would be opportunity to work with the government after award with regard to refining measurement approach and to establishing a baseline for performance and ongoing approach for quality improvement. (Please note that the Centers for Medicare and Medicaid Services (CMS) have rewarded contractor personnel performing payment error prevention program functions when accuracy exceeds 95% for DRG validation decisions and the individuals performing these functions have the benefit of observing the coding decisions of other personnel). We do understand and appreciate the goals of the government with regard to coding accuracy and truly desire to make this a workable situation. Generally, to achieve highest levels of accuracy it may be necessary to have a quality assurance process that calls for all or focused samples of work to be re-reviewed by co-workers or a coding manager and the hours allocated for services may need to take this into consideration.

Section A-5 specified duties that may require the services of staff certified as coders but who also have higher level qualifications and experience to perform quality assurance functions, documentation or compliance assessment duties, or training tasks. Depending on the requirements of a specific delivery order, hourly rates for personnel at different levels may be required. For this reason, we are proposing four different rates as noted below:

1. $56.00 per hour for medical coding services. This would cover the effort of individuals who perform coding and related assembly and analysis functions. These

6601 Little River Turnpike, Suite 300 • Alexandria, Virginia 22312
(703) 914-8925 • FAX (703) 941-9420
E-Mail cmendez@lifecare-usa.com

 **L I F E C A R E**    CONFIDENTIAL

individuals may also provide feedback to facility personnel with regard to coding decisions or documentation issues and these types of duties could be interpreted as related to training. (If at some point in the future, the government would require personnel to only perform assembly and analysis functions without coding duties, then a lower hourly rate could be offered for a different type of medical record practitioner.)

2. $68.97 per hour for certified professional personnel performing training functions. These individuals may also provide quality assessment services. Personnel charged to this labor category may get some off-site support from central office technical and management personnel. We refer to this category for convenience as Trainer level 1.

3. $81.51 and $125.40 for higher levels of Trainers and documentation compliance auditors who may be performing tasks that would require different types of preparatory support or who are bringing to the job specialized services. For convenience we refer to these as Trainer levels 2 and 3.

It would be our intention to only utilize the different labor categories after discussion with the government and in response to requirements for a delivery order. For proposal purposes, we have allocated all of the hours provided by the government at the rate of $56.00 per hour and have designated the number hours for the other labor categories at TBD.

With regard to the estimated hours, we were under the impression that the initial delivery order for service would call for three full time equivalents (this would equate to 5,760 to 6,240 hours depending on the base year hours for coverage envisioned by the government), and that this requirement would grow to accommodate itemize billing for outpatient coding services. We planned for start-up coverage based on this understanding; however, the solicitation provides an estimate for 2,750 hours. Please clarify if there is to be a change in the estimated number of hours.

Per our discussion, with regard to Section 52.212-1 (4) and (10), we satisfied the requirements at the time when initial materials were presented at the orals presentation with the government and following that session in response to a request from the Contracting Officer for past performance references and model quality control plan.

The offeror, Lifecare Management Partners, plans to utilize the services of Advanta Medical Solutions, LLC ("Advanta") under a subcontract arrangement. Advanta's prices are incorporated in and will not exceed the prices in this offer.

In accordance with FAR 52.216-9 ORDER LIMITATIONS (OCT 1995), when the Government requires supplies or services covered by this contract in an amount less than 2,200 hours or $123,200, the Government is not obligated to purchase, nor is the Offeror obligated to furnish, those supplies or services under this contract.

6601 Little River Turnpike, Suite 300 • Alexandria, Virginia 22312
(703) 914-8925 • FAX (703) 941-9420
E-Mail cmendez@lifecare-usa.com

 L I F E C A R E     **CONFIDENTIAL**

We appreciate this opportunity to provide these services to WRAMC.

Sincerely yours,

Christopher M. Mendez
General Partner

Enclosures:
SF 1449
SF 1449 – CONTINUATION SHEET (Pricing)
FAR 52.212-3 – OFFEROR REPRESENTATIONS AND CERTIFICATIONS –
COMMERCIAL ITEMS
52.222-48 - EXEMPTION FROM APPLICATION OF SERVICE CONTRACT ACT
PROVISIONS

6601 Little River Turnpike, Suite 300 • Alexandria, Virginia 22312
(703) 914-8925 • FAX (703) 941-9420
E-Mail cmendez@lifecare-usa.com

- 121 -

JEX 2

CONFIDENTIAL

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30

| | | | |
|---|---|---|---|
| 1. CONTRACT NO. | 2. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 1. REQUISITION NUMBER YMEARE0178X843 |

PAGE 1 OF   27

5. SOLICITATION NUMBER DADA15-02-R-0003

6. SOLICITATION ISSUE DATE 15-May-2002

5. FOR SOLICITATION INFORMATION CALL:
a. NAME **KIM R BARNES**
b. TELEPHONE NUMBER (No Collect Calls) 202-782-1247

c. OFFER DUE DATE/LOCAL TIME 11:00 AM 18 May 2002

8. ISSUED BY   CODE **DADA15**

REDCOM CONTRACTING CENTER - NA
ATTN: MCAA-NA
BLDG T-20, 1ST FLOOR, ROOM 2
800 GEORGIA AVENUE NW
WASHINGTON DC 20307-5001

TEL:
FAX: 202-782-0808

9. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE:   100% FOR
  [ ] SMALL BUSINESS
  [ ] SMALL DISADV. BUSINESS
  [X] 8(A)

SIC: 8741
SIZE STANDARD: $5.0

10. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

11. DELIVERY FOR FOB

12. DISCOUNT TERMS
*NONE*

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ   [ ] IFB   [X] RFP

9. DELIVER TO   CODE   YMEARE
DIRECTORATE OF PATIENT ADMINISTRATION
MR. REGINA A. KYDD,
HOSPITAL TREASURER OFFICE
BLDG 2 RM 1B09
WALTER REED ARMY MEDICAL CNTR
WASHINGTON DC 20307
TEL: 202 782-8447 FAX:

16. ADMINISTERED BY   CODE

17a. CONTRACTOR/ OFFEROR   CODE

LIFECARE MANAGEMENT PARTNERS
6601 LITTLE RIVER TURNPIKE SUITE 300
ALEXANDRIA, VIRGINIA  22312

TEL 703-914-8925   FACILITY CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY   CODE

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES   TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE
OFFER DATED _____ . YOUR OFFER ON SOLICITATION
(BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)
*CHRISTOPHER M. MENDEZ*
*GENERAL PARTNER*

30c. DATE SIGNED *16 May 2002*

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

TEL:   EMAIL:

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

33. SHIP NUMBER
[ ] PARTIAL [ ] FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT
[ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

42c. DATE RECD (YY/MM/DD)   42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449   (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212



# L I F E C A R E

**CONFIDENTIAL**

Section SF 1449 – CONTINUATION SHEET

| ITEM NO | ESTIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---------|--------------------|------|------------|------------------|
| 0001 | 2,750 | Hours | $ 56.00 | $154,000.00 |
| | 0 | Hours | $ 68.97 | $00.00 |
| | 0 | Hours | $ 81.51 | $00.00 |
| | 0 | Hours | $125.40 | $00.00 |
| | | ESTIMATED NET AMOUNT | | $154,000.00 |
| 0002 | 2,750 | Hours | $ 58.24 | $160,160.00 |
| | 0 | Hours | $ 71.73 | $00.00 |
| | 0 | Hours | $ 84.77 | $00.00 |
| | 0 | Hours | $130.42 | $00.00 |
| | | ESTIMATED NET AMOUNT | | $160,160.00 |
| 0003 | 2,750 | Hours | $ 60.57 | $165,567.50 |
| | 0 | Hours | $ 74.60 | $00.00 |
| | 0 | Hours | $ 88.16 | $00.00 |
| | 0 | Hours | $135.64 | $00.00 |
| | | ESTIMATED NET AMOUNT | | $165,567.50 |
| 0004 | 2,750 | Hours | $ 62.99 | $173,222.50 |
| | 0 | Hours | $ 77.58 | $00.00 |
| | 0 | Hours | $ 91.69 | $00.00 |
| | 0 | Hours | $141.07 | $00.00 |
| | | ESTIMATED NET AMOUNT | | $173,222.50 |
| 0004 | 2,750 | Hours | $ 65.51 | $180,152.50 |
| | 0 | Hours | $ 80.68 | $00.00 |
| | 0 | Hours | $ 95.36 | $00.00 |
| | 0 | Hours | $146.71 | $00.00 |
| | | ESTIMATED NET AMOUNT | | $180,152.50 |

6601 Little River Turnpike, Suite 300 • Alexandria, Virginia 22312
(703) 914-8925 • FAX (703) 941-9420
E-Mail cmendez@lifecare-usa.com

52.212-3 -- Offeror Representations and Certifications -- Commercial Items.

As prescribed in 12.301(b)(2), insert the following provision:

Offeror Representations and Certifications -- Commercial Items (May 2002)

(a) *Definitions.* As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service-

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process of penalties.

"Service-disabled veteran-owned small business concern"-

(1) Means a small business concern-

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

"Veteran-owned small business concern" means a small business concern-

11 May 2002                          N0n015-02-R-0006

CONFIDENTIAL

(1) Not less than 51 percent of which is owned by one or more veterans(as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer identification number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701).* (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.]

(3) *Taxpayer Identification Number (TIN).*

* TIN: _54 - 1756264_

* TIN has been applied for.

* TIN is not required because:

_16 May 2002_

_DANA 15-02-R-0006_

- 126 -

CONFIDENTIAL

\* Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

\* Offeror is an agency or instrumentality of a foreign government;

\* Offeror is an agency or instrumentality of the Federal Government;

(4) *Type of organization.*

\* Sole proprietorship;

X  \* Partnership;

\* Corporate entity (not tax-exempt);

\* Corporate entity (tax-exempt);

\* Government entity (Federal, State, or local);

\* Foreign government;

\* International organization per 26 CFR 1.6049-4;

\* Other _____.

(5) *Common parent.*

X  \* Offeror is not owned or controlled by a common parent:

\* Name and TIN of common parent;

Name _____

TIN _____

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States, its territories or possessions, Puerto Rico, the Trust Territory of the Pacific Islands, or the District of Columbia. Check all that apply.

X  (1) *Small business concern.* The offeror represents as part of its offer that i( \* is, \* ) is not a small business concern.

(2) *Veteran-owned small business concern.* [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this

16 May 2002          DADA 15-02-R-0006

- 127 -

CONFIDENTIAL

*provision.*] The offeror represents as part of its offer that it * is, * is not a veteran-owned small business concern.

(3) *Service-disabled veteran-owned small business concern.* [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents as part of its offer that it * is, * is not a service-disabled veteran-owned small business concern.

X (4) *Small disadvantaged business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, for general statistical purposes, that it * is, * is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it * is, * is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) *Women-owned business concern (other than small business concern).* [*Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.*]. The offeror represents that it * is, a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

________________________________________

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [*Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.*]

(i) [*Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).*] The offeror represents as part of its offer that it * is, * is not an emerging small business.

16 MAY 2002 DAOA 15-02-R-0006

(ii) [*Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).*] Offeror represents as follows:

> (A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

> (B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

*(Check one of the following):*

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| 50 or fewer | $1 million or less |
| 51-100 | $1,000,001-$2 million |
| 101-250 | $2,000,001-$3.5 million |
| 251-500 | $3,500,001-$5 million |
| 501-750 | $5,000,001-$10 million |
| 751-1,000 | $10,000,001-$17 million |
| Over 1,000 | Over $17 million |

(9) [*Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.*]

> (i) *General.* The offeror represents that either—

> > (A) It ✱ is, ✱ is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

*16 May 2002*        *DAOA15-02-R-0006*

- 129 -

CONFIDENTIAL

(B) It *has, * has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) *Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns.* The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [*The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:* _____ .]

(10) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, as part of its offer, that--

(i) It * is, (is not) a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal place of ownership, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It * is, (is not) a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating on the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:* _____ .] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) *Representations required to implement provisions of Executive Order 11246 --*

(1) Previous contracts and compliance. The offeror represents that --

(i) It * has, (has not) participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It * has, (has not) filed all required compliance reports.

(2) *Affirmative Action Compliance.* The offeror represents that --

16 MAY 2002    DADA -02-R- 0006

CONFIDENTIAL

(i) It * has developed and has on file, * has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It * has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).* (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) *Buy American Act Certificate.* (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act – Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product (as defined in the clause of this solicitation entitled "Buy American Act -Supplies") and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

(2) Foreign End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
|  |  |
|  |  |
|  |  |

[*List as necessary*]

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)

(1) *Buy American Act — North American Free Trade Agreement — Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American Act --

11 May 2002    DADA 15-02-R-0006

- 131 -

CONFIDENTIAL

North American Free Trade Agreement -- Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product as defined in the clause of this solicitation entitled "Buy American Act -- North American Free Trade Agreement-- Israeli Trade Act" and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States.

(ii) The offeror certifies that the following supplies are NAFTA country end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act":

NAFTA Country or Israeli End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
|  |  |
|  |  |
|  |  |

*[List as necessary]*

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) or this provision) as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act". The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
|  |  |
|  |  |
|  |  |

*[List as necessary]*

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

16 may 2002    DADA N-02-R-0006

- 132 -

CONFIDENTIAL

(2) *Buy American Act-North American Free Trade Agreements-Israeli Trade Act Certificate, Alternate I (May 2002)*. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act-North American Free Trade Agreement-Israeli Trade Act":

Canadian End Products

Line Item No.: _____

*[List as necessary]*

(3) *Buy American Act-North American Free Trade Agreements-Israeli Trade Act Certificate, Alternate II (May 2002)*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--North American Free Trade Agreement--Israeli Trade Act":

Canadian or Israeli End Products

| Line Item No.: | Country of Origin: |
|---|---|
|  |  |
|  |  |
|  |  |

*[List as necessary]*

(4) *Trade Agreements Certificate*. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made, designated country, Caribbean Basin country, or NAFTA country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products.

16 may 2002    DADA 15-02-R-0006

- 133 -

CONFIDENTIAL

Other End Products

| Line Item No.: | Country of Origin: |
|---|---|
|  |  |
|  |  |

*[List as necessary]*

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items subject to the Trade Agreements Act, the Government will evaluate offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made, designated country, Caribbean Basin country, or NAFTA country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549).* (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals—

(1) * Are, *are not* presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) * Have, *have not* within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) * Are, *are not* presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]*

16 MAY 2002    DADA 15-02-R-0006

- 134 -

CONFIDENTIAL

(1) Listed End Product

| Listed End Product | Listed Countries of Origin: |
|---|---|
|  |  |
|  |  |
|  |  |

(2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that is has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(End of Provision)

*Alternate I (Apr 2002).* As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) *[The offeror shall check the category in which its ownership falls]*:

_____ Black American.

X Hispanic American.

_____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

_____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory or the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of

11. MAY 2002    DADA 15-02-R-0006

CONFIDENTIAL

the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

___ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

___ Individual/concern, other than one of the preceding.

*Alternate II (Oct 2000)*. As prescribed in 12.301(b)(2), add the following paragraph (c)(9)(iii) to the basic provision:

(iii) Address. The offeror represents that its address ___ is, $\times$ is not in a region for which a small disadvantaged business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http://www.arnet.gov/References/sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. "Address," as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR part 124, subpart B. For joint ventures, "address" refers to the address of the small disadvantaged business concern that is participating in the joint venture.

16 may 2002    DAOA 15-02-R-0006.

CONFIDENTIAL

52.222-48 -- Exemption from Application of Service Contract Act Provisions for Contracts for Maintenance, Calibration, and/or Repair of Certain Information Technology, Scientific and Medical and/or Office and Business Equipment -- Contractor Certification.

As prescribed in 22.1006(e)(1), insert the following clause:

Exemption from Application of Service Contract Act Provisions for Contracts for Maintenance, Calibration, and/or Repair of Certain Information Technology, Scientific and Medical and/or Office and Business Equipment -- Contractor Certification (Aug. 1996)

(a) The following certification shall be checked:

Certification

The offeror certifies * does not certify * that --

(1) The items of equipment to be serviced under this contract are commercial items which are used regularly for other than Government purposes, and are sold or traded by the Contractor in substantial quantities to the general public in the course of normal business operations;

(2) The contract services are furnished at prices which are, or are based on, established catalog or market prices for the maintenance, calibration, and/or repair of certain information technology, scientific and medical and/or office and business equipment. An "established catalog price" is a price (including discount price) recorded in a catalog, price list, schedule, or other verifiable and established record that is regularly maintained by the manufacturer or the Contractor and is either published or otherwise available for inspection by customers. An "established market price" is a current price, established in the course of ordinary and usual trade between buyers and sellers free to bargain, which can be substantiated by data from sources independent of the manufacturer or Contractor; and

(3) The Contractor utilizes the same compensation (wage and fringe benefits) plan for all service employees performing work under the contract as the Contractor uses for equivalent employees servicing the same equipment of commercial customers.

(b) If a negative certification is made and a Service Contract Act wage determination is not attached to the solicitation, the Contractor shall notify the Contracting Officer as soon as possible.

16 may 2002     DADA 15·02-R-0006

- 137 -

CONFIDENTIAL

(c) Failure to execute the certification in paragraph (a) of this clause or to contact the Contracting Officer as required in paragraph (b) of this clause may render the bid or offer nonresponsive.

(End of Clause)

16 may 2002    DADA 15-02-R-0006

# JEX 3

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30 | | 1. REQUISITION NUMBER TMSAREDT756043 | | | | PAGE 1 OF 25 |
|---|---|---|---|---|---|---|

**2. CONTRACT NO.**
DADA15-02-D-0034

**3. AWARD/EFFECTIVE DATE** 28-May-2002
**4. ORDER NUMBER**

**5. SOLICITATION NUMBER** DADA15-02-R-0006

**6. SOLICITATION ISSUE DATE** 15-May-2002

**FOR SOLICITATION INFORMATION CALL:**
**a. NAME** KIM R BARNES
CODE DADA15

**b. TELEPHONE NUMBER (No Collect Calls)** 202-782-1247

**8. OFFER DUE DATE/LOCAL TIME** 11:00 AM 16 May 2002

**7. ISSUED BY**
MEDCOM CONTRACTING CENTER - NA
ATTN: MCAA-NA
BLDG T-20, 1ST FLOOR, ROOM 2
6900 GEORGIA AVENUE NW
WASHINGTON DC 20307-5001

TEL:
FAX: 202-782-0806

**9. THIS ACQUISITION IS**
[ ] UNRESTRICTED
[X] SET ASIDE: 100% FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[X] 8(A)
SIC: 8741
SIZE STANDARD: $6.0

**10. THIS CONTRACT IS A RATED ORDER**
**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS** Net 30 Days

**13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING**

**14. METHOD OF SOLICITATION**
[ ] RFQ  [ ] IFB  [X] RFP

**15. DELIVER TO** CODE YMEAPB
DIRECTORATE OF PATIENT ADMINISTRATION
MS. ROONA A. KYDD,
HOSPITAL TREASURER OFFICE
BLDG 2 RM 1R09
WALTER REED ARMY MEDICAL CNTR
WASHINGTON DC 20307

**16. ADMINISTERED BY** CODE

SEE ITEM 9

**17a. CONTRACTOR/OFFEROR** CODE 1XQK6
PARTNERS
LUEDANE MANAGEMENT PARTNERSHIP
JOSEPH C. MOLINA
6601 LITTLE RIVER TURNPIKE #300
ALEXANDRIA VA 22312

TEL: 703-333-5575
FACILITY CODE 1XQK6

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE HQ0345
DFAS-SA/FPA
(WWW.DFAS.MIL/MONEY/VENDOR/INDEX.HTM)
500 MCCULLOUGH AVENUE
SAN ANTONIO TX 78215-2100

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED** [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**
See Schedule

**26. TOTAL AWARD AMOUNT** $448,000.00

**27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3, 52.212-5 ARE ATTACHED.**

[X] **27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4, FAR 52.212-5 IS ATTACHED.**
ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[X] **28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN** 3 COPIES **TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.** REF:

[X] **29. AWARD OF CONTRACT: REFERENCE** ___ **OFFER DATED** ___ . **YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE**

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)** [signature]

**30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)** CHRISTOPHER M. MENDOZ
GENERAL PARTNER
**30c. DATE SIGNED** 5-28-02

**31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)** ALFRED D BARROUITZ / CONTRACTING OFFICER
TEL: 2027821012
EMAIL: alfred.barloritizz.meds.army.mil
**31c. DATE SIGNED** 28-May-2002

**32a. QUANTITY IN COLUMN 21 HAS BEEN**
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

**33. SHIP NUMBER**
[ ] PARTIAL [ ] FINAL
**34. VOUCHER NUMBER**
**35. AMOUNT VERIFIED CORRECT FOR**

**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE**
**32c. DATE**

**36. PAYMENT**
[ ] COMPLETE [ ] PARTIAL [ ] FINAL
**37. CHECK NUMBER**

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**
**b. SIGNATURE AND TITLE OF CERTIFYING OFFICER**
**41c. DATE**

**38. S/R ACCOUNT NUMBER**
**39. S/R VOUCHER NUMBER**
**40. PAID BY**

**42a. RECEIVED BY (Print)**
**42b. RECEIVED AT (Location)**
**42c. DATE REC'D (YY/MM/DD)**
**42d. TOTAL CONTAINERS**

AUTHORIZED FOR LOCAL REPRODUCTION

STANDARD FORM 1449 (10-95)
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

# SECTION A

## STATEMENT OF WORK FOR IN HOUSE CERTIFIED MEDICAL CODING SERVICES

### TABLE OF CONTENTS

## SECTION TITLE

A – 1    GENERAL

A – 2    DEFINITIONS

A – 3    GOVERNMENT FURNISHED PROPERTY AND SERVICES

A – 4    CONTRACTOR FURNISHED ITEMS AND SERVICES

A – 5    SPECIFIC TASKS

### TECHNICAL EXHIBITS

1. HISTORICAL/ESTIMATED PROCEDURES DATA

CONFIDENTIAL

DADA15-02-D-0034

Page 3 of 25

## SECTION A –1
## GENERAL

1.1. **SCOPE OF WORK.** The Contractor shall provide certified medical coder(s), (Certified Coding Specialist (CCS) <u>Preferred</u>. Certified Coding Specialist –Physician-Based (CCS-P), Registered Health Information Administrator (RHIA), and Registered Health Information Technician (RHIT) to review, abstract, analyze and assemble medical data. Assign diagnoses and procedure codes for inpatient, ambulatory patient visits and outpatient clinical medical records. The Contractor shall provide services in Government-supplied facilities at the Walter Reed Army Medical Center, also referred to as (WRAMC) and, when required, shall code for other regional "Medical Treatment Facilities" (MTF). Contractor shall furnish all labor and materials except as provided in Section A – 3. Performance shall be according to the requirements contained in this Statement of Work (SOW).

1.2. **PERSONNEL.**

1.2.1. **POINT OF CONTACT.** The Contractor shall designate a point of contact that shall be responsible for the performance of the work. The point of contact shall have full authority to act on behalf of the contractor on all matters relating to the

daily operation of this contract. The point of contact may be a contract coder providing services in accordance with this SOW. The Contractor shall designate this individual in writing to the Contracting Officer Representative (COR) before the contract start date. An alternate may be designated, but the Contractor shall identify those times when the alternate shall be the primary point of contact.

1.2.2. **AVAILABILITY.** The Contractor shall provide services on a regular basis Monday through Friday, 7:45 A.M. until 4:30 P.M. excluding federal holidays. Contractor however, will be permitted to suggest alternate work schedules to accommodate as many hours as may be reasonably necessary to fulfill obligations under this agreement. The Contractor shall determine the number of coders; however, send no more than (2) to begin the delivery order with a maximum of forty-eight (48) hours to dispatch their staff to begin the task order.

1.2.3. **ARRANGE FOR REPLACEMENT STAFF.** The point of contact shall arrange for credentialed and trained coding coverage when scheduled coder will be unable to provide services for one (1) or more consecutive scheduled tour.

1.2.4. **WORK ROSTER.** The point of contact shall provide a monthly schedule of the names of coders for the dates the coders shall be providing services. This list shall be provided to the Contract COR by the 20th of each month of the preceding month. Proposed work schedule changes shall be submitted to the COR at least forty-eight (48) hours in advance.

**1.2.5. CONTINUITY OF SERVICES.** The Contractor shall ensure that credentialed backup coders are available to provide coverage during scheduled and unscheduled absences of primary contract coder.

**1.2.6. PERSONNEL REQUIREMENTS.**

**1.2.6.1.REQUIREMENTS OF THE CONTRACT CODERS.** Contractor must provide copies of credentials for all personnel prior to assignment at WRAMC. WRAMC require a review of resumes from previous healthcare facilities, and will reject any coder believed to be poor fit for the facility. The following credentials, Registered Health Information Administrator (RHIA), Registered health Information Technician (RHIT), Certified Coding Specialist (CCS) (preferred), Certified Coding Specialist-Physician Based (CCS-P) with the minimum of three (3) years of current hospital coding experience. Along with extensive knowledge of the Official ICD-9-CM Guidelines for Coding and Reporting. Personnel shall read, understand, speak, and write English.

**1.2.7.** Contractor personnel shall present a neat, clean and professional appearance and be easily recognized as Contractor employees. Contractor employees are required to wear a WRAMC identification badge at all times.

**1.2.8. CONFLICT OF INTEREST.** The Contractor shall not employ any person who is an employee of the United States Government if the employment of that person would create a conflict of interest. The Contractor shall not employ any person who is an employee of the Department of the Army, either military or civilian, unless such person seeks and receives approval in accordance with DOD Directive and ARMY policy.

**1.2.9. HOURS OF OPERATION.** Standard Duty hours are 7:45 A.M. – 4:30 P.M., Monday through Friday. Occasional weekend and/ or Holiday duty may be required to meet mission requirements.

**1.2.10. FEDERAL HOLIDAYS. See above (1.2.8)**

**1.2.11. PHYSICAL SECURITY AND CONFIDENTIALITY OF MEDICAL INFORMATION.** The Contractor shall be responsible for safeguarding all medical information provided for Contractor use. The Contractor shall not retain any copies, paper or electronics of the information once the work is completed. Non-government issues laptop computers or software is not permitted on MTF. The Contractor and contract employees shall be aware that proven violation of confidentiality of patient information shall be cause for termination of access to further patient data and or termination of this contract agreement. This policy shall be made known to all employees assigned to this contract at the time of assignment. .

## SECTION A—2
## DEFINITIONS

2.1. **GENERAL DEFINITIONS.** As used throughout this work statement, the following terms shall have the meaning set forth below:

2.1.2. **MEDICAL TREATMENT FACILITY (MTF).** Army hospitals or clinic, including all activities pertaining to coding of inpatient and or outpatient health care services for authorized personnel.

2.1.3. **Coder.** AHIMA credentialed individual providing ICD-9-CM, CPT, HCPCS, E/M, and DSM-IV code assignment for Inpatient, Ambulatory patient visits and Outpatient health care services. Coding is assigning a numerical value to a written statement. A coder uses cognitive reasoning to determine what makes the code number correct. The rules surrounding coding must be well understood.

2.2. **TECHNICAL DEFINITIONS.**

2.2.1. **ADMINISTRATIVE SUPPORT.** Support functions to include Data Quality Outcome and Joint Commission Compliance initiative.

2.2.2. **DEFINITION OF A CODING ERROR.** A coding error is when the diagnosis and procedure coded in a record violate one of the Includes/Excludes or Code-also Rules in the ICD-9-CM/CPT tabular list or the combination of codes violates Coding Clinic Guideline Rules specified in the American Hospital Association's (AHA) Coding Clinic for ICD-9-CM. Improper sequencing of principal diagnosis/procedure resulting in a DRG recommended change. Coding validation disputes will be submitted to the Deputy Chief of MRAD for review of official Coding Clinic Guidelines

(The Ambulatory Data Module (ADM) section randomly selects five 5% of the monthly dispositions/encounters for review. An acceptable range is 90% or higher accuracy with no less than ten records reviewed for each contractor. The standards can and will fluctuate due to complexities of coding various medical records).

2.2.3. **CODING ASSESSMENT.** The Contractor agrees to review a random selection of 5% of the monthly dispositions, as part of the contractor's continuous quality improvement (CQI) program. Results of this CQI performed by contract coding quality management staff will be delivered to the WRAMC DRG Coordinator and the WRAMC Chief of Medical Records no later than the tenth of every month for records coded the previous month. In the event the error rate exceeds 10% of the random representative sample, the Government reserves the right to remove any contract employee found to be unfit to perform on the contract. Coding assessment will be conducted on all coders to ascertain application of Coding Clinic Guidelines and Productivity. Assessment review perform by

CONFIDENTIAL    DADA19-02-D-0034

Page 6 of 25

WRAMC staff on the contract coders will be made available to the Contractor and the individual coder upon request.

CONFIDENTIAL          DADA15-02-D-0034

Page 7 of 25

## SECTION A-3
## GOVERNMENT FURNISHED PROPERTY AND SERVICES

3.1. **GENERAL.** The Government will provide the following equipment, and supplies listed. International Classification of Diseases, 9th Revision, Clinical Modification (ICD-9-CM), Current Procedural Terminology (CPT), Health Care Procedural Coding System (HCPCS) and Diagnostic and Statistical Manual of Mental Disorders, 4th edition (DSM-IV) coding manuals.

3.2. **EQUIPMENT.** The Contractor shall have use of all available computer equipment Encoder Grouper software for performing services required by this contract. All Government furnished property and materials shall remain on the Government premises at all times.

3.3. **REFERENCE MATERIALS.** The MTF will provide Inpatient Treatment Record (ITR) and Ambulatory Patient Visit (APV) Encounter forms used in the performance of services. Coding Clinic Guidelines, Physicians Desk Reference (PDR), Medical Abbreviations books, and Medical Dictionary will be provided under this contract.

3.4. **TRAINING.** The Government shall provide training in the following; Encoder grouper, ADM, 1 CHCS and CIS for assembly/analysis during initial orientation for all new Contractor staff during WRAMC standard duty hours 7:45 A.M. – 4:30 P.M.

CONFIDENTIAL    DADA15-02-D-0034

Page 8 of 25

## SECTION A-4
## CONTRACTOR FURNISHED ITEMS AND SERVICES

4.1. **GENERAL.** Except for those items or services specifically stated in Section A-3 to be Government furnished, the Contractor shall furnish everything required to perform this contract in accordance with all of its terms.

CONFIDENTIAL ADA15-02-D-0034

Page 9 of 25

## SECTION A-5

## SPECIFIC TASKS

**5.1. GENERAL.** The Contractor shall provide AHIMA credentialed medical record coders for the coding of Inpatient, Ambulatory and Outpatient Medical Services provided to Government beneficiaries. Coders will stand ready to assemble and analyze medical records in addition to other medical record functions.

## 5.2. SPECIFIC PROCEDURES FOR WHICH THE CONTRACTOR SHALL BE RESPONSIBLE.

**5.2.1. PROCEDURE GUIDANCE.** The Contractor shall provide certified medical coder(s) to review and abstract medical data, code inpatient, ambulatory and outpatient medical diagnoses and procedures, and provide assistance to the professional staff. If the scope of the contract is changed by new services, the change/addition will be incorporated into the contract by the COR prior to implementation. See pg. 2, 1.2.6.1.

**5.2.2. CLINIC SUPPORT.** The Contractor shall provide certified medical record coders for coding of outpatient clinical medical services. Convenient files will be provided by various departments to include, but not limited to, General Surgery, Pediatrics, Urology, Medicine, Ophthalmology, Neurology, Physical Therapy and Psychology etc.

**5.2.2.1.** The coding of medical records requires knowledge of medical terminology, anatomy/physiology and disease processes in addition to an extensive knowledge of coding clinic guidelines. See pg. 4, 2.1.3.

**5.2.2.1.1. PERFORMANCE OF SERVICE.** Contractor shall enter codes using the Encoder grouper or the ADM coding system, which interface with ICHCS. Assign code for diseases, injuries, diagnoses and procedures in a wide range of Inpatient/Ambulatory settings and specialties. References used for code selection include the ICD-9-CM, CPT, HCPCS and DOD unique codes. The completed clinical cover-sheet (Attestation) is generated, reviewed and placed in the inpatient treatment record. Contractor shall process APVs according to section guidelines.

**5.2.3. DOCUMENTATION.** The Contractor shall prepare all documentation to meet or exceed established standards of the MTF to include but not limited to: timeliness, legibility, accuracy, content, format, complete patient identifying information, medically consistent, and error free.

**5.2.3.1.1.**    The coder reviews content of documentation for admission or encounter. Contractor ensures diagnoses and procedures meet current coding requirements and are an accurate reflection of the scope and practice for each unique specialty

5.2.3.1.2.    Coder is responsible for contacting appropriate medical staff to rectify ambiguous and inconsistent medical documentation to ensure that medical-legal and JCAHO standards are met..

5.2.7.1. CODING INSTRUCTIONS The Contractor shall conduct in-service training for clinic personnel in proper, accurate and current coding practices. The trainer will be at a higher level of expertise for no more than twenty hours per year.

5.2.7.2. MEDICAL RECORD DEFINITION. The medical records at WRAMC are larger and more complex than those found at most MTF. Inpatient Treatment Record (ITR), average length of stay is 5.7 days. Ambulatory Patient Visit (APVs) encounters less than twenty-four (24) hours.

5.3.    STANDARDS. Average daily standard for coding and data entry of ITR is (4) medical records per hour or thirty-two medical records per day. The standards can and will fluctuate due to complexity and multi-volume medical records.

5.4.    QUALITY ASSURANCE VALIDATION REVIEW. Performance of the services will be evaluated to determine whether or not it meets the standards stated in the service delivery summary. The COR will conduct a monthly QA DRG/Coding Validation Review for compliance with the terms of the contract. Accuracy rate should be met at ninety-seven (97%) or higher. When service is not acceptable, the Contracting Officer will issue a Contract Discrepancy Report (CDR) to the contractor. Unsatisfactory performance may be basis for terminationg this contract for default, or directing that services be performed by another contractor in accordance with clause 52.246-4, entitled "Inspection of Services-Fixed Price

5.5.    MATERIALS TO BE CODED. Medical and technical terminology with knowledge of specialized vocabulary peculiar to a variety of subjects in the field of medicine and surgery to include the following services: Allergy, Dermatology, Endocrinology, General Surgery, Physical Therapy, Obstetrics, Orthopedics, Peripheral Vascular Surgery,

5.6.    Radiology, Anesthesiology, Dentistry, Gastroenteriology, Gynecology, Plastic surgery, Ophthalmology, Otolaryngology, Pharmacology, Urology, Cardiology, Audiology,

5.7.    General Medicine, Hematology, Neurology, Oral Surgery, Pediatrics, Psychology and Rheumatology.

5.8.    COMMUNICATION. The Contractor shall ensure contract coders maintain open and professional communication with members of the MTF. Complaints validated by COR and Chief of Patient Administrative Directorate shall be reported in writing to the Contracting Officerr and the Contractor for action. The Contracting Officer may require

the contract manager to meet with the contracting officer, contract administrator, COR and other government personnel, as deemed necessary. The Contractor may request a meeting with the Contracting Office when he or she believes such a meeting is necessary.

5.9.  **FORMS.** Many of the reports/forms listed below contain instruction, which are self-explanatory. The coder should be able to code the reports/forms by reading the instructions and/or prescribing regulations. Proper sequencing of the completed reports/forms is the responsibility of the medical records technicians (MRT) chart room department.

SF 502, Medical Record – Narrative Summary (clinical Resume)
SF 503, Autopsy Protocol
SF 504, Clinical Record – History Part 1
SF 505, Clinical Record – History Part 2 and 3
SF 506, Clinical Record, Physical Examination
SF 507, Clinical Record Report on – or continuation of SF
SF 509, Medical Record – Progress Notes
SF 513, Medical Record – Consultation Sheet
SF 515, Medical Record – Tissue Examination
SF 516, Clinical Record – Operation Report
SF 539, Medical Record – Abbreviated Medical Record (short form)
SF 600, Health Record – Chronological Record of Medical Care
Death Certificate (if appropriate)

CONFIDENTIAL DA15-02-D-0034

Page 12 of 25

## TECHNICAL EXHIBIT 1
## HISTORICAL DATA

The following data is provided for information only.

a. Present department staff consists of: (1) certified coding specialist
b. Present department staff consists of: (3) medical records technicians (coders)
c. Present outpatient clinical coders consists of: (0)
d. WRAMC estimated monthly dispositions: (939)
e. WRAMC estimated monthly APVs: (1500)
f. WRAMC estimated monthly outpatient clinical visits: (63,474)
g. WRAMC bedside: (343)
h. WRAMC Actual Annual Disposition FY 99 (10,654)
i. WRAMC Actual Annual Disposition FY 00 (10,033)
j. WRAMC Actual Annual Disposition FY 01 (10,961)
k. WRAMC Ambulatory Procedure Visits FY 99 (10,679)
l. WRAMC Ambulatory Procedure Visits FY 00 (10,473)
m. WRAMC Ambulatory Procedure Visits FY 01 (11,420)

### ADDENDUM TO FAR 52.212-1

ADDENDUM TO FAR 52.212-1 INSTRUCTIONS TO OFFERORS COMMERCIAL ITEMS
(APRIL 1998)

(1) Reference FAR 52.212-1 para (b) is hereby tailored as follows:

Executed Documents: All certifications in clause entitled "FAR 52.212-3 Offeror Representation and Certifications —Commercial Items" shall be included with proposal. ( Contractor is required to download this clause from the cite listed in clause entitled "52.252-1 Solicitation Provisions Incorporated by Reference" Feb 1998). This part shall contain the following, signed original, contract documents:

1. FAR 52.212-1: Provide all information/documentation specifically requested in this section.

Read this section fully and completely.

2. Standard Form (SF) 1449: Complete Blocks 12, 17a, 17b, 30a, 30b, and 30c. An authorized official of the firm must sign and date the SF 1449 in Block 30a.

3. SF 1449, Continuation Sheet: Enter unit prices and total price.

4. FAR 52.212-3: Complete the appropriate representations, certifications, etc.

CONTINUATION OF 18B OF SF 1449

## CONTINUATION OF BLOCK 18b of SF 1449

INVOICES AND PAYMENTS

(a) Invoices shall be submitted in four (4) copies at the end of each month to the following:

TO BE CITED ON INDIVIDUAL
BLANKET DELIVERY ORDER(S)

(b) Each invoice submitted under this contract shall indicate the applicable Delivery Order number for
Government identification, as well as the contract number. Payment will be made in accordance with the contract.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 8,000 | Hours | $56.00 | $448,000.00 |
| | Base Year 28 May 02 – 27 May 03 FFP | | | | |

The Contrator shall perform medical records coding services for Inpatient treatment records and Ambulatory patient visits, on an as needed basis. In accordance with the Statement of Work
NSN: Q999-00-000-0000
PURCHASE REQUEST NUMBER: YMEARE01765943

|  | MAX NET AMT | $448,000.00 |
|--|-------------|-------------|

ACRN AA Funded Amount

$0.00

FOB: Destination

CONFIDENTIAL DADA15-02-D-0034

Page 14 of 25

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0002 OPTION | Option Year 1 28 May 03 - 27 May 04 FFP | 8,000 | Hours | $58.24 | $465,920.00 |

The Contractor shall perform medical records coding services for Inpatient treatment records and Ambulatory patient visits, on an as needed basis. In accordance with the Statement of Work
NSN: Q999-00-000-0000
PURCHASE REQUEST NUMBER: YMEARE01765943

|  |  |  | MAX NET AMT | $465,920.00 |
|--|--|--|-------------|-------------|

ACRN AA Funded Amount

$0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|-----------|------------|
| 0003 OPTION | Option Year 2, 28 May 04 - 27 May 05 FFP | 8,000 | Hours | $60.57 | $484,560.00 |

The Contractor shall perform medical records coding services for Inpatient treatment records and Ambulatory patient visits, on an as needed basis. In accordance with the Statement of Work
NSN: Q999-00-000-0000
PURCHASE REQUEST NUMBER: YMEARE01765943

|  |  |  | MAX NET AMT | $484,560.00 |
|--|--|--|-------------|-------------|

ACRN AA Funded Amount

$0.00

FOB: Destination



DADA15-02-D-0034

Page 15 of 25

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0004 OPTION | Option Year 3, 28 May 05 - 27 May 06 FFP | 8,000 | Hours | $62.99 | $503,920.00 |

The Contractor shall perform medical records coding services for Inpatient treatment records and Ambulatory patient visits, on an as needed basis. In accordance with the Statement of Work
NSN: Q999-00-000-0000
PURCHASE REQUEST NUMBER: YMBARE01765943

|  |  | MAX NET AMT | $503,920.00 |
|--|--|-------------|-------------|

ACRN AA Funded Amount

$0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0005 OPTION | Option Year 4, 28 May 06 - 27 May 07 FFP | 8,000 | Hours | $65.51 | $524,080.00 |

The Contractor shall perform medical records coding services for Inpatient treatment records and Ambulatory patient visits, on an as needed basis. In accordance with the Statement of Work
NSN: Q999-00-000-0000
PURCHASE REQUEST NUMBER: YMBARE01765943

|  |  | MAX NET AMT | $524,080.00 |
|--|--|-------------|-------------|

ACRN AA Funded Amount

$0.00

FOB: Destination

## CLIN DELIVERY/TASK ORDER MINIMUM/MAXIMUM QUANTITY AND CLIN ORDER VALUE

The minimum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not be less than the minimum quantity and order value stated in the following table. The maximum quantity and order value for the given Delivery/Task Order issued for this CLIN shall not exceed the maximum quantity and order value stated in the following table.

CONFIDENTIAL

DADA15-02-D-0034

| CLIN | MINIMUM QUANTITY | MINIMUM AMOUNT $ | MAXIMUM QUANTITY | MAXIMUM AMOUNT $ |
|------|------------------|------------------|------------------|------------------|
| 0001 | | | | |
| 0002 | | $ | | $ |
| 0003 | | $ | | $ |
| 0004 | | $ | | $ |
| 0005 | | $ | | $ |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|------------|------------|-----------|-----------|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | FOB | SHIP TO ADDRESS | UIC |
|------|---------------|----------|-----|-----------------|-----|
| 0001 | 20-APR-2003 | 2,750 | Dest. | DIRECTORATE OF PATIENT ADMINISTRATION MS. REGINA A. KYDD, HOSPITAL TREASURER OFFICE BLDG 2 RM 1R06 WALTER REED ARMY MEDICAL CNTR WASHINGTON DC 20307 202 782-5447 | YMBARE |
| 0002 | N/A | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A | N/A |
| 0004 | N/A | N/A | N/A | N/A | N/A |
| 0005 | N/A | N/A | N/A | N/A | N/A |

- 155 -

| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.246-4 | Inspection Of Services—Fixed Price | AUG 1996 |
| 252.247-7015 | Requirements | OCT 1995 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5   CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS—COMMERCIAL ITEMS (DEC 2001)

(a) The Contractor shall comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755).

(2) 52.233-3, Protest after Award (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

____(1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

____(2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999).

____(3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).

____(4) (i) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____(ii) Alternate I to 52.219-5.



____(iii) Alternate II to 52.219-5.

X ___ (5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

___ (6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

___ (7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).

___(8)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer.

___(ii) Alternate I of 52.219-23.

___(9) 52.219-25, Small Disadvantaged Business Participation Program—Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___(10) 52.219-26, Small Disadvantaged Business Participation Program—Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

X ___ (11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

X ___ (12) 52.222-26, Equal Opportunity (E.O. 11246).

X ___ (13) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212).

X ___ (14) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793).

X ___ (15) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212).

___(16) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (E.O. 13126).

___(17)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

___(18) 52.225-1, Buy American Act—Balance of Payments Program—Supplies (41 U.S.C. 10a-10d).

___(19)(i) 52.225-3, Buy American Act—North American Free Trade Agreement—Israeli Trade Act—Balance of Payments Program (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note).

___(ii) Alternate I of 52.225-3.

___(iii) Alternate II of 52.225-3.

___(20) 52.225-5, Trade Agreements (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

___(21) 52.225-13, Restriction on Certain Foreign Purchases (E.O. 12722, 12724, 13059, 13067, 13121, and 13129).

___(22) 52.225-15, Sanctioned European Union Country End Products (E.O. 12849).

CONFIDENTIAL AIA-02-D-0034

Page 19 of 25

____(23) 52.225-16, Sanctioned European Union Country Services (E.O.12849).

X ____(24) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C. 3332).
____(25) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).

____(26) 52.232-36, Payment by Third Party (31 U.S.C. 3332).

X ____ (27) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).

____ (28) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

X ____ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et. seq.).

____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et. seq.).

____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C.206 and 41 U.S.C. 351, et seq.).

X ____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C, 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components—

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212);

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793);

(4) 52.247-64, Preference for Privately-Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996)., and

(5) 52.222-41, Service Contract Act of 1965, As Amended (41 U.S.C. 351, et seq.).

(End of clause)


52.216-18    ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from 21 May 2002 through 20 April 2003.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)


52.216-19    ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than          (insert dollar figure or quantity), the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of          (insert dollar figure or quantity);

(2) Any order for a combination of items in excess of          (insert dollar figure or quantity); or

(3) A series of orders from the same ordering office within          days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

CONFIDENTIAL

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within    days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

## 52.217-8. OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 60 days).

(End of clause)

## 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 Years and 6 months.
(End of clause)

## 52.219-17 SECTION 8(a) AWARD (DEC 1996)

(a) By execution of a contract, the Small Business Administration (SBA) agrees to the following:

(1) To furnish the supplies or services set forth in the contract according to the specifications and the terms and conditions by subcontracting with the Offeror who has been determined an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(2) Except for novation agreements and advance payments, delegates to the MEDCOM Contracting Center –North Atlantic the responsibility for administering the contract with complete authority to take any action on behalf of the Government under the terms and conditions of the contract; provided, however that the contracting agency shall give advance notice to the SBA before it issues a final notice terminating the right of the subcontractor to proceed with further performance; either in whole or in part, under the contract.

(3) That payments to be made under the contract will be made directly to the subcontractor by the contracting activity.

(4) To notify the LifeCare Management Partnership Contracting Officer immediately upon notification by the subcontractor that the owner or owners upon whom 8(a) eligibility was based plan to relinquish ownership or control of the concern.

(5) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the cognizant Contracting Officer under the "Disputes" clause of the subcontract.

The offeror/subcontractor agrees and acknowledges that it will, for and on behalf of the SBA, fulfill and perform all of the requirements of the contract.

(c) The offeror/subcontractor agrees that it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the cognizant Contracting Officer of the MEDCOM Contracting Center –North Atlantic.

52.222-42    STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION
District of Columbia, Maryland, Virginia

| Employee Class | Monetary Wage-Fringe Benefits |
|---|---|
| Medical Record Technician | $ 13.15Hr; (See attached Determination) |

(End of clause)

WAGE DETERMINATION (IAW FAR 22.1012-1) SERVICE CONTRACT ACT WAGE DETERMINATION NR. 94-2103 (REV 24), DATED 05/31/2001 IS ATTACHED HERETO AND MADE A PART OF THIS DOCUMENT.

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| Medical Record Clerk | $13.15 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:
HEALTH & WELFARE: $2.02 an hour or $80.80 a week or $350.13 a month.
VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)
HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative, or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges. A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance: The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

CONFIDENTIAL DADA15-02-D-0034

Source of Occupational Title and Descriptions:
The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444
(SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

. The process for preparing a conformance request is as follows:
1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).
2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.
3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).
4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.
5) The contracting officer transmits the Wage and Hour decision to the contractor.
6) The contractor informs the affected employees.
Information required by the Regulations must be submitted on SF 1444 or bond paper.
When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.
&&&&&&&&&&

# JEX 5

Pamela Mizrahi

From:     Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com]
Sent:     Monday, April 04, 2005 10:53 AM
To:       'Maria Caschetta'; 'Wyant, Eileen'
Subject:  RE: CARMEN CUNNINGHAM

Is Carmen's rate going to be $30.00 per hour?

Pam

-----Original Message-----
From: Maria Caschetta [mailto:caschettam@advantamedicalsolutions.com]
Sent: Sunday, April 03, 2005 2:22 PM
To: dhesser1@cox.net; 'Dorothy Hesser'; 'Wyant, Eileen'
Cc: 'Kwan, Warren'; 'Tom Roland'; 'Pamela Gordon-Mizrahi'; ericak@advantamedicalsolutions.com
Subject: CARMEN CUNNINGHAM

*This is to let everyone know that Carmen did contact us on Saturday and left a voice message. Her last day on Lifecare payroll as a direct charge to WRAMC was Thursday, 31 March 2005. Any additional work she does will be under Advanta as an independent contractor consistent. Thank you.*



Maria M. Caschetta
President
Advanta Medical Solutions, LLC
240-554-1200 office
240-554-1211 fax
410-960-0287 cell

CONFIDENTIAL

2/13/2008

0556

- 165 -

# JEX 6

**Maria Caschetta**

| | |
|---|---|
| From: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Monday, November 15, 2004 6:36 PM |
| To: | Maria Caschetta (E-mail) |
| Cc: | Brown, Diana A Ms WRAMC-Wash DC |
| Subject: | RE: Attendance |

6:30 taken lunch now

```
>   -----Original Message-----
> From:      Cunningham, Carmen M Ms Life Care/Advanta
> Sent:      Monday, November 15, 2004 12:53 PM
> To: Maria Caschetta (E-mail)
> Cc: Brown, Diana A Ms WRAMC-Wash DC
> Subject:  Attendance
>
> 11:30; system problems I called DB (12p) to check -in.
```

1

- 167 -

**Maria Caschetta**

**From:**    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

**Sent:**    Saturday, December 04, 2004 6:30 PM

**To:**    mariacaschetta@advantamedicalsolutions.com

**Cc:**    Brown, Diana A Ms WRAMC-Wash DC

**Subject:** RE: Attendance

6:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Saturday, December 04, 2004 3:11 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

2:30

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

**Sent:** Sunday, December 05, 2004 9:08 AM

**To:** mariacaschetta@advantamedicalsolutions.com

**Cc:** Brown, Diana A Ms WRAMC-Wash DC

**Subject:** Attendance

8:30

**Maria Caschetta**

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Monday, December 06, 2004 8:46 AM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |
| **Subject:** | Attendance |

8

I guess I'm sharing my workstation with the soliders again.

2/26/2008

**Maria Caschetta**

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Monday, December 06, 2004 3:45 PM |
| **To:** | Cunningham, Carmen M Ms Life Care/Advanta; mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |

**Subject:** RE: Attendance

4 GOING TO 3RD PARTY, THEN TAKING LUNCH.

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Monday, December 06, 2004 8:46 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8
I guess I'm sharing my workstation with the soliders again.

# Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, December 07, 2004 8:22 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** attendance

8

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Tuesday, December 07, 2004 4:25 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: attendance

4:30

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tuesday, December 07, 2004 8:22 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: attendance

8

# Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Wednesday, December 08, 2004 8:20 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Thursday, December 09, 2004 8:20 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8

Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Thursday, December 09, 2004 8:21 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

4:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Thursday, December 09, 2004 8:20 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8

Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Thursday. December 09, 2004 4:36 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC

Subject: RE: Attendance

4:30

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, December 09, 2004 8:20 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Friday, December 10, 2004 8:14 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject:  Attendance

8

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Friday, December 10, 2004 4:30 PM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance

4:30

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Friday, December 10, 2004 8:14 AM
To: mariacaschetta@advantamedicalsolutions.com
c: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

aria Caschetta

From:        Cunningham, Carmen M Ms Life Care/Advanta
             [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:        Sunday, December 12, 2004 11:15 AM
To:          mariacaschetta@advantamedicalsolutions.com
Cc:          Brown, Diana K Ms VA
Subject:     Attendance

11

1

Maria Caschetta

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Monday, December 13, 2004 8:11 AM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject:    Attendance

8

Maria Caschetta

From:            Cunningham, Carmen M Ms Life Care/Advanta
                 [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:            Monday, December 13, 2004 6:45 PM
To:              mariacashetta@advantamedicalsolutions.com
Cc:              Brown, Diana K Ms VA
Subject:         Attendance

Had Dr. appt left @ 2:30 returned @ 5
6:45

1

**Maria Caschetta**

From:        Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:        Tuesday, December 14, 2004 8:41 AM
To:          mariacaschetta@advantamedicalsolutions.com
Cc:          Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8:30

Maria Caschetta

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Tuesday, December 14, 2004 5:15 PM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject:    RE: Attendance

5:15

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tuesday, December 14, 2004 8:41 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8:30

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Wednesday, December 15, 2004 8:26 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7:45, sclider was at my desk was unable to send email on time.

Maria Caschetta

From:          Cunningham, Carmen M Ms Life Care/Advanta
               [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:          Wednesday, December 15, 2004 4:18 PM
To:            Cunningham, Carmen M Ms Life Care/Advanta;
               mariacaschetta@advantamedicalsolutions.com
Cc:            Brown, Diana A Ms WRAMC-Wash DC
Subject:       RE: Attendance


4:15

---

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Wed 12/15/2004 8:25 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7:45, solider was at my desk was unable to send email on time.


1

- 186 -

Maria Caschetta

From:      Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:      Thursday, December 16, 2004 8:02 AM
To:        mariacaschetta@advantamedicalsolutions.com
Cc:        Brown, Diana A Ms WRAMC-Wash DC
Subject:   Attendance

8

Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Thursday, December 16, 2004 6:32 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance


6:30

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, December 16, 2004 8:02 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

Maria Caschetta

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Friday, December 17, 2004 8:11 AM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Friday, December 17, 2004 5:20 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

5:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Friday, December 17, 2004 8:11 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8

Maria Caschetta

From: Cunningham, Carmen M Ms Life Care/Advanta
[Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent: Sunday, December 19, 2004 7:39 AM
To: mariacaschetta@advantamedicalsolutions.com
Subject: Attendance

7:30

Maria Caschetta

From:         Cunningham, Carmen M Ms Life Care/Advanta
              [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:         Sunday, December 19, 2004 4:06 PM
To:           Cunningham, Carmen M Ms Life Care/Advanta;
              mariacaschetta@advantamedicalsolutions.com
Subject:      RE: Attendance

4

---

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Sun 12/19/2004 7:38 AM
To: mariacaschetta@advantamedicalsolutions.com
Subject: Attendance

7:30

1

Maria Caschetta

From:      Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:      Monday, December 20, 2004 10:11 AM
To:        mariacaschetta@advantamedicalsolutions.com
Cc:        Brown, Diana A Ms WRAMC-Wash DC
Subject: ATTENDANCE

10

**Maria Caschetta**

| | |
|---|---|
| rom: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Monday, December 20, 2004 6:00 PM |
| To: | Cunningham, Carmen M Ms Life Care/Advanta; mariacaschetta@advantamedicalsolutions.com |
| Cc: | Brown, Diana A Ms WRAMC-Wash DC |
| Subject: | RE: ATTENDANCE |

6 taking lunch now.

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Mon 12/20/2004 10:10 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: ATTENDANCE

10

1

Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Tuesday, December 21, 2004 8:15 AM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

## Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Tuesday, December 21, 2004 4:19 PM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance


4:30 need to close out early system admin needs to work on my system.

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tuesday, December 21, 2004 8:15 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

8

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Wednesday, December 22, 2004 8:07 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Monday, January 03, 2005 8:22 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC·
Subject:  Attendance

8 -I had to change my password and it took me some time to do that.

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Monday, January 03, 2005 4:38 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

4:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Monday, January 03, 2005 8:22 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

8 -I had to change my password and it took me some time to do that.

# Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, January 04, 2005 12:18 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12:15

**Maria Caschetta**

**From:**    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:**    Wednesday, January 05, 2005 12:20 PM
**To:**      mariacaschetta@advantamedicalsolutions.com
**Cc:**      Brown, Diana A Ms WRAMC-Wash DC

**Subject:** RE: Attendance

8:15, I called you Maria to inform you I left without signing out. Took lunch.


**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Tuesday, January 04, 2005 12:18 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12:15

**Maria Caschetta**

om:                    Cunningham, Carmen M Ms Life Care/Advanta
                       [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:                  Wednesday, January 05, 2005 8:28 PM
To:                    mariacaschetta@advantamedicalsolutions.com
Cc:                    Brown, Diana A Ms WRAMC-Wash DC
Subject:               RE: Attenadance

8:30

---

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Wed 1/5/2005 12:18 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attenadance

2

1

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Thursday, January 06, 2005 12:29 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

12

Maria Caschetta

om:                     Cunningham, Carmen M Ms Life Care/Advanta
                        [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:                   Thursday, January 06, 2005 7:21 PM
To:                     mariacaschetta@advantamedicalsolutions.com
Cc:                     Brown, Diana A Ms WRAMC-Wash DC
Subject:                RE: Attendance

7

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thu 1/6/2005 12:29 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

2

## Maria Caschetta

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Friday, January 07, 2005 12:07 PM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |
| **Subject:** | Attendance |

12

Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Friday, January 07, 2005 8:22 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

8:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Friday, January 07, 2005 12:07 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Tuesday, January 11, 2005 11:55 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

11:15---there was a CPT sitting here again....able to send in when I arrived.

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Wednesday, January 12, 2005 11:42 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

11:15

**Maria Caschetta**

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Wednesday, January 12, 2005 7:32 PM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |
| **Subject:** | RE: Attendance |

7:30

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Wednesday, January 12, 2005 11:42 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

11:15

2/26/2008

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Thursday, January 13, 2005 11:56 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject:  Attendance

11:15

**Maria Caschetta**

| | |
|---|---|
| From: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Friday, January 14, 2005 12:13 PM |
| To: | mariacaschetta@advantamedicalsolutions.com |
| Cc: | Brown, Diana A Ms WRAMC-Wash DC |

Subject: Attendance

12

Maria Caschetta

From:        Cunningham, Carmen M Ms Life Care/Advanta
             [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:        Friday, January 14, 2005 8:31 PM
To:          mariacaschetta@advantamedicalsolutions.com
Cc:          Brown, Diana A Ms WRAMC-Wash DC
Subject:     RE: Attendance

8:30

---

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Fri 1/14/2005 12:13 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

2

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, January 18, 2005 12:07 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

11:30

**Maria Caschetta**

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta— [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Tuesday, January 18, 2005 7:57 PM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |
| **Subject:** | RE: Attendance |

B

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tue 1/18/2005 12:07 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

11:30

1

- 214 -

Maria Caschetta

From:                Cunningham, Carmen M Ms Life Care/Advanta —
                     [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:                Thursday, January 20, 2005 12:17 PM
To:                  mariacaschetta@advantamedicalsolutions.com
Cc:                  Brown, Diana K Ms VA
Subject:             Attendance

12:15

1

- 215 -

**Maria Caschetta**

| | |
|---|---|
| From: | Cunningham, Carmen M Ms Life Care/Advanta — [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Thursday, January 20, 2005 8:36 PM |
| To: | mariacaschetta@advantamedicalsolutions.com |
| Cc: | Brown, Diana K Ms VA |
| Subject: | RE: Attendance |

8:30

---

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thu 1/20/2005 12:16 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana K Ms VA
Subject: Attendance

12:15

1

Maria Caschetta

From:               Cunningham, Carmen M Ms Life Care/Advanta —
                    [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:               Saturday, January 22, 2005 8:42 AM
To:                 mariacaschetta@advantamedicalsolutions.com
Cc:                 Brown, Diana K Ms VA
Subject:            Attendance

8:30

1

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Monday, January 24, 2005 12:16 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC

Subject: Attendance

11:30; I spoken to Earl this morning regarding not having a workstation to work at......this is an on-going problem.
Please speak to Ms. Kydd regarding to issue.

2/26/2008

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, January 25, 2005 12:49 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

11:45; Again this is a problem with coming in and not having a workstation to start my day. I asked the Soliders many times to have this workstation available to me by 11am and I'm just getting to access the system now. (12:48pm)

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Tuesday, January 25, 2005 6:59 PM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance

7

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tuesday, January 25, 2005 12:49 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

11:45; Again this is a problem with coming in and not having a workstation to start my day. I asked the Soliders many times to have this workstation available to me by 11am and I'm just getting to access the system now. (12:48pm)

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Wednesday, January 26, 2005 5:31 PM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject:  Attendance

9; Again, I came in and was unable to have access to this workstation. So I'm signing in and out on the same email.

5:30

Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Thursday, January 27, 2005 12:20 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12

## Maria Caschetta

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Thursday, January 27, 2005 8:14 PM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance

8:15 taking lunch now


From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, January 27, 2005 12:20 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

12

## Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Friday, January 28, 2005 12:27 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

12

**Maria Caschetta**

From:               Cunningham, Carmen M Ms Life Care/Advanta
                    [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:               Friday, January 28, 2005 7:56 PM
To:                 mariacaschetta@advantamedicalsolutions.com
Cc:                 Brown, Diana A Ms WRAMC-Wash DC
Subject:            RE: Attendance


8 taking lunch now

_____

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Fri 1/28/2005 12:26 PM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

12

USCA Case #14-7079     Document #1529317      Filed: 12/29/2014      Page 235 of 423

## Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

**Sent:** Monday, January 31, 2005 1:00 PM

**To:** mariacaschetta@advantamedicalsolutions.com

**Cc:** Brown, Diana A Ms WRAMC-Wash DC

**Subject:** Attendance

12:30

## Maria Caschetta

**From:**    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:**    Monday, January 31, 2005 6:11 PM
**To:**      mariacaschetta@advantamedicalsolutions.com
**Cc:**      Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance


6:15

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Monday, January 31, 2005 1:00 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12:30

# Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, February 01, 2005 12:18 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

12

## Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Wednesday, February 02, 2005 12:10 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

11:45

## Maria Caschetta

From: Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent: Thursday, February 03, 2005 6:30 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:30

Maria Caschetta

**From:**     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:**     Thursday, February 03, 2005 7:27 PM
**To:**       Cunningham, Carmen M Ms Life Care/Advanta; mariacaschetta@advantamedicalsolutions.com
**Cc:**       Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

7:30pm


From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, February 03, 2005 6:30 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:30

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Friday, February 04, 2005 6:43 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject:  Attendance

6:30

**Maria Caschetta**

| | |
|---|---|
| `rom: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Monday, February 07, 2005 2:44 PM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | diana.abrown@na.amedd.army.mil |
| **Subject:** | Attendance |

My email is not set up over at third party yet.  This is the reason why you are receiving my in and out on the same email.

6:30

2:45 I'm taken lunch now.

1

Maria Caschetta

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Wednesday, February 16, 2005 6:46 AM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:30

## Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Wednesday, February 16, 2005 2:30 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

3 I'm going to building 2 to give back some encounters then I'll be leaving. (2:30)

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Wednesday, February 16, 2005 6:46 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

6:30

Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Thursday, February 17, 2005 6:59 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

6:30

Maria Caschetta

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Thursday, February 17, 2005 3:23 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** RE: Attendance

3:15pm

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Thursday, February 17, 2005 6:59 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

6:30

## Maria Caschetta

| | |
|---|---|
| From: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Tuesday, February 22, 2005 7:03 AM |
| To: | mariacaschetta@advantamedicalsolutions.com |
| Cc: | Brown, Diana A Ms WRAMC-Wash DC |

Subject: Attendance

6:30

2/26/2008

Maria Caschetta

From:      Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:      Tuesday, February 22, 2005 3:06 PM
To:        mariacaschetta@advantamedicalsolutions.com
Cc:        Brown, Diana A Ms WRAMC-Wash DC

Subject: RE: Attendance

3

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Tuesday, February 22, 2005 7:03 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:30

Maria Caschetta

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Wednesday, February 23, 2005 7:11 AM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC
Subject:  Attendance

6:45

Maria Caschetta

From: Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA_AMEDD.ARMY.MIL]
Sent: Friday, February 25, 2005 7:50 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7:30

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Friday, February 25, 2005 3:20 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance

I'll be heading to building 2 then leaving for the day (lunch). 3:30

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Friday, February 25, 2005 7:50 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7:30

**Maria Caschetta**

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Monday, February 28, 2005 7:02 AM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:45

Maria Caschetta

From:      Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:      Monday, February 28, 2005 4:00 PM
To:        mariacaschetta@advantamedicalsolutions.com
Cc:        Brown, Diana A Ms WRAMC-Wash DC
Subject:   RE: Attendance

4

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Monday, February 28, 2005 7:02 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

6:45

**Maria Caschetta**

**From:** Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, March 01, 2005 4:41 PM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

In @ 7:30
Out @ 4:30

I got busy and forgot to sent this morning.

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:     Wednesday, March 02, 2005 4:02 PM
To:       mariacaschetta@advantamedicalsolutions.com
Cc:       Brown, Diana A Ms WRAMC-Wash DC

Subject: Attendance

I apologizes for not sending an email when I arrived--I got pulled into a discussion (regarding Radiation Oncology encounters) as soon as I walked in the door.

In @ 7

Out @ 4

**Maria Caschetta**

**From:**     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:**     Thursday, March 03, 2005 7:18 AM
**To:**       mariacaschetta@advantamedicalsolutions.com
**Cc:**       Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

7

Maria Caschetta

From:       Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:       Thursday, March 03, 2005 3:12 PM
To:         mariacaschetta@advantamedicalsolutions.com
Cc:         Brown, Diana A Ms WRAMC-Wash DC
Subject: RE: Attendance

3:30 GOING TO BLDG 2 FIRST, THEN LEAVING FOR THE DAY


From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, March 03, 2005 7:18 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7

Maria Caschetta

From:      Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:      Tuesday, March 08, 2005 4:06 PM
To:        mariacaschetta@advantamedicalsolutions.com
Cc:        Brown, Diana A Ms WRAMC-Wash DC
Subject:   Attendance

4

Maria Caschetta

| | |
|---|---|
| From: | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| Sent: | Wednesday, March 09, 2005 7:50 AM |
| To: | mariacaschetta@advantamedicalsolutions.com |
| Cc: | Brown, Diana A Ms WRAMC-Wash DC |
| Subject: | Attendance |

6:30

**Maria Caschetta**

From:     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

Sent:     Thursday, March 10, 2005 5:18 PM

To:       mariacaschetta@advantamedicalsolutions.com

Cc:       Brown, Diana A Ms WRAMC-Wash DC

**Subject:** RE: Attendance

5:15

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Thursday, March 10, 2005 8:01 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

7

Maria Caschetta

**From:**     Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:**     Thursday, March 10, 2005 8:01 AM
**To:**       mariacaschetta@advantamedicalsolutions.com
**Cc:**       Brown, Diana A Ms WRAMC-Wash DC
**Subject:**  Attendance

7

# JEX 7



# Advanta Medical Solutions, LLC
## Biweekly Time

CONFIDENTIAL

Period
Covered: 11/06/04    TO    11/19/04

Employee
Name: **RADTKE, KATHY**

| ACCOUNT | | | PAY | WEEK ONE | | | | | | | REG |
| ACCT. | TASK | DESCRIPTION | TYPE | 6 SAT | 7 SUN | 8 MON | 9 TUE | 10 WED | 11 THU | 12 FRI | HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 265 | 013 | OCL – Claims Rev. | R | | | 177 | 194 | 50 | 47 | 100 | |
| | 0 | Record Count | R | | | | | 44 | 45 | 63 | |
| | 0 | Record Count | R | | | | | 100 | 99 | 100 | |
| | 0 | Record Count | R | | | | | 100 | | | |
| | 0 | Record Count | R | | | | | | | | |
| | 0 | Record Count | R | | | | | | | | |

| WEEK TWO | | | | | | | REG |
| 13 SAT | 14 SUN | 15 MON | 16 TUE | 17 WED | 18 THU | 19 FRI | HRS |
|---|---|---|---|---|---|---|---|
| | | 211 | 243 | off | 249 | 200 | |

TOTALS
IN
OUT
IN
OUT

I certify that the information contained hereon is complete and accurate and is part of my knowledge

Employee Signature

Supervisor Approval

Customer Verification

Remarks:

Expert Production 00146

- 254 -

ant By: DiLorenzo TRICARE Health Clinic; 1 703 692 6198;   Mar 1 05 2:10PM;   Page 26/4 of 423

CONFIDENTIAL

## Advanta Medical Solutions, LLC

### Biweekly Time

Name: **RADTKE, KATHY**

Dates: 11/20/04 TO 12/03/04

Clock: **900355**

| ACCT. | TASK | DESCRIPTION | | WEEK ONE | | | | | | | | REG HRS | | WEEK TWO | | | | | | | | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENTAGON-213 | | | 20 SAT | 21 SUN | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | | | 27 SAT | 28 SUN | 29 MON | 30 TUE | 01 WED | 02 THU | 03 FRI | | REG HRS | TTL HRS |
| Ipatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0 |
| npatient | Auditing | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| npatient | | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0 |
| npatient | Training | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| npatient | | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Coding | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| IPV | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| IPV | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Auditing | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| IPV | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| IPV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | | 5.00 | | 2.00 | | | 11.00 | | 7.00 | | 6.00 | 7.00 | 5.00 | 4.00 | | 29.00 | 40.00 |
| Outpt | | Record Count | 18 | | 24 | 26 | | | | 68 | | 30 | | 26 | 35 | 28 | 20 | | 139 | 207 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | | Training prov, sep. from appl | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying, etc | 4.00 | | 4.00 | 3.00 | 6.00 | | | 13.00 | | 1.00 | | 2.00 | 1.00 | 3.00 | 4.00 | | 11.00 | 24.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | 8.00 | | 8.00 | | | | | | | | | 0.00 | 8.00 |
| | | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL H'OURS** | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 32.00 | | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 72.00 |

Week 2 11/29 in processing. 11/30 training CHCS 2 hours.
12/1 training and visitors badge 1 hour
12/2 HIPAA training 3 hours 12/3 5 hours in BMAR

Supervisor Approval

Approval

I certify that the information contained herein is complete and ... LOG

Employee Signature

Expert Production 00149

- 255 -



# Advanta Medical Solutions, LLC
## Biweekly Time

CONFIDENTIAL

**Employee Name:** RADTKE, KATHY

**Period:** 11/20/04 TO 12/03/04

*If Correcting Timesheet,*
*Original Timesheet Date:*

| Dept | Clock |
|------|-------|
|      | 0     |

### ACCOUNT

| CCT. | TASK | DESCRIPTION | PAY TYPE | WEEK ONE 20 SAT | 21 SUN | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | REG HRS |
|------|------|-------------|----------|-----|-----|-----|-----|-----|-----|-----|---------|
| 63 | 013 | OCL - Claims Rev. | R |  |  |  |  |  |  |  |  |
| 0 |  | Record Count |  |  |  |  |  |  |  | 100 | 100 |
| 0 |  | Record Count | R |  |  |  |  |  |  |  |  |
| 0 |  | Record Count | R |  |  |  |  |  |  |  |  |
| 0 |  | Record Count | R |  |  |  |  |  |  |  |  |
| 0 |  | Record Count | R |  |  |  |  |  |  |  |  |
|  |  | TOTALS IN / OUT / IN / OUT |  |  |  |  |  |  |  | 100 |  |

| WEEK TWO 27 SAT | 28 SUN | 29 MON | 30 TUE | 1 WED | 2 THU | 3 FRI | REG HRS | TTL HRS | NB Billable |
|-----|-----|-----|-----|-----|-----|-----|---------|---------|-------------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 100 |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | 100 |  |

**Remarks:** Batch was not in order in computer. Took an extreme amt of time to make sure it was complete and correct.

I certify that the information contained hereon is complete and accurate to the best of my knowledge.

_____
Employee Signature

_____
Supervisor Approval

_____
Customer Verification

Expert Production 00148

CONFIDENTIAL

## Advanta Medical Solutions, LLC

**Biweekly Time**

Name: RADTKE, KATHY

Dates: 12/04/04 To 12/17/04

Clock: 900355

| ACCT | TASK | DESCRIPTION | | 04 SAT | 05 SUN | 06 MON | 07 TUE | 08 WED | 09 THU | 10 FRI | REG HRS | 11 SAT | 12 SUN | 13 MON | 14 TUE | 15 WED | 16 THU | 17 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WEEK ONE | | | | | | | | | WEEK TWO | | | | | |
| PENTAGON-2213 | | | | | | | | | | | | | | | | | | | | |
| Inpatient | Coding | Hours | | | | | | | | | | | | | | | | | 0.00 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours as training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | #### |
| APV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | | 7.00 | 5.00 | 4.00 | 4.00 | 3.00 | 23.00 | | | 5.00 | 5.50 | 4.50 | 3.00 | 2.00 | 20.00 | 43.00 |
| Outpt | | Record Count | | | 68 | 60 | 65 | 35 | 35 | 253 | | | 65 | 75 | 60 | 40 | 35 | 275 | 528 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from acct | | | | | | | | | 0.00 | | | | | | | 4.00 | 4.00 | 4.00 |
| Outpt | Training | Hours in training, orientation | | | | | 2.00 | | 4.00 | | 6.00 | | | | | | 4.00 | | 4.00 | 10.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | 2.00 | | 4.00 | | | 6.00 | | | 2.00 | 2.50 | 3.50 | 1.00 | 9.00 | 15.00 |
| Outpt | Meeting | Hours | | | | | | | 1.00 | | 1.00 | | | | | | | | 0.00 | 1.00 |
| Outpt | Checking | Hours verifying codes | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | 1.00 | 1.00 | 2.00 | | | | 4.00 | | | 1.00 | | | | 2.00 | 3.00 | 7.00 |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

98.2

Meeting = w/ Captain Franklin, Training = Pgui, ICD9 and Command Orientation.
Admin = working on excel spreadsheets for providers. Training for week 2 = CPR 4 hrs
Down time for week 2 completion of inprocessing. Productivity is fluxuating because there is a decrease in patients seen due to holiday leave.
The fluxuation is slight but it is decreasing. Also in Admin, working of
on provider education. Holiday lunch for 2 hours
Thursdays are training days and only 1/2 day of patients.

Supervisor Approval _____

I certify that the information contained herein is complete and

_____ Employee Signature

Production 00151

CONFIDENTIAL
Expert Production 00271

# Advanta Medical Solutions, LLC

## Biweekly Time

Name: RADTKE, KATHY

Clock 900355

Dates 12/18/04 to 12/31/04

| ACCT. | TASK | DESCRIPTION | | 18 SAT | 19 SUN | 20 MON | 21 TUE | 22 WED | 23 THU | 24 FRI | REG HRS | 25 SAT | 26 SUN | 27 MON | 28 TUE | 29 WED | 30 THU | 31 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WEEK ONE | | | | | | | | | WEEK TWO | | | | | |
| Inpatient | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & review providers | | | 5.00 | 5.00 | 5.00 | | | | 15.00 | | | | | | 6.00 | | 6.00 | 21.00 |
| Outpt | | Record Count | | | 50 | 60 | 70 | | | | 100 | | | | | | 100 | | 100 | 280 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, macros etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | 3.00 | 3.00 | 3.00 | | | | 9.00 | | | | | 2.00 | | | 2.00 | 11.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | 8.00 | 8.00 | 8.00 | | | | | | | 8.00 | 8.00 | 16.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 16.00 | 48.00 |

away. Spent time on educational work and provider
worksheets. Off 12-23 04 thru 12-29.

I certify that the information contained hereof is complete and

Supervisor Approval

Employee Signature

- 258 -

CONFIDENTIAL
Expert Production 00273

# Advanta Medical Solutions, LLC

## Biweekly Time

Name: RADTKE, KATHY

Clock: 900355

| ltes 01/01/05 TO 01/14/05 | DESCRIPTION | | 01 SAT | 02 SUN | WEEK ONE 03 MON | 04 TUE | 05 WED | 06 THU | 07 FRI | REG HRS | 08 SAT | 09 SUN | 10 MON | 11 TUE | WEEK TWO 12 WED | 13 THU | 14 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENTAGON -213 | TASK | | | | | | | | | | | | | | | | | | |
| ACCT | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| patient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| patient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| patient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| patient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Adm | Hours coord. copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Downtime | Hours | | | | | | | | 0.00 | 1 | | | | | | | 0.00 | 0.00 |
| PV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| PV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord. copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | Coding | Hours coding & applying providers | | | 5.00 | 6.00 | 7.00 | 5.00 | 6.50 | 29.50 | | | 6.50 | 7.50 | 7.50 | 3.00 | 3.00 | 27.50 | 57.00 |
| supl | | Record Count | | | 77 | 143 | 172 | 75 | 120 | 587 | | | 132 | 155 | 178 | 70 | 68 | 603 | 1190 |
| supl | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| supl | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| supl | Developing | Hours templates, sup+bills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | | Training prov. supp. form avot | | | | | | | | 0.01 | | | | | | | | 0.00 | 0.00 |
| supl | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | Adm | Hours coord. copying, etc | | | 3.00 | 2.00 | 1.00 | 3.00 | 1.50 | 10.50 | | | 1.50 | 0.50 | 0.50 | 5.00 | 5.00 | 12.50 | 23.00 |
| supl | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| supl | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

most admin time was devoted to physician training prep. Some devoted to chargepards.

Supervisor Approval

Employee Signature

I certify that the information contained herein is complete and true.

- 259 -



Expert Production 00275
CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Time

Name: RADTKE, KATHY

Dates: 01/15/05 to 01/28/05

Clock 900355

| ACCT. | TASK | DESCRIPTION | 15 SAT | 16 SUN | 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | REG HRS | 22 SAT | 23 SUN | 24 MON | 25 TUE | 26 WED | 27 THU | 28 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENTAGON-213 | | | | | | | | | | | | | | | | | | | |
| Inpatient | Count | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 46.00 |
| APV | Downtime | Hours | | | | 4.50 | 5.50 | | 5.50 | 15.50 | | | 7.50 | 7.00 | | 8.00 | 6.00 | 30.50 | 1068 |
| Outpt | Coding | Hours coding & verifying providers | | | | 101 | 123 | | 131 | 355¹ | | | 173 | 165 | | 200 | 213 | 751 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 1.00 |
| Outpt | Training | Hours in training, orientation | | | | 1.00 | 1.00 | | 1.00 | 6.00 | | | 0.50 | 1.00 | | | | 1.50 | 7.50 |
| Outpt | Adm | Hours coord, copying,etc | | | | 3.50 | 1.50 | | 1.50 | 1.50 | | | | | | | | 0.00 | 1.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 32.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 32.00 | 64.00 |

Remarks: Completed all records from time that I was
inauguration
for corruption
sheets for

Completed all records from time that I was
Out sick on 1/26

See production sheets for explanations.

Supervisor Approval

I certify that the information contained herein is complete and
accurate, and the total hours worked agree with the Daily Time
Line.

Employee Signature

**- 261 -**

CONFIDENTIAL

## Advanta Medical Solutions, LLC

### Biweekly Time

Name: **RADTKE, KATHY**

Dates: 01/29/05 TO 02/11/05

Check **900355**

| PENTAGON-213 | | | 29 SAT | 30 SUN | 31 MON | 01 TUE | 02 WED | 03 THU | 04 FRI | REG HRS | 05 SAT | 06 SUN | 07 MON | 08 TUE | 09 WED | 10 THU | 11 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT | TASK | DESCRIPTION | | | | | | | | | | | | | | | | | | |
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | #### |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.10 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 34.75 | 66.75 |
| Outpt | Coding | Hours coding & surf/hrs providers | | | 7.00 | 6.00 | 6.00 | 7.00 | 6.00 | 32.00 | | | 6.50 | 6.75 | 7.50 | 7.50 | 6.50 | 789 | 1486 |
| Outpt | | Record Count | | | 152 | 127 | 134 | 151 | 133 | 697 | | | 145 | 156 | 170 | 167 | 151 | 0.00 | 0.00 |
| Outpt | Data Entry | Hours | | | | | | | | 0.10 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | 1.00 | 2.00 | 2.00 | 1.00 | 2.00 | 8.00 | | | 1.50 | 1.25 | 0.50 | 0.50 | 1.50 | 5.25 | 13.25 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | hours verifying coders | | | | | | | | 0.00 | | | | | | | | 6.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

Remarks: Charts are starting to pick up. Working on entering into onto spread sheets.

_Supervisor Approval_

I certify that the information contained herein is complete and accurate, and that actual hours worked agree with the Daily Time Log.

_Employee Signature_

CONFIDENTIAL
Expert Production 00280

# Advanta Medical Solutions, LLC

## Biweekly Time

Name: RADTKE, KATHY

Dates: 02/12/05 TO 02/25/05

Clock 900355

| ACCT. | TASK | DESCRIPTION | | 12 SAT | 13 SUN | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | REG HRS | 19 SAT | 20 SUN | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WEEK ONE | | | | | | | | | | | | | |
| Inpatient | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0 | #### |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| APV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours | | | 7.50 | 7.50 | 6.00 | 7.00 | 7.00 | | 35.00 | | | 6.00 | 7.00 | 7.00 | 7.00 | | 27.00 | 62.00 |
| Outpt | | Record Count & verifying providers | | | 172 | 167 | 136 | 167 | 159 | | 791 | | | 135 | 153 | 165 | 147 | | 590 | 1381 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 178 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0 | #### |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | 0.50 | 0.50 | 2.00 | 1.00 | 1.00 | | 5.00 | | | 2.00 | 1.00 | 1.00 | 1.00 | | 5.00 | 10.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | | 0.00 | | 8.00 | | | | | | 8.00 | 8.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00 | |

Remarks: 2/22 - future medicare

Supervisor Approval

I certify that the attempted hours contained therein are correct and accurate, and the total hours approved agree with my Daily Time.

Employee Signature

Expert Production 00282

CONFIDENTIAL

## Advanta Medical Solutions, LLC

### Biweekly Time

Dates 02/26/05 TO 03/11/05   Name: RADTKE, KATHY

Clock 900355



| ACCT | TASK | DESCRIPTION | 26 SAT | 27 SUN | 28 MON | 01 TUE | 02 WED | 03 THU | 04 FRI | REG HRS | 05 SAT | 06 SUN | 07 MON | 08 TUE | 09 WED | 10 THU | 11 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Coding | Record Count | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Record Count | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Record Count | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord. copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | 7.00 | 7.00 | 6.00 | 7.00 | 6.00 | 33.00 | 57.50 |
| APV | Coding | Hours patient & verifying providers | | | | 6.00 | 6.00 | 5.00 | 7.50 | 24.50 | | | 51 | 176 | 148 | 159 | 130 | 764 | 189 |
| APV | Coding | Record Count | | | | 135 | 163 | 125 | 173 | 596 | | | | | | | | | 1360 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, mon audit | | | | | | 2.00 | | 2.00 | | | | | | | | 0.00 | 2.00 |
| Outpt | Training | Hours in training, orientation | | | | 2.00 | 2.00 | 1.00 | 0.50 | 5.50 | | | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 5.00 | 10.50 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | | | | | | | | | | |
| | | HOLIDAY | | | | | | | | | | | | | | | | | |
| | | SICK | | | snow | | | | | | | | | | | | | | |
| | | TOTAL HOURS | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 6.00 | 38.00 | 70.00 |

Remarks: Monday snow if I have time accrued I would like to use it if not that is fine. *
Preparation of material for class on Thursday
Days bank

I certify that the information contained herein is complete and accurate and that the total hours worked agree with the (net) time log.

_Kathryn D. Radtke, CPC_

_Supervisor Approval_

Expert Production 00284
CONFIDENTIAL

Advanta Medical Solutions, LLC

Biweekly Time

Name: RADTKE, KATHY

Date: 03/1/2/05    To    03/25/05

Clock: 900355

| ACCT | TASK | DESCRIPTION | 12 SAT | 13 SUN | 14 MON | 15 TUE | 16 WED | 17 THU | 1R FRI | REG HRS | 19 SAT | 20 SUN | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | #### |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | 7.00 | 6.00 | 8.00 | 8.00 | 8.00 | 37.00 | | | 8.00 | 8.00 | 6.00 | 6.00 | 7.00 | 35.00 | 72.00 |
| Outpt | Coding | Hours among & verifying providers | | | 145 | 136 | 180 | 157 | 162 | 760 | | | 175 | 159 | 123 | 130 | 145 | 729 | 1489 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 6.00 | 0.00 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | | |
| Outpt | Developing | Hours templates, reminders etc | | | | | | | | 0.00 | | | | | | | | 2.00 | 2.00 |
| Outpt | Training | Training prov. sep. form audit | | | | | | | | 0.00 | | | | | 2.00 | 2.00 | -1.00 | 1.00 | 1.00 |
| Outpt | Training | Hours in training, orientation | | | 2.00 | | | | | 3.00 | | | | | | | | 0.00 | 5.00 |
| Outpt | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | | |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

Remarks: Provider training, and a promotion ceremony Also prep for provider training.

Supervisor Approval

I certify that the information contained herein is complete and
accurate and the hours worked agree with the Daily Time
Log

Employee Signature

CONFIDENTIAL
Expert Endorsement for Mal Franklin

## Advanta Medical Solutions, LLC

### Biweekly Time

Dates: 03/26/05 TO 04/08/05    Name: RADTKE, KATHY

Clock: 900355

| | | | | | WEEK ONE | | | | | | | | | | WEEK TWO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PENTAGON -213 | | DESCRIPTION | 26 SAT | 27 SUN | 28 MON | 29 TUE | 30 WED | 31 THU | 01 FRI | REG HRS | 02 SAT | 03 SUN | 04 MON | 05 TUE | 06 WED | 07 THU | 08 FRI | REG HRS | TTL HRS |
| ACCT. | TASK | | | | | | | | | | | | | | | | | | |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | 7.00 | 6.00 | 6.00 | 6.50 | 6.50 | | 32.00 | | 7.00 | 8.00 | 7.50 | 6.00 | 5.00 | | 33.50 | 65.50 |
| Outpt | | Record Count | | 153 | 137 | 160 | 151 | 130 | | 731 | | 147 | 165 | 159 | 140 | 137 | | 748 | 731 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, supabills etc | | 1.00 | 2.00 | 2.00 | 1.50 | 6.50 | | 6.50 | | 1.00 | | 0.50 | 1.00 | 3.00 | | 5.50 | 12.00 |
| Outpt | Training | Training pnw sep from audt | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | 1.50 | 1.50 | | | | | 1.00 | | | 1.00 | 2.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Overtime | | Provider queries | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

Super bill and explanatory for Mal Franklin

Supervisor Approval

I certify that the information contained herein is correct and accurate

Employee Signature

CONFIDENTIAL
Expert Production 00209

## Advanta Medical Solutions, LLC
### Biweekly Time

RADTKE, KATHY

900355

PENTAGON - 213

| ACCT. | TASK | DESCRIPTION | 09 SAT | 10 SUN | 11 MON | 12 TUE | 13 WED | 14 THU | 15 FRI | REG HRS | 16 SAT | 17 SUN | 18 MON | 19 TUE | 20 WED | 21 THU | 22 FR. | REG HRS | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | |
| npatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 |
| npatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 |
| npatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 | 0 |
| npatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| npatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Coding | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 | 0 |
| APV | | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 | 0 |
| APV | | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 | 0 |
| APV | | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| APV | Downtime | Hours | 6.50 | | 7.00 | 6.00 | 6.00 | 6.00 | | 31.50 | | | 6.00 | 6.50 | 7.00 | 7.00 | 7.00 | 33.50 | 65.00 |
| Outpt | Coding | Hours coding & verifying providers | 145 | | 152 | 127 | 131 | 139 | | 694 | | | 126 | 137 | 151 | 144 | 150 | 708 | 1402 |
| Outpt | | Record Count | | | | | | | | 0.20 | | | | | | | | 0.00 | 0.00 |
| Outpt | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, manuals etc | | | 1.00 | | | | | | | | 2.00 | 1.50 | 1.00 | 1.00 | | 5.50 | 5.50 |
| Outpt | Training | Training prior sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 0.50 | | 1.00 | 2.00 | 2.00 | 2.00 | | 7.50 | | | | | | | 1.00 | 1.00 | 7.50 |
| Outpt | Meeting | Hours | 1.00 | | | | | | | 1.00 | | | | | | | | 0.00 | 2.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

Remarks: Super bill and Farewell ceremony for Lt Col Abbodini.

I certify that the information contained herein is complete and accurate, and that total hours worked agree with the Daily Time card.

Expert Production 00277

CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Time

Name: **RADTKE, KATHY**

Dates: 04/23/05  TO  05/06/05

Clock: **900355**

| ACCT | TASK | DESCRIPTION | 23 SAT | 24 SUN | 25 MON | 26 TUE | 27 WED | 28 THU | 29 FRI | REG HRS | REG | 30 SAT | 01 SUN | 02 MON | 03 TUE | 04 WED | 05 THU | 06 FRI | REG HRS | REG | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WEEK ONE | | | | | | | WEEK TWO | | | | | | |
| | PENTAGON-213 | | | | | | | | | | | | | | | | | | | | |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Inpatient | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0 | | 0 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 6.00 | | 7.00 | SICK | 7.50 | 6.75 | | 27.25 | | 7.00 | 7.00 | 4.00 | 6.00 | 6.50 | | | 30.50 | | 57.75 |
| Outpt | | Record Count | 129 | | 135 | 0 | 167 | 150 | | 581 | | 151 | 160 | 87 | 138 | 140 | | | 674 | | 1255 | 174 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| Outpt | Developing | Hours templates, macro/bits etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | Training | Training prov. sep. from auds | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| Outpt | Adm | Hours coord, copying, etc | 2.00 | | 1.00 | | 0.50 | 1.25 | | 4.75 | | 1.00 | 1.00 | | 2.00 | 1.50 | | | 5.50 | | 10.25 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | 1.00 | | | | 1.00 | | 1.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | 3.00 | | | | 3.00 | | 3.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | | 0 | | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | | 0.00 | | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 8.50 | 8.00 | 32.00 | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | | 72.00 |

Remarks:  Superbill and physician sheets
Walter Read meeting on Wed.  Down time was due to travel for the meeting.

_Monica McCann_
Supervisor Approval

_Kathy A. Radtke, CPC_
Employee Signature

I certify that the information contained herein is complete and accurate, and that the total hours worked agree with the Daily Time Log.

CONFIDENTIAL
Expert Production 0023

# Advanta Medical Solutions, LLC
## Biweekly Time

Name: RADTKE, KATHY

Dates: 05/07/05 TO 05/20/05

Check 900355

| ACCT. TASK | DESCRIPTION | 07 SAT | 08 SUN | 09 MON | 10 TUE | 11 WED | 12 THU | 13 FRI | REG HRS | 14 SAT | 15 SUN | 16 MON | 17 TUE | 18 WED | 18 THU | 20 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV Training | Hours in training, detention | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt Coding | Hours | | | OUT | 5.00 | 6.50 | 7.00 | 7.00 | 25.50 | | | 7.00 | 6.50 | 6.75 | 6.00 | 7.00 | 33.25 | 58.75 |
| Outpt | Record Count | | | | 135 | 142 | 155 | 160 | 592 | | | 150 | 146 | 153 | 137 | 158 | 744 | 1336 |
| Outpt Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt Auditing | Hours auditing providers | | | | 2.00 | | 1.00 | 0.50 | 3.50 | | | 1.50 | 1.50 | 1.50 | 1.75 | 1.00 | 7.25 | 10.75 |
| Outpt | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt Developing | Hours templates superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt Training | Hours in training, orientation | | | | 1.50 | 0.50 | 1.00 | 1.00 | 4.00 | | | 0.50 | 1.00 | 0.75 | 1.25 | 0.50 | 4.00 | 8.00 |
| Outpt Adm | Hours coord, copying etc | | | | 2.50 | | | | 2.50 | | | | | | | | 0.00 | 2.50 |
| Outpt Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | HOLIDAY | | | | | | | | | | | | | | | | | |
| | SICK | | | | | | | | | | | | | | | | | |
| | TOTAL HOURS | 0.00 | 0.00 | 9.00 | 9.00 | 9.00 | 9.00 | 8.50 | 35.50 | | 9.00 | 9.00 | 9.00 | 9.00 | 9.00 | 8.50 | 44.50 | 80.00 |

Remarks: Superbill and physician sheets
Training ROTC intern on basic coding rules
Made up time from Monday 5/9. Worked on reporting for CHCS II to find missing encounters.

Supervisor Approval _____

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Employee Signature _____

CONFIDENTIAL
Expert Production 00216



Advanta Medical Solutions, LLC

Biweekly Time

Dates  05/21/05  TO  06/03/05  Name:  RADTKE, KATHY

Clock  900355

| ACCT | TASK | DESCRIPTION | 21 SAT | 22 SUN | 23 MON | 24 TUE | 25 WED | 26 THU | 27 FRI | 28 SAT | 29 SUN | 30 MON | 31 TUE | 01 WED | 02 THU | 03 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | |
| Inpatient | Coding | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying, etc | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | Coding | Hours | | | | | | | | | | | | | | 1 | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | | | | | | | 0 | #### |
| PV | Data Entry | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| PV | Auditing | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| PV | Training | Hours in training, orientation | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord, copying, etc | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Coding | Hours coding & verifying procedures | | | 7.00 | 7.00 | 6.50 | 6.00 | 7.00 | | | 7.00 | 6.00 | 6.00 | | | 19.00 | 52.50 |
| utpt | | Record Count | | | 137 | 142 | 126 | 119 | 150 | | | 140 | 120 | 120 | | | 366 | 1050 |
| utpt | Data Entry | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| utpt | Auditing | Hours auditing providers | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | | Record Count | | | | | | | | | | | | | | | 0 | 0 |
| utpt | Developing | Hours templates, payrolls, etc | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Training | Training prov, sup, fom audit | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Training | Hours in training, orientation | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Adm | Hours coord, copying, etc | | | 1.00 | 1.00 | 1.50 | 2.00 | 1.00 | | | 1.00 | 0.50 | 1.00 | | | 2.50 | 4.0 |
| utpt | Meeting | Hours | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Checking | Hours verifying coders | | | | | | | | | | | | | | | 0.00 | 0.00 |
| utpt | Downtime | Hours | | | | | | | | | | | | 1.50 | 1.00 | | | 2.50 | 2.50 |
| varies | | # provider queries | | | | | | | | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | | | | | | | | A.M. | |
| | | HOLIDAY | | | | | | | | 8.00 | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | 40.00 | 8.00 |

Remarks:    Vacation 0/3, 6/6, and 0/7
5/30 Memorial Day
Badge expired and time spent each morning from 8/1 and 6/2 waiting for escort.
see downtime.

Supervisor Approval

Employee Signature

- 270 -

Expert (Consultant_) 0029
CONFIDENTIAL

## Advanta Medical Solutions, LLC
### Biweekly Time

Dates: 06/04/05 TO 06/17/05  Name: RADTKE, KATHY

Check 900355

PENTAGON-213

| ACCT. | TASK | DESCRIPTION | 04 SAT | 05 SUN | 06 MON | 07 TUE | 08 WED | 09 THU | 10 FRI | REG HRS | 11 SAT | 12 SUN | 13 MON | 14 TUE | 15 WED | 16 THU | 17 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | #### |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | 7.00 | 7.00 | 7.00 | 21.00 | | | 6.50 | 7.00 | 7.00 | 7.00 | 6.75 | 34.25 | 55.25 |
| Outpt | Coding | Hours coding & verifying providers | | | | | 116 | 125 | 121 | 362 | | | 127 | 136 | 132 | 140 | 135 | 670 | 1032 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. sep. from staff | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | 1.00 | 1.00 | 1.00 | 3.00 | | | 1.50 | 1.00 | 1.00 | 1.00 | 1.25 | 5.75 | 8.75 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 16.00 | | | | | | | | 0.00 | 16.00 |
| | | VACATION | | | 8.00 | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 80.00 |

Remarks: vacation 6/6 and 6/7

Supervisor Approval

Employee Signature

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily time log

CONFIDENTIAL
Expert Production 00219

Advanta Medical Solutions, LLC

Biweekly Time

Dates 06/18/05 TO 07/01/05   Name: RADTKE, KATHY

Clock 900355

| PENTAGON -213 | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | TTL |
| ACCT. | TASK | DESCRIPTION | 18 SAT | 19 SUN | 20 MON | 21 TUE | 22 WED | 23 THU | 24 FRI | REG HRS | 25 SAT | 26 SUN | 27 MON | 28 TUE | 29 WED | 30 THU | 01 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | #### |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | | 8.00 | | 5.00 | | 8.00 | 21.00 | | | 5.00 | 4.50 | 4.50 | 4.50 | 4.50 | 23.00 | 44.00 |
| Outpt | | Record Count | | | 130 | | 126 | | 136 | 392 | | | 70 | 65 | 72 | 67 | 82 | 356 | 740 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | 8.00 | | 16.00 | | | | | | | | | 16.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 8.00 | 8.00 | 6.00 | 8.00 | 8.00 | 37.00 | | | 5.00 | 4.50 | 4.50 | 4.50 | 4.50 | 23.00 | 60.00 |

Remarks:

Supervisor Approval

Supervisor Approval

Employee Signature

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Expert Production 00220
CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

**Employee Name:** RADTKE, KATHY

**Period Covered:** 18-Jun-05   to   1-Jul-05

**Dept:** 001   **Clock:** 900355



| ACCT. | TASK | DESCRIPTION | PAY TYPE | 18 SAT | 19 SUN | 20 MON | 21 TUF | 22 WED | 23 THU | 24 FRI | REG HRS | 25 SAT | 26 SUN | 27 MON | 28 TUF | 29 WED | 30 THU | 01 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 003 | Kaiser (OC) | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| 470 | 010 | Kaiser (training) | R | | 4.00 | 4.00 | 4.00 | | | | 12.00 | | 2.50 | 0.50 | 0.50 | 0.50 | 0.50 | 3.50 | 2.50 | 14.50 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.0 | 0.0 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTALS** | | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 12.00 | 0.00 | 3.00 | 4.00 | 4.00 | 4.00 | 4.00 | 3.50 | 19.00 | 31.00 |

I verify that the information contained hereout is complete and accurate to the best of my knowledge.

Customer Verification

Employee Signature

Supervisor's Approval

**Remarks:**

CONFIDENTIAL
Expert Production 00322

## Advanta Medical Solutions, LLC

### Biweekly Time

Dates 07/02/05 TO 07/15/05  Name: RADTKE, KATHY

Clock 900355

*(handwritten: 1529 ad)*

**PENTAGON -213**

| ACCT. | TASK | DESCRIPTION | 02 SAT | 03 SUN | 04 MON | 05 TUE | 06 WED | 07 THU | 08 FRI | REG HRS | 09 SAT | 10 SUN | 11 MON | 12 TUE | 13 WED | 14 THU | 15 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WEEK ONE | | | | | | WEEK TWO | | | | | |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Coding | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Coding | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & employs providers | | | | 4.00 | 4.00 | 4.00 | 4.00 | 16.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 36.00 |
| Outpt | Coding | Record Count | | | | 65 | 70 | 75 | 78 | 288 | | | 76 | 80 | 71 | 85 | 85 | 400 | 688 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep. from / Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | 8.00 | | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 0.00 | 8.00 | 8.00 | 4.00 | 4.00 | 4.00 | 4.00 | 24.00 | 0.00 | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 44.00 |

Supervisor Approval: *(signature)*

Employee Signature: *Kathy A. Radtke, CPC (signature)*

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Remarks:

CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period
Convert: 2-Jul-05 TO 15-Jul-05

Employee Name: RADTKE, KATHY

Dept 001   Clock 0

| ACCOUNT | | | DESCRIPTION | PAY TYPE | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | | | 02 SAT | 03 SUN | 04 MON | 05 TUE | 06 WED | 07 THU | 08 FRI | REG HRS | | 09 SAT | 10 SUN | 11 MON | 12 TUE | 13 WED | 14 THU | 15 FRI | REG HRS | FTL HRS | Billable |
| 470 | PTO | Kaiser | Kaiser | R | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.50 | 10.50 | | | | 4.00 | 4.00 | 4.00 | 4.50 | 4.00 | 20.50 | 37.00 | |
| | 002 | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | R | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | | | | H | | | | | | 0.00 | | | | | | | | | 0.0 | 0.0 | |
| | | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| | | | VACATION | V | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | SICK | S | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.50 | 16.50 | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.50 | 4.00 | 20.50 | 37.00 | |

Customer Verification _____

I certify that the hours are and all achievements
correct and are paid directly and they enter to my knowledge

_____ Employee Signature

_____ Supervisor's Approval

Remarks: _____

CONFIDENTIAL
Expert Production Request

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 16-Jul-05 TO 29-Jul-05

Employee Name: RADTKE, KATHY

Dept: 001  Clock: 900355

| ACCT. | TASK | DESCRIPTION | PAY TYPE | 16 SAT | 17 SUN | 18 MON | 19 TUE | 20 WED | 21 THU | 22 FRI | REG HRS | 23 SAT | 24 SUN | 25 MON | 26 TUE | 27 WED | 28 THU | 29 FRI | REG HRS | TTL HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 003 | Kaiser (OC) | R | | | 4.00 | 4.00 | 4.00 | 4.50 | 4.00 | 20.50 | | | 5.00 | 4.25 | 4.25 | 4.50 | 4.00 | 22.00 | 42.50 | |
| | | Record Count | | | | | | | | | 104 | | | 97.00 | 15.00 | 20.00 | 30.00 | 19.00 | 181 | 285 | |
| 470 | 010 | Kaiser (training) | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.50 | 4.50 | 4.00 | 20.50 | 0.00 | 5.00 | 4.25 | 4.25 | 4.50 | 4.00 | 22.00 | 42.50 | |

Customer Verification.

I certify that the information contained herein is correct.

Employee Signature

Supervisor Approval

Remarks:

CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

**Employee Name:** RADTKE, KATHY

**Period:** 16-Jul-05 TO 29-Jul-05



| ACCOUNT PENTAGON | | DESCRIPTION | PAY TYPE | WEEK ONE | | | | | | | | REG HRS | WEEK TWO | | | | | | | | REG HRS | TTL. HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCT. | TASK | | | 16 SAT | 17 SUN | 18 MON | 19 TUE | 20 WED | 21 THU | 22 FRI | | | 23 SAT | 24 SUN | 25 MON | 26 TUE | 27 WED | 28 THU | 29 FRI | | | |
| зу | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| зу | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0 | 0 | |
| зу | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| зу | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| зу | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| зу | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| зу | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Coding | Hours coding & verifying providers | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | 40.00 |
| tpt | Data Entry | Hours | | 82 | 80 | 81 | 76 | 79 | 4.06 | | | 90 | 86 | 93 | 81 | 88 | 8.44 | 8.44 | | 168.8 |
| tpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Developing | Hours template's, reports etc | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| tpt | Training | Hours training, orientation audit | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Meeting | Hours training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| tpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0 | |
| eries | | # provider queries | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | SICK | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 | |
| | | **TOTAL HOURS** | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

Supervisor Approval

Employee Signature

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

**Remarks:**

CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Employee Name: RADTKE, KATHY

Period Covered: 30-Jul-05 TO 12-Aug-05

Dept _____  Clock _____



| ACCOUNT PENTAGON ACCT | TASK | DESCRIPTION | PAY TYPE | WEEK ONE 30 SAT | 31 SUN | 01 MON | 02 TUE | 01 WED | 04 THU | 05 FRI | REG HRS | WEEK TWO 06 SAT | 07 SUN | 08 MON | 09 TUE | 10 WED | 11 THU | 12 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | | 4.00 | 5.00 | 8.00 | 8.00 | 8.00 | 25.00 | | | 8.00 | 4.00 | 4.00 | 4.00 | 4.00 | 24.00 | 49.00 |
| Outpt | Data Entry | Hours | | | 85 | 95 | 95 | 186 | 200 | 557 | | | 190 | 95 | 89 | 88 | 96 | 558 | 1125 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | 0 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours template, operating, etc | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Training | Training prov, sup, mgr, audit | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | VACATION | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | SICK | | | 4.00 | | | | | | 4.00 | | | | | | | | | 4.00 | |
| | | TOTAL HOURS | | 0.00 | 0.00 | 4.00 | 5.00 | 8.00 | 8.00 | 8.00 | 29.00 | 0.00 | 8.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 24.00 | 53.00 |

REG HRS: 183.675  TTL HRS: 1125  #DIV/0!

I certify that the information contained herein is complete and accurate, and that total hours worked agree with the Daily Time Log.

Employee Signature: Kathy D. Radtke, CPC

Supervisor Approval: _____

Remarks: _____

70365261198   DTHC   Aug 15 05 08:42a   p.5

- 278 -



Expert Production 00229

CONFIDENTIAL    Expat Production 00231



# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period
Covered: 13-Aug-05    To    26-Aug-05

Employee Name: RADTKE, KATHY

Dept _____    Clock _____

| ACCOUNT | | | PAY TYPE | WEEK ONE | | | | | | | | REG HRS | WEEK TWO | | | | | | | | REG HRS | TTL HRS |
| PENTAGON | | DESCRIPTION | | 13 SAT | 14 SUN | 15 MON | 16 TUE | 17 WED | 18 THU | 19 FRI | | 20 SAT | 21 SUN | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | | |
| ACCT. | TASK | | | | | | | | | | | | | | | | | | | |
| APV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | | -0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | -0.00 | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding | | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 16.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 36.00 |
| Outpt | | | | | | 98 | 100 | 94 | 89 | | 381 | | | 87 | 99 | 106 | 116 | 112 | 591 | 991 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, providing, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours running, copy from audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | 4.00 | | 4.00 | | | | | | | | 0.00 | 4.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

Remarks: Friday 8/19 I was attending a funeral

Supervisor Approval _____

Employee Signature _____

I certify that the information contained herein is complete and accurate, and that the total hours worked agree with our Daily Time Log.

CONFIDENTIAL
Expert Production 00232



## Advanta Medical Solutions, LLC
## Biweekly Timesheet

Employee Name: RADTKE, KATHY

Dept: 001
Check: 900355

Period Covered: 13-Aug-05 TO 26-Aug-06

| ACCOUNT | | | | | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | PAY TYPE | 13 SAT | 14 SUN | 15 MON | 16 TUE | 17 WED | 18 THU | 19 FRI | REG HRS | 20 SAT | 21 SUN | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | REG HRS | TTL HRS | | | |
| 470 | 003 | Kaiser | R | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 16.00 | | | | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 36.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | 14.00 | 14.00 | 40.00 | 0.00 | | 54 | 54 | | | |
| | | | R | | | | | | | | 0.00 | | | 0.00 | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | 0 | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | | | |
| | | VACATION | V | | | | | | 4.0 | 4.00 | 4.00 | | | 4.00 | | | | | 0.0 | 4.00 | | | |
| | | HOLIDAY | H | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | SICK | S | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 | | | |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | | | |

Remarks: 8/19 I was attending a funeral.
Data entry and NRC's done this week. Not any coding to be completed. Folks who create reports are on vacation so no new cases have been lifted.
Some coding for second week. Still not much going on.

Customer Verification

I certify that the information represented here is complete and accurate that is of my workforce

_(signature)_ Employee Signature

_(signature)_ Supervisor's Approval

- 281 -

Expert P Reduction 00234
CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Employee Name: **RADTKE, KATHY**

Period covered: 27-Aug-05 TO 9-Sep-05

Dept _____   Clock _____



| ACCOUNT PENTAGON ACCT. | TASK | DESCRIPTION | PAY TYPE | 27 SAT | 28 SUN | 29 MON | 30 TUE | 31 WED | 01 THU | 02 FRI | REG HRS | 03 SAT | 04 SUN | 05 MON | 06 TUE | 07 WED | 08 THU | 09 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1PV | Coding | Hours | | | | 3.00 | 4.00 | 4.00 | 4.50 | 4.00 | 19.50 | | | | 6.00 | 4.00 | | 4.00 | 12.00 | 31.50 |
| 1PV | | | | | | 78 | 96 | 89 | 101 | 97 | 461 | | | | 83 | 79 | | 60 | 242 | 703 |
| 1PV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| 1PV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| 1PV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| 1PV | Adm | Hours accrd, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| 1PV | Meeting | Hours | | | 1.00 | | | | | | 1.00 | | | | | | | | 0.00 | 1.00 |
| 1PV | Downtime | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours accrd, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | | 0.00 | | | 4.00 | | | | | 4.00 | 4.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | 4.00 | | 4.00 | 4.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | | 4.00 |
| | | TOTAL HOURS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.50 | 4.00 | 20.50 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.50 |

Remarks: Downtime was due to a fire drill that lasted an hour.

Supervisor Approval: _(signed)_

Employee Signature: *Kathy A. Radtke, CPC*

I certify that the information contained herein is complete and correct, and the hours worked agree with the Daily Time Log.

Expert Production 00265
CONFIDENTIAL



# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Employee Name: RADTKE, KATHY

Period: (f) 27-Aug-05  To  9-Sep-05

Dept: 001     Check: 900355

**WEEK ONE**

| ACCOUNT | | DESCRIPTION | PAY TYPE | 27 SAT | 28 SUN | 29 MON | 30 TUE | 31 WED | 01 THU | 02 FRI | REG HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. 470 | TASK 003 | Kaiser | R | | | 4.00 | 4.00 | 4.00 | 3.50 | 4.00 | 19.50 |
| | | Record Count | | | | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16 |
| | | | R | | | | | | | | 0.00 |
| | | Record Count | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | | 0.0 |
| | | | | | | | | | | | 0 |
| | | Record Count | | | | | | | | | 0.00 |
| | | VACATION | V | | | | | | | | 0.00 |
| | | HOLIDAY | H | | | | | | | | 0.00 |
| | | SICK | S | | | | | | | | 0.00 |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 3.50 | 4.00 | 19.50 |

**WEEK TWO**

| | 03 SAT | 04 SUN | 05 MON | 06 TUE | 07 WED | 08 THU | 09 FRI | REG HRS | TTL HRS | MX BINDER |
|---|---|---|---|---|---|---|---|---|---|---|
| Kaiser | | | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 12.00 | 31.50 | 16 |
| Record Count | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 16 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.0 | 0.0 | |
| | | | | | | | | 0 | 0 | |
| | | | | | | | | 0.00 | 0.00 | |
| VACATION | | | 4.0 | | | | | 4.00 | 4.00 | |
| HOLIDAY | | | | | | 4.0 | | 4.00 | 4.00 | |
| | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 39.50 | |

Remarks: I have been working on NRC's Data entry on a FFS project. The FFS project entails setting up FFS cases and sending them to the proper coder.

Customer Verification

Employee Signature

Supervisor's Approval

CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 10-Sep-05 TO 23-Sep-05

Employee Name: RADTKE, KATHY

Dept: ____    Clock: ____

| ACCT PENTAGON | TASK | DESCRIPTION | PAY TYPE | 10 SAT | 11 SUN | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | REG HRS | 17 SAT | 18 SUN | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copy/org, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours order & verifying providers | | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | | 4.00 | 4.00 | 4.00 | | 4.00 | 16.00 | 36.00 |
| Outpt | | | | | | 85 | 90 | 99 | 87 | 84 | 445 | | | 78 | 90 | 96 | | 100 | 384 | 809 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, spreadsheets, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copy/org, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | | 0.00 | | | | | 4.00 | | | 4.00 | 4.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

Remarks: _____

Supervisor Approval: _Maru MClark_

Employee Signature: _Kathy A. Radtke CPC_

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily time log.

CONFIDENTIAL
Expert Production 90338

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Employee Name: **RADTKE, KATHY**

Period Covered: 10-Sep-05 TO 23-Sep-05

Dept: 001    Check: 900355

### WEEK ONE

| ACCT | TASK | DESCRIPTION | PAY TYPE | 10 SAT | 11 SUN | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | REG HRS |
|------|------|-------------|----------|--------|--------|--------|--------|--------|--------|--------|---------|
| 470 | 003 | Kaiser | R | | | 83.00 | 0.00 | 28.00 | 0.00 | 4.00 | 20.00 |
| | | | | | | | | | | | 111 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | Record Count | R | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 |
| | | VACATION | V | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | H | | | | | | | 0.00 | 0.00 |
| | | SICK | S | | | | | | | 0.00 | 0.00 |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 |

### WEEK TWO

| 17 SAT | 18 SUN | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | REG HRS | TTL HRS | Rct Billable |
|--------|--------|--------|--------|--------|--------|--------|---------|---------|--------------|
| | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 16.00 | 36.00 | |
| | | 0.00 | 0.00 | | | 0.00 | 0 | 111 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0 | 0 | |
| | | | | | | | 0.0 | 0.0 | |
| | | | | | | | 0 | 0 | |
| | | | | 4.0 | | | 4.00 | 4.00 | |
| | | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| 0.0 | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | |

Remarks: FFS Project and data entry. Most of the FFS project and data entry for week two. District Appointment on Thursday in early afternoon into late afternoon.

I certify that the above record is a true and correct accounting of the hours worked.

_Signature_ — Employee Signature

_Signature_ CPA — Supervisor's Approval

Customer Verification

CONFIDENTIAL

Production 00240

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 24-Sep-05 TO 7-Oct-05

Employee Name: RADTKE, KATHY

Clock: 0003-55

Dept _____   Not Billable / Expense



| ACCOUNT PENTAGON | | DESCRIPTION | PAY TYPE | 24 SAT | 25 SUN | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | REG HRS | 01 SAT | 02 SUN | 03 MON | 04 TUE | 05 WED | 08 THU | 07 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT | TASK | | | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | |
| APV | Coding | Hours | | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 |
| APV | | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours | | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |
| Outpt | | Hours coding & verifying readers | | | | 75 | 80 | 79 | 86 | 73 | 393 | | | 60 | 78 | 69 | 53 | 94 | 354 | 747 |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours template, updates etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | VACATION | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | HOLIDAY | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | SICK | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

149.4

#DIV/0!

Remarks: _____

Supervisor Approval _____

I certify that the information contained herein is accurate and accurate, and the actual hours worked agree with the Daily Time Log.

Employee Signature _____

Expert Production 004

CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 24-Sep-05 TO 7-Oct-05

Employee Name: RADTKE, KATHY

Dept: 001  Check: 900355

| ACCT. | TASK | DESCRIPTION | PAY TYPE | WEEK ONE 24 SAT | 25 SUN | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | REG HRS | WEEK TWO 01 SAT | 02 SUN | 03 MON | 04 TUE | 05 WED | 06 THU | 07 FRI | REG HRS | T'L HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 003 | Kaiser | R | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |
| | | Record Count | | | | 0.00 | 14.00 | 0.00 | 0.00 | 15.00 | 26 | | | 41.00 | 17.00 | 26.00 | 0.00 | 20.00 | 104 | 130 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | Record Count | R | | | | | | | | 0.0 | | | | | | | | 0.0 | 0.0 |
| | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTALS | | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

Remarks: Data Entry and FFS project

I certify that the information reported herein is complete and accurate and is for the hours I may have worked.

Employee Signature

Supervisor's Approval

Customer Verification

Expert Production 00243
CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

**Employee Name:** RADTKE, KATHY

**Period Covered:** 8-Oct-05 TO 21-Oct-05

| ACCT | TASK | DESCRIPTION | PAY TYPE | 08 SAT | 09 SUN | 10 MON | 11 TUE | 12 WED | 13 THU | 14 FRI | REG HRS | 15 SAT | 16 SUN | 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | REG HRS | TTL HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PENTAGON** | | | | | | | | | | | | | | | | | | | | | |
| APV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0 | |
| APV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Adm | Hours coord, copying, etc | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 | |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Coding | Hours (audit) | | | | | | 4.00 | 4.00 | 3.00 | 11.00 | | | 4.00 | 4.00 | 3.00 | 3.00 | 3.00 | 17.00 | 28.00 | 143,714 |
| Outpt | Coding | (charts) | | | | | | 54 | 78 | 60 | 202 | | | 82 | 65 | 57 | 52 | 47 | 301 | 503 | |
| Outpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | 0 | | | | | | | | 0.00 | 0 | #DIV/0! |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | | 0.00 | | | | | 1.00 | 1.00 | 1.00 | 3.00 | 3.00 | |
| Outpt | Training | Hours given/given super/must audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Meeting | Hours | | | | | | | | 1.00 | 1.00 | | | | | | | | 1.00 | 1.00 | |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Queries | | # provider queries | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | | | | 4.00 | | | | | 4.00 | | | | | | | | 0.00 | 4.00 | |
| | | SICK | | | | | 4.00 | | | | 4.00 | | | | | | | | 0.00 | 4.00 | |
| | | **TOTAL HOURS** | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | |

**Remarks:** 10/10 Holiday, 10/11 dental appointment
Friday Staff Meeting w/ Captain Harris.
Updating Super bill for primary care

Supervisor Approved

I certify that the information contained herein is complete and accurate, and that total hours worked agree with the Daily Time Log.

Employee Signature

Expert Production 0024
CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 8-Oct-05  TO  21-Oct-05

Employee Name: RADTKE, KATHY

Dept: 001  Clock: 900355

| ACCT | TASK | DESCRIPTION | PAY TYPE | 08 SAT | 09 SUN | 10 MON | 11 TUE | 12 WED | 13 THU | 14 FRI | REG HRS | 15 SAT | 16 SUN | 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | REG HRS | TTL HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 003 | Kaiser | R | | | 4.00 | | 4.00 | 4.00 | 4.00 | 16.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 36.00 | |
| | | Record Count | | | | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | SICK | S | | | 4.0 | | | | | 4.00 | | | 4.00 | | | | | 4.00 | 4.00 | |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | |

Remarks: FFS Project, Data entry and 10/11 dental appointment.
Completed data entry for FFS project and printed out records for coding.

_I certify that the information on this timesheet is correct and represents true and accurate hours, and that these hours are to the best of my knowledge._

Employee Signature

Supervisor Approval

Customer Verification

CONFIDENTIAL

Radtke Production 00246
Not for Filing

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Period covered: 22-Oct-05 TO 4-Nov-05

Employee Name: RADTKE, KATHY

Dept _____  Clock: 010355

| ACCT PENTAGON | TASK | DESCRIPTION | PAY TYPE | 22 SAT | 23 SUN | 24 MON | 25 TUE | 26 WED | 27 THU | 28 FRI | REG HRS | 29 SAT | 30 SUN | 31 MON | 01 TUE | 02 WED | 03 THU | 04 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| utpt | Coding | Hours | | | 4.00 | 3.00 | 4.00 | 2.00 | 2.00 | 15.00 | | | 2.00 | 3.00 | 1.00 | 2.00 | | 8.00 | 23.00 |
| utpt | | | | | 75 | 60 | 63 | 28 | 12 | 238 | | | 40 | 52 | 15 | 37 | | 144 | 382 | 132.87 |
| utpt | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| utpt | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| utpt | Auditing | Hours auditing providers | | | 1.00 | | | | | 1.00 | | | | 2.00 | | | 3.00 | ADV/01 |
| utpt | | | | | 6 | | | | | 5 | | | | 10 | | | 15 | |
| utpt | Developing | Hours templates, superbills etc | | | | 2.00 | | | 2.00 | | | 2.00 | 1.00 | 1.00 | 2.00 | 6.00 | 8.00 |
| utpt | Training | audit | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| utpt | Training | Hours in training, orientation | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| utpt | Adm | Hours coord, copying, etc | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| utpt | Meeting | Hours | | | | | | 2.00 | 2.00 | | | | | | | 0.00 | 2.00 |
| utpt | Checking | Hours verifying coders | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| utpt | Downtime | Hours | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | 0 | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | 0.00 | | 4.00 | | | | | 4.00 | 4.00 |
| | | **TOTAL HOURS** | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 |

Remarks: Staff meeting on Friday 10/28/05 and also worked on superbill on Thursday for Primary Care. Also working on an audit for Optometry. The audit for optometry was 15 records, 5 for each provider. Dental appointment for Tuesday November 1 took a little longer than originally thought.

_____ Supervisor Approval

I certify that the information above hereon is complete and accurate, and the hours worked approved on a daily basis.

Kathy O. Radtke, CPC
Employee Signature

- 290 -

Expert Production 00247
CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Period
Covered: 22-Oct-05   TO   4-Nov-05

Employee Name: RADTKE, KATHY

Dept 001    Check 900355

| ACCOUNT | | | | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | PAY TYPE | 22 SAT | 23 SUN | 24 MON | 25 TUE | 26 WED | 27 THU | 28 FRI | REG HRS | 29 SAT | 30 SUN | 31 MON | 01 TUE | 02 WED | 03 THU | 04 FRI | REG HRS | TTL HRS | Net Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | 003 | Kaiser | R | 5.50 | | 4.00 | 4.00 | 4.00 | 4.00 | 2.00 | 23.50 | | | 4.00 | 5.00 | 4.00 | 4.00 | 5.00 | 22.00 | 45.50 | |
| | | Record Count | | 95.00 | | 69.00 | 115.00 | 83.00 | 107.00 | 72.00 | 541 | | | 66.00 | | | | | 86 | 027 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.0 0 | | | | | | | | 0.0 0 | 0.0 0 | |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | TOTALS | | 5.50 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 2.00 | 23.50 | 0.00 | 0.00 | 5.00 | 4.00 | 4.00 | 5.00 | 0.00 | 22.00 | 45.50 | |

Remarks:  10/28/05 I had a family
emergency and I had to leave very suddenly.
Most work for week was data entry and pulling of
records for coding.  HOGH FFS project and it is
continuous for now.

I certify that the information contained herein is
correct and accurate to the best of my knowledge

Customer Verification

Employee Signature

Supervisor's Approval

Expert Production 00248

CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period Covered: 5-Nov-05 TO 18-Nov-05

Employee Name: RADTKE, KATHY

Dept: _____   Clock: 900355



| ACCT | TASK | DESCRIPTION | PAY TYPE | 05 SAT | 06 SUN | 07 MON | 08 TUE | 09 WED | 10 THU | 11 FRI | REG HRS | 12 SAT | 13 SUN | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | REG HRS | TTL HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APV | Coding | Hours | | | | 2.00 | 2.00 | 2.00 | 2.00 | | 8.00 | | | 3.00 | 2.50 | 2.75 | 0.00 | 1.00 | 9.25 | 17.25 | |
| APV | | Hours coding & verifying provider | | | | 40 | 37 | 39 | 42 | | 158 | | | 61 | 40 | 59 | 0 | 65 | 185 | | |
| APV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0 | |
| APV | | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 | |
| APV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0 | |
| APV | | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 | |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Coding | Hours coding & verifying providers | | | | | | | | | 158 | | | | | | | | 9.25 | 17.25 | |
| Outpt | | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0 | |
| Outpt | | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 | |
| Outpt | Auditing | Hours auditing providers | | | | 2.00 | 2.00 | 2.00 | 2.00 | | 8.00 | | | 1.00 | 1.50 | 1.25 | | | 3.75 | 11.75 | |
| Outpt | | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Oupt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Adm | Hours coord, copying etc | | | | | | | | | 0.00 | | | | | | | | 3.00 | 3.00 | |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | 3.00 | 0.00 | 0.00 | |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 | |
| Outpt | Downtime | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 | |
| Queries | | # provider queries | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 32.00 | |
| | | SICK | | | | | | | | | | | | | | | | | | | |
| | | TOTAL HOURS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | 16.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 4.00 | 16.00 | | |

Remarks: Caplain Harris has asked me to develop a superbill for primary care and I have been devoting time to that each day. Helping Tracro with interp of codes also at his request.

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

_____   Supervisor Approval

Kathy A. Radtke, CPC — Employee Signature

Expert Production 00250



# Advanta Medical Solutions, LLC

## Biweekly Timesheet

**Not Billable / CONFIDENTIAL**

Period Covered: 5-Nov-05 TO 18-Nov-05

Employee Name: RADTKE, KATHY

Dept: 001     Check: 900355

**ACCOUNT**

| ACCT. | TASK |
|---|---|
| 470 | 003 |

| DESCRIPTION | PAY TYPE | 05 SAT | 06 SUN | 07 MON | 08 TUE | 09 WED | 10 THU | 11 FRI | REG HRS |
|---|---|---|---|---|---|---|---|---|---|
| Kaiser | R | | | 4.00 | 4.00 | 4.00 | 4.00 | 8.00 | 24.00 |
| Record Count | | | | 67.00 | 58.00 | 72.00 | 23.00 | 13.00 | 233 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| | R | | | | | | | | 0.00 |
| Record Count | | | | | | | | | 0 |
| VACATION | V | | | | | | | | 0.00 |
| HOLIDAY | H | | | | | | | | 0.00 |
| SICK | S | | | | | | | | 0.00 |
| TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 8.00 | 24.00 |

**WEEK ONE**

**WEEK TWO**

| 12 SAT | 13 SUN | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|
| | | 4.00 | 4.00 | 4.00 | 8.00 | 5.00 | 25.00 | 49.00 |
| | | 54.00 | 41.00 | | | 22.00 | 117 | 350 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 8.00 | 5.00 | 25.00 | 49.00 |

Remarks: The cases require data entry into Excel by the coder. The days where the count was shorter or non existant was made up with data entry.

Customer Verification

I certify that the information contained herein is complete and accurate to the best of my knowledge.

Employee Signature

Supervisor's Approval

Expert Reduction 00252
CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Period: 19-Nov-05 TO 2-Dec-05

Employee Name: RADTKE, KATHY

Dept: ___  Clock: 90355

| ACCOUNT PENTAGON | | PAY TYPE | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | 19 SAT | 20 SUN | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | REG HRS | 26 SAT | 27 SUN | 28 MON | 29 TUE | 30 WED | 01 THU | 02 FRI | REG HRS | TOT HRS | Non Billable |
| PV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| PV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| PV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| PV | Training | Hours is training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| PV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Mgt | Coding | Hours coding & verifying providers | | | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 12.00 | | | 4.00 | 4.00 | 4.50 | 4.50 | 4.50 | 17.00 | 29.00 | 117.517 |
| Dept | | Hours | | | 60 | 52 | 55 | | | 107 | | | 63 | 55 | 70 | 71 | | 259 | 428 | |
| Dept | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | #DIV/0! |
| Dept | | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Dept | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Dept | Developing | Hours template, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Training | audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Dept | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Queries | | # provider queries | | | | | 4.00 | | 4.00 | 0.00 | | | | | 4.00 | | | 4.00 | 4.00 | |
| | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 4.00 | |
| | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 37.00 | |
| | | TOTAL HOURS | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.50 | 4.50 | 21.00 | 37.00 | |

Remarks: Clinic closed 11/25, Funeral 11/30

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked represents the Daily Time I/o.

Employee Signature

- 294 -

Expert Production 00253

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

CONFIDENTIAL

Not fillable

Period Covered: 19-Nov-05 TO 2-Dec-05

Employee Name: RADTKE, KATHY

Dept: 001  Clock: 900355

| ACCOUNT | | DESCRIPTION | PAY TYPE | | WEEK ONE | | | | | | | REG HRS | | WEEK TWO | | | | | | | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | | 19 SAT | 20 SUN | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | | 26 SAT | 27 SUN | 28 MON | 29 TUE | 30 WED | 01 THU | 02 FRI | REG HRS | | |
| 470 | 003 | Kaiser | R | | | 4.00 De/Tr | 4.00 De/Tr | 4.00 De/Tr | 0.00 | 8.00 DE | 20.00 | | | 50.00 | 60.00 | 0.00 | 4.00 DE | 4.00 DE | 16.00 | 36.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | 110 | 110 | 110 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | | R | | | | | | | | 0.0 | | | | | | | | 0.0 | 0.0 |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 4.00 | 4.00 |
| | | HOLIDAY | H | | | | | 4.0 | | | 4.00 | | | | 4.0 | | | | 0.00 | 4.00 |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTALS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 8.00 | 8.00 | 24.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 44.00 |

Remarks: Data Entry and Thanksgiving week and Data Entry, printing records for coding. Funeral Wed 11/23/05 Also assisted Hodoine in training new employee because she was on leave.

Customer Verification _____

I certify that this is a true and accurate record of my knowledge complete and accurate to the best of my knowledge

Kathy A. Radtke _____
Employee's Signature

Supervisor's Approval



## Advanta Medical Solutions, LLC
### Biweekly Timesheet

Period Covered: 3-Dec-05 TO 16-Dec-05

Employee Name: RADTKE, KATHY

CONFIDENTIAL — Production 00255

| ACCOUNT PENTAGON | | | DESCRIPTION | PAY TYPE | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | | | 03 SAT | 04 SUN | 05 MON | 06 TUE | 07 WED | 08 THU | 09 FRI | REG HRS | 10 SAT | 11 SUN | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | REG HRS | TTL HRS | Expense Billable |
| APV | Coding | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | | Hours | | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| APV | Data Entry | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Auditing | Hours | | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| APV | | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Training | Hours in training, orientation | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Adm | Hours coord, coping,etc | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Meeting | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| APV | Downtime | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Coding | Hours entry & various reviews | | | | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | 18.00 | 4.00 | 4.00 | 4.00 | 0.00 | 4.00 | 18.00 | 32.00 | 135.75 | |
| Outpt | | Hours | | | | 75 | 60 | 67 | 70 | 0 | 272 | 69 | 72 | 62 | 0 | 68 | 271 | 543 | |
| Outpt | Data Entry | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | #DIV/0! |
| Outpt | Auditing | Hours auditing providers | | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Outpt | Developing | Hours template, question res, training prov, cap, plan, audit | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Training | Hours in training, orientation | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Adm | Hours coord, coping,etc | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Meeting | Hours | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Checking | Hours verifying codes | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Outpt | Downtime | Hours | | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Queries | | # provider queries | | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | VACATION | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | SICK | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | TOTAL HOURS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | 18.00 | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 4.00 | 18.00 | 32.00 | |

Remarks: The two days that I was out was due to bad weather.

Supervisor Approval: _Maru Me__

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time log.

Employee Signature: _Kathy D. Radtke CPC_

Dept ___ Check ___

CONFIDENTIAL

# Advanta Medical Solutions, LLC

## Biweekly Timesheet

Period

Covered: 3-Dec-05   TO   16-Dec-05

Employee Name: RADTKE, KATHY

Dept: 001   Class: 900355

| ACCOUNT | | | | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | PAY TYPE | 03 SAT | 04 SUN | 05 MON | 06 TUE | 07 WED | 08 THU | 09 FRI | REG HRS | 10 SAT | 11 SUN | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | REG HRS | TTL HRS | Net Billable |
| 470 | 093 | Kaiser | R | | | 5.00 | 4.00 | 4.50 | 4.00 | 8.00 | 25.50 | | | 4.00 | 4.50 | 4.50 | 9.50 | 2.50 | 25.00 | 60.50 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | | R | | | | | | | | 0.0 | | | | | | | | 0.0 | 0.0 | |
| | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | | VACATION | V | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | HOLIDAY | H | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | SICK | S | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | TOTALS | | 0.00 | 0.00 | 5.00 | 4.00 | 4.50 | 4.00 | 8.00 | 25.50 | 0.00 | 0.00 | 4.00 | 4.50 | 4.50 | 9.50 | 2.50 | 25.00 | 50.50 | |

Remarks:

Employee Signature

Supervisor's Approval

Expert Production 00136

DEC-30-2005 18:23 From:

To:240 554 1211    P.8/12

CONFIDENTIAL

# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Employee Name: RADTKE, KATHY

ed: 17-Dec-05   TO   30-Dec-05

Dept _____   Check 900355

| ACCOUNT PENTAGON TASK | DESCRIPTION | PAY TYPE | 17 SAT | 16 SUN | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | REG HRS | 24 SAT | 25 SUN | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | REG HRS | TTL HRS | Not Billable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Coding | Hours | | | | 4.00 | | | | | 4.00 | | | | | | 4.00 | 4.00 | 8.00 | 12.00 | |
| | Hours | | | | 65 | | | | | 65 | | | | | | 70 | 69 | 139 | 204 | 136 |
| Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | #DIV/0! |
| | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| Auditing | Hours and billing providers | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Developing | Hours ber codes, supedds etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Training | audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Adm | Hours coord, copying, etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| Meeting | Hours | | | | | | | | | 0.00 | | | | 4.00 | 4.00 | | | 8.00 | 24.00 | |
| Checking | Hours verifying codes | | | | | | | | | 0.22 | | 4.00 | | | | | | 4.00 | 4.00 | |
| Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | # provide queries | | | | | | | | | 0 | | | | | | | | 0 | 0 | |
| VACATION | | | | | 4.00 | 4.00 | 4.00 | 4.00 | 16.00 | | | 4.00 | 4.00 | 4.00 | 4.00 | | 8.00 | 24.00 | | |
| HOLIDAY | | | | | | | | | | | | | | | | | | 4.00 | 4.00 | |
| SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | TOTAL HOURS | | 0.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 20.00 | 40.00 | |

_____ Supervisor Approval

Kathy A Radtke   Employee Signature

I certify that the information on this timesheet reflects a correct and complete record of all hours worked and agrees with the AMT Time Log.

DEC-30-2005 18:23 From:

To:240 554 1211    P.7/12

CONFIDENTIAL



# Advanta Medical Solutions, LLC
## Biweekly Timesheet

Period
Covered: 17-Dec-05    TC    30-Dec-05

Employee Name: RADTKE, KATHY

Dept: 001    Clock: 900355

| ACCT | TASK | DESCRIPTION | PAY TYPE | 17 SAT | 18 SUN | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | REG HRS | 24 SAT | 25 SUN | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | REG HRS | FTL HRS | Not Billable |
|------|------|-------------|----------|--------|--------|--------|--------|--------|--------|--------|---------|--------|--------|--------|--------|--------|--------|--------|---------|---------|-----------|
| 470 | 003 | Kaiser | R | | 6.00 | 6.00 | | | | | 6.00 | | | | | | 4.50 | 4.00 | 8.50 | 14.50 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | Record Count | R | | | | | | | | 0.00 0 | | | | | | | | 0.00 0 | 0.00 0 | |
| | | VACATION | V | | | 4.0 | 4.0 | 4.00 | 4.00 | 16.00 | | | 4.0 | 4.00 | 4.00 | 4.50 | 4.00 | 8.00 | 24.00 | | |
| | | HOLIDAY | H | | | | | | | 0.00 | | | | 4.00 | | | | 4.00 | 1.00 | | |
| | | SICK | S | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | |
| | | **TOTALS** | | 0.00 | 6.00 | 4.00 | 4.00 | 4.00 | 4.00 | 22.00 | 0.00 | 0.00 | 4.00 | 8.00 | 4.50 | 4.00 | 20.50 | 32.60 | | |

Customer Verification: ___

Supervisor Approval: ___

Remarks: I,e, Wed and Thurs from first week bereavement leave  16 hours of Vacation and 4 hours Holiday time for Christmas.

No bereavement leave. Class 10° of vacation. I'd like to apply to this request 22-4



Expert Production 00141

# PEX 6

## Carmen Cunningham, RHIT

Ms. Cunningham has over 6 years progressive experience in the healthcare industry spanning a wide variety of settings and positions involving office management, medical reimbursement, clinical coding, compliance auditing, and education and training of providers, billers, and clinical coding personnel. Presently, Ms. Cunningham is Senior Coder/Auditor with the team of Advanta Medical Solutions, LLC and LifeCare Management Partners. She is responsible for outpatient clinic professional services coding, auditing of clinical documentation, auditing of coding performed by providers, training of providers and coding staff, and coordinating with clinical and reimbursement staff to minimize denials of claims and establishing effective processes for appealing payment denial decisions. Work requires providing ongoing feedback to physician providers on areas for improvement with regard to documentation and coding. She coordinates the company's coding specialists assigned to support various clinics at a large, tertiary care, teaching facility within the Department of Defense. Work requires knowledge of civilian, military, Medicare, and third-party payer billing requirements. Ms. Cunningham worked previously as a Business Operations Financial Specialist at large teaching hospital in Washington, DC. She was responsible for coding and reviewing documentation of inpatient, outpatient, and clinic medical records. She audited claims for correct usage of ICD-9-CM, CPT-4, HCPCS and Revenue codes on the UB-92, analyzed patient accounts for proper charge entry and account balance, reviewed the Medicare Outpatient Code Editor and made recommendations on corrective measures for submitting a clean bill, compiled financial data of all denied claims to track and report on quantitative losses, and was responsible for monitoring, tracking, and correcting problems with CDM, APC's and physician charge tickets. For a large professional services billing company, Ms. Cunningham served as Compliance Officer responsible for conducting internal audits and providing education to medical personnel on proper chart documentation relative to Medicare, Medicaid and Commercial Insurance billing guidelines; and coded encounters for a number of physician groups using ICD-9-CM, CPT-4 and HCPCS level II codes. For several years, Ms. Cunningham held various positions as Office Manager, Benefits Coordinator, and Billing Specialist for dental practices and billing companies servicing a wide variety of clinical specialties.

Ms. Cunningham holds a Bachelor of Science degree from Columbia Union College in Tacoma Park, Maryland. Her education and experience qualifies her to sit for the Certified Coding Specialist and Registered Health Information Administrator examinations administered by the American Health Information Management Association (AHIMA). She presently is certified as a Registered Health Information Technologist with AHIMA. She holds an Associates in Applied Sciences degree from Prince George's Community College in Lanham, MD and a Certificate in Physician Office Medical Billing. Prior to pursing her career in health information management, Ms. Cunningham spent 2 years participating in the Nursing program at Maria College in Albany, New York.

CONFIDENTIAL

Exhibit 5

# PEX 8

**Eileen Wyant**

| | |
|---|---|
| **From:** | Maria Caschetta [mariacaschetta@advantamedicalsolutions.com] |
| **Sent:** | Saturday, September 28, 2002 2:25 PM |
| **To:** | 'Warren Kwan' |
| **Cc:** | MCasche429@aol.com; Eileenwyant@advantamedicalsolutions.com |
| **Subject:** | RE: REMINDER-APPT for tomorrow SAT at noon |

*Met with this individual – very impressive. Gave her the employment packet – she will return by Tuesday. She may be brought on our payroll or that of LIFECARE. For now, all of her Advanta paperwork will be completed.*

-----Original Message-----
**From:** Warren Kwan [mailto:Warrenk@advantamedicalsolutions.com]
**Sent:** Friday, September 27, 2002 4:49 PM
**To:** 'Warren Kwan'; 'Maria Caschetta'
**Cc:** MCasche429@aol.com; Eileenwyant@advantamedicalsolutions.com
**Subject:** RE: REMINDER-APPT for tomorrow SAT at noon

Dear Maria,

Almost forgot her (Carmen's) tel #'s are as follows:

Home: 301-218-2861
Cell: 301437-2270

Warren Kwan
Advanta Medical Solutions, LLC.
Director Federal Operations
toll free # (888) 860-5223
direct # (410) 992 5164
fax # (410) 772-8089
email: warrenk@advantamedicalsolutions.com

-----Original Message-----
**From:** Warren Kwan [mailto:Warrenk@advantamedicalsolutions.com]
**Sent:** Friday, September 27, 2002 4:46 PM
**To:** 'Maria Caschetta'
**Cc:** 'MCasche429@aol.com'
**Subject:** REMINDER-APPT for tomorrow SAT at noon

Dear Maria,

Just wanted to remind you that you will be meeting Carmen Cunningham tomorrow at the office at noon.

Regards,

Warren Kwan
Advanta Medical Solutions, LLC.
Director Federal Operations
toll free # (888) 860-5223
direct # (410) 992 5164
fax # (410) 772-8089
email: warrenk@advantamedicalsolutions.com

**CONFIDENTIAL**

2/20/2008

0171

# PEX 9

**Eileen Wyant**

| | |
|---|---|
| **From:** | Maria Caschetta [caschettam@advantamedicalsolutions.com] |
| **Sent:** | Tuesday, August 31, 2004 4:24 PM |
| **To:** | 'Wyant, Eileen' |
| **Subject:** | CARMEN CUNNINGHAM |

*Did you get information to Katherine to increase Carmen's pay by 5% for merit increase? If not, would you please do so ASAP.*

*Thank you.*

*Eileen M. Wyant*

Maria M. Caschetta
President
Advanta Medical Solutions, LLC
240-554-1200 office
240-554-1211 fax
410-960-0287 cell

**CONFIDENTIAL**

2/20/2008

**0195**

# PEX 13

**Warren Kwan**

| | |
|---|---|
| From: | Kathy Radtke [dollyg2458@earthlink.net] |
| Sent: | Wednesday, December 28, 2005 7:41 PM |
| To: | Warren Kwan |
| Subject: | RE: Notice |

I will call you in the morning when I get to the Pentagon.  Also, just so that you are aware, my Mom was admitted to the hospital today.  We just got home and I found out.  So it is just a heads up.

Thanks

Kathy
-----Original Message-----
>From: Warren Kwan <warrenk@advantamedicalsolutions.com>
>Sent: Dec 27, 2005 5:15 PM
>To: 'Kathy Radtke' <dollyg2458@earthlink.net>
>Cc: "Caschetta, Maria" <mariacaschetta@advantamedicalsolutions.com>,
>Maria Caschetta -Aol <mcasche429@aol.com>
>Subject: RE: Notice
>
>Kathy,
>
>Do you have a # we'll call you. Give me a time also so we don't play
>phone tag.
>
>Thank you.
>
>Warren Kwan
>Director Federal Operations
>Advanta Medical Solutions, LLC
>Phone: 240-554-1200
>Fax: 240-554-1211
>Email: Warrenk@advantamedicalsolutions.com
>
>
>-----Original Message-----
>From: Kathy Radtke [mailto:dollyg2458@earthlink.net]
>Sent: Monday, December 26, 2005 1:45 PM
>To: Warren Kwan
>Subject: RE: Notice
>
>Thanks Warren, and you have been wonderful to work with.  I think the
>world of you.  Things have changed so quickly in my life just in the
>past few days.  Jim's mom passing away was just the beginning.  My mom
>has been ill but needs me now to help her and my family superceeds
>anything else. Fortunately I am in a good position to help her and so
>we decided as a family to make these changes.  Not only all of this but
>my classes next semester will be tough and I cannot do everything.  It
>was not an easy decision however it was necessary.
>
>I do appreciate all that you have done for me.  I will give you my very
>best until the last minute of my employment.
>
>I will call Maria but it will have to be when I return.  I just today
>received the emails from you, and her so I am sure that she is confused.  I
>am glad I had the opportunity to let you know what was going on.  The
>reason I emailed you and Erica was just incase one failed.
>
>Thanks again Warren and may God bless you and your family.  I am so
>happy for you and your wife.  I think that the new year will be one of
>happiness and many, many blessings.

1

>Take care and I am sure we will have a chance to talk again soon.
>
>Kathy
>
>
>
>-----Original Message-----
>>From: Warren Kwan <warrenk@advantamedicalsolutions.com>
>>Sent: Dec 23, 2005 5:47 PM
>>To: 'Kathy Radtke' <dollyg2458@earthlink.net>,
>mariac@advantamedicalsolutions.com
>>Cc: ericak@advantamedicalsolutions.com
>>Subject: RE: Notice
>>
>>Dear Kathy,
>>
>>Please give Maria a call. I must say you have really been a great
>>asset to the company.
>>
>>Maria is in the office at 240-554-1200 or her cell at (410) 960-0287.
>>
>>Thank you.
>>
>>Warren Kwan
>>Director Federal Operations
>>Advanta Medical Solutions, LLC
>>Phone: 240-554-1200
>>Fax: 240-554-1211
>>Email: Warrenk@advantamedicalsolutions.com
>>
>>
>>-----Original Message-----
>>From: Kathy Radtke [mailto:dollyg2458@earthlink.net]
>>Sent: Friday, December 23, 2005 5:04 PM
>>To: mariac@advantamedicalsolutions.com
>>Cc: warrenk@advantamedicalsolutions.com; ericak@advantamedicalsolutions.com
>>Subject: Notice
>>
>>Dear Maria,
>>
>>Please see the attached letter. After discussing this with my family,
>>it
>>is
>>necessary that this decision be made.
>>
>>Thank you,
>>
>>Kathy Radtke
>>
>

2

# PEX 14

Warren Kwan

From:    Radtke, Kathy L CIV DTHC-Pentagon [Kathy.Radtke@na.amedd.army.mil]
Sent:    Friday, June 17, 2005 10:26 AM
To:      Warren Kwan
Subject: RE: Question

Warren,

Oh no, I certainly would never think that! Maria has been very fair with me. The metro is just one of those travel expenses that I deal with and I keep receipts and they go on my taxes as an non reimbursed job expense so that is certainly not a problem. It just would not be worth it for only part of the time that is all I meant. It all will work out fine and I will go ahead and email Maria and ask her as you suggested.

Thanks and have a great weekend!

Kathy

From: Warren Kwan [mailto:warrenk@advantamedicalsolutions.com]
Sent: Friday, June 17, 2005 9:50 AM
To: Radtke, Kathy L CIV DTHC-Pentagon
Cc: caschettam@advantamedicalsolutions.com; 'Pamela Gordon-Mizrahi';
eileenwyant@advantamedicalsolutions.com; 'Tom Roland'
Subject: RE: Question

Kathy,

You will be compensated separate from Pentagon. I do not know what Maria had told you so I do not want to jump into it now and overstep her. I definitely know that she would not let you take on extra costs and leave you holding the bag. She is not like that. Please speak with her directly about this.

As for separate time sheets please email or phone Pam or Eileen about that part they will know better than I.

Thank you and no question is a dumb question as long as it satisfies the person asking. ☺

Warren Kwan
Director Federal Operations
Advanta Medical Solutions, LLC
240-554-1200 (phone)
240-554-1211 (fax)
warrenk@advantamedicalsolutions.com
-----Original Message-----
From: Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
Sent: Friday, June 17, 2005 9:30 AM
To: Warren Kwan
Subject: Question

Hi Warren,

I was wondering how many hours does Maria want me at the Pentagon? I know at Kaiser it will be 4 per day for now. This may be a stupid question but if I am to work my full eight at the Pentagon and 4 at Kaiser, I will be compensated separately for the Kaiser hours correct? If I am only to work part time at the Pentagon then I will probably drive because the commute via metro would be too long and expensive. It

7/19/2007          **CONFIDENTIAL**                                      0153

- 311 -

is approximately $12 00 per day. I know she asked me specifically about extra hours for now but I did not want to assume anything. I am perfectly fine with all of this on the short term as long as it does not interfere with school, which it should not.

I know leave it to me to think of all of this stuff right? Not only that how am I to do my times sheet for the Pentagon and does someone need to email me a separate time sheet and production log for Kaiser?

I know you are busy, busy and I do appreciate you looking into this for me. I know that you and Tom are sort of sharing my time right now. Thanks very much! I just want to do what is right and fair by all concerned.

Have a good day!

Kathy

CONFIDENTIAL

7/19/2007

0154

- 312 -

# PEX 18

Warren Kwan
Director Federal Operations
Advanta Medical Solutions, LLC
240-554-1200 (phone)
240-554-1211 (fax)
warrenk@advantamedicalsolutions.com
-----Original Message-----
From: Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
Sent: Tuesday, May 03, 2005 10:26 AM
To: Warren Kwan
Subject: RE: Update

Warren,

Would you like me to have Maj. Franklin sign it since she is my supervisor here? Or do you want me to take it to Walter Reed with me tomorrow, I have a training class, and have Regina sign it?

Thanks

Kathy

---

From: Warren Kwan [mailto:warrenk@advantamedicalsolutions.com]
Sent: Monday, May 02, 2005 5:24 PM
To: Radtke, Kathy L CIV DTHC-Pentagon
Cc: 'Tom Roland'
Subject: RE: Update

Kathy,

I still need your leave request. Don't forget otherwise Maria will have issues.

Thank you.

Warren Kwan
Director Federal Operations
Advanta Medical Solutions, LLC
240-554-1200 (phone)
240-554-1211 (fax)
warrenk@advantamedicalsolutions.com
-----Original Message-----
From: Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
Sent: Friday, April 29, 2005 3:36 PM
To: Warren Kwan
Subject: Update

Hi Warren,

I hope all is well in Advanta-land! I wanted to remind you about my being out of the office on May 9th. That has been approved by Maj. Franklin.

Jim's mom has been ill and so we were planning on taking a few days to go see her on her birthday which is June 4th. So the plan is June 3rd through June 8th and return to work on the 9th. This has also been approved by Maj. Franklin. There is a good system in place for chart drop off and pick up and medical records will be instructed on how to proceed while I am out. They really are a great group. I am not opposed to staying late to play catch up when I return and I do have permission to be in the clinic after hours. I will make sure that all is squared away and that there is a number to reach me, just in

7/19/2007

- 314 -

case. Otherwise things are going very well! Doctors are learning and just when I teach them a new crew comes in. Oh well it is a good thing that I like to teach them and they seem to like to learn.

Thanks and have a great evening!!

Kathy Radtke

# PEX 19

## CONSULTING AGREEMENT
### between
### Advanta Medical Solutions, LLC
### and
### Carmen Cunningham, RHIT

This Agreement made as of 16 October 2003 between Advanta Medical Solutions, LLC (hereinafter referred to as "Advanta Medical Solutions"), having its principal office located at 10830 Guilford Road, Suite 312, Annapolis Junction, MD 20701 and Carmen Cunningham, RHIT (hereinafter referred to as "Consultant"), whose office is located at 13009 Scalp Duck Court, Upper Marlboro, MD 20772, Telephone number (301) 218-2861 (home) and (301) 437-2270 (cell).

WITNESSETH:

WHEREAS: Advanta Medical Solutions desires to have Consultant provide coding of medical records, and other related health information management services for contracts with government and private sector facilities in accordance with the timeframes and production requirements established from assignment to assignment.

WHEREAS: Consultant is a RHIT in good standing with the American Health Information Management Association (AHIMA) and agrees to remain in good standing with AHIMA as an active member, with sufficient continuing education credits, and maintenance of credentials as a RHIT throughout the period of this Agreement,

NOW, THEREFORE, for and in consideration of the mutual covenants herein contained the parties hereto mutually agree to as follows:

1.    Scope of Work. Consultant agrees to provide coding, compliance audit, and related health information management services on an as needed basis.

2.    Consideration and Payment. Consultant will be paid at a rate in accordance with the Statement of Work schedule detailed in Exhibit A attached to this document. Invoices shall be submitted to Advanta Medical Solutions every (1) week on Invoice Form, Exhibit B.

Consultant invoice, Exhibit B, must include the Consulting Agreement Number assigned in Paragraph 15, the invoice date and a unique invoice number. Advanta Medical Solutions shall reimburse Consultant within 30 calendar days of Advanta Medical Solutions' receipt of a proper invoice from Consultant.

3.    Statement of Services. Every week, Consultant shall submit to Advanta Medical Solutions in a form acceptable to Advanta Medical Solutions, a Statement of Professional Services addressed and sent to Advanta Medical Solutions, LLC, Attention: Eileen Wyant, 10830 Guilford Road, Suite 312, Annapolis Junction, MD 20701. This office will be responsible for approving and coding the invoice and forwarding it for payment by the Treasurer of Advanta Medical Solutions. Such statement shall include a detailed description of the work performed.

CONFIDENTIAL

1

4.   Liaison.  The Advanta Medical Solutions representative responsible for the administration of the work shall be Robin Baker-Davis or other individuals who may be designated by Advanta Medical Solutions, LLC from time to time.

5.   Warranty.  Consultant warrants to Advanta Medical Solutions that the professional services performed pursuant to this Agreement shall be performed competently and in accordance with the standard of care usually and reasonably expected in the performance of such services. If services are rejected by a client as being incorrect, Consultant agrees to reimburse or not bill Advanta Medical Solutions for the prorated charge associated with the rejected service.

6.   Termination.  Either party may terminate this Consulting Agreement with thirty (30) days notice by delivering to the other party a Notice of Termination.  Notwithstanding any termination hereunder, Consultant's obligations under Articles 5, 7, 8, 9, 10, 11 and Exhibits C, D, E, and F shall remain in effect.

7.   Non-Hiring and Non-Competition Agreement.  Consultant agrees not to engage, directly or indirectly, in the recruitment or hire of Advanta's employees and independent contractors who are in the employ of or under contract to Advanta while the Consultant is under this Agreement and for a period of one year after contract termination, without the expressed written consent of Advanta. In addition, Consultant agrees not to engage in any work, directly or indirectly, for the client for which Consultant is assigned to work on behalf of Advanta Medical Solutions while the Consultant is under this Agreement and for a period of one year after contract termination. This non-hiring and non-competition restriction survives the termination of this Agreement.

8.   Hold Harmless.  Consultant agrees to indemnify and hold Advanta Medical Solutions harmless for any liability caused by Consultant's actual negligence.

9.   Insurance & Taxes.  The Consultant will be responsible for her own Worker's Compensation Insurance coverage and any State, local or federal taxes resulting from work under this Agreement. Consultant shall complete a signed copy of the attached IRS Form W-9 and return it with the signed Consultant's Agreement to: Advanta Medical Solutions Corporation, Attention: Eileen Wyant, 10830 Guilford Road, Suite 312, Annapolis Junction, MD 20701. Consultant will not be paid without a completed Form W-9.

10.  Confidential Information.  Confidential information shall mean all information disclosed to Consultant, which relates to Advanta Medical Solutions clients past, present and future research, development and business activities. Consultant shall hold all such confidential information in trust and confidence and agrees that it will not, during or after the termination of this Agreement, use for its own business or benefit or for the business or benefit of another party aside from Advanta Medical Solutions, any information obtained by it while in the execution of the terms and conditions of this Agreement.  Furthermore, Consultant agrees not to make an unauthorized, direct or indirect disclosure of Protected Health Information, classified as such by the Healthcare Insurance Portability and Accountability Act of 1996, such disclosure being considered unauthorized if not approved in writing by Advanta Medical Solutions.  Consultant agrees to abide by all of provisions contained in Exhibits C, D, E, and F.

11.  Records and Reports.  Consultant agrees to keep separate written records in reasonable detail of all work performed by it pursuant to this Agreement and all written records and any other

2

CONFIDENTIAL

data, drawings, prints and information of whatsoever form prepared during or evolved from its services for Advanta Medical Solutions pursuant to this Agreement shall be the property of Advanta Medical Solutions and shall be available to Advanta Medical Solutions at all reasonable times.

12.    Representation. Consultant represents that there is no conflict of interest between its performance of this Agreement and its employment by others. In the event Consultant believes that there is presently any such conflict, or any such conflict arises during this Agreement or extension thereof, it will advise Advanta Medical Solutions immediately.

13.    Remedies for Breach of Agreement.    In the event of a breach of this Agreement by Consultant, Advanta Medical Solutions, in addition to all other rights and remedies existing in its favor, may apply to any Court of Law or Equity of competent jurisdiction for specific performance, mandamus and/or injunctive relief in order to enforce or prevent any violation of the provisions of this Agreement. Consultant agrees that in the event that Consultant breaches or threatens to breach any of the covenants contained within this Agreement, Advanta Medical Solutions shall be entitled to both 1) a preliminary or permanent injunction in order to prevent the continuation of such harm; and 2) monetary damages in the amount they are determined to be. Nothing in this Agreement, however, shall be construed to prohibit Advanta Medical Solutions from also pursuing any other remedy, the parties having already agreed that all remedies shall be cumulative. Advanta Medical Solutions shall be entitled to recover the amount of fees, compensation, and/or other forms of remuneration earned by Consultant as a result of any such breach by Consultant. Consultant further agrees that Advanta Medical Solutions shall be entitled to all damages and costs, including Advanta Medical Solution's counsel fees and expenses necessary to enforce the terms of this Agreement.

14.    Arbitration.    The Employer and Employee agree that the provisions of the Maryland Arbitration Act and the Federal Arbitration Act are applicable to this Agreement, except as specifically stated elsewhere herein. Any question, dispute, and/or controversy arising out of or in connection with or related to this Agreement or any breach or alleged breach hereof, shall be submitted to arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association. This is mandatory Arbitration, and the decision of the Arbitration proceeding shall be final and may be entered and enforced by any Court of competent jurisdiction. However, nothing within this Arbitration Provision shall be deemed to preclude Advanta Medical Solutions from seeking injunctive relief from a Court of competent jurisdiction or from an Arbitrator to enforce the terms of the covenants within this Agreement before and or during any arbitration proceeding. Consultant shall not be entitled to seek any relief except arbitration under the terms of this Agreement.

15.    Agreement Number. Advanta Medical Solutions has assigned Agreement Number CO-093 to this Agreement and all correspondence and documents must make reference to that number.

16.    Non-Assignment. Consultant shall not assign this Agreement without the written consent of Advanta Medical Solutions.

17.    Set Off. Advanta Medical Solutions shall be entitled at all times to set off any amount owing at any time from Consultant to Advanta Medical Solutions or any of its affiliated companies

CONFIDENTIAL

3

against any amount payable at any time by Advanta Medical Solutions or any of its affiliated companies to Consultant.

18.    Applicable Law. This Agreement shall be governed and construed in accordance with the substantive law of the State of Maryland.

19.    Integration. This Agreement sets forth the entire and only Agreement between Advanta Medical Solutions and the Consultant relative to the subject matter hereof. Any representation, promise or condition, whether oral or written not incorporated herein shall not be binding upon either party. No waiver, modification, or amendment of the terms of this Agreement shall be effective unless made in writing and signed by an authorized representative of the party sought to be bound hereby.

IN WITNESS THEREOF, the parties have executed this Agreement on the date indicated below their respective signatures:

**Advanta Medical Solutions, LLC**                    **Consultant**

Name: _____Maria M. Caschetta_____          Name: _Carmen Cunningham, CRC_

Signature: _____          Signature: _____

Title:  President                            Date: 10 | 15 | 03

Date: 10 / 16 / 2003

CONFIDENTIAL

4

Advanta Medical Solutions, LLC

EXHIBIT A

# Advanta Medical Solutions LLC

## Statement of Work

16 October 2003

| Task Code | Task Description | Pay Rate/Record |
|---|---|---|
| | **PRICING FOR Kaiser Permanente** | |
| | | |
| 003 | Outpatient Clinic Coding | $ 30.00 per hour |
| 004 | Emergency Room Coding | $ 30.00 per hour |
| 014 | Professional Fee Coding | $ 30.00 per hour |

I accept the above compensation rate for work assigned by Advanta Medical Solutions, LLC.

Carmen Cunningham, CPC, CHTT

CONFIDENTIAL

5

EXHIBIT A

# Advanta Medical Solutions LLC

## Statement of Work

### 16 October 2003

| Task Code | Task Description | Pay Rate/Record |
|---|---|---|
| | **PRICING FOR Kaiser Permanente** | |
| 003 | Outpatient Clinic Coding | $ 30.00 per hour |
| 004 | Emergency Room Coding | $ 30.00 per hour |
| 014 | Professional Fee Coding | $ 30.00 per hour |
| | **AMENDED January 3, 2005** **PRICING FOR Kaiser Permanente** | |
| 003 | Outpatient Clinic Coding | $ 33.00 per hour |

I accept the above compensation rate for work assigned by Advanta Medical Solutions, LLC.

_Carmen Cunningham_____
Carmen Cunningham, RHIT

CONFIDENTIAL

1

# PEX 21

Pamela Mizrahi

| | |
|---|---|
| **From:** | Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com] |
| **Sent:** | Friday, April 08, 2005 1:18 PM |
| **To:** | Lisa Plant (lplant@lifecare-usa.com) |
| **Subject:** | FW: Letter of Resignation |

**Tracking:** **Recipient**                      **Read**

Lisa Plant (lplant@lifecare-usa.com) Read: 4/11/2005 8:39 AM

Here you go. Could you please respond to this email to let me know you received it.?

Thanks
Pam

-----Original Message-----
**From:** Marla Caschetta [mailto:caschettam@advantamedicalsolutions.com]
**Sent:** Friday, April 01, 2005 4:26 PM
**To:** 'Mizrahi, Pam '
**Subject:** FW: Letter of Resignation



Maria M. Caschetta
President
Advanta Medical Solutions, LLC
240-554-1200 office
240-554-1211 fax
410-960-0287 cell

-----Original Message-----
**From:** Cunningham, Carmen M Ms Life Care/Advanta [mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, March 01, 2005 4:42 PM
**To:** marlacaschetta@advantamedicalsolutions.com
**Subject:** Letter of Resignation

### Carmen Cunningham, RHIT
13009 Scalp Duck Court, Upper Marlboro, MD 20774
301-218-2861

March 1, 2005

Marla Cashetta
Advanta Medical Solutions, LLC

2/13/2008          **CONFIDENTIAL**

0546

- 324 -

10830 Guilford Road, Suite 312
Annapolis Junction, MD 20701

Dear Maria:

Please accept this letter as my formal notice of resignation from LifeCare Management Partners, effective 3/31/05, 30 days from date above. I would like to continue doing any remote work you may have. The associations I've made during my employment here will truly be memorable for years to come.

I hope a 30 day notice is sufficient for you to find a replacement for me. If I can help to train my replacement or tie up any loose ends, please let me know.

Thank you very much for the opportunity to work here and I hope we can continue to work together in the future.

Sincerely,

Carmen Cunningham, RHIT

CONFIDENTIAL

2/13/2008

0547

- 325 -

# PEX 22

## Eileen Wyant

| | |
|---|---|
| **From:** | Pamela Mizrahi [Pammizrahi@advantamedicalsolutions.com] |
| **Sent:** | Monday, March 03, 2003 7:14 PM |
| **To:** | 'Katherine Mendez' |
| **Cc:** | Wyant, Eileen |
| **Subject:** | RE: Corrected hours - Carmen and Chatrione |

Katherine,

. agree with you expect for:
   Carmen Cunningham  Feb 26  should be 9 hours
The time entered on her timesheet is correct.  6:45 - 4:30 with a 30 minute lunch = 9 hours and 15 minutes = 9.25 hours.

Pam

   -----Original Message-----
   **From:** Katherine Mendez [mailto:lifecare@bellatlantic.net]
   **Sent:** Saturday, March 01, 2003 12:20 PM
   **To:** Pamela Mizrahi
   **Subject:**

   Pam

   When doing my first review of the timesheets for the week of Feb 24 —

   Carmen Cunningham  Feb 25  should be 8.5 hours
   Carmen Cunningham  Feb 26  should be 9 hours

   Chatrione Harris-Offer  Feb 25  should be 6.75 hours
   Chatrione Harris-Offer  Feb 26  should be 5.5 hours

   Hope this helps some — I will be reviewing the rest of the week soon.

   Katherine

CONFIDENTIAL

2/20/2008

0190

## Eileen Wyant

**From:** Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com]
**Sent:** Tuesday, April 13, 2004 4:30 PM
**To:** 'Cunningham, Carmen M Ms Life Care/Advanta'
**Cc:** 'KVBMendez (E-mail)'; Wyant, Eileen
**Subject:** RE: Timesheet

Carmen.

Timesheet ? for you.

On 4/5/04 you have 0.00 hours under Coding but you have 191 records. You also have 191 records under Data Entry. Did you spend 7 hours on Data entry and none on Coding?

I will be on vacation starting Wednesday. Please respond back to Eileen, who is cc'd on this email.

Thanks

Pam

-----Original Message-----
**From:** Cunningham, Carmen M Ms Life Care/Advanta [mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Monday, April 12, 2004 1:41 PM
**To:** KVBMendez (E-mail); Pamela Mizrahi (E-mail)
**Subject:** Timesheet

CONFIDENTIAL

2/20/2008

0193

**Pamela Mizrahi**

| | |
|---|---|
| **From:** | Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com] |
| **Sent:** | Monday, January 17, 2005 6:26 PM |
| **To:** | 'Cunningham, Carmen M Ms Life Care/Advanta'; 'dposto@lifecare-usa.com' |
| **Subject:** | RE: Timesheets_Cunningham_WRAMC 0103-011605.xls |

**Tracking:**

| Recipient | Read |
|---|---|
| 'Cunningham, Carmen M Ms Life Care/Advanta' | |
| 'dposto@lifecare-usa.com' | Read: 1/18/2005 8:24 AM |

Carmen,

On 1/12/05 you have 2 hours of Audit time but no record count. Would you please fix and resubmit.

Thanks.
Pam

> -----Original Message-----
> **From:** Cunningham, Carmen M Ms Life Care/Advanta
> [mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
> **Sent:** Friday, January 14, 2005 7:33 PM
> **To:** dposto@lifecare-usa.com
> **Cc:** Pammizrahi@advantamedicalsolutions.com
> **Subject:** Timesheets_Cunningham_WRAMC 0103-011605.xls

**CONFIDENTIAL**

2/13/2008

0598

## Pamela Mizrahi

| From: | Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com] |
|---|---|
| Sent: | Monday, February 14, 2005 10:46 AM |
| To: | 'Cunningham, Carmen M Ms Life Care/Advanta'; 'dposto@lifecare-usa.com' |
| Subject: | RE: Timesheets_Cunningham_013105-021305.xls |

Tracking: Recipient                                    Read

'Cunningham, Carmen M Ms Life Care/Advanta'

'dposto@lifecare-usa.com'              Read: 2/14/2005 10:50 AM

Carmen.

I need clarification on your time for 2/7-2/11/05. I do not understand the note in the remarks box and I'm not used to seeing that much training time for providers. Could you please expand on what you did last week?

Thanks.
Pam

-----Original Message-----
From: Cunningham, Carmen M Ms Life Care/Advanta
[mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent: Monday, February 14, 2005 10:07 AM
To: dposto@lifecare-usa.com
Cc: Pammizrahi@advantamedicalsolutions.com
Subject: Timesheets_Cunningham_013105-021305.xls

**CONFIDENTIAL**

2/13/2008

0588

# Pamela Mizrahi

**From:** Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com]
**Sent:** Wednesday, February 16, 2005 11:11 AM
**To:** 'Cunningham, Carmen M Ms Life Care/Advanta'
**Subject:** RE: Timesheets_Cunningham_013105-021305.xls

Technically, the signature is not a true electronic signature since it is not encrypted. I can alter it. I don't but I can. Maria said no more timesheets with electronic signature.

I told Maria we started doing it this way because the fax machines were not reliable down there. She says that's not the case anymore. If you have an issue, please let me know so I can pass it along to Maria and come up with a plan.

I apologize for the added inconvenience.

Pam

> -----Original Message-----
> **From:** Cunningham, Carmen M Ms Life Care/Advanta
> [mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
> **Sent:** Wednesday, February 16, 2005 6:55 AM
> **To:** Pamela Mizrahi
> **Subject:** RE: Timesheets_Cunningham_013105-021305.xls
>
> Pam,
>
> Why?
>
> Carmen
>
> ---
>
> **From:** Pamela Mizrahi [mailto:pammizrahi@advantamedicalsolutions.com]
> **Sent:** Tuesday, February 15, 2005 5:32 PM
> **To:** Cunningham, Carmen M Ms Life Care/Advanta
> **Subject:** RE: Timesheets_Cunningham_013105-021305.xls
>
> Carmen,
>
> We need to have a timesheet with your original signature from now on. Could you print your timesheet, sign it then fax it to us at 240-554-1211.
>
> I apologize for the added inconvenience.
>
> I received your fax this evening.
>
> Pam
>
>> -----Original Message-----
>> **From:** Cunningham, Carmen M Ms Life Care/Advanta
>> [mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
>> **Sent:** Monday, February 14, 2005 10:07 AM
>> **To:** dposto@lifecare-usa.com

2/13/2008        **CONFIDENTIAL**                        0582

- 331 -

Cc: Pammizrahi@advantamedicalsolutions.com
Subject: Timesheets_Cunningham_013105-021305.xls

CONFIDENTIAL

2/13/2008

0583

**Pamela Mizrahi**

| | |
|---|---|
| **From:** | Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com] |
| **Sent:** | Tuesday, February 22, 2005 3:59 PM |
| **To:** | 'Cunningham, Carmen M Ms Life Care/Advanta' |
| **Subject:** | RE: Timesheets please |

I got it!! 5 times.   Guess the fax machine finally decided to work.

Little problem though, the dates above the Mon, Tues, Wed are incorrect. They are left over from last pay period.  Could you please correct for next week.

Thanks
Pam

-----Original Message-----
**From:** Cunningham, Carmen M Ms Life Care/Advanta
[mailto:Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
**Sent:** Tuesday, February 22, 2005 2:37 PM
**To:** Pamela Mizrahi
**Subject:** RE: Timesheets please

This fax machine isn't working...I will ahve to find one that is!

**From:** Pamela Mizrahi [mailto:pammizrahi@advantamedicalsolutions.com]
**Sent:** Tuesday, February 22, 2005 1:42 PM
**To:** Cunningham, Carmen M Ms Life Care/Advanta; Eaton, Donna Ms Life Care Advanta; Vason, Gisela Ms Life Care Advanta
**Subject:** Timesheets please

Hello all,

Please fax in your timesheets.

Thanks

Pam

CONFIDENTIAL

2/13/2008

0579

Pamela Mizrahi

**From:** Pamela Mizrahi [pammizrahi@advantamedicalsolutions.com]
**Sent:** Tuesday, March 15, 2005 4:52 PM
**To:** Carmen Cunningham (Carmen.Cunningham@NA.AMEDD.ARMY.MIL)
**Subject:** Please call me asap

I need to know if the Kaiser you work you did on 2/15-2/23 was on site or not.

Thanks,

Pamela Mizrahi
Financial Analyst
Advanta Medical Solutions, LLC
10830 Guilford Road, Suite 312
Annapolis Junction, MD 20701
240-554-1200
Pammizrahi@advantamedicalsolutions.com



CONFIDENTIAL

2/13/2008

0571

# PEX 23

Kathy

**From:** Pamela Mizrahi [mailto:pammizrahi@advantamedicalsolutions.com]
**Sent:** Friday, June 24, 2005 12:00 PM
**To:** Radtke, Kathy L CIV DTHC-Pentagon
**Subject:** RE: Kaiser

Kathy,

Sorry for the delay in this. Pam is out of the office and I am trying to fill in for her and get all the invoices done. This was the first email that I had gotten on Pam's account from you about this, so I am sorry for this getting to you just now.

Anyway, here is a timesheet for Kaiser. Please send it in right away.

If you have any problems, please give us a call in the office -- 204-554-1200.

Thanks,

Chris Pund
Intern

　　　　　-----Original Message-----
　　　　　**From:** Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
　　　　　**Sent:** Friday, June 24, 2005 10:32 AM
　　　　　**To:** Pamela Mizrahi
　　　　　**Subject:** Kaiser

　　　　　Hi Pam

　　　　　I emailed you a couple of times. I spent 12 hours at Kaiser this week training and I need to fill out a time sheet so I can get paid for it. Would you send me one please so I can turn it in?

　　　　　**Thanks**

　　　　　Kathy

CONFIDENTIAL

2/13/2008

0715

## Pamela Mizrahi

**From:** Radtke, Kathy L CIV DTHC-Pentagon [Kathy.Radtke@na.amedd.army.mil]
**Sent:** Tuesday, June 28, 2005 7:51 AM
**To:** Pamela Mizrahi
**Subject:** RE: Timesheets

Thanks. They will be on their way shortly!

Kathy

**From:** Pamela Mizrahi [mailto:pammizrahi@advantamedicalsolutions.com]
**Sent:** Monday, June 27, 2005 1:03 PM
**To:** Radtke, Kathy L CIV DTHC-Pentagon
**Subject:** RE: Timesheets

Ok
Have fun

-----Original Message-----
**From:** Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
**Sent:** Monday, June 27, 2005 12:46 PM
**To:** Pamela Mizrahi
**Subject:** Timesheets

Hi Pam,

I have to leave here and go to Kaiser so I will not get a chance to get my sheets to you today. I will get them to you first thing in the morning.

**Thanks**

Kathy

CONFIDENTIAL

2/13/2008

0710

- 337 -

Pamela Mizrahi

**From:**     Monica Tyiska [monicat@advantamedicalsolutions.com]
**Sent:**      Friday, November 18, 2005 10:52 AM
**To:**        Wyant, Eileen
**Cc:**        'Pamela Mizrahi'
**Subject:** FW: Productivity Sheets

---

**From:** Vandine, Earl O Mr WRAMC-Wash DC [mailto:Earl.Vandine@NA.AMEDD.ARMY.MIL]
**Sent:** Friday, November 18, 2005 10:34 AM
**To:** monicat@advantamedicalsolutions.com
**Subject:** FW: Productivity Sheets

---

**From:** Radtke, Kathy L CIV DTHC-Pentagon
**Sent:** Friday, November 18, 2005 10:24 AM
**To:** Vandine, Earl O Mr WRAMC-Wash DC
**Subject:** FW: Productivity Sheets

Earl,

I am sorry that you did not get these. I have been traveling between two sites and so this unfortunately was one of the things that fell through the cracks. I have put a sticky note on my computer here at the pentagon so that I do not forget. I did not start out by doing them when I was trained by Sandy and will everything going on it is hard for me to remember. They are faxed to Pam biweekly if not weekly. So I apologize and I will try to do better. Thanks!

Kathy Radtke

---

**From:** Kathy.L.Radke@kp.org [mailto:Kathy.L.Radke@kp.org]
**Sent:** Thursday, November 17, 2005 1:48 PM
**To:** Radtke, Kathy L CIV DTHC-Pentagon
**Subject:** Productivity Sheets

CONFIDENTIAL

2/13/2008

0644

- 338 -

**Pamela Mizrahi**

| | |
|---|---|
| From: | Erica Kreyenbuhl [ericak@advantamedicalsolutions.com] |
| Sent: | Monday, November 28, 2005 1:43 PM |
| To: | 'Pam' |
| Subject: | FW: Kathy Radtke |

Helene's info...

Erica Kreyenbuhl, CPC
Director, Professional Services
Advanta Medical Solutions, LLC
10830 Guilford Road, Suite #312
Annapolis Junction, MD 20701
(240) 554-1200 x20 phone
(240) 554-1211 fax
ericak@advantamedicalsolutions.com


-----Original Message-----
From: Helene Lamanna [mailto:Helene.Lamanna@kp.org]
Sent: Tuesday, November 22, 2005 11:27 AM
To: ericak@advantamedicalsolutions.com
Subject: RE: Kathy Radtke

I would imagine it would be through June 2006.  Thanks.

Helene LaManna, RHIT
Customer Service Supervisor
Patient Financial Services Department
Tieline# 8-297-7285 or (301) 816-7285

Be healthy.  Live well.  Thrive.

Confidential or Privileged: This communication contains information intended only for the
use of the individuals to whom it is addressed and may contain information that is
privileged, confidential or exempt from other disclosure under applicable law.  If you are
not the intended recipient, you are notified that any disclosure, printing, copying,
distribution or use of the contents is prohibited.  If you have received this in error,
please notify the sender immediately by telephone or by returning it by reply e-mail and
then permanently deleting the communication from your system.  Thank you.
>>> "Erica Kreyenbuhl" <ericak@advantamedicalsolutions.com> 11/22/05
>>> 09:34
AM >>>
Helene-
I need to know one more piece of information- how long is this engagement to last?

Erica Kreyenbuhl, CPC
Director, Professional Services
Advanta Medical Solutions, LLC
10830 Guilford Road, Suite #312
Annapolis Junction, MD 20701
(240) 554-1200 x20 phone
(240) 554-1211 fax
ericak@advantamedicalsolutions.com


-----Original Message-----
From: Helene Lamanna [mailto:Helene.Lamanna@kp.org]
Sent: Friday, November 18, 2005 4:15 PM
To: ericak@advantamedicalsolutions.COM
Subject: Kathy Radtke

Hi Erica.  Given the fact that I need some more coders, I wanted to know if it's possible

1

**CONFIDENTIAL**                                                    **0618**

- 339 -

to have Kathy Radtke work at KP 40hrs a week instead of 20. She's a model employee and
she's already familiar w/the KP systems, so it would help me out tremendously.  I would
still want 2 more F/T coders (one to start now and one to start in the middle of Dec).
Pls advise.  Thanks.

Helene LaManna, RHIT
Customer Service Supervisor
Patient Financial Services Department
Tieline# 8-297-7285 or (301) 816-7285

Be healthy.  Live well.  Thrive.

Confidential or Privileged: This communication contains information intended only for the
use of the individuals to whom it is addressed and may contain information that is
privileged, confidential or exempt from other disclosure under applicable law.  If you are
not the intended recipient, you are notified that any disclosure, printing, copying,
distribution or use of the contents is prohibited.  If you have received this in error,
please notify the sender immediately by telephone or by returning it by reply e-mail and
then permanently deleting the communication from your system.  Thank you.

**CONFIDENTIAL**

2

0619

USCA Case #14-7079    Document #1529317    Filed: 12/29/2014    Page 350 of 423

**Warren Kwan**

| | |
|---|---|
| **From:** | Kathy Radtke [dollyg2458@earthlink.net] |
| **Sent:** | Thursday, September 08, 2005 5:45 AM |
| **To:** | Warren; ericak@advantamedicalsolutions.com |
| **Subject:** | FYI |

Hi Warren and Erica,

I hope you guys are having a good week.

I am having trouble with my back and I am unable to sit for long periods. It started Monday but I have been trying to deal with it. I have some medicine I can take but it makes me very sleepy. I injured my back some years ago and this happens every now and then. The more weight I lose the better it feels but I think I over did it this weekend.

I will call the Major and Helene and leave them messages. Fortunately at Kaiser there is not too much coding, I have been helping with a FFS project setting up cases.

I am sorry. There really isn't much I can do but rest and this should help quite a bit.

Thanks and I will update you guys later.

Kathy

7/19/2007

## Erica Kreyenbuhl

From:    Radtke, Kathy L CIV DTHC-Pentagon [Kathy.Radtke@na.amedd.army.mil]
Sent:    Friday, August 05, 2005 11:08 AM
To:      Erica Kreyenbuhl
Subject: Update

HI Erica,

Well, things are still slow at Kaiser. Helene said that there was only one case and she didn't feel that there was enough for me to do. I would have been getting ready to leave for Rockville soon and I promised Helene I would call before I came in. So, I can finish up here and hopefully by Monday there will be more to do.

Thanks

Kathy

**CONFIDENTIAL**

0064

## Erica Kreyenbuhl

**From:** Erica Kreyenbuhl [ericak@advantamedicalsolutions.com]
**Sent:** Thursday, June 30, 2005 9:08 AM
**To:** 'Radtke, Kathy L CIV DTHC-Pentagon'
**Cc:** 'maria.caschetta@advantamedicalsolutions.com'
**Subject:** RE: Meeting at WRAMC

Kathy-

Please go to the Pentagon in the morning. Let them know you will be attending a mandatory meeting at Walter Reed tomorrow, and will be leaving early.
Go to the meeting at Walter Reed, then go to Kaiser.

Thanks for checking in.

Erica

Erica Kreyenbuhl, CPC
Director, Professional Services
Advanta Medical Solutions, LLC
10830 Guilford Road, Suite #312
Annapolis Junction, MD 20701
(240)554-1200 x20 phone
(240)554-1211 fax
ericak@advantamedicalsolutions.com

-----Original Message-----
**From:** Radtke, Kathy L CIV DTHC-Pentagon [mailto:Kathy.Radtke@na.amedd.army.mil]
**Sent:** Thursday, June 30, 2005 8:37 AM
**To:** Erica Kreyenbuhl
**Subject:** Meeting at WRAMC

Hi Erica,

I received an email from Dana Carcemo and I was instructed to go to a meeting at WRAMC tomorrow at 12:30pm, she said it was mandatory. I am glad to go, I just need to know how to handle the Pentagon and Kaiser. I can come to the Pentagon for a couple of hours and leave in plenty of time to go to WRAMC via metro and then come back home and go to Kaiser but I am concerned about the time factor. I could spend more time at Kaiser tomorrow since it is Friday. I will go in on Saturday for some time IF I get my codes to get into the network. Helene has to sign me in right now because I don't have all of my codes yet. So how does this sound? Fortunately everything is right on the Red line and I have become quite an expert at navigating the metro! HAHA!! I understand that there is a bus that goes from the Takoma Park station to WRAMC. Parking at the hospital as I am sure you know is almost impossible at that time of day. I can check all of this out with the station manager today when I get back to Rockville.

Thanks and have a good day!

Kathy

CONFIDENTIAL                                                                    0034

# PEX 27

Warren Kwan

From:     Maria Caschetta [caschettam@advantamedicalsolutions.com]
Sent:     Friday, March 04, 2005 10:01 PM
To:       'Cunningham, Carmen M Ms Life Care/Advanta'
Cc:       'Wyant, Eileen'; 'Warren Kwan'; 'Erica Kreyenbuhl'
Subject:  RE: KAISER

Dear Carmen:

As Kaiser's request, Erica has been conducting QA reviews of all coders work on the account. Erica has conducted a quality assurance review of the cases you coded recently for Kaiser (is a requirement for 95% accuracy). She has found a considerable number of diagnosis and procedure code changes in the sample she drew from the cases you returned last week. She indicated that she tried to reach you this week and she did not get a return call. Erica selected 20 lines at random to review. She stopped after the 14th line because of the high number of changes she believes will be needed. In the first 14 lines reviewed she found the following:

1.  Two encounters for blood pressure check where there you coded elevated blood pressure reading but there is no statement/diagnosis of elevated blood pressure or finding of elevated blood pressure (e.g., 110/60);
2.  Two encounters where you coded two procedure codes – one reflecting trimming of dystrophic nails and the other reflecting trimming of nondystrophic nails; however, there is no statement on the encounter note regarding whether the nails are dystrophic or nondystrophic;
3.  One encounter where there was a removal of a foreign body from the ear and an E&M but you did not append modifier 25 to the E&M code; and
4.  In an encounter where the physician listed four diagnoses which were pertinent to the encounter you coded on the first of the diagnoses.

We need to discuss the findings noted above to get the rationale for your coding decisions. As it stands, the error rate is extremely high and we have had to retain your records at the office – if we do not get a reasonable explanation promptly we will need to have another person recode the entire batch. Therefore, it is particularly important that you speak with me directly so we can determine if any of the above findings can be explained. Please call me ASAP on Monday so this can be resolved.

Thank you.


Maria M. Caschetta
President
Advanta Medical Solutions, LLC
240-554-1200 office
240-554-1211 fax
410-960-0287 cell


**CONFIDENTIAL**

7/19/2007

0027

- 345 -

# PEX 29

CONFIDENTIAL

# LifeCare Management Partnership

## Biweekly Time

Dates: 12/22/03  TO  01/04/04  Name: **CUNNINGHAM, CARMEN**

Clock:



| WRAMC | | | | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | 27 SAT | 28 SUN | REG HRS | | 29 MON | 30 TUE | 31 WED | 1 THU | 2 FRI | 3 SAT | 4 SUN | REG HRS | TTL HRS |
| npatient | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| npatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| npatient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| npatient | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Adm | Hours coord, copy/np,etc | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| npatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| PV | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| PV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | | Record Count | | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| PV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord, copy/np,etc | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Coding | Hours coding & verifying providers | | 5.00 | 4.50 | | | | 2.50 | 12.00 | | 6.00 | | | | | | 6.00 | 18.00 | |
| utpt | | Record Count | | 116 | 80 | | | | 40 | 236 | | 80 | | | | | | 80 | 316 | 140.4 |
| utpt | Data Entry | Hours | | 4.00 | 3.00 | | | | 1.50 | 8.50 | | | 6.00 | | | | | 4.00 | 4.00 | 12.50 | |
| utpt | | Record Count | | 116 | 80 | | | | 40 | 236 | | | 80 | | | | | 80 | 80 | 316 | 202.2 |
| utpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| utpt | Developing | Hours turnkeys, appendix etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Training | Training prov, sep. from taxtt | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Adm | Hours coord, copy/np,etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Meeting | Hours | | 1.00 | 0.50 | | | | | 1.50 | | | | | | | | | 0.00 | 1.50 |
| utpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| utpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| uerieg | | # provider queries | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | 16.00 | 16.00 | | 8.00 | | | | | | | 8.00 | 24.00 | 40.00 |
| | | HOLIDAY | | | | 8.00 | | | 8.00 | 8.00 | | | 8.00 | 8.00 | | | | | 8.00 | 16.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | | 10.00 | 8.00 | 8.00 | 8.00 | 0.00 | 4.00 | 46.00 | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 4.00 | 42.00 | 88.00 |

Expert Production 00154

REMARKS:

Supervisor Approval

I certify that the information explained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Employee Signature

CONFIDENTIAL

# LifeCare Management Partnership

## Biweekly Time

**Dates** 01/05/04 **TO** 01/18/04  **Name:** CUNNINGHAM, CARMEN    Clock ☐

| WRAMC | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | 5 MON | 6 TUE | 7 WED | 8 THU | 9 FRI | 10 SAT | 11 SUN | REG HRS | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | 17 SAT | 18 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Coding | Hours coding & verifying providers | 5.00 | 4.00 | 5.00 | 5.00 | 4.50 | 4.00 | 4.00 | 27.50 | 5.00 | 4.00 | 4.00 | 5.50 | 5.50 | | | 24.00 | 51.50 |
| Outpt | Coding | Record Count | 92 | 64 | 68 | 70 | 68 | 51 | 51 | 413 | 65 | 47 | 65 | 87 | 90 | | | 354 | 767 |
| Outpt | Data Entry | Hours | 3.50 | 3.00 | 3.00 | 3.00 | 3.00 | 2.00 | 2.00 | 17.50 | 3.00 | 2.50 | 3.00 | 3.50 | 3.50 | | | 15.50 | 33.00 |
| Outpt | Data Entry | Record Count | 92 | 64 | 68 | 70 | 68 | 51 | 51 | 413 | 65 | 47 | 65 | 87 | 90 | | | 354 | 767 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 3.50 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | 2.50 | 1.00 | | | | | | 3.50 |
| Outpt | Meeting | Hours | | 1.00 | | | 0.50 | | | 1.50 | | | | | | | | | 1.50 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.50 | 8.00 | 8.00 | 8.00 | 8.00 | 6.00 | 6.00 | 48.50 | 8.00 | 9.00 | 8.00 | 9.00 | 9.00 | 0.00 | 0.00 | 43.00 | 89.50 |

119.1

185.9

REMARKS:

_____  
Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham  
Employee Signature

Production 00156

CONFIDENTIAL

## LifeCare Management Partnership

Dates: 01/19/04 TO 02/01/04  Name: **CUNNINGHAM, CARMEN**    Clock: _____

111.6
184.0

| WRAMC ACCT. | TASK | DESCRIPTION | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | 24 SAT | 25 SUN | REG HRS | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | 31 SAT | 1 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm~ | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 5.50 | 5.00 | 5.00 | 5.00 | | | 19.50 | 5.00 | | 3.00 | 5.00 | 5.00 | 4.00 | | 22.00 | 41.50 |
| Outpt | Training | Training prov. sep. from audit | 49 | 72 | 72 | 76 | 70 | | | 267 | 60 | | 39 | 81 | 82 | 50 | | 312 | 579 |
| Outpt | Data Entry | Hours | 2.00 | 3.00 | 3.00 | 2.50 | 2.50 | | | 10.00 | 1.00 | 4.00 | 4.00 | 4.00 | 4.00 | 0.00 | | 13.00 | 23.00 |
| Outpt | | Record Count | 49 | 72 | 72 | 55 | 71 | | | 247 | 20 | | 99 | 81 | 82 | | | 282 | 529 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | 1.00 | | 1.00 | | | 2.00 | | 1.00 | | | | | | 1.00 | 3.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| | | VACATION | | | | | | | | 0.00 | 8.00 | | | | | | | 8.00 | 8.00 |
| | | HOLIDAY | 8.00 | | | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 6.00 | 8.50 | 8.50 | 8.50 | 0.00 | 0.00 | 39.50 | 8.00 | 8.00 | 9.00 | 9.00 | 9.00 | 4.00 | | 44.00 | 83.50 |

REMARKS:

Production OD158

_Supervisor Approval_

I certify that the information contained herein is complete and accurate, and the total hours worked agrees with the Copy/Time Log.

Carmen Cunningham
_Employee Signature_

CONFIDENTIAL

# LifeCare Management Partnership

**Dates** 02/02/04 **TO** 02/15/04  **Name:** CUNNINGHAM, CARMEN

**Clock** ☐

123.1
170.8

| ACCT. | TASK | DESCRIPTION | WEEK ONE MON 2 | TUE 3 | WED 4 | THU 5 | FRI 6 | SAT 7 | SUN 8 | REG HRS | WEEK TWO MON 9 | TUE 10 | WED 11 | THU 12 | FRI 13 | SAT 14 | SUN 15 | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 5.50 | 5.00 | 4.00 | 5.00 | | | 23.50 | 5.00 | 4.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 34.00 | 57.50 |
| Outpt | | Record Count | 53 | 68 | 73 | 65 | 89 | | | 348 | 70 | 50 | 80 | 87 | 73 | 89 | 88 | 537 | 885 |
| Outpt | Data Entry | Hours | 5.00 | 3.00 | 3.00 | 4.00 | 3.00 | | | 18.00 | 4.50 | 2.00 | 4.00 | 4.00 | 3.00 | | | 17.50 | 35.50 |
| Outpt | | Record Count | 103 | 68 | 50 | 88 | 60 | | | 369 | 99 | 50 | 80 | 87 | 73 | | | 389 | 758 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Developing | Hours templates, spreadsht etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. ssp, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | 1.00 | | 1.00 | | | 2.00 | | | | 12 | | | | | 0.00 | 2.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 9.00 | 8.50 | 9.00 | 8.00 | 8.00 | 0.00 | 0.00 | 43.60 | 9.50 | 6.00 | 8.00 | 9.00 | 8.00 | 5.00 | 5.00 | 61.50 | 95.00 |

**REMARKS:**

_Supervisor Approval_ (signature)

_Employee Signature_ Carmen Cunningham (signature)

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the beginning & end.

Production 00159

**- 350 -**

CONFIDENTIAL

Clock

# LifeCare Management Partnership

**Dates** 02/16/04 TO 02/29/04    Name: **CUNNINGHAM, CARMEN**

B

| WRAMC | | DESCRIPTION | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | 16 MON | 17 TUE | 18 WED | 19 THU | 20 FRI | 21 SAT | 22 SUN | REG HRS | 23 MON | 24 TUE | 25 WED | 26 THU | 27 FRI | 28 SAT | 29 SUN | REG HRS | TTL HRS |
| Ipatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Ipatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| PV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| PV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| PV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 0.00 | 0.00 | 4.50 | 4.50 | | | 13.00 | 5.00 | 6.00 | 5.00 | 6.00 | 4.50 | 5.00 | | 29.50 | 42.50 |
| Outpt | | | 97 | 133 | 141 | 73 | 80 | | | 524 | 69 | 79 | 89 | 80 | 67 | 108 | | 492 | 1016 |
| Outpt | Data Entry | Hours | 0.00 | 6.50 | 7.00 | 3.50 | 3.50 | | | 20.50 | 3.00 | 2.00 | 4.00 | 4.00 | 3.50 | 0.00 | | 16.50 | 37.00 |
| Outpt | | | 0 | 133 | 141 | 73 | 80 | | | 427 | 69 | 50 | 118 | 80 | 67 | 0 | | 384 | 811 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | 1.50 | 1.00 | | | | | 2.50 | 1.50 | | | | | | | 1.50 | 4.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | 8.00 | | | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 12.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 44.00 | 8.00 | 8.50 | 9.00 | 9.00 | 8.00 | 5.00 | 0.00 | 47.50 | 91.50 |

REMARKS:

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham — Employee Signature

Reproduction 00160

CONFIDENTIAL

**LifeCare Management Partnership**

Clock ·

Name: **CUNNINGHAM, CARMEN**   8

Dates 03/01/04 TO 03/14/04

| WKRAMC | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | 1 MON | 2 TUE | 3 WED | 4 THU | 5 FRI | 6 SAT | 7 SUN | REG HRS | 8 MON | 9 TUE | 10 WED | 11 THU | 12 FRI | 13 SAT | 14 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours using & verifying providers | 2.50 | 6.00 | 2.50 | 3.50 | 4.00 | | | 18.50 | 4.00 | 4.50 | 5.50 | 4.00 | 4.00 | | | 22.00 | 40.50 |
| Outpt | | | 48 | 147 | 60 | 61 | 74 | | | 380 | 78 | 75 | 56 | 75 | 75 | | | 387 | 777 |
| Outpt | Data Entry | Hours | 5.50 | 4.00 | 4.00 | 3.50 | 3.50 | | | 20.50 | 3.50 | 3.50 | 3.50 | 4.00 | 4.00 | | | 18.50 | 39.00 |
| Outpt | | | 108 | 90 | 107 | 61 | 74 | | | 440 | 78 | 75 | 60 | 79 | 75 | | | 387 | 827 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Training | Training prov, sup, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | 1.50 | 1.50 | 0.50 | | | 3.50 | 1.00 | | | | | | | 2.00 | 5.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 10.00 | 8.00 | 8.50 | 8.00 | 0.00 | 0.00 | 42.50 | 8.60 | 9.00 | 9.00 | 8.00 | 8.00 | 0.00 | 0.00 | 42.50 | 85.00 |

REMARKS:

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Employee Signature

Production 00162

- 352 -

CONFIDENTIAL

# LifeCare Management Partnership

**Dates** 03/15/04 TO 03/28/04    **Name:** CUNNINGHAM, CARMEN    8    Check



| WRAMC | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | 15 MON | 16 TUE | 17 WED | 18 THU | 19 FRI | 20 SAT | 21 SUN | REG HRS | 22 MON | 23 TUE | 24 WED | 25 THU | 26 FRI | 27 SAT | 28 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copytng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copytng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.50 | 4.00 | 4.50 | 0.00 | 4.50 | 4.00 | 5.50 | 27.00 | 2.50 | 4.00 | 5.50 | 6.00 | 1.50 | | | 19.50 | 46.50 |
| Outpt | Training | Training prov. sep. from audit | 85 | 60 | 78 | 0 | 79 | 69 | 94 | .465 | 45 | 64 | 94 | 120 | 27 | | | 390 | 815 |
| Outpt | Data Entry | Hours in training, orientation | 3.50 | 3.50 | 3.50 | 0.00 | 3.50 | 0.00 | 0 | 14.00 | 5.50 | 4.00 | 3.00 | 2.00 | 6.50 | | | 21.00 | 35.00 |
| Outpt | Adm | Hours coord, copytng,etc | 85 | 60 | 78 | 0 | 79 | 0 | 0 | 302 | 142 | 75 | 64 | 50 | 114 | | | 445 | 747 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, supervbits etc | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copytng,etc | 1.00 | 0.50 | 1.00 | | | | | 2.50 | | | | 1.00 | | | | 1.00 | 3.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 9.00 | 8.00 | 9.00 | 0.00 | 8.00 | 4.00 | 5.50 | 43.50 | 8.00 | 8.00 | 8.50 | 9.00 | 8.00 | 0.00 | 0.00 | 41.50 | 85.00 |

**REMARKS:**

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Pay Log.

Employee Signature

Production 00163

USCA Case #14-7079    Document #1529317    Filed: 12/29/2014    Page 363 of 423

CONFIDENTIAL

Lincoln Management Partnership

Dates 03/29/04 TO 04/11/04    Name: **CUNNINGHAM, CARMEN**    8



| ACCT. | TASK | DESCRIPTION | 29 MON | 30 TUE | 31 WED | 1 THU | 2 FRI | 3 SAT | 4 SUN | REG HRS | 5 MON | 6 TUE | 7 WED | 8 THU | 9 FRI | 10 SAT | 11 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | [Record Count] | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | [Record Count] | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | [Record Count] | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | | [Record Count] | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | | [Record Count] | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | [Record Count] | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 5.00 | 6.00 | 5.00 | 4.50 | 4.00 | 4.00 | 31.50 | 0.00 | 4.50 | 6.00 | 4.50 | 5.00 | 4.00 | | 23.00 | 54.50 |
| Outpt | | [Record Count] | 51 | 80 | 97 | 80 | 73 | 98 | 83 | 582 | 784 | 80 | 92 | 80 | 91 | 75 | | 1609 | 1191 |
| Outpt | Data Entry | [Record Count] | 2.50 | 3.00 | 3.50 | 3.50 | 3.00 | 0.00 | 0 | 15.50 | 7.00 | 3.00 | 3.00 | 3.00 | 3.00 | 0 | | 19.00 | 34.50 |
| Outpt | Auditing | Hours auditing providers | 51 | 80 | 97 | 90 | 73 | 0 | 0 | 391 | 191 | 80 | 92 | 80 | 91 | | | 584 | 925 |
| Outpt | | [Record Count] | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc / Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 1.50 | | | | 0.50 | | | 2.00 | 1.00 | 0.50 | | 1.00 | | | | 2.50 | 4.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.50 | 8.00 | 8.00 | 4.00 | 4.00 | 49.00 | 8.00 | 8.00 | 8.00 | 8.50 | 8.00 | 4.00 | 0.00 | 44.50 | 93.50 |

174.8
214.5

REMARKS:

Supervisor Approval _Marcie V...._

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham — Employee Signature

Production 00165

# LifeCare Management Partnership

Dates  04/12/04  TO  04/25/04    Name: **CUNNINGHAM, CARMEN**    8

Clock

CONFIDENTIAL

## WEEK ONE

| ACCT. | TASK | DESCRIPTION | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | 17 SAT | 18 SUN | REG HRS |
|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 |
| Inpatient | | | | | | | | | | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 |
| Inpatient | | | | | | | | | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 |
| Inpatient | | | | | | | | | | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 |
| APV | | | | | | | | | | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 |
| APV | | | | | | | | | | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 |
| APV | | | | | | | | | | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 4.00 | 4.00 | | 2.00 | | | 14.00 |
| Outpt | | | 62 | 62 | 57 | | 25 | | | 206 |
| Outpt | Data Entry | Hours | 4.00 | 3.00 | 3.00 | | | | | 10.00 |
| Outpt | | | 137 | 62 | 57 | | | | | 256 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 |
| Outpt | | | | | | | | | | 0.00 |
| Outpt | Developing | House templates, superbills etc | | | | | | | | 0.00 |
| Outpt | Training | Training prov, sup, from audit | | | | | | | | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | 1.00 | 1.00 | | | | | 2.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 |
| | | VACATION | | | | 8.00 | | | 8.00 | 8.00 |
| | | HOLIDAY | | | | | 6.00 | | 6.00 | 6.00 |
| | | SICK | | | | | | | | 0.00 |
| | | **TOTAL HOURS** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 |

## WEEK TWO

| 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | 24 SAT | 25 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| 9.00 | 2.50 | 4.00 | 4.00 | 4.50 | 4.50 | 4.15 | 28.65 | 42.65 |
| 120 | 50 | 80 | | 98 | 98 | 105 | 549 | 755 |
| | 5.50 | 4.50 | 4.50 | 3.50 | | | 13.50 | 23.50 |
| | 120 | 140 | | 96 | | | 356 | 612 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0 | 0 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | 1.00 | 1.00 | 0.50 | 1.00 | 0.50 | 0.45 | 3.45 | 5.45 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| 8.00 | | | | | | | 8.00 | 8.00 |
| | | | | | | | 8.00 | 14.00 |
| | | | | | | | 0.00 | 0.00 |
| 8.00 | 9.00 | 9.00 | 9.00 | 9.00 | 5.00 | 4.60 | 53.60 | 93.60 |

141.6
209.3

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

_Carmen Cunningham_ (signature)    Employee Signature

_(Supervisor signature)_    Supervisor Approval

REMARKS:

duction 00167

- 355 -

CONFIDENTIAL

# LifeCare Management Partnership

**Dates** 04/26/04 **TO** 05/09/04    **Name:** CUNNINGHAM, CARMEN    8    **Clock**

| WRAMC | | | WEEK ONE | | | | | | | WEEK TWO | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | 1 SAT | 2 SUN | REG HRS | 3 MON | 4 TUE | 5 WED | 6 THU | 7 FRI | 8 SAT | 9 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copy/ng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copy/ng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 0.00 | 4.00 | 4.00 | 4.00 | 4.50 | | 4.00 | 20.50 | 4.00 | 4.00 | 4.00 | 4.00 | 3.50 | 5.00 | | 24.50 | 45.00 |
| Outpt | | | 0 | 75 | 75 | 78 | 82 | | 85 | 395 | 92 | 93 | 97 | 97 | 89 | 99 | | 567 | 962 |
| Outpt | Data Entry | Hours | 6.50 | 3.00 | 3.00 | 3.00 | 3.00 | | 0.00 | 18.50 | 4.00 | 4.00 | 4.00 | 4.00 | 4.50 | 0.00 | | 20.50 | 39.00 |
| Outpt | | | 203 | 75 | 75 | 78 | 82 | | 0 | 513 | 100 | 98 | 97 | 117 | 109 | 0 | | 521 | 1034 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sup. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 1.50 | 1.00 | 1.00 | 1.00 | 0.50 | | | 5.00 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | | | 2.50 | 7.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 4.00 | 44.00 | 8.50 | 8.50 | 8.50 | 8.50 | 8.50 | 6.00 | 0.00 | 47.50 | 91.50 |

**REMARKS:**

_Production 00169_

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Employee signature

- 356 -

CONFIDENTIAL

## LifeCare Management Partnership

Name: **CUNNINGHAM, CARMEN**  8

Dates: 05/10/04 TO 05/23/04

Clock

| ACCT | TASK | DESCRIPTION | 10 MON | 11 TUE | 12 WED | 13 THU | 14 FRI | 15 SAT | 16 SUN | REG HRS | 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | 22 SAT | 23 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | Coding | | | | | | | | | | | | | | | | | | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | Data Entry | | | | | | | | | | | | | | | | | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Inpatient | Auditing | | | | | | | | | | | | | | | | | | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | Coding | | | | | | | | | | | | | | | | | | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | | | | | | | | | | | | | | | | | | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | | | | | | | | | | | | | | | | | | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 3.50 | 4.00 | 4.00 | 4.00 | 4.50 | | 4.00 | 24.00 | 0.00 | 4.00 | 2.50 | 3.50 | 0.00 | | | 10.00 | 34.00 |
| Outpt | Coding | | 63 | 87 | 61 | 78 | 99 | | 120 | 508 | 0 | 74 | 36 | 58 | 0 | | | 186 | 674 |
| Outpt | Data Entry | Hours | 3.00 | 3.50 | 0.00 | 2.50 | 3.00 | | 0.00 | 12.00 | 6.50 | 3.00 | 1.00 | 3.00 | 0.00 | | | 13.50 | 25.50 |
| Outpt | Data Entry | | 63 | -87 | -0 | 61 | 78 | | 0 | 289 | 219 | 74 | 36 | 56 | 0 | | | 385 | 674 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Auditing | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. resp. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 0.50 | 0.50 | 1.00 | 0.50 | 0.50 | | | 3.00 | 0.50 | 1.00 | | 1.50 | | | | 3.00 | 6.00 |
| Outpt | Meeting | Hours | 1.00 | | | 1.00 | | | | 2.00 | 1.00 | | | | | | | 1.00 | 3.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | 4.50 | | 8.00 | | | 12.50 | 12.50 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 4.00 | 41.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 81.00 |

REMARKS:

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham  W.Phillips Lixxxxxxx
Employee Signature

Production 00170

CONFIDENTIAL

# LifeCare Management Partnership

**Dates** 05/24/04 **TO** 06/08/04    **Name:** CUNNINGHAM, CARMEN    **8**    **Clock** _____

| ACCT. | TASK | DESCRIPTION | WEEK ONE 24 MON | 25 TUE | 26 WED | 27 THU | 28 FRI | 29 SAT | 30 SUN | REG HRS | WEEK TWO 31 MON | 1 TUE | 2 WED | 3 THU | 4 FRI | 5 SAT | 6 SUN | REG HRS | | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0 | | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0 | | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0 | | | | | | | | 0 | | 0 |
| Inpatient | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 2.00 | 8.00 | 8.00 | 8.00 | | | 30.00 | 4.00 | 0 | 0 | 4.00 | | | | 8.00 | | 38.00 |
| | | (providers) | 61 | 41 | 89 | 97 | 91 | | | 379 | 85 | | | 78 | | | | 173 | | 552 |
| Outpt | Data Entry | Hours | 3.00 | 1.00 | 0.00 | 0.00 | 0 | | | 4.00 | 3.00 | 4.00 | 4.00 | 7.00 | 3.50 | | | 17.50 | | 21.50 |
| | | (providers) | 61 | 41 | 41 | | | | | 102 | 120 | 165 | 165 | | | | | 450 | | 552 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Developing | Hours templates, appendix etc | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Training | Training prov, sup, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Training | Hours in training, orientation | 1.00 | 2.00 | 1.00 | 1.00 | 1.00 | | | 6.00 | 5.00 | 1.00 | 2.00 | 1.50 | | | | 9.50 | | 15.50 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | 1.00 | 1.00 | | 1.50 | | | 4.00 | | 4.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | | 0.00 |
| Queries | | # provider queries | | | | | | | | | | | | | | | | | | |
| | | VACATION | | | | | | | | 0.00 | 8.00 | | | | | | | 0.00 | | 8.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | | 0.00 |
| | | **TOTAL HOURS** | 8.00 | 5.00 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 40.00 | 12.00 | 8.00 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 47.00 | | 87.00 |

**REMARKS:** Wednesday, Thursday and Friday I was in a different area and coding was a bit of a challenge.

_Signed_ _____ **Supervisor Approval**

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the payroll time line.

_Carmen Cunningham_ **Employee Signature**

CONFIDENTIAL

# LifeCare Management Partnership

Dates  06/07/04  TO  06/20/04    Name: **CUNNINGHAM, CARMEN**    8    Clock _____

161.6
190.1

| WRAMC | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | 7 MON | 8 TUE | 9 WED | 10 THU | 11 FRI | 12 SAT | 13 SUN | REG HRS | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | 19 SAT | 20 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.50 | 4.50 | 3.50 | 4.50 | 0.00 | | | 17.00 | 4.00 | 4.00 | 4.00 | 3.75 | 2.00 | 5.00 | 0.00 | 22.75 | 39.75 |
| Outpt | | | 88 | 78 | 59 | 82 | 0 | | | 307 | 92 | 88 | 68 | 72 | 27 | 159 | | 498 | 803 |
| Outpt | Data Entry | Hours | 3.50 | 3.50 | 4.00 | 3.00 | 2.00 | | | 16.00 | 4.00 | 4.00 | 3.50 | 3.50 | 0.75 | 0.00 | 5.50 | 21.25 | 37.25 |
| Outpt | | | 86 | 78 | 101 | 82 | 40 | | | 369 | 92 | 88 | 58 | 72 | 27 | 159 | | 496 | 865 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | -1.00 | 1.00 | | 1.00 | | | | 4.50 | 1.00 | 1.00 | 1.00 | | | | | 4.00 | 8.50 |
| Outpt | Meeting | Hours | | 1.00 | 1.50 | 1.00 | | | | 0.00 | | 0.50 | | | | | | 0.50 | 0.50 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | 0.75 | | | | | 0.75 | 0.75 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | 6.00 | | | | 6.00 | | | | | | | | 0.00 | 6.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 9.00 | 9.00 | 9.00 | 8.50 | 8.00 | 0.00 | 0.00 | 43.50 | 9.00 | 9.00 | 9.00 | 9.00 | 2.75 | 6.00 | 6.50 | 49.26 | 92.76 |

REMARKS: 6/9 DIFFICULT CHARTS;RE-ENTER
ENCOUNTERS PREVIOUSLY ENTERED. 6/11
RE-ENTER 40 ENCOUNTERS PREVIOUSLY
ENTERED. 6/16 difficult charts; 6/17 .45 min sys
tem problems.

_____    _____
Supervisor Approval

I certify that the information contained herein is complete and accurate,
and the total hours worked agree with the Daily Time Log.

Carmen Cunningham _____
Employee Signature

Production 00172

- 359 -

CONFIDENTIAL

## LifeCare Management Partnership

**8**

**Name:** CUNNINGHAM, CARMEN

**Dates** 06/21/04 TO 07/04/04

**Clock**

| WRAMC | | | | WEEK ONE | | | | | | | | | | WEEK TWO | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | 26 SAT | 27 SUN | REG HRS | 28 MON | 29 TUE | 30 WED | 1 THU | 2 FRI | 3 SAT | 4 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 4.00 | 3.50 | 4.00 | 3.00 | | | 18.50 | 5.50 | 3.50 | 4.00 | 5.00 | 5.50 | | 4.50 | 28.00 | 46.50 |
| Outpt | | | 84 | 61 | 86 | 67 | 63 | | | 311 | 104 | 59 | 72 | 99 | 101 | 96 | | 531 | 842 |
| Outpt | Data Entry | Hours | 3.00 | 3.00 | 3.50 | 2.50 | 4.00 | | | 16.00 | 3.00 | 4.50 | 3.50 | 3.25 | 4.00 | 0.00 | | 18.25 | 34.25 |
| Outpt | | | 64 | 61 | 58 | 41 | 69 | | | 311 | 66 | 103 | 72 | 99 | 101 | 0 | | 440 | 751 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sup, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | 1.50 | | | | | | 1.50 | 1.50 |
| Outpt | Adm | Hours coord, copying,etc | 1.00 | 1.00 | 1.00 | 1.50 | 1.00 | | | 5.50 | 1.00 | 0.75 | 0.50 | | | | | 2.25 | 7.75 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 9.50 | 8.75 | 8.00 | 8.25 | 9.50 | 0.00 | 4.50 | 50.00 | 90.00 |

**REMARKS:** 6/23 Mostly 3rd parties, difficult locate in system. 6/24 Running compliance reports for Cardiology.

Supervisor Approval

I certify that the information compiled hereto is complete and accurate, and the total hours worked agree with the Daily Time Log.

Employee Signature

Production 00174

**- 360 -**

CONFIDENTIAL

# LifeCare Management Partnership

Clock

**Dates** 07/05/04 **TO** 07/18/04    **Name:** CUNNINGHAM, CARMEN    8

| WRAMC | | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | |
| ACCT. | TASK | DESCRIPTION | | 5 MON | 6 TUE | 7 WED | 8 THU | 9 FRI | 10 SAT | 11 SUN | REG HRS | 12 MON | 13 TUE | 14 WED | 15 THU | 16 FRI | 17 SAT | 18 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | 0.00 | 3.00 | 3.25 | 4.25 | | | 10.50 | 4.00 | 5.50 | 5.00 | 3.50 | | 4.50 | | 22.50 | 33.00 |
| Outpt | | | | 0 | 65 | 68 | 89 | | | 222 | 87 | 109 | 99 | 89 | | 62 | | 416 | 638 |
| Outpt | Data Entry | Hours | | 5.25 | 3.00 | 4.00 | 4.00 | | | 16.25 | 4.00 | 3.00 | 3.00 | 4.00 | | 0.00 | | 14.00 | 30.25 |
| Outpt | | | | 98 | 85 | 97 | 89 | | | 367 | 87 | 70 | 79 | 108 | | 0 | | 344 | 711 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, tapesinfte etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | 1.00 | 1.00 | 1.00 | | | 3.00 | 1.00 | 1.00 | 1.00 | 1.50 | | | | 4.50 | 7.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | 8.00 | | | | | | 0.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | 8.00 | | | 8.00 | 8.00 |
| | | TOTAL HOURS | | 8.00 | 6.25 | 7.00 | 8.25 | 9.25 | 0.00 | 37.75 | 9.00 | 9.50 | 9.00 | 9.00 | 9.00 | 0.00 | 4.50 | 49.00 | 86.75 |

Supervisor Approval _(signature)_

I certify that the information contained herein is complete and accurate, and the total hours worked comply with the Daily Rog Log.

Carmen Cunningham _(signature)_
Employee Signature

**REMARKS:**

Induction 00175

**- 361 -**

CONFIDENTIAL

## LifeCare Management Partnership

**Dates** 07/19/04 **TO** 08/01/04   **Name:** CUNNINGHAM, CARMEN   8   Clock

| WRAMC | | DESCRIPTION | WEEK ONE | | | | | | | | | WEEK TWO | | | | | | | | TTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | 19 MON | 20 TUE | 21 WED | 22 THU | 23 FRI | 24 SAT | 25 SUN | REG HRS | 26 MON | 27 TUE | 28 WED | 29 THU | 30 FRI | 31 SAT | 1 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 4.00 | 3.50 | 3.50 | 2.50 | | | 17.50 | 2.00 | 4.00 | 4.00 | 3.50 | 4.00 | | | 21.50 | 39.00 |
| Outpt | | | 59 | 68 | 52 | 47 | 41 | | | 265 | 25 | 63 | 59 | 58 | 55 | 41 | | 301 | -566 |
| Outpt | Data Entry | Hours | 3.50 | 3.00 | 3.50 | 3.00 | 3.25 | | | 16.25 | 0.00 | 4.00 | 3.75 | 3.50 | 3.50 | 0.00 | | 14.75 | 31.00 |
| Outpt | | | 72 | 66 | 72 | 47 | 80 | | | 302 | 25 | 63 | 59 | 58 | 55 | 0 | | 280 | 582 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | 8.00 | | | | | | | | 0.00 | 8.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 6.00 | 6.00 |
| Outpt | Adm | Hours coord, copying,etc | 1.00 | 1.00 | 1.00 | 1.50 | 1.50 | | | 6.00 | 2.00 | 2.00 | 1.50 | 1.50 | 1.50 | | | 8.50 | 9.50 |
| Outpt | Meeting | Hours | | | | | 1.00 | | | 1.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 8.50 | 8.00 | 8.00 | 8.00 | 8.25 | 0.00 | 0.00 | 40.75 | 10.00 | 10.00 | 9.25 | 9.00 | 8.50 | 4.00 | 0.00 | 50.75 | 91.50 |

**REMARKS:** 8/28 I spentend the day w/ E.Wongus shadowing the process for coding Orthopedic encounters. For the rest of the week I trained/ verified/coded encounters from Orthopedic clinic.

Supervisor Approval _(signature)_

Production 00177

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Logs.

Carmen Cunningham   Employee Signature

- 362 -

CONFIDENTIAL

# LifeCare Management Partnership

8

**Dates** 08/02/04 **TO:** 08/15/04    **Name:** CUNNINGHAM, CARMEN

Clock

| WRAMC | | | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | 2 MON | 3 TUE | 4 WED. | 5 THU. | 6 FRI | 7 SAT | 8 SUN | REG HRS | 9 MON | 10 TUE | 11 WED | 12 THU | 13 FRI | 14 SAT | 15 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copy/fng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copy/fng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours ending & verifying providers | 5.00 | 5.00 | 1.50 | | 1.50 | | | 13.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 7.00 | 8.00 | 21.00 |
| Outpt | | | 62 | 66 | 29 | | 28 | | | 185 | 28 | 0 | 0 | 0 | 0 | | 103 | 131 | 316 |
| Outpt | Data Entry | Hours | 3.00 | 2.25 | 2.00 | | 0.00 | | | 7.25 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.50 | 7.75 |
| Outpt | | | 34 | 30 | 29 | | | | | 302 | 28 | 0 | 0 | 0 | 0 | | 0 | 28 | 330 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | | | | | | | | | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copy/fng,etc | | 2.00 | | | 6.50 | | | 8.50 | 6.50 | 8.00 | 9.25 | 9.00 | 8.00 | | 40.75 | 40.75 | 49.25 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying codes | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | 1.00 | | | | | | | 1.00 | | | | | | | | 0.00 | 1.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | 8.00 | | | | 12.50 | | | | | | | | 12.50 | 12.50 |
| | | **TOTAL HOURS** | 9.00 | 9.25 | 4.50 | 8.00 | 8.00 | | 0.00 | 42.25 | 8.00 | 8.00 | 9.25 | 9.00 | 8.00 | | 7.00 | 49.25 | 91.50 |

REMARKS: 8/2 system down 1hr. 8/3 difficult loo ating 00,01,02 encounter for Orthopedic. 8/6 work ed on OHI project per MSG Dombrowski & Ms Kydd: Also 8/9-8/13 per MSG D and Ms. Kydd worked on OHI project.

Production 00178

_____  Supervisor Approval

I certify that the information contained herein is complete and accurate, and that the total hours worked agree with the completed LOB.

_____  Employee Signature

- 363 -

CONFIDENTIAL

# LifeCare Management Partnership

Clock

Dates 08/16/04 TO 08/29/04     Name: CUNNINGHAM, CARMEN     8

| ACCT. | TASK | DESCRIPTION | 16 MON | 17 TUE | 18 WED | 19 THU | 20 FRI | 21 SAT | 22 SUN | REG HRS | 23 MON | 24 TUE | 25 WED | 26 THU | 27 FRI | 28 SAT | 29 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WEEK ONE | | | | | | | WEEK TWO | | | | | |
| inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| inpatient | Training | Hours in training, orientation | | | | | | | | 0 | | | | | | | | 0 | 0 |
| inpatient | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Home coding & working providers | 0.00 | 0.00 | 0.00 | 2.00 | 1.00 | | | 3.00 | 0.00 | 0.00 | 5.00 | 4.00 | | | | 9.00 | 12.00 |
| Outpt | Coding | | 0 | 0 | 0 | 32 | 20 | | | 82 | 0 | | 73 | 55 | | | | 129 | 181 |
| Outpt | Data Entry | Hours | 5.50 | 0.00 | 0.00 | 1.00 | 0.50 | | | 7.00 | 0.00 | 0 | 3.00 | 3.00 | | | | 6.00 | 13.00 |
| Outpt | Data Entry | | 73 | 0 | 0 | 32 | 20 | | | 125 | | 0 | 73 | 66 | | | | 128 | 254 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | 2.00 | 8.00 | 8.00 | 4.25 | 6.50 | | | 28.75 | 5.00 | 10.00 | 1.00 | 2.00 | | | | 18.00 | 46.75 |
| Outpt | Adm | Hours coord, copying, etc | 1.00 | | | 0.75 | | | | 1.75 | | | | | | | | 0.00 | 1.75 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | 8.00 | | | 8.00 | 8.00 |
| | VACATION | | | | | | | | | 0.00 | | | | | | | | 8.00 | 8.00 |
| | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.60 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.50 | 6.00 | 10.00 | 9.00 | 9.00 | 8.00 | 0.00 | 0.00 | 41.00 | 81.50 |

REMARKS: 8/18 difficulty locating Orthopedic encounters and worked on OHI. 8/17 OHI, copied FBR. 8/18 OHI. 8/19 OHI and 3rd parties. 8/20 OHI and 3rd parties. 8/23-26 OHI, 3rd parties & Orthopedic clinic.

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time/Log.

Carmen Cunningham
Employee Signature

Production 00180

- 364 -

CONFIDENTIAL

# LifeCare Management Partnership

Clock

Dates  08/30/04  TO  09/12/04    Name: **CUNNINGHAM, CARMEN**

8

| | | | WEEK ONE | | | | | | | | | | | WEEK TWO | | | | | | | |
| ACCT. | TASK | DESCRIPTION | 30 MON | 31 TUE | 1 WED | 2 THU | 3 FRI | 4 SAT | 5 SUN | REG HRS | 6 MON | 7 TUE | 8 WED | 9 THU | 10 FRI | 11 SAT | 12 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | | | 15.00 | 3.50 | 2.50 | 2.50 | 2.50 | 2.00 | | | 10.50 | 25.50 |
| Outpt | | | 68 | 56 | 51 | 63 | 37 | | | 275 | 62 | 29 | 29 | 36 | 25 | | | 152 | 427 |
| Outpt | Data Entry | Hours | 4.00 | 3.50 | 3.50 | 4.00 | 0.00 | | | 15.00 | 3.50 | 3.50 | 3.50 | 2.50 | 1.50 | | | 11.00 | 26.00 |
| Outpt | | | 68 | 56 | 51 | 63 | 0 | | | 238 | 62 | 66 | 66 | 36 | 25 | | | 189 | 427 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | 2.50 | | | 2.50 | 2.50 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 2.50 |
| Outpt | Adm | Hours coord, copying,etc | 1.00 | 1.50 | 1.50 | 1.00 | 1.00 | | | 6.00 | 2.00 | 2.00 | | 1.00 | 4.00 | | | 9.00 | 15.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | 1.00 | | | 1.00 | 1.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | 1.50 | | | 1.50 | | | | | | | | 0.00 | 1.50 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | 8.00 | | | | | | | 8.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 8.00 | 8.00 | 8.00 | 8.00 | 6.50 | 0.00 | 0.00 | 37.50 | 9.00 | 8.00 | 8.50 | 8.50 | 8.50 | 0.00 | 0.00 | 42.00 | 79.50 |

REMARKS: 8/30-9/12 worked on 3rd parties and Orthopedic clinic. Difficult locating $$$,99,00,01. etc for Orthopedic. System problems on 9/3 1.5 hours.

Production 00181

_(signature)_  Supervisor Approval

_(signature)_  Crance Cunningham  Employee Signature

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

- 365 -

CONFIDENTIAL

# LifeCare Management Partnership

Name: **CUNNINGHAM, CARMEN**    8

Dates: 09/13/04 TO 09/26/04    Clock

| WRAMC | | DESCRIPTION | WEEK ONE | | | | | | | | | | WEEK TWO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | 13 MON | 14 TUE | 15 WED | 16 THU | 17 FRI | 18 SAT | 19 SUN | REG HRS | TTL HRS | 20 MON | 21 TUE | 22 WED | 23 THU | 24 FRI | 25 SAT | 26 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | | | | | | | | | 0 | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | 0 | | | | | | | | 0 | 0 |
| APV | | | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | | | | | | | | | 0 | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 4.00 | 1.75 | 9.00 | | | | 5.75 | 22.25 | 3.50 | 2.00 | 4.00 | 4.00 | 3.00 | | | 16.50 | 22.25 |
| Outpt | | | 49 | 49 | 28 | | | | | 77 | 290 | 32 | 20 | 63 | 59 | 49 | | | 213 | 290 |
| Outpt | Data Entry | Hours | 2.50 | 2.50 | 1.50 | | | | | 4.00 | 14.50 | 2.50 | 1.00 | 3.00 | 1.00 | 3.00 | | | 10.50 | 14.50 |
| Outpt | | | 49 | 49 | 28 | | | | | 77 | 290 | 32 | 20 | 53 | 59 | 49 | | | 213 | 290 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | | | | | | | | | | 0.00 | 0.00 | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep. from audit | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 1.50 | 4.00 | | 8.00 | | | | 22.50 | 33.50 | 2.50 | 2.50 | 1.00 | 3.00 | 2.00 | | | 11.00 | 33.50 |
| Outpt | Meeting | Hours | | 0.75 | | | | | | 0.75 | 3.25 | | | | | | | | 2.50 | 3.25 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | 0 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | 8.00 | | | | | | | 8.00 | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 3.00 | 9.00 | 8.00 | 0.00 | 0.00 | 44.00 | 81.50 | 8.60 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.60 | 81.60 |

REMARKS:    15-Sep: Worked on 3rd and setting up tracking system to help Sgt Munger team. 09 16 & 17 work in TPC on denials.

This week I spent a lot of time trying to coordinate the process of the OHI project. Several spur of the moment meeting w/MSG D. and SGT Munger's

_Maria McB_    — Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Log.

_Carmen Cunningham_    — Employee Signature

Production 00183

- 366 -

CONFIDENTIAL

# LifeCare Management Partnership

**Name:** CUNNINGHAM, CARMEN

**Dates** 09/27/04 **TO** 10/10/04    8

| ACCT. | TASK | DESCRIPTION | | 27 MON | 28 TUE | 29 WED | 30 THU | 1 FRI | 2 SAT | 3 SUN | REG HRS | 4 MON | 5 TUE | 6 WED | 7 THU | 8 FRI | 9 SAT | 10 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ipatient | Coding | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| ipatient | Data Entry | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| ipatient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | | Record Count | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| ipatient | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| ipatient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| iPV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| iPV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| iPV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| iPV | | Record Count | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| iPV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | | | 16.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 0.00 | | 15.00 | 31.00 |
| Outpt | | Record Count | | 37 | 42 | 42 | 47 | 39 | | | 165 | 43 | 42 | 37 | 32 | 27 | 0 | | 181 | 346 |
| Outpt | Data Entry | Hours | | 0.00 | 4.00 | 3.00 | 3.00 | 3.00 | | | 10.00 | 2.00 | 2.00 | 4.00 | 4.00 | 2.00 | 0.00 | | 12.00 | 22.00 |
| Outpt | | Record Count | | 0 | 79 | 47 | 47 | 39 | | | 165 | 43 | 42 | 37 | 74 | 27 | 0 | | -223 | 388 |
| Outpt | Auditing | Hours auditing providers | | 8.00 | | | | 2.00 | | | 10.00 | 4.00 | 2.00 | 4.00 | 2.00 | | 0.00 | | 12.00 | 22.00 |
| Outpt | | Record Count | | | | | | | | | 0.00 | 2 | 4 | 6 | 0 | | | | 12 | 12 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | 4.00 | | 1.00 | | | | | 5.00 | | 2.00 | | | 3.50 | 4.00 | | 9.50 | 14.50 |
| Outpt | Meeting | Hours | | | | | | | | | 0.00 | | | | | 1.50 | | | 1.50 | 1.50 |
| Outpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | | 8.00 | 8.00 | 8.00 | 8.00 | 9.00 | 0.00 | 0.00 | 44.00 | 9.00 | 9.00 | 9.00 | 9.00 | 10.00 | 4.00 | 0.00 | 50.00 | 91.00 |

**WEEK ONE** / **WEEK TWO**

**REMARKS:** 9/27 over TPCP; 9/28 printer down re view specialty stints. 9/29 printed facesheet for 9/28,29. 10/1 over TPC /28,29.
10/4 ICD9 down,30-min/dft In TPCP, Tracking
OHI process. 10/6 Auditing in TPCP. 10/7 Tracking logging OHI. 10/7 in TPCP getting rates from CMAC met w/ MSG D., SSG Hampton, MAJ Cahill, and Ms ...

*I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.*

**Carmen Cunningham** _____
Employee Signature

_Maure PO Clerk_ Supervisor Approval

Production 00185

**- 367 -**

CONFIDENTIAL

# LifeCare Management Partnership

**Name: CUNNINGHAM, CARMEN**    8

ates    10/11/04    TO    10/24/04    LOCK

| ACCT | TASK | DESCRIPTION | 11 MON | 12 TUE | 13 WED | 14 THU | 16 FRI | 16 SAT | 17 SUN | REG HRS | 18 MON | 19 TUE | 20 WED | 21 THU | 22 FRI | 23 SAT | 24 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | WEEK ONE | | | | | | | WEEK TWO | | | | | |
| Ipatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Ipatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Ipatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Ipatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Ipatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| vPV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| vPV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| vPV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Adm | Hours coord, copying etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| vPV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | 2.50 | 4.00 | 3.50 | 1.50 | | | 11.50 | 5.00 | 3.50 | 3.00 | | 0.00 | | | 11.50 | 23.00 |
| Outpt | | Record Count | | 43 | 51 | 32 | 25 | | | 151 | 68 | 52 | 32 | | 0 | | | 152 | 303 |
| Outpt | Data Entry | Hours | | 2.00 | 2.00 | 2.00 | 1.00 | | | 7.00 | 0.00 | 3.50 | 2.50 | | 0.00 | | | 6.00 | 13.00 |
| Outpt | | Record Count | | 43 | 51 | 32 | 25 | | | 151 | 0 | 120 | 32 | | 0 | | | 152 | 303 |
| Outpt | Auditing | Hours auditing providers | | | | | 5.00 | | | 5.00 | | | | 8.00 | | | | 8.00 | 13.00 |
| Outpt | | Record Count | | | | | 10 | | | 10 | | | | 32 | | | | 32 | 42 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying etc | 4.00 | 3.00 | 1.50 | 1.50 | 1.50 | | | 11.50 | 4.00 | 1.50 | 2.50 | | 1.00 | | | 9.00 | 20.50 |
| Outpt | Meeting | Hours | | 1.00 | 1.00 | 1.00 | | | | 3.00 | | | 1.00 | | | | | 1.00 | 4.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | 8.00 | | | | 0.00 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | 8.00 | | | | | 8.00 | 8.00 |
| | | HOLIDAY | 8.00 | | | | | | | 0.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 8.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 12.00 | 8.50 | 8.50 | 8.00 | 9.00 | 0.00 | 0.00 | 46.00 | 9.00 | 8.50 | 9.00 | 8.00 | 9.00 | 0.00 | 0.00 | 43.50 | 89.50 |

**REMARKS:** 10/11 work on GWOT, 10/12 & TPCP 1.5 4-hours TPCP and meeting Msg D, Ms. Bonaparte, SSG Munger & Hampton.Meeting w/ MSG D, Munger and Diana, over TPCP. 10/18 in TCPC all day, no printer.10/19 tracking OHI. 10/20 meeting w/ OIB team.10/22 in TPCP all day audited 32 encounters.

Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with my daily Time Log.

Carmen Cunningham
Employee Signature

Production 00186

- 368 -

CONFIDENTIAL

# LifeCare Management Partnership

**Dates** 10/25/04 TO 11/07/04   **Name:** CUNNINGHAM, CARMEN

94.4
131.2
7.4

| ACCT. | TASK | DESCRIPTION | 25 MON | 26 TUE | 27 WED | 28 THU | 29 FRI | 30 SAT | 31 SUN | REG HRS | 1 MON | 2 TUE | 3 WED | 4 THU | 5 FRI | 6 SAT | 7 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | 4.00 | 4.00 | | 4.00 | | | 2.00 | | | | 6.00 | 10.00 |
| APV | Downtime | Hours | | | | | | | 36 | 36 | 50 | | | 32 | | | | 82 | 118 |
| Outpt | Coding | Hours coding & verifying providers | | | | | | | 0.00 | 0.00 | 3.00 | | | 2.00 | | | | 5.00 | 5.00 |
| Outpt | | Record Count | | | | | | | 0 | 0 | 50 | | 9.00 | 32 | 7.50 | | | 82 | 82 |
| Outpt | Data Entry | Hours | | | | | 9.00 | | 9.00 | 9.00 | | | 23/3 | | 13/2 | | | 24.50 / 100 | 33.50 |
| Outpt | Auditing | Hours auditing providers | | | | | 31 | | 31.00 | 31.00 | 56/4 | | | | | | | 31 | 31 |
| Outpt | | Record Count | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, appeals, etc | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov. app. from audit | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | 0.00 | 0.00 | | 1.00 | | 3.00 | 1.50 | | | 5.50 | 5.50 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | 0.00 | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # providers queries | | | | | | | 32.00 | 32.00 | | | | | | | | 32.00 | 32.00 |
| | | VACATION | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 9.00 | | 4.00 | 45.00 | 8.00 | 8.00 | 9.00 | 7.00 | 9.00 | | 0.00 | 41.00 | 86.00 |

**REMARKS:** Death in family out 10/25-28/04. 10/29/04 In TPCP. 11/1, 11/3, 11/5 TPCP auditing rejection/denial claims. 11/2, 11/4 catching-up on OHI tracking and logging process.

_____ Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham
_____ Employee Signature

Production 00187

- 369 -

CONFIDENTIAL

Lifecare Management Partnership

**Dates** 11/08/04 **TO** 11/21/04    **Name:** CUNNINGHAM, CARMEN

| WRAMC | | DESCRIPTION | WEEK ONE | | | | | | | | WEEK TWO | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | | 8 MON | 9 TUE | 10 WED | 11 THU | 12 FRI | 13 SAT | 14 SUN | REG HRS | 15 MON | 16 TUE | 17 WED | 18 THU | 19 FRI | 20 SAT | 21 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | -0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours coding & verifying providers | | | | | | 4.00 | 4.00 | 17.00 | 5.00 | 4.50 | | 0.00 | 3.50 | 4.00 | | 17.00 | 21.00 |
| Outpt | | Record Count | | | | | | 51 | 61 | | 67 | 59 | | 126 | 41 | 53 | | 347 | 347 |
| Outpt | Data Entry | Hours | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5.00 | 3.00 | 0.00 | | 8.00 | 8.00 |
| Outpt | | Record Count | | | | | | | 0 | | | | | 126 | 41 | 0 | | | |
| Outpt | Auditing | Hours auditing providers | 8.00 | 1.50 | 8.00 | | 8.00 | | 25.50 | 25.50 | | | | | | | | 0.00 | 0 | 25.50 |
| Outpt | | Record Count | 32 | 3 | 42 | | 47 | | 124.00 | 124.00 | | | | | | | | | 0 | 124 |
| Outpt | Developing | Hours templates, superbills etc | 3.00 | 3.00 | | | | | 3.00 | 3.00 | | | | | | | | 0.00 | 3.00 |
| Outpt | Training | Training prov, sep. from audit | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | 3.50 | | 1.00 | | | 4.50 | 4.50 | 1.00 | 1.00 | | 4.00 | 1.50 | | | 7.50 | 12.00 |
| Outpt | Meeting | Hours | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | 0.00 | 0.00 | | | | | 1.00 | | | 5.50 | 5.50 |
| Outpt | Downtime | Hours | | | | | | | 0.00 | 0.00 | 2.00 | 2.50 | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | 0.00 | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | 8.00 | | | 8.00 | 8.00 | | | 8.00 | | | | | 8.00 | 8.00 |
| | | SICK | | | | | | | 0.00 | 0.00 | | | 8.00 | | | | | 8.00 | 8.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 9.00 | 0.00 | 4.00 | 45.00 | 8.00 | 8.00 | | 9.00 | 9.00 | 4.00 | 0.00 | 46.00 | 91.00 |

_Supervisor Approval_  [signature]



I certify that the information contained herein is complete and accurate, and the total hours worked agree with my Daily Time Log.

_Employee Signature_  Carmen Cunningham

TTL 151.2
Vac 41.0

**REMARKS:** 11/8 in TPCP auditing. 11/9 Per MS @ D., created spreadsheet for rejected/denied claims/tracking and logging OHI.
11/16 system problem. 11/16 system problem
11/16 entering/printing facesheets(126); worked on tracking VIP encounters for coding and reimburse

Production 00189

- 370 -

CONFIDENTIAL

LifeCare Management Partnership

8

Dates 11/22/04 TO 12/5/04    Name: **CUNNINGHAM, CARMEN**

| WRAMC | | | WEEK ONE | | | | | | | | REG HRS | | WEEK TWO | | | | | | | REG HRS | TTL HRS |
|---|---|---|22 MON|23 TUE|24 WED|25 THU|26 FRI|27 SAT|28 SUN| |28 MON|29 TUE|30 WED|1 THU|2 FRI|3 SAT|4 SUN|5 SUN| | |
| ACCT. | TASK | DESCRIPTION | | | | | | | | | | | | | | | | | | | |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, cop7/ing,etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | | 0 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | | 0 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.50 | 4.00 | 4.50 | | | | | 13.00 | 5.00 | 2.50 | 5.00 | 4.00 | 4.00 | 4.00 | 4.00 | | 28.50 | 41.50 |
| Outpt | | Record Count | 51 | 61 | 57 | | | | | 169 | 67 | 37 | 75 | 56 | 58 | 47 | 51 | | 391 | 560 |
| Outpt | Data Entry | Hours | 5.50 | 4.00 | 0.00 | | | | | 9.50 | 2.00 | 4.50 | 3.00 | 3.50 | 4.00 | 0.00 | 0.00 | | 17.00 | 26.50 |
| Outpt | | Record Count | 104 | 61 | 0 | | | | | 165 | 50 | 74 | 75 | 68 | 58 | | 0 | | 313 | 478 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | | Record Count | | | | | | | | 0.00 | | | | | | | | | 0 | 0 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0 |
| Outpt | Training | Training prov, sup. from audit. | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | 1.00 | | 0.75 | 0.50 | | | | 2.25 | 2.25 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | 2.00 | 1.00 | | | | | | | 3.00 | 3.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | | 0 | 0 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | 8.00 | | | | 8.00 | | | | | | | | | 0.00 | 8.00 |
| | | SICK | | 8.00 | | | | | | 8.00 | | | | | | | | | 0.00 | 8.00 |
| | | TOTAL HOURS | 10.00 | 8.00 | 4.50 | 8.00 | 0.00 | 0.00 | 0.00 | 38.50 | 9.00 | 9.00 | 8.00 | 8.25 | 8.50 | 4.00 | 4.00 | | 50.76 | 89.28 |

REMARKS: 11/23 Coded, entered but not face sheets. 11/24 coded, no data entry, no face sh eets. System printer down for the pass 2-days. 11/29 printer down 2hrs. 11/30 printer down,once up printing facesheets.

Production 00190

_signature_ Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with the Daily Time Log.

Carmen Cunningham _signature_
Employee Signature

- 371 -

CONFIDENTIAL

# LifeCare Management Partnership

Name: **CUNNINGHAM, CARMEN**    8    Clock

Dates 12/06/04 TO 12/1?/04



| WRAMC ACCT. | TASK | DESCRIPTION | WEEK ONE 6 MON | 7 TUE | 8 WED | 9 THU | 10 FRI | 11 SAT | 12 SUN | REG HRS | WEEK TWO 13 MON | 14 TUE | 15 WED | 16 THU | 17 FRI | 18 SAT | 19 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Coding | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Record Count | | | | | | | | 0 | | | | | | | | | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Data Entry | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| APV | Auditing | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifing providers | 0.00 | 4.00 | 3.00 | 3.00 | 0.00 | | 4.00 | 14.00 | 3.00 | 2.00 | 3.00 | 3.00 | 3.50 | | 8.00 | 22.50 | 36.50 |
| Outpt | Coding | Record Count | 0 | 63 | 42 | 42 | 0 | | 57 | 209 | 55 | 25 | 39 | 31 | 47 | | 92 | 289 | 498 |
| Outpt | Data Entry | Hours | 5.00 | 3.00 | 2.00 | 2.00 | 0.00 | | 0.00 | 12.00 | 1.25 | 3.00 | 1.00 | 3.50 | 3.50 | | 0.00 | 12.25 | 24.25 |
| Outpt | Data Entry | Record Count | 98 | 83 | 47 | 42 | 0 | | | 250 | 32 | 48 | 0 | 70 | 47 | | | 197 | 447 |
| Outpt | Auditing | Hours auditing providers | 1.00 | | 2.00 | | 4.00 | | | 7.00 | 4.00 | | 4.00 | | | | | 8.00 | 16.00 |
| Outpt | Auditing | Record Count | 0 | 7 | 7 | | 31 | | | 38.00 | | | 25 | | | | | 25 | 63 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in trainbg, orientation | | | | | | | | 0.00 | | | 1.50 | | | | | 1.50 | 1.50 |
| Outpt | Adm | Hours coord, copying,etc | 2.00 | 1.00 | 3.00 | | | | | 6.00 | | 2.75 | 2.00 | 2.00 | | | | 6.75 | 12.75 |
| Outpt | Meeting | Hours | | | 1.00 | 4.00 | | | | 5.00 | | | | | | | | 0.00 | 5.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | VACATION | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | | 4.00 | 44.00 | 8.25 | 7.75 | 8.00 | 10.00 | 9.00 | | 8.00 | 51.00 | 95.00 |

REMARKS: 12/6 entered encounters from 12/4-5
Went to TPCP no claims system problem 12/6 TPCP
7 claim, sys..problems. 12/9 Tracking OHt. 12/10
TPCP half day, OHt tracking.
12/13 TPCP (4hrs) no coding issues,just system problems.
12/14 OHt tracking. 12/15 printer down for 2 hrs;TPCP 4 hrs/OHt

_____ Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agree with my daily Time Log.

Carmen Cunningham _____
Employee Signature

OHT Production 00193

CONFIDENTIAL

# LifeCare Management Partnership

Dates: 12/20/04  TO  01/02/05  Name: **CUNNINGHAM, CARMEN**

8

| WRAMC ACCT. | TASK | DESCRIPTION | WEEK ONE 20 MON | 21 TUE | 22 WED | 23 THU | 24 FRI | 25 SAT | 26 SUN | REG HRS | WEEK TWO 27 MON | 28 TUE | 29 WED | 30 THU | 31 FRI | 1 SAT | 2 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 8.50 | | | | | | | | 8.50 | 8.50 |
| Outpt | Coding | Hours ending & verifying providers | 2.50 | 4.00 | 2.00 | | | | | 8.50 | | | | | | | | 0 | 8.50 |
| Outpt | | Record Count | 42 | 59 | 40 | | | | | 141 | | | | | | | | 141 | 141 |
| Outpt | Data Entry | Hours | 1.50 | 2.50 | 2.50 | | | | | 6.50 | | | | | | | | 6.50 | 6.50 |
| Outpt | | Record Count | 42 | 59 | 40 | | | | | 141 | | | | | | | | 141 | 141 |
| Outpt | Auditing | Hours auditing providers | 4.00 | | 3.50 | | | | | 7.50 | | | | | | | | 7.50 | 7.50 |
| Outpt | | Record Count | 19 | | 5 | | | | | 24.00 | | | | | | | | 24 | 24 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, seep, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | 1.50 | | | | | | 1.50 | | | | | | | | 1.50 | 1.50 |
| Outpt | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | 8.00 | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | | 32.00 | 40.00 |
| | | HOLIDAY | | | | | 8.00 | | | 8.00 | | | | | 8.00 | | | 8.00 | 16.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 80.00 |

REMARKS:

_Mektu M. Cozzol_
Supervisor Approval

Carmen Cunningham _Carmen Cunningham_
Employee Signature

I certify that the information contained herein is complete and accurate, and the total hours worked agree with my Daily Time Log.

Reproduction 00194

USCA Case #14-7079    Document #1529317    Filed: 12/29/2014    Page 383 of 423

CONFIDENTIAL

Production 00196

# LifeCare Management Partnership

**Name:** CUNNINGHAM, CARMEN

8

**Dates** 01/03/05 **TO** 01/16/05

Clock

| WFAMC ACCT. | TASK | DESCRIPTION | 3 MON | 4 TUE | 5 WED | 6 THU | 7 FRI | 8 SAT | 9 SUN | REG HRS | 10 MON | 11 TUE | 12 WED | 13 THU | 14 FRI | 15 SAT | 16 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copy/lng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copy/lng,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 32.50 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | 6.00 | 0.00 | 4.00 | 3.00 | | | 17.00 | 4.00 | 2.50 | 2.50 | 2.50 | 4.00 | | | 15.50 | 32.50 |
| Outpt | | Record Count | 57 | 76 | 0 | 51 | 34 | | | 218 | 51 | 37 | 38 | 41 | 51 | | | 218 | 436 |
| Outpt | Data Entry | Hours | 3.00 | 0.00 | 4.00 | 3.00 | 1.00 | | | 11.00 | 0.00 | 4.50 | 2.00 | 2.50 | 0.00 | | | 9.00 | 20.00 |
| Outpt | | Record Count | 57 | 0 | 78 | 51 | 34 | | | 218 | 0 | 86 | 38 | 41 | 0 | | | 167 | 385 |
| Outpt | Auditing | Hours auditing providers | | | 4.00 | | 4.00 | | | 8.00 | 4.00 | | 2.00 | | 4.00 | | | 10.00 | 18.00 |
| Outpt | | Record Count | | | 32 | | 2 | | | 34.00 | 3 | | | | 34 | | | 37 | 71 |
| Outpt | Developing | Training prov, sop, from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 8.50 |
| Outpt | Adm | Hours coord, copy/lng,etc | 1.00 | 2.00 | | 1.00 | | | | 4.00 | | 1.00 | 1.50 | 2.00 | | | | 4.50 | 8.50 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | | | | 1.00 | | | | 1.00 | 1.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 80.00 |

**WEEK ONE** — **WEEK TWO**

REMARKS: 1/12/05 TPCP audit no paper encounters; 9 system claims in TPCP system.

Supervisor Approval

I certify that the information on this timesheet is complete and accurate, and the total hours worked agree with the Daily Time Log.

_Carmen Cunningham_
Employee Signature

Expert Production 00113
Advanta Medical Solutions, LLC

Consulting Agreement No. CO-093



EXHIBIT B

## Advanta Medical Solutions, LLC

PAID

Per. 630009

### CONSULTANT INVOICE
### CODING CONTRACTS

| | |
|---|---|
| **NAME:** | Carmen Cunningham |
| **ADDRESS:** | 13009 Scalp Duck Court |
| | Upper Marlboro, MD 20772 |
| **TELEPHONE NO:** | (301) 218-2861 |

**TASK LIST**

| | |
|---|---|
| 001 = | Inpatient Records |
| 002 = | Ambulatory/Otpt. Surg |
| 003 = | Outpatient Clinic |
| 004 = | Emergency Department |
| 005 = | Chart Analysis |
| 010 = | Training |
| 014 = | Professional Fee Coding |

**CLIENT:** Kaiser Permanente

| DATE OF SERVICE | TASK/ TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 1/4/05 | 010 | 4 | 56 | $33.00 | $ 132.00 |
| 1/5/05 | 003 | 4 | 42-43 | $33.00 | $ 132.00 |
| 1/6/05 | 003 | 4 | 37 | $33.00 | $ 132.00 |
| 1/7/05 | 003 | 4 | 45 | $33.00 | $ 132.00 |
| 1/10/05 | 003 | 4 | 47 | $33.00 | $ 132.00 |
| 1/11/05 | 003 | 4 | 41 | $33.00 | $ 132.00 |
| 1/12/05 | 003 | 4 | 53 | $33.00 | $ 132.00 |

**TOTAL:** 28.00 Hours x $33.00/Per Hour    = $ 924.00

8.00    264.00

**SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH YOUR PRODUCTIVITY SHEETS.**

fs2

total  36.00.    $33.00

2

= $ 1188.00  84.

prod-010  $ 132

010-010

470-0035  10

CONFIDENTIAL

Expert Production 00114
Advanta Medical Solutions, LLC                                   Consulting Agreement No. CO-093

## EXHIBIT B

# Advanta Medical Solutions, LLC

## CONSULTANT INVOICE
## CODING CONTRACTS

**NAME:**  Carmen Cunningham                **TASK LIST**

**ADDRESS:**  13009 Scalp Duck Court         001 =  Inpatient Records
                                             002 =  Ambulatory/Otpt. Surg.
             Upper Marlboro, MD 20772        003 =  Outpatient Clinic
                                             004 =  Emergency Department
                                             005 =  Chart Analysis
                                             010 =  Training
**TELEPHONE NO:**  (301) 218-2861            014 =  Professional Fee Coding

**CLIENT:**  Kaiser, Permanente

| DATE OF SERVICE | TASK/ TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 1/13/05 | 003 | 4 | 36 | $33.00 | $132.00 |
| 1/14/05 | 003 | 4 | 55 56 | $33.00 | $132.00 |
|  |  |  |  | $33.00 |  |
|  |  |  |  | $33.00 |  |
|  |  |  |  | $33.00 |  |
|  |  |  |  | $33.00 |  |
|  |  |  |  | $33.00 |  |

**TOTAL:** 8 36   Hours   x   $33.00/Per Hour   = $ 264.00 182.00

SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH
YOUR PRODUCTIVITY SHEETS.

2

CONFIDENTIAL

CONFIDENTIAL

Clock

## LifeCare Management Partnership

**Dates** 01/17/05 **TO** 01/30/05   **Name:** CUNNINGHAM, CARMEN

8

| WRAMC ACCT. | TASK | DESCRIPTION | WEEK ONE 17 MON | 18 TUE | 19 WED | 20 THU | 21 FRI | 22 SAT | 23 SUN | REG HRS | WEEK TWO 24 MON | 25 TUE | 26 WED | 27 THU | 28 FRI | 29 SAT | 30 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | | Record Count | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | | Record Count | | | | | | | | 0 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 4.00 | | | 3.50 | 2.00 | 5.00 | | 14.50 | 2.50 | 3.50 | 2.00 | 3.00 | 1.50 | | | 12.50 | 27.00 |
| Outpt | | Record Count | 61 | | | 50 | 28 | 68 | | 205 | 32 | 51 | 36 | 45 | 23 | | | 187 | 392 |
| Outpt | Data Entry | Hours | 2.50 | | | 2.50 | 0.75 | 0.00 | | 5.75 | 3.50 | 4.00 | 0.00 | 3.50 | 2.50 | | | 13.50 | 19.25 |
| Outpt | | Record Count | 61 | | | 50 | 28 | 0 | | 137 | 68 | 83 | 0 | 45 | 59 | | | 255 | 392 |
| Outpt | Auditing | Hours auditing providers | | | | 4.00 | 4.00 | | | 4.00 | | | 4.50 | | 4.00 | | | 8.50 | 12.50 |
| Outpt | | Record Count | | | | 5 | 5 | | | 5.00 | | | 100 | | 9 | | | 109 | 114 |
| Outpt | Developing | Hours templates, superbills etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Training prov, sep. from audit | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | 1.50 | | | 2.00 | 1.25 | | | 4.75 | 1.50 | 0.50 | 1.50 | 1.50 | | | | 5.00 | 9.75 |
| Outpt | Meeting | Hours | | | | | | | | 0.00 | 0.50 | | | | | | | 0.50 | 0.50 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | 8.00 | | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | HOLIDAY | 8.00 | | | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | **TOTAL HOURS** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | 0.00 | 45.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 85.00 |

REMARKS: 1/24-TPCP,mtg w/SGT Mason, OHI
1/26 Worked report in TPCP-per MC. 1/28 TPCP
worked on report TPCP, OHI and audit 9 claims.

_____ Supervisor Approval

I certify that the information contained herein is complete and accurate, and the total hours worked agrees with the Daily Time Log.

_Carmen Cunningham_ Employee Signature

Production 00197

Expert Production 00115

Advanta Medical Solutions, LLC                          Consulting Agreement No. CO-093

**EXHIBIT B**

# Advanta Medical Solutions, LLC  PAID

## CONSULTANT INVOICE
## CODING CONTRACTS                      Per 27-010 A DP

RECEIVED FEB 0 9 2005 By_____

rec'd 1/31/05

**NAME:**        Carmen Cunningham                    **TASK LIST**

**ADDRESS:**     13009 Scalp Duck Court      001 =   Inpatient Records

                                            002 =   Ambulatory/Otpt. Surg.
                 Upper Marlboro, MD 20772    003 =   Outpatient Clinic
                                            004 =   Emergency Department
                                            005 =   Chart Analysis
                                            010 =   Training
**TELEPHONE NO:**  (301) 218-2861            014 =   Professional Fee Coding

                 **CLIENT:**   Kaiser.

| DATE OF SERVICE | TASK/TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 1/18/05 | 003 | 4 | 40 | $33.00 | $132.00 |
| 1/19/05 | 003 | 4 | 50 | $33.00 | $132.00 |
| 1/20/05 | 003 | 1 | 12 | $33.00 | $33.00 |
| 1/20/05 | 010 | 3 | 0 | $33.00 | $99.00 |
| 1/21/05 | 003 | 4 | 41 | $33.00 | $132.00 |
| 1/24/05 | 003 | 4 | 41 | $33.00 | $132.00 |
| 1/25/05 | 003 | 4 | 38 | $33.00 | $132.00 |

pg.1  **TOTAL:** 24  Hours  x  $33.00/Per Hour  = $ 792.00
pg.2      9.5                                        313.50
TOTAL  33.5

SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH YOUR PRODUCTIVITY SHEETS.      1105.50

Approved,

CONFIDENTIAL 003

Expert Production 00116

Advanta Medical Solutions, LLC                              Consulting Agreement No. CO-093

## EXHIBIT B

# Advanta Medical Solutions, LLC

## CONSULTANT INVOICE
## CODING CONTRACTS

**NAME:**     Carmen Cunningham          **TASK LIST**

**ADDRESS:**    13009 Scalp Duck Court        001 =    Inpatient Records

         Upper Marlboro, MD 20772      002 =    Ambulatory/Optt. Surg.
                                        003 =    Outpatient Clinic
                                        004 =    Emergency Department
                                        005 =    Chart Analysis
                                        010 =    Training
**TELEPHONE NO:**  (301) 218-2861       014 =    Professional Fee Coding

**CLIENT:** _____

| DATE OF SERVICE | TASK/TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 1/24/05 | 010 | 1.5 | 0 | $33.00 | $49.50 |
| 1/27/05 | 003 | 2 | 20 | $33.00 | $66.00 |
| 1/27/05 | 010 | 2 | 0 | $33.00 | $66.00 |
| 1/28/05 | 003 | 4 | 37 | $33.00 | $132.92 |
| | | | | $33.00 | |
| | | | | $33.00 | |
| | | | | $33.00 | |

**TOTAL:** 9.5    Hours    x    $33.00/Per Hour              = $ 313.50

## SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH
### YOUR PRODUCTIVITY SHEETS.

2

CONFIDENTIAL

CONFIDENTIAL

# LifeCare Management Partnership



**Dates** 01/31/05 **TO** 02/13/05  **Name:** CUNNINGHAM, CARMEN   Cook

WEEK ENF — 8

| WRAMC ACCT | TASK | DESCRIPTION | 31 MON | 1 TUE | 2 WED | 3 THU | 4 FRI | 5 SAT | 6 SUN | REG HRS | 7 MON | 8 TUE | 9 WED | 10 THU | 11 FRI | 12 SAT | 13 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.0 |
| Inpatient | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0 | 0.0 |
| Inpatient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | 3.00 | 3.00 | 2.00 | | | | | 8.00 | | | | | | | | 0.00 | 8.00 |
| Outpt | Data Entry | Hours | 32 | 33 | 25 | | | | | 90 | | | | | | | | 0 | 90 |
| Outpt | Data Entry | Hours | 2.00 | 2.50 | 0.00 | | | | | 4.50 | | | | | | | | 0.00 | 4.50 |
| Outpt | Auditing | Hours auditing providers | 32 | 33 | 0 | | | | | 66 | | | | | | | | 0 | 65 |
| Outpt | Auditing | Hours | | | 4.50 | | 6.50 | | | 11.00 | | | | | | | | 0 | 11.00 |
| Outpt | Developing | Hours templates, superbills etc | | | | | 257 | | | 257.00 | | | | | | | | 0 | 257 |
| Outpt | Developing | Hours | | | | 12.50 | | | | 12.50 | | | | | | | | 0.00 | 12.50 |
| Outpt | Training | Training prov, sep. from audit | | | | | | | | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 40.00 |
| Outpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Adm | Hours coord, copying,etc | | 1.00 | | | | | | 1.00 | | | | | | | | 0.00 | 1.00 |
| Outpt | Meeting | Hours | 3.00 | 1.50 | 1.50 | | | | | 6.00 | | | | | | | | 0.00 | 6.00 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | | 0.01 | 0.00 |
| | | SICK | | | | | | | | 0.00 | | | | | | | | 0.01 | 0.00 |
| | | TOTAL HOURS | 8.00 | 8.00 | 8.00 | 12.50 | 6.50 | 0.00 | 0.00 | 43.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 83.00 |

**REMARKS:** 1/31 Met w/MSG D. regarding OHI new process, 2/2 Reviewing claims for measure of performance review, 2/4 work on Performance Measure forms. 2/5 Worked on report for PMR for the 257 encounters I reviewed. 2/7-11 in TPCP working on spreadsheet to track non-billables, edits and denials.

I verify that the information contained herein is a complete and accurate record of the total hours worked and the job duty required.

_Morris Wachel_
**Supervisor Approval**

_Carmen Cunningham_
**Employee Signature**

Expert Production 00199
:202786490
:14-05: 11-14-05

- 380 -

Expert Production 00117

Advanta Medical Solutions, LLC                    Consulting Agreement No. CO-093



RECEIVED
FEB 1 5 2005
By_____

**EXHIBIT B**

# Advanta Medical Solutions, LLC

P A I D

MAR 0 4 2005

## CONSULTANT INVOICE
## CODING CONTRACTS

Per 290210

**NAME:**        Carmen Cunningham                    **TASK LIST**

**ADDRESS:**    13009 Scalp Duck Court        001 =   Inpatient Records

                                                                      002 =   Ambulatory/Otpt. Surg.
                Upper Marlboro, MD 20772      003 =   Outpatient Clinic
                                                                      004 =   Emergency Department
                                                                      005 =   Chart Analysis
                                                                      010 =   Training
**TELEPHONE NO:**  (301) 218-2861             014 =   Professional Fee Coding

**CLIENT:** _KR_

| DATE OF SERVICE | TASK/TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 1/31/05 | 003 | 4 | 42 | $33.00 | $132.00 |
| 2/1/05 | 003 | 4 | 35 34 (Ham) | $33.00 | $132.00 |
| 2/2/05 | 003 | 6 | 55 | $33.00 | $198.00 |
| 2/4/05 | 003 | 5 | 62 | $33.00 | $165.00 |
| 2/7/05 | 003 | 5 | 56 | $33.00 | $165.00 |
| 2/8/05 | 003 | 4.5 | 47 | $33.00 | $148.50 |
| 2/9/05 | 003 | 4 | 42 | $33.00 | $132.00 |

pg.2    TOTAL: 32.5 Hours  x  $33.00/Per Hour                = $ 1072.50
                8.0                    x 33.00                      264.00

SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH
total    40.5    YOUR PRODUCTIVITY SHEETS.        $ 1336.50 EW
                        x 33.00                      1664.50
                                                        33 EW
CONFIDENTIAL        490-3
                    470-003
                    INU-039 EW

2

- 381 -

Expert Production 00118

Advanta Medical Solutions, LLC

Consulting Agreement No. CO-033

EXHIBIT B

# Advanta Medical Solutions, LLC

## CONSULTANT INVOICE
## CODING CONTRACTS

**NAME:** Carmen Cunningham

**ADDRESS:** 13009 Scalp Duck Court

Upper Marlboro, MD 20772

**TELEPHONE NO:** (301) 218-2861

**TASK LIST**

001 = Inpatient Records
002 = Ambulatory/Otpt. Surg.
003 = Outpatient Clinic
004 = Emergency Department
005 = Chart Analysis
010 = Training
014 = Professional Fee Coding

**CLIENT:** ICP

| DATE OF SERVICE | TASK/ TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 2/10/05 | 003 | 4 | 37 | $33.00 | $132.00 |
| 2/14/05 | 003 | 4 | 45 | $33.00 | $132.00 |
| | | | | $33.00 | |
| | | | | $33.00 | |
| | | | | $33.00 | |
| | | | | $33.00 | |
| | | | | $33.00 | |

**TOTAL:** 8 Hours x $33.00/Per Hour = $264.00

SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH YOUR PRODUCTIVITY SHEETS.

CONFIDENTIAL

2

CONFIDENTIAL

# LifeCare Management Partnership

**Clock**

02/14/05  to  02/27/05    Name. **CUNNINGHAM, CARMEN**    8

| WRAMC CCT | TASK | DESCRIPTION | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | 19 SAT | 20 SUN | REG HRS | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | 26 SAT | 27 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| atient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| atient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| atient | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| atient | | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| atient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| atient | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| atient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| atient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| > | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| > | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Coding | Hours coding & verifying providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| tpt | Auditing | Hours coord, verifying providers | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 32.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 24.00 | 56.00 |
| tpt | | Hours complete, paperwork etc | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| tpt | Developing | Training prov, sep, from public | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Adm | Hours coord, copying,etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| tpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| series | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | VACATION | | | | | | | | 0.00 | 8.00 | | | | | | | 8.00 | 8.00 |
| | | HOLIDAY | | | | | | | | 0.00 | | | 6.00 | | | | | 8.00 | 8.00 |
| | | SICK | 8.00 | | | | | | | 8.00 | | | | | | | | | 16.00 |
| | | **TOTAL HOURS** | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 80.00 |

REMARKS: 2/14 applying non-billable encounter in T/40. 2/15 Tracking correspondence and logging non billable encounters. 2/17 Tracking correspondences and non-billable encounters.

2/22,23 & 25 Tracking correspondence, logging edits/denials; entering coded encounters into OIB spreadsheets.

Supervisor Approval

Expert Production 00200

Employee Signature

Advanta Medical Solutions, LLC                      Consulting Agreement No. CO-0013



RECEIVED
FEB 2 8 2005
By

**EXHIBIT B**

## Advanta Medical Solutions, LLC

### CONSULTANT INVOICE
### CODING CONTRACTS

P A I D
MAR 04 2005
Per. 110069.

| NAME: | Carmen Cunningham | | **TASK LIST** |
|---|---|---|---|
| ADDRESS: | 13009 Scalp Duck Court | 001 == | Inpatient Records |
| | | 002 == | Ambulatory/Otpt. Surg. |
| | Upper Marlboro, MD 20772 | 003 == | Outpatient Clinic |
| | | 004 = | Emergency Department |
| | | 005 = | Chart Analysis |
| | | 010 == | Training |
| TELEPHONE NO: | (301) 218-2861 | 014 == | Professional Fee Coding |

CLIENT: KP

| DATE OF SERVICE | TASK/ TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR | AMOUNT DUE |
|---|---|---|---|---|---|
| 2-15-05 | 003 | 4 | 39 | $33.00 | $132.0 |
| 2-16-05 | 003 | 4 | 45 | $33.00 | $132.0 |
| 2-17-05 | 003 | 1.5 | 14 | $33.00 | $49.5 |
| 2-17-05 | 005 | 1.5 | D | $33.00 | $49.50 |
| 2-21-05 | 003 | 4 | 61 | $33.00 | $132.0 |
| 2-22-05 | 003 | 4 | 67 | $33.00 | $132.0 |
| 2-23-05 | 003 | 3 | 46 | $33.00 | $49.0 |

TOTAL: 22 Hours  x  $33.00/Per Hour          = $ 726.0

SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALO̶N̶G̶ **CONFIDENTIAL**
a  YOUR PRODUCTIVITY SHEETS.



2          If as KP side :
          Nta 1/11/an 1

Prod = 30.2
470 - 003
inv - 040

CONFIDENTIAL

# LifeCare Management Partnership

Date: 02/28/05 TO 03/13/05    Name: CUNNINGHAM, CARMEN

8

Clock

| ACCT. | TASK | DESCRIPTION | | 28 MON | 1 TUE | 2 WED | 3 THU | 4 FRI | 5 SAT | 6 SUN | REG HRS | 7 MON | 8 TUE | 9 WED | 10 THU | 11 FRI | 12 SAT | 13 SUN | REG HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| patient | Coding | | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| patient | Auditing | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Training | Hours in training, orientation | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| patient | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| patient | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Coding | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| PV | Auditing | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0 |
| PV | Training | Hours in training, orientation | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Adm | Hours coord, copying,etc | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Meeting | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| PV | Downtime | Hours | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| utpt | Coding | Hours coding & verifying providers | | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| utpt | Data Entry | Hours | | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| utpt | Auditing | Hours auditing providers | | | | | | | | | 0.00 | | | | | | | | 0 | 0.00 |
| utpt | Developing | Hours templates, automatic etc | | 5.50 | 4.50 | 4.50 | 4.50 | | | | 19.00 | 0.50 | 5.00 | 6.00 | 8.50 | | | | 26.00 | 45.00 |
| etpt | Training | Training prov. esp. from audit | | 1.00 | | | | | | | 0.00 | 3.50 | 2.00 | 4.00 | | | | | 0.00 | 0.00 |
| etpt | Training | Hours in training, orientation | | 1.00 | 4.00 | 4.00 | | | | | 5.00 | 3.50 | | | | | | | 9.50 | 14.50 |
| mpt | Adm | Hours coord, copying,etc | | | | | | | | | 4.00 | | | | | | | | 0.00 | 4.00 |
| etpt | Meeting | Hours | | 2.50 | | 2.00 | 2.00 | | | | 4.50 | | | 1.50 | | | | | 1.50 | -6.00 |
| etpt | Checking | Hours verifying coders | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| etpt | Downtime | Hours | | | | 2.00 | 2.00 | | | | 2.00 | | 2.00 | | | | | | 2.00 | 4.00 |
| queries | | # provider queries | | | | | | | | | 0.00 | | | | | | | | 0 | 0 |
| | | VACATION | | | | | 8.00 | | | | 8.00 | | | | 8.00 | | | | 8.00 | 16.00 |
| | | HOLIDAY | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | SICK | | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| | | TOTAL HOURS | | 9.00 | 8.50 | 8.50 | 8.50 | 0.00 | 0.00 | 0.00 | 42.50 | 10.00 | 9.00 | 10.00 | 10.00 | 8.00 | 0.00 | 0.00 | 47.00 | 89.50 |

Exp: Production 00202

REMARKS: 2/28-3/03 entering 3rd party and developing worksheet to capture changes and to not bill for reporting to SGT Mason n. 3/3 Mandatory Standdown Meeting w/OIB team.

3/7 Entering OHI encounters, organizing layout of report card for SGT Mason; Training Ms. Pierce on how to into feedback info for report card. 3/8 Ent. oring encounters into OHI spreadsheet. Training Ms.

Supervisor Approval

I certify that the information contained herein is correct and records work and hours worked as reflected on the time sheet.

Carmen Cunningham    Employee Signature

CONFIDENTIAL

# LifeCare Management Partnership

Dates: 03/14/05 TO 03/27/05   Name: CUNNINGHAM, CARMEN

Check

| WRAMC ACCT | TASK | DESCRIPTION | 14 MON | 15 TUE | 16 WED | 17 THU | 18 FRI | 19 SAT | 20 SUN | REG HRS | 21 MON | 22 TUE | 23 WED | 24 THU | 25 FRI | 26 SAT | 27 SUN | HRS | TTL HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inpatient | Coding | Hours | | | | | | | | 0 | | | | | | | | 0 | 0.00 |
| Inpatient | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Auditing | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Inpatient | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Data Entry | Hours | | | | | | | | 0 | | | | | | | | 0 | 0 |
| APV | Auditing | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Training | Hours in training, orientation | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Adm | Hours coord, copying, etc | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Coding | Hours coding & verifying providers | | | | | | | | 0 | | | | | | | | 0 | 0 |
| Outpt | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 |
| Outpt | Developing | Hours templates, superbills etc | 5.50 | 4.00 | 5.50 | | | | | 15.00 | 5.50 | 5.50 | 6.50 | 3.00 | | | 19.50 | 34.50 |
| Outpt | Training | Training prov. sup. from audit | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| Outpt | Training | hours in training, orientation | 2.00 | 3.00 | | | | | | 8.00 | 2.00 | 2.00 | 2.00 | 5.50 | | | 7.50 | 19.50 |
| Outpt | Adm | Hours coord, copying etc | 2.50 | 1.00 | 1.50 | | | | | 4.00 | 2.50 | 2.50 | 2.50 | 1.50 | | | 6.50 | 10.50 |
| Outpt | Meeting | Hours | | | | | | | | 1.00 | | | | | | | 6.00 | 7.50 |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | | 0 |
| | VACATION | | | | | 8.00 | 8.00 | | | 16.00 | | | | | 8.00 | | 8.00 | 24.00 |
| | HOLIDAY | | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| | SICK | | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 |
| | TOTAL HOURS | | 10.00 | 8.00 | 10.00 | 8.00 | 8.00 | 0.00 | 0.00 | 44.00 | 10.00 | 10.00 | 10.00 | 10.00 | 8.00 | 0.00 | 48.00 | 92.00 |

REMARKS: 3/14-16/05 TPCP entering data from coders worksheets and onboarding data into the OIB spreadsheets. Training Ms. Pierce on the process for maintaining the data. Met with Toni Young re-questions on Urology.
3/21&3/22 Training Dana Carcamo on maintain data sheets 3/23 training w/ Wanda Cheatham.
3/24 meeting w/OIB team intro Ms. Cheatham.

Mona McGuire — Supervisor Approval

I certify that the amount on card represents correct accounting of work and hours worked with the Date Time Lot.

Carmen Cunningham — Employee Signature

Production 00203

CONFIDENTIAL

## LifeCare Management Partnership

**Dates** 03/28/05 TO 04/10/05     **Name:** CUNNINGHAM, CARMEN

Client _____

8

| WRAMC | | | | WEEK ONE | | | | | | | | | | WEEK TWO | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCT. | TASK | DESCRIPTION | 28 MON | 29 TUE | 30 WED | 31 THU | 1 FRI | 2 SAT | 3 SUN | REG HRS | 4 MON | 5 TUE | 6 WED | 7 THU | 8 FRI | 9 SAT | 10 SUN | REG HRS | TTL HRS |
| Inpatient | Coding | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | C |
| Inpatient | | | | | | | | | | 0 | | | | | | | 0 | 0 | |
| Inpat ent | Data Entry | Hours | | | | | | | | 0 | | | | | | | 0.00 | 0.00 | |
| Inpatient | | | | | | | | | | 0.20 | | | | | | | 0.50 | 6.00 | |
| Inpatient | Auditing | Hours | | | | | | | | 0 | | | | | | | 0 | 0 | |
| Inpatient | | | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Inpatient | Training | Hours in train ng, attendance | | | | | | | | 0.00 | | | | | | | 0 | 0 | |
| Inpatient | Adm | Hours record, copying, etc | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Inpatient | Meeting | Hours | | | | | | | | 0.00 | | | | | | | 3.00 | 0.00 | |
| Inpatient | Downtime | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| APV | Coding | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| APV | | | | | | | | | | 0 | | | | | | | 0.00 | 0.00 | |
| APV | Data Entry | Hours | | | | | | | | 0.00 | | | | | | | 0.20 | 0 | |
| APV | | | | | | | | | | 0 | | | | | | | 6 | 7.00 | |
| APV | Auditing | Hours | | | | | | | | 0.07 | | | | | | | 3.00 | 0 | |
| APV | Training | Hours in train ng, attendance | | | | | | | | 0 | | | | | | | 0 | 0.00 | |
| APV | Adm | Hours record, copying, etc | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| APV | Meeting | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.02 | |
| APV | Downtime | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.02 | |
| Outpt | Coding | Hours coding & auditing providers | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Outpt | | | | | | | | | | 0.20 | | | | | | | 0.00 | 3.00 | |
| Outpt | Data Entry | Hours | | | | | | | | 0 | | | | | | | 0 | 0 | |
| Outpt | | | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Outpt | Auditing | Hours auditing providers | | | | | | | | 0 | | | | | | | 0 | 0 | |
| Outpt | | | | | | | | | | 6.00 | | | | | | | 0.00 | 0.20 | |
| Outpt | Developing | Hours inception, data wilo sec | | | | | | | | 0.00 | | | | | | | 0 | 0 | |
| Outpt | Training | Training pack, help, from auditr | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Outpt | Train ng | Hours training attendance | 5.00 | 4.00 | 4.50 | | | | | 18.50 | | | | | | | 0.00 | 18.50 | |
| Outpt | Adm | Hours codin booking, etc | 3.00 | 5.00 | 4.50 | | | | | 15.00 | | | | | | | 0.30 | 15.00 | |
| Outpt | Meeting | Hours | 2.00 | 1.00 | 1.50 | | | | | 5.50 | | | | | | | 0.60 | 6.50 | |
| Outpt | Checking | Hours verifying coders | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Outpt | Downtime | Hours | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| Queries | | # provider queries | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| | | VACATION | | | | | | | | 0.00 | | | | | | | 0 | 0 | |
| | | HOLIDAY | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| | | SICK | | | | | | | | 0.00 | | | | | | | 0.00 | 0.00 | |
| | | TOTAL HOURS | 10.00 | 10.00 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 |

REMARKS: 03/28-31/29 training Ms. Cheatham on the policy and procedure for TRCP 3231 OIB meeting. Also, 03/28-31/25 entered data into OIB spreadsheet.

_Louis M Calex_
Supervisor Approval

Carmen Cunningham _Carmen Cunningham_
Employee Signature

certify that my hours on employee has this template is adequate and that the total hours worked agree with the Daily Time Log

+ 17.66 hrs Vacation payout

GoverI Production 00204

- 387 -

Expert Production 00120

# Advanta Medical Solutions, LLC

## CONSULTANT INVOICE
## CODING CONTRACTS

P A I D

APR 2 9 2005

Per 170009

**NAME:** Carmen Cunningham

**ADDRESS:** 13009 Scalp Duck Ct.

Upper Marlboro, Md. 20774

**TELEPHONE NO:** (301) 218-2861

### TASK LIST

| | |
|---|---|
| 001 = | Inpatient Records |
| 002 = | Ambulatory/Otpt. Surg. |
| 003 = | Outpatient Clinic |
| 004 = | Emergency Department |
| 005 = | Chart Analysis |
| 006 = | Audit |
| 010 = | Training |
| 014 = | Professional Fee |
| 022 = | Professional Fee Auditing & Related Activities |

**HOSPITAL:** WRAMC

| DATE OF SERVICE | TASK/ TYPE OF SERV. | NO. OF HOURS | NO. OF RECORDS | FEE PER HOUR/ RECORD | AMOUNT DUE |
|---|---|---|---|---|---|
| 4/02/05 | 003 | 5.0 | | $30.00 | $150.00 |
| 4/03/05 | 003 | 5.0 | | $30.00 | $150.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL

**TOTAL:** 10.0 Records/Hours X $30.00 /Per Record/Hour = $300.00 Due

**A SEPARATE INVOICE MUST BE SUBMITTED FOR EACH HOSPITAL ALONG WITH YOUR PRODUCTIVITY SHEETS.**

210-003
invu-138



- 388 -

# PEX 32

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

Sent:    Thursday, March 10, 2005 5:18 PM

To:      mariacaschetta@advantamedicalsolutions.com

Cc:      Brown, Diana A Ms WRAMC-Wash DC

Subject: RE: Attendance

5:15

From: Cunningham, Carmen M Ms Life Care/Advanta
Sent: Thursday, March 10, 2005 8:01 AM
To: mariacaschetta@advantamedicalsolutions.com
Cc: Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Thursday, March 10, 2005 8:01 AM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

7

2/26/2008

- 391 -

**Maria Caschetta**

| | |
|---|---|
| **From:** | Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL] |
| **Sent:** | Wednesday, March 09, 2005 7:50 AM |
| **To:** | mariacaschetta@advantamedicalsolutions.com |
| **Cc:** | Brown, Diana A Ms WRAMC-Wash DC |
| **Subject:** | Attendance |

6:30

2/26/2008

**Maria Caschetta**

From:    Cunningham, Carmen M Ms Life Care/Advanta [Carmen.Cunningham@NA.AMEDD.ARMY.MIL]
Sent:    Tuesday, March 08, 2005 4:06 PM
To:      mariacaschetta@advantamedicalsolutions.com
Cc:      Brown, Diana A Ms WRAMC-Wash DC
Subject: Attendance

4

**Maria Caschetta**

**From:**    Cunningham, Carmen M Ms Life Care/Advanta {Carmen.Cunningham@NA.AMEDD.ARMY.MIL]

**Sent:**    Thursday, March 03, 2005 3:12 PM

**To:**      mariacaschetta@advantamedicalsolutions.com

**Cc:**      Brown, Diana A Ms WRAMC-Wash DC

**Subject:** RE: Attendance

3:30 GOING TO BLDG 2 FIRST, THEN LEAVING FOR THE DAY

**From:** Cunningham, Carmen M Ms Life Care/Advanta
**Sent:** Thursday, March 03, 2005 7:18 AM
**To:** mariacaschetta@advantamedicalsolutions.com
**Cc:** Brown, Diana A Ms WRAMC-Wash DC
**Subject:** Attendance

**7**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **KATHY RADTKE, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-2031 (JMF)** |
| | ) | |
| **MARIA CASCHETTA, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court for all purposes. Currently pending for resolution is

<u>Defendants' Renewed Motion for Judgment as a Matter of Law, Motion for a New Trial and</u>

<u>Motion to Alter or Amend the Judgment</u> [#176]. For the reasons stated below, defendants'

motion will be granted in part and denied in part.

**BACKGROUND**

Plaintiffs Kathy Radtke and Carmen Cunningham were medical records coders who

brought suit for unpaid overtime pay. <u>See</u> <u>Amended Complaint</u> [#50] at 5-6. Radtke worked for

defendant Advanta Consulting, LLC., as a contractor at both the Pentagon and Kaiser

Permanente, and Cunningham worked for defendant Lifecare Management Partners as a

contractor at Walter Reed Medical Center (she was later employed by Advanta as an independent

contractor at Kaiser Permanente). <u>Id.</u> Plaintiffs brought suit under the Maryland Wage and Hour

Law, Maryland Labor and Employment Article § 3-403, *et seq.*, the Maryland Wage Payment

and Collection Law, Maryland Labor and Employment Article § 3-507.2, the Fair Labor

Standards Act ("FLSA"), 29 U.S.C § 201, *et seq.*, and common law breach of contract.[1] <u>Id.</u> at 6-

---

[1] All references to the United States Code are to the electronic versions that appear in Westlaw or Lexis.

10. Although the defendants conceded that they never paid Radtke and Cunningham any overtime pay, they maintained that both plaintiffs were exempt from the requirement to pay overtime under both the administrative and professional exemptions as defined in 29 C.F.R. § 541.200 and 29 C.F.R. § 541.300, respectively.[2] See Defendants' Pretrial Statement [#112] at 2.

This Court held a bifurcated jury trial. At the conclusion of the first phase of the trial, which addressed the applicability of the administrative and professional exemptions, the jury returned a verdict that the plaintiffs were not exempt. See Verdict Form for Plaintiff Kathy Radtke [#143]; Verdict Form for Plaintiff Carmen Cunningham [#144]. As a result, the defendants were liable to the plaintiffs for unpaid overtime. Based on the jury's verdict after the second phase of the trial, which addressed matters unrelated to the exemptions, the Court entered judgment in the amount of $5,114.62 for plaintiff Radtke and $729.67 for plaintiff Cunningham. See Judgment [#163]. The Court declined to award liquidated damages, but it did award prejudgment interest. See Omnibus Post-Trial Order [#160] at 3-5, 8-9; Prejudgment Interest Order [#162].

In the pending motion, the defendants seek three forms of relief. First, the defendants ask that the Court, notwithstanding the jury verdict, enter judgment for the defendants on the issue of whether the plaintiffs were exempt under the administrative and professional exemptions. [#176] at 2. Second, the defendants ask that the Court grant them a new trial on the applicability of these exemptions. Id. at 13. Finally, the defendants ask that the Court amend the judgment to allow Lifecare to recover costs against Radtke and Advanta to recover costs against Cunningham. Id. at 16.

---

[2] These definitions are also incorporated into the relevant Maryland exceptions. See Code of Maryland Regulations 09.12.41.01 ("'Administrative capacity' has the meaning stated in 29 CFR §541.200 et seq.") and 09.12.41.17 ("'Professional capacity' has the meaning stated in 29 CFR §541.300 et seq.").

**DISCUSSION**

**I.    Legal Standards**

Federal Rule of Civil Procedure 50(a) provides that, "[i]f a party has been fully heard on

an issue during a jury trial and the court finds that a reasonable jury would not have a legally

sufficient evidentiary basis to find for the jury on that issue," the court may grant a motion for

judgment as a matter of law against that party on that issue. Rule 50(b) allows the movant to

renew that motion after the jury has rendered a verdict. Fed. R. Civ. P. 50(b). If granted, the

court may: (1) allow judgment on the verdict; (2) order a new trial; or (3) direct the entry of

judgment as a matter of law. Id.

The "standard for granting summary judgment 'mirrors' the standard for judgment as a

matter of law, such that 'the inquiry under each is the same.'" Reeves v. Sanderson Plumbing

Prods., Inc., 530 U.S. 133, 150 (2000) (quoting Anderson v. Liberty Lobby, 447 U.S. 242, 250-

51 (1986)). The court must review all the evidence in the record, "draw all reasonable inferences

in favor of the nonmoving party, and it may not make credibility determinations or weigh the

evidence." Reeves, 530 U.S. at 150-51. Summary judgment before trial, and therefore judgment

as a matter of law, should be granted "unless there is sufficient evidence favoring the nonmoving

party for a jury to return a verdict for that party." Anderson, 477 U.S. at 249 (citation omitted).

In Anderson, the Supreme Court stated:

> Petitioners suggest, and we agree, that this standard mirrors the standard for a
> directed verdict of Federal Rule of Civil Procedure 50(a) which is that the trial
> judge must direct a verdict if, under the governing law, there can be but one
> reasonable conclusion as to verdict. If reasonable minds could differ as to the
> import of the evidence, however, a verdict should not be directed.

Id. at 250-51 (citations omitted).

3

There must, however, be sufficient evidence for a jury to return its verdict. Since at least 1872, the Supreme Court has rejected the idea that "if there what was called a *scintilla* of evidence in support of a case the judge was bound to leave it to the jury," and it has instead required a greater amount of evidence of a factual dispute. Anderson, 477 U.S. at 251 (citing Schuylkill and Dauphin Imp. Co. v. Munson, 81 U.S. 442, 448 (1871)). Instead, the standard is whether there is any evidence, presented by the party with the burden of proof, "upon which a jury could properly proceed to find a verdict for the party producing it." Schuylkill, 81 U.S. at 448. Thus, summary judgment should be granted only if the evidence would require a directed verdict for the moving party, but "the inquiry under each is the same: whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail as a matter of  law." Anderson, 477 U.S. at 251-52. Accord Muldrow ex rel. Estate of Muldrow v. Re–Direct, Inc., 493 F.3d 160, 165 (D.C. Cir. 2007) (citation omitted) ("Judgment as a matter of law is appropriate only if the evidence and all reasonable inferences that can be drawn therefrom are so one-sided that reasonable men and women could not have reached a verdict in the plaintiff's favor.").

By contrast, the standard under Rule 59(a)(1)(A), which permits a new trial after a jury trial "for any reason for which a new trial has heretofore been granted in an action at law in federal court" is somewhat different from the standard under Rule 50. Fed. R. Civ. P. 59(a)(1)(A). "A district court is entitled to find that an award is unsupported by the evidence and thus that a motion for a new trial under Rule 59 should be granted, even if there was enough evidence in the record to justify sending the issue to the jury in the first instance (a finding that would require a denial of a motion for judgment as a matter of law under Rule 50)." Smart Mktg. Group, Inc. v. Publ'ns Int'l Ltd., 624 F.3d 824, 832 (7th Cir. 2010) citing Charles Alan Wright &

Arthur R. Miller, <u>Federal Practice and Procedure</u> § 2531, at 65-67 (2d ed. 1995). Thus, the standard for a Rule 59 motion is actually less "onerous" than for a Rule 50 motion. <u>Nyman v. Fed. Deposit Ins. Corp.</u>, 967 F. Supp. 1562, 1569 (D.D.C. 1997).

But, as Professor Steven Gensler explains, "[i]t must be emphasized, however, that a mere disagreement with the jury's verdict is not sufficient to order a new trial. Rather, the verdict must be against the clear weight of the evidence. To meet this standard, the trial court must find that no rational jury could have reached the result based on the evidence presented." Steven S. Gensler, <u>1 Federal Rules of Civil Procedure,</u> Rules and Commentary Rule 59 (2013) citing <u>Galvan v. Norberg</u>, 678 F.3d 581, 588-89 (7th Cir. 2012) and <u>Armisted v. State Farm Mut. Auto. Ins. Co.</u>, 675 F.3d 989, 995 (6th Cir. 2012). Accordingly, courts should grant Rule 59 motions "only where the court is convinced the jury verdict was a 'seriously erroneous result' and where denial of the motion will result in a 'clear miscarriage of justice.'" <u>Nyman</u>, 967 F. Supp. at 1569 (quoting <u>Sedgwick v. Giant Food, Inc.</u>, 110 F.R.D. 175, 176 (D.D.C. 1986)); <u>see Long v. Howard Univ.</u>, 512 F.Supp.2d 1, 6 (D.D.C. 2007). The disposition of a motion for new trial is "entrusted to the sound discretion of the trial court." <u>Grogan v. Gen. Maint. Serv. Co.</u>, 763 F.2d 444, 447 (D.C. Cir. 1985) (citing <u>Allied Chem. Corp. v. Daiflon, Inc.</u>, 449 U.S. 33, 36 (1980)).

Having reviewed the evidence in this case, the Court concludes that there was sufficient evidence in the form of the plaintiffs' testimony as to the nature of their duties and responsibilities to permit a jury to conclude that the defendants had not met their burden of proving that the pertinent exemptions were applicable. To the contrary, this case presented a pristine example of how a genuine issue of material fact emerges from all the evidence, requiring its resolution by the jury. Furthermore, in accordance with Rule 59, for the same reason, the

<p style="text-align:center">5</p>

jury's verdict cannot possibly be described as irrational or unreasonable. Again, the facts elicited

by both sides presented a classic factual issue for the jury that was for it and it alone to decide.

## II.     Analysis

### A.     Renewed Motion for Judgment As a Matter of Law

#### 1.     Administrative Exemption

In reaching its verdict as to whether the administrative exemption applied, the jury had to

answer three questions: 1) what was each plaintiff's "primary duty"? 2) was each plaintiff's

"primary duty [] the performance of office or non-manual work directly related to the

management or general business operations of the employer or the employer's customers"? and

3) did each plaintiff's "primary duty include[] the exercise of discretion and independent

judgment with respect to matters of significance"? Trial Tr. Day 3 at 85 (referencing 29 CFR §

541.200(a)).[3]

#### a.     Plaintiff Radtke

##### i.     Primary Duty

The jury heard substantial evidence about Radtke's various duties, which suggested that

she engaged in two main activities: coding medical records and training physicians in coding.

The defendants' briefing now focuses only on the latter, highlighting Radtke's role in training

physicians and her work creating a "super-bill," which codified typical diagnoses and procedures

so that practitioners could more easily find an appropriate code. [#176-1] at 8-9. Caschetta

testified that Radtke's job at the Pentagon required the ability to both "code the complex cases on

behalf of the providers" and "teach the providers how to do this for themselves"; to Caschetta,

"[t]hat was the primary duty of that position." Trial Tr. Day 2 at 35; see also id. at 38. When

---

[3] The threshold question is ordinarily whether the plaintiff was compensated on a salary basis. See 29 CFR § 541.200(a)(1). However, the Court ruled prior to trial that the plaintiffs had already conceded that they were paid on a salary basis, so it was not at issue during the trial.

6

Radtke was at Kaiser Permanente, Caschetta viewed her job as "focusing on the specific types of services that she coded, but she also had to interact with their administrator . . . to determine what other things she needed to do." Id. at 38. Radtke testified that she received "a cartload of charts every day, and within those charts were the encounters" that she coded. Trial Tr. Day 2 at 184. She also performed quality control to ensure that the doctors had not made coding errors. Id. Radtke downplayed the time spent training doctors, indicating that each session "was like a meeting" and that only a few physicians were interested in learning coding. Id. at 186.

The dispute about what was Radtke's primary duty therefore boils down to whether medical coding or the training of physicians in how to code was her primary duty. A review of her timesheets, which were admitted into evidence, show that in any given week she spent between 60% and 100% of her time doing medical records coding. See JEX 7.[4] The pertinent regulation provides: "employees who spend more than 50 percent of their time performing exempt work will generally satisfy the primary duty requirement." 29 C.F.R. § 541.700(b). Although time "is not the sole test," the "major emphasis is on the character of the employee's job as a whole." 29 C.F.R. § 541.700(a). Here, Radtke testified that she spent most of her day engaged in medical records coding. When looked at in its entirety, there was certainly sufficient evidence to permit the jury to conclude that medical coding was her primary duty and that the administrative exemption did not apply.

### ii.    Relation to Management or General Business Operations

The next question for the jury was whether Radtke's medical records coding was "directly related to the management or general business operations of the employer or

---

[4] These same timesheets also include entries for training. As Radtke testified, those training entries recorded instances both where she was training physicians and where she was herself being trained. See Trial Tr. Day 2 at 187.

employer's customers." 29 C.F.R. § 541.200(a)(2). Analysis of this issue is irrelevant, however, because it was reasonable for the jury to conclude that the defendants failed to prove the final prong required for the administrative exemption.

### iii.  Discretion and Independent Judgment

The final question posed to the jury was whether Radtke's primary duty included "the exercise of discretion and independent judgment with respect to matters of significance." 29 C.F.R. § 541.200(a)(3). Caschetta testified that Radtke exercised discretion "in that she had to determine what cases needed to be reviewed by her versus by the doctors. She had to determine what areas they required education and training. She had to determine how to go about capturing the information that was necessary, and when and how to communicate with the administrative officials at the institution." Trial Tr. Day 2 at 37. This testimony is reflected in defendants' briefing, which argues that the discretion and independent judgment were exercised when she "determine[d] what cases needed to be reviewed by her versus by the doctors . . . determine[d] [in] what areas the doctors required education and training . . .  determine[d] when and how to communicate with the administrative officials . . . [and] develop[ed] her own training and education materials for the physician providers." [#176-1] at 9. However, because Radtke's primary duty was medical records coding, the only relevant inquiry is whether she exercised sufficient discretion in determining which cases to review with the doctors.

Radtke downplayed her discretion, saying that she had to match the coding information done by the physicians "with the information in the [coding] book and make sure that the documentation that the doctor had written actually matched everything in the system, in accordance [with] our book." Trial Tr. Day 2 at 184. Thus, Radtke suggested that her coding duties consisted of understanding which procedure the doctor actually performed and

8

determining which appropriate code from a coding book reflected the procedure. Although

Joseph Molina testified that coding is "more than just opening a book," Trial Tr. Day 1 at 110,

Radtke indicated that she only had to understand whether the physician's documentation

reflected the coding; if it did not, she "had to make changes and inform[] [the doctors] of the

changes." Trial Tr. Day 2 at 187. In Radtke's view, there was no discretion: if the code was

inappropriate, it had to be changed.

      The jury received lengthy instructions on what constituted the "exercise of discretion and

independent judgment with respect to matters of significance." See Trial Tr. Day 3 at 87-89. The

instructions explained all of the factors present in 29 C.F.R. § 541.202—which are too numerous

to reproduce here. Radtke testified that, as a medical records coder, she did not exercise any

discretion substantially affecting business operations and that she did not exercise discretion and

judgment beyond "the use of skill in applying well-established techniques, procedures, or

specific standards described in manuals or other sources." 29 C.F.R. § 541.202(e). In fact,

Radtke testified to precisely the opposite. See Trial Tr. Day 2 at 184. There was therefore

sufficient evidence presented to the jury in that testimony for it to determine that Radtke did not

exercise "discretion and independent judgment with respect to matters of significance."

### b.      Plaintiff Cunningham

### i.      Primary Duty

      The jury heard testimony from three individuals—Cunningham, Caschetta, and Joseph

Molina, the owner of Lifecare—about Cunningham's duties while she worked for Lifecare.

Molina testified that Cunningham was specifically hired to help Walter Reed's medical coding

system "move [] from what they were doing to what the commercial industry practice was." Trial

Tr. Day 1 at 109-10. In Molina's view, Cunningham accomplished this job not by being a mere

medical records coder, but by helping craft a new system and training the physicians in how to use it. See id. at 151 ("She was the one responsible in essence for starting the transition from Walter Reed to—the way they had been doing business to the new way that business was going to be conducted.") Caschetta echoed this position in her testimony; although Cunningham did do medical records coding based on a standardized book, "[t]he essence of her job was to be a senior coder, and in that capacity as a consultant to the hospital and to provide those related administrative services." Trial Tr. Day 2 at 15.

In her testimony, Cunningham described her work as "captur[ing] a medical record from the department in which [she] was responsible for coding" and then she would then translate that record "into a numeric code and put that on a form." Trial Tr. Day 2 at 120-21. She also engaged in "validation" and quality control, which involved "reviewing the documentation in the medical record" to ensure that the codes she entered were accurate. Id. When the defendants introduced into evidence three of Cunningham's resumes that listed her duties as supervising other coders, performing quality control review, providing training and support, and doing medical coding, DEX 6-8, Cunningham maintained that coding was her primary duty. Cunningham testified that, in her resumes, she used the term "supervise" broadly and that she was "the point of contact for coders coming on-site" to help them become acclimated. Trial Tr. Day 2 at 124. While she did have other tasks, she consistently testified at trial that coding was her primary duty.

The resumes did raise questions about Cunningham's credibility. One of the resumes, which Cunningham prepared while she was still employed by Lifecare and working at Walter Reed, see Trial Tr. Day 2 at 127, stated that Cunningham "[s]upervise[d] a staff of 9 coders." DEX 6. When repeatedly questioned by defendants' counsel about whether she, in fact, was a supervisor, Cunningham testified that she was "told that [she] was going to supervise a staff of

USCA Case #14-7079      Document #1529317           Filed: 12/29/2014      Page 414 of 423

nine coders [by Caschetta]." Trial Tr. Day 2, at 126. She only put on her resume that she supervised those individuals because she "was told that [she] was to supervise a staff of nine coders." Id. When pressed about what her supervisory duties were, Cunningham responded that she was "a medical coder" who "coded third-party insurance claims" and had "no authority to audit any other coder," although she did "perform[] audits of [her] own department," which she supervised Id. at 128-29.[5] When defendants' counsel asked Cunningham about several other lines on her resume—including whether she provided training or assessments and audits for specialty clinics—Cunningham indicated that she did, in a limited capacity. See id. at 131-32. However, in Cunningham's sworn deposition testimony, she unequivocally stated that she did not perform those duties; Cunningham ultimately admitted that her testimony had changed. Id. at 135.

That entire exchange, however, is irrelevant to the question before the Court. The Court "may not assess witness credibility nor weigh the evidence." Mackey v. U.S., 8 F.3d 826, 829 (D.C. Cir. 1993). Instead, the only question is whether there was "significantly probative" evidence for the jury to determine that Cunningham's primary duty was medical records coding and not supervising employees or restructuring Walter Reed's medical coding program. See Siegel v. Mazda Motor Corp., 878 F.2d 435, 437 (D.C. Cir. 1989) (citation omitted). Cunningham repeatedly testified that she was primarily a medical records coder, that she had a limited role in any changes at Walter Reed, and that she only put information on her resume about being a supervisor because she had been told that was what she would do. Trial Tr. Day 2 at 143, 161. The jury could have reasonably credited her testimony even it was substantially impeached; it was for the jury to weigh her impeachment and assess her credibility.

---

[5] This exchange led to a motion to strike "most of that"—referring to three pages of testimony—as nonresponsive because it consisted of "repeated answers without answering the question." The Court granted the motion. See Trial Tr. Day 2 at 129.

Furthermore, Cunningham can point to her timesheets as evidence consistent with her testimony that she was primarily engaged in medical records coding. A review of Cunningham's timesheets, which were entered into evidence, shows that well over 50% of her total time was spent performing medical records coding. See PEX 29; Trial Tr. Day 2 at 165. Cunningham had more variability from week to week than Radtke; for example, she spent 41.5 hours out of 43.5 total hours coding during the week of February 2, 2004, and no hours coding during the week of March 6, 2005. See PEX 29. But, taken in their entirety, she recorded most of her time in medical records coding. Caschetta testified that the defendants trusted the timesheets were accurate—in fact, the timesheets were used to seek reimbursement from the government. See Trial Tr. Day 2 at 73-74. When the evidence of Cunningham's testimony and timesheets are looked at in their entirety, there is evidence for the jury to conclude that Cunningham's primary duty was medical records coding even though her testimony that she was not a supervisor was impeached.

### ii.    Relation to Management or General Business Operations

The next question for the jury was whether Cunningham's medical records coding was "directly related to the management or general business operations of the employer or employer's customers." 29 C.F.R. § 541.200(a)(2). However, as with Radtke, this prong is largely irrelevant because it was reasonable for the jury to determine that Cunningham did not exercise discretion and independent judgment with respect to matters of significance.

### iii.    Discretion and Independent Judgment

The final question posed to the jury was whether Cunningham's primary duty included "the exercise of discretion and independent judgment with respect to matters of significance." 29 C.F.R. § 541.200(a)(3). Defendants argue that Cunningham met this threshold because she

<div align="center">12</div>

"help[ed] Walter Reed transition to the kind of coding that was going to make sense in the commercial world," alone decided how to perform these tasks, and she "had authority to formulate policy" in how to revise the coding system. [#176-1] at 6. All of this, however, is irrelevant because the jury could have reasonably concluded that her primary duty was medical records coding. As such, the analysis parallels that of Radtke. Cunningham testified that the only subjective part of her medical coding task was to "go back and query the provider" because she always needed to have a "clear definitive diagnosis" based on "the most accurate information at the time when [she] coded the record." Trial Tr. Day 2 at 160. Whenever she felt—in her judgment—that the records were ambiguous, she would contact the physician and seek clarification. Id.

Undoubtedly, Cunningham exercised some discretion when coding medical records. However, when compared with the factors in 29 C.F.R. § 541.202, it was reasonable for the jury to conclude that she did not exercise any sort of work substantially affecting business operations and that she did not exercise discretion and judgment beyond "the use of skill in applying well-established techniques, procedures, or specific standards described in manuals or other sources." 29 C.F.R. § 541.202(e). There was therefore sufficient evidence presented to the jury for it to determine that Cunningham was therefore not exempt under the administrative exemption.

### 2.      Professional Exemption

In reaching its verdict, the jury had to answer four questions to determine whether the professional exemption applied: 1) "what were the plaintiffs' primary duties?"; 2) "did their work require advanced knowledge?"; 3) "was their work in a field of science or learning?"; and 4) "is that knowledge customarily acquired by a prolonged course of specialized intellectual instruction?" Trial Tr. Day 3 at 89-91 (referencing 29 C.F.R. § 541.300).

13

As explained above, it was reasonable for the jury to conclude that medical records coding was the primary duty of both Radtke and Cunningham. The defendants' brief discusses the evidence that was presented about each plaintiff's education and experience. See [#176-1] at 11-12. That, however, misses the point. Pursuant to 29 C.F.R. § 541.301(d), the jury was instructed that:

> The phrase "customarily acquired by a prolonged course of specialized intellectual instruction" restricts the exemption to professions where specialized academic training is a standard prerequisite for entrance into the profession. However, the learned professional exemption is not available for occupations that customarily may be performed with only the general knowledge acquired by an academic degree in any field, with knowledge acquired through an apprenticeship, or with training in the performance of routine mental, manual, mechanical or physical processes. The learned professional exemption also does not apply to occupations in which most employees have acquired their skill by experience rather than by advanced specialized intellectual instruction.

Trial Tr. Day 3 at 91-92. The issue is not what training and experience these particular plaintiffs had. Instead, the question is whether medical records coders *in general* receive specialized academic training. Although the defendants presented significant testimony that these plaintiffs have specific skills and experience that made them desirable employees, there was no evidence presented that medical records coders generally require a "prolonged course of specialized intellectual instruction." To the contrary, Cunningham's resumes demonstrate that she had only an Associate in Applied Science degree from Prince George's Community College—a two year college degree—when she first became a coder in 1999 at Professional Billing International. See DEX 6-8 (noting that she was a "coder" in that position). As a result, the jury acted reasonably in determining that both Radtke and Cunningham were not subject to the professional exemption. The jury was able to parse the specific technical meaning of the exemption and apply it in an appropriate manner.

* * *

14

To support their arguments, the defendants cite, understandably, only information that favors their position even though other evidence supports the plaintiffs (and thus the reasonableness of the jury's verdict). "Credibility determinations, the weighing of evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge." Anderson, 477 U.S. at 255; see Bowie v. Maddox, 540 F. Supp. 2d 204, 208 (D.D.C. 2008) (This Court's "role is confined to verifying that the jury's verdict was one that a reasonable jury could have reached," and it cannot assess credibility or weigh evidence in making that determination"). In some respects, this was a close case—which is why the jury ultimately found that the defendants did not act willfully and why this Court declined to award liquidated damages. Reasonable people, including reasonable juries, can disagree, but the evidence presented was certainly not so one-sided in favor of the defendants that a reasonable juror had to find in the defendants' favor on the exemption issue. The defendants had the burden of proof on these defenses, and the jury determined that the defendants failed to carry their burden. There the matter ends.

### B. Motion for a New Trial

Defendants provide three arguments for why a new trial is warranted. [#176-1] at 14-15. First, during examination by her own counsel, Radtke was asked about her work at Walter Reed after she stopped working for Advanta. Trial Tr. Day 3 at 9-10. At that time, she was in the employ of non-party Wright Solutions, and she was allegedly doing medical records coding at Walter Reed as part of that employment. Id. The following exchange occurred:

[Plaintiffs' Counsel Kuntz] Q. Who were you working for?

A. A & T Systems. They were a subcontractor of Wright Solutions who was awarded the contract.

[Defendants' Counsel] MR. LESCHT: Objection. Move to strike.

15

THE COURT: Well, lay a foundation. I'm not sure I understand the relevance of this, counsel. This is after her employment by these Defendants.

MS. KUNTZ: Yes, it is.

THE COURT: And by a different employer.

MS. KUNTZ: It is, Your Honor.

THE COURT: Could you tie it up for me? What does it have to do with this case?

MS. KUNTZ: What it has to do with this case is that --

THE COURT: Lay your foundation through your witness, though, okay. I don't quite see the connection. Perhaps this witness can explain what the connection is.

BY MS. KUNTZ: Q. Were you doing medical coding work there?

A. Yes, I was.

Q. And were you exempt or nonexempt?

MR. LESCHT: Objection.

THE COURT: That is sustained.

THE WITNESS: Nonexempt.

THE COURT: That is sustained.

THE WITNESS: Oh, sorry. I didn't know the difference.

MR. LESCHT: Your Honor. Your Honor, may I approach?

THE COURT: I'm striking the answer. Ladies and gentlemen, this deals, apparently from what we are being told, with circumstances after the employment by these Defendants ended. So I've stricken the answer. Please disregard it. As you will learn when I give you my final instruction, if there is an objection and I sustain the objection and the witness nevertheless answers the question, the answer is stricken and you must disregard it.

MR. LESCHT: Your Honor, I have a motion to make.

Id.

16

Defendants then moved for judgment as a matter of law and, after a short recess, requested a mistrial and sanctions. Id. at 10-12. After hearing from counsel outside the presence of the jury, the Court denied both motions and gave the following instruction:

> THE COURT: Sorry for the interruption, ladies and gentlemen. Please be seated. Sorry for the interruption. Once again I must caution you, what has just occurred, a question is asked, there is an objection, and I sustained the objection, and the witness answers the question, you must disregard both the question and the answer as if it didn't happen. Please bear that in mind.

Id. at 21.

It is presumed that "a jury will follow an instruction to disregard inadmissible evidence inadvertently presented to it, unless there is an overwhelming probability that the jury will be unable to follow the court's instructions and a strong likelihood that the effect of the evidence would be devastating to the defendant." U.S. v. Foster, 557 F.3d 650, 656 (D.C. Cir. 2009) (citing Greer v. Miller, 483 U.S. 756, 767 n.8 (1987)); see U.S. v. McLendon, 378 F.3d 1109, 1114 (D.C. Cir. 2004) ("Given the brevity of the offending testimony and the clarity of the district court's instructions, we have no reason to doubt the validity of that presumption in this case."). Neither cause for concern is present here. Defendants' contention is that Radtke irreparably prejudiced them by suggesting that she was doing the same work as a medical records coder without being exempt from the protections of the Fair Labor Standards Act. This Court is satisfied that no "miscarriage of justice" occurred as result of Radtke's statement. The testimony leading up to the inappropriate statement indicated that Radtke was doing a different job at a different location—Walter Reed, not the Pentagon—while working for a different contractor. Although she said she was a medical records coder, it was evident from the little testimony presented that she was not necessarily engaged in the same job. Thus, even if the jury ignored this Court's curative instruction, it would have easily been able to distinguish between

17

USCA Case #14-7079     Document #1529317          Filed: 12/29/2014      Page 421 of 423

the work at issue in the suit and other jobs performed by Radtke. Moreover, as explained above, there was sufficient evidence presented that would allow a jury to determine that neither exemption applied to Radtke.

The defendants' second argument in support of a new trial is that Cunningham repeatedly gave contradictory testimony yet this Court refused to charge the jury with a perjury instruction. The Court saw no reason to give such an instruction, and it still sees no reason for one to have been given. The jury was perfectly capable of weighing Cunningham's credibility whether or not the Court used the word perjury; jurors surely know, without the Court telling them, that lying under oath is called perjury. There was no need to introduce that term and then run the risk that the jury would give its utterance more significance than it deserved. Furthermore, counsel for the defendants was proficient in highlighting her inconsistencies with her resumes and prior sworn testimony via deposition. Finally, the Court did give the following instruction:

### IMPEACHMENT OF A PARTY BY PRIOR INCONSISTENT STATEMENTS

The testimony of a party may be discredited or impeached by showing that he/she has previously made statements—including anything that he/she said or wrote—that are inconsistent with his or her present courtroom testimony. It is for you to decide whether a party made a statement on an earlier occasion and whether it was in fact inconsistent with that party's testimony in court here. If a party at trial has been confronted with a prior statement that that same party made, and that prior statement is inconsistent with his/her testimony here in court, then you may consider the prior statement when you assess the truthfulness of the testimony he/she gave in court. You may also treat that prior statement as evidence in this case—that is, you may treat what the witness said in that prior statement as evidence like any other evidence in this case. If you believe that any party has been discredited or impeached, then you should give his or her testimony the weight, if any, that you judge it is fairly entitled to receive.

Trial Tr. Day 3 at 83. This instruction was sufficient to make the jury aware of its option to discredit any inconsistent testimony and give Cunningham's testimony whatever weight it felt appropriate.

Third, and finally, the defendants argue that a new trial is warranted because, in his opening statement, plaintiffs' counsel incorrectly stated that the defendants' burden of proof on the exemption claims was "clear and convincing evidence" even though the proper standard was preponderance of the evidence. Trial Tr. Day 1 at 84. When this was brought to the Court's attention the next day by defendants' counsel—who only sought a curative instruction (or a contempt citation) at the time, see Trial Tr. Day 2 at 4—the Court immediately made the following statement to the jury:

> Yesterday during his opening statement, Mr. Salb made a statement with reference to the burden of proof and defined it in a certain way. I told you before he began to speak that what the lawyers say in their statements to you are argument, they're not evidence. I should also point out that I will define the law for you and you must follow my instructions as to what the law is. So, I will give you instructions very explicitly about the appropriate burden of proof in this case on each issue presented.

Id. at 6. When the Court ultimately instructed the jury prior to its deliberations, it was clear that the appropriate standard was preponderance of the evidence. See Trial Tr. Day 3 at 73, 79-80. Once again, there is no indication that the jury was confused by plaintiffs' counsel's initial inappropriate statement, and the Court adequately cured the problem by clearly explaining the appropriate standard to the jury.

As a result, the defendants have failed to show either that the jury reached a "seriously erroneous result" or that failure to grant the motion would cause a "clear miscarriage of justice"—let alone both. See Nyman, 967 F. Supp. at 1569 (citations omitted). Instead, the jury appears to have weighed the evidence carefully and reached a reasonable conclusion. No new trial is warranted.

### C.     Amending the Judgment

The Court previously ruled that no evidence was presented showing that Lifecare employed Radtke, and her claims against it were thereby dismissed. See Trial Tr. Day 4 at 91. The jury later returned a verdict finding that Cunningham was an independent contractor of Advanta and thus not entitled to overtime pay. See Verdict Form for Plaintiff Carmen Cunningham [#154]. Neither result, however, was reflected on the Judgment [#163]. It will therefore be amended so that Lifecare may recover costs from Radtke and Advanta may recover costs from Cunningham.

## CONCLUSION

It is, therefore, hereby **ORDERED** that defendants' Defendants' Renewed Motion for Judgment as a Matter of Law, Motion for a New Trial and Motion to Alter or Amend the Judgment [#176] is **DENIED** insofar as it seeks judgment as a matter of law; **DENIED** insofar as it seeks a new trial; and **GRANTED** insofar as it seeks to amend or alter the judgment.

**SO ORDERED.**



Digitally signed by John M. Facciola
DN: c=US,
email=john_m._facciola@dcd.uscourts.gov, o=United States District Court
for the District of Columbia, cn=John M. Facciola
Date: 2014.05.14 10:54:51 -04'00'

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

20