UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
ADVANTA MEDICAL SOLUTIONS, LLC AND       |
LIFECARE MANAGEMENT PARTNERS,            |
                                          |
Defendant-Appellants,                    |
                                          |
   vs.                                    | Appeal No. 14-7079
                                          |
KATHY RADTKE AND CARMEN CUNNINGHAM,       |
Plaintiff-Appellees.                     |
                                          |
_____|

◆

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 06cv02031.

◆

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

◆

     Plaintiff-Appellees Kathy Radtke and Carmen Cunningham, by and through their attorneys, hereby move this honorable Court pursuant to D.C. Cir. R. 27(g) for additional time within which to file their responsive brief in this matter. In support of their motion, Plaintiff-Appellees state as follows:

     1.    Plaintiff-Appellees' brief is presently due on Wednesday, January 28, 2015.

     2.    Plaintiff-Appellees' counsel were in trial in the Superior Court for the

District of Columbia for two weeks at the beginning of January, 2015, which was one week longer than anticipated.

  3. In addition, Plaintiff-Appellees' counsel has suffered technical issues with the office computer system which caused significant unexpected delays in preparing their responsive brief.

  4. Finally, and critically, Plaintiff-Appellees' counsel has yet to receive a copy of the trial transcripts from the court reporter, although they were requested long ago. Counsel believes the transcript is of vital importance to properly preparing their responses to Defendant-Appellant's arguments. (Counsel has pursued the court reporter to deliver an electronic copy of the transcripts as soon as possible.)

  5. Counsel for Plaintiff-Appellees respectfully request an extension through February 13, 2015, to file their brief in this case.

  6. Counsel for Defendant-Appellants consent to the extension requested herein, with the understanding that they will receive a concomitant extension on the deadline for their reply brief. Because the reply brief is currently due on February 11, 2015, Plaintiff-Appellee requests that the this deadline be extended to February 27, 2015.

  WHEREFORE, Plaintiff-Appellees respectfully requests that the Court grant their motion and extend the deadline for their response brief to February 13, 2015, and the deadline for Defendant-Appellants' reply brief to February 27, 2015.

Respectfully submitted,

    /s/ Dennis Chong
S. Micah Salb, Esq.
Dennis Chong
LIPPMAN, SEMSKER & SALB, LLC
7979 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814
Phone: (301) 656-6905

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby affirms that the foregoing was served on the Defendants' attorney this the 27th day of January 2015, by means of the Electronic Case Filing system of the United States Court of Appeals for the District of Columbia Circuit.

    /s/ Dennis Chong
Dennis Chong